**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| PGHC Holdings, Inc., *et al.*, | Case No. 18-12537 (MFW) |
| Debtors.[1] | Jointly Administered |

<u>**SCHEDULES OF ASSETS AND LIABILITIES FOR
DELOPS, INC. (CASE NO. 18-12545)**</u>

---

[1]   The Debtors in these cases, along with the last four digits of each Debtors' federal EIN, are as follows: PGHC Holdings, Inc. (4262); Papa Gino's Holdings Corp. (6681); Papa Gino's, Inc. (1264); Papa Gino's Franchising Corp. (2690); Papa Gino's/D'Angelo Card Services, Inc. (0621); D'Angelo's Sandwich Shops, Inc. (7947); Progressive Food, Inc. (6224); D'Angelo Franchising Corporation (8398); and Delops, Inc. (7945).  The Debtors' mailing address is 600 Providence Highway, Dedham, MA 02026.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| PGHC Holdings, Inc., *et al.*, | Case No. 18-12537 (MFW) |
| Debtors.[1] | Jointly Administered |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND
DISCLAIMER REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND
LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

The Schedules of Assets and Liabilities (the "Schedules") and the Statements of Financial Affairs (the "Statements," and collectively with the Schedules, the "Schedules and Statements") filed by the above-captioned debtors (each a "Debtor" and collectively, the "Debtors"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), have been prepared by the Debtors' management in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (as amended, the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 1007, and are unaudited.

These Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtors' Schedules of Assets and Liabilities and Statement of Financial Affairs (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all the Schedules and Statements. The Global Notes should be referred to, considered and reviewed in connection with any review of the Schedules and Statements.[2]

The Schedules and Statements do not purport to represent financial statements prepared in accordance with generally accepted accounting principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of the Debtors. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal EIN, are as follows: PGHC Holdings, Inc. (4262); Papa Gino's Holdings Corp. (6681); Papa Gino's, Inc. (1264); Papa Gino's Franchising Corp. (2690); Papa Gino's/D'Angelo Card Services, Inc. (0621); D'Angelo's Sandwich Shops, Inc. (7947); Progressive Food, Inc. (6224); D'Angelo Franchising Corporation (8398); and Delops, Inc. (7945). The Debtors' mailing address is 600 Providence Highway, Dedham, MA 02026.

[2] These Global Notes are in addition to any specific notes contained in each Debtor's Schedules and Statements. The fact that the Debtors have prepared a "general note" with respect to any of the Schedules and Statements and not to others should not be interpreted as a decision by the Debtors to exclude the applicability of such general note to any of the Debtors' remaining Schedules and Statements, as appropriate.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised or subsequent information, may cause material changes to the Schedules and Statements. Although reasonable efforts have been made to prepare and file complete accurate Schedules and Statements, inadvertent errors or omissions may exist.

The Debtors' management prepared the Schedules and Statements with the assistance of their financial advisor and other professionals. Corey D. Wendland has signed the Schedules and Statements. Mr. Wendland is Chief Financial Officer of, and an authorized signatory for, the Debtors. Mr. Wendland has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts and creditor addresses.

**The Schedules, Statements and Global Notes should not be relied upon by any person for information relating to current or future financial conditions, events or performance of the Debtors. Due to numerous unliquidated, contingent and/or disputed claims, summary statistics in the Schedules, Statements and Global Notes are likely not an accurate representation of the Debtors' liabilities on a GAAP basis.**

The Debtors and their employees, agents, attorneys, and other professionals do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While every effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their employees, agents, attorneys, and other professionals expressly do not undertake any obligation to notify any third party should the information be or need to be updated, modified, revised or recategorized. In no event shall the Debtors or their employees, agents, attorneys, or other professionals be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtors or their employees, agents, attorneys, and other professionals are advised of the possibility of such damages.

### Global Notes and Overview of Methodology

1.    <u>Reservation of Rights</u>.    The Debtors reserve and preserve all rights to amend, supplement or otherwise modify the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to a claim (including, but not limited to: amending the description or designation of any claim; disputing or otherwise asserting offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, priority, status or

classification; subsequently designating any claim as "disputed," "contingent" or "unliquidated;" or objecting to the extent, validity, enforceability, priority or avoidability of any claim). Any failure to designate a claim in the Schedules and Statements as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such claim or amount is not "disputed," "contingent" or "unliquidated." Listing a claim does not constitute an admission of liability by the Debtors.

Further, nothing contained in the Schedules and Statements shall constitute a waiver of rights or an admission with respect to these chapter 11 cases, including, without limitation, with respect to matters involving objections to claims, substantive consolidation, equitable subordination, defense, characterization or re-characterization of contracts, assumption or rejection of contracts under the provisions of chapter 3 of the Bankruptcy Code and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant laws to recover assets or avoid transfers. Any specific reservation and preservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation and preservation of rights contained in this or the preceding paragraph.

2.    Description of the Cases and "as of" Information Date. On November 5, 2018, (the "Petition Date"), the Debtors each filed a voluntary petition with the Bankruptcy Court under chapter 11 of the Bankruptcy Code. The Debtors are currently operating their business as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. Unless otherwise stated, asset and liability information is as of the Petition Date. As more fully described in paragraph 13 below, the Debtors were required to make certain estimates and assumptions that affect the reported amounts within the Schedules and Statements.

Additionally, the Debtors have made every effort to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available to, and further research is conducted by, the Debtors, the Debtors' allocation of liabilities between prepetition and postpetition periods may change.

3.    Basis of Presentation. For financial reporting purposes, the Debtors and certain of their non-debtor affiliates historically prepared consolidated financial statements, which have historically been audited annually. The last audit of the financial statements was for fiscal year 2016, ending February 28, 2016. Unlike the consolidated financial statements, the Schedules and Statements, except where otherwise indicated, reflect the assets and liabilities of each Debtor on a nonconsolidated basis. Additionally, unlike the audited financial statements, the Schedules and Statements reflect the assets and liabilities of each Debtor on the basis of the Debtor's non-audited records. Furthermore, the Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to reconcile to the financial statements previously distributed to certain third parties. Accordingly, the totals listed in the Schedules and Statements will likely differ, at times materially, from the consolidated financial reports prepared by the Debtors for financial reporting purposes or otherwise.

To the extent that a Debtor shows more assets than liabilities, this is not an

admission that the Debtor was solvent at the Petition Date or at any time prior to the Petition Date. Likewise, to the extent that a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or at any time prior to the Petition Date.

4.     Recharacterization.   Notwithstanding the Debtors' reasonable efforts to properly character, classify, categorize and designate certain claims, assets, contracts, leases and other items reported in the Schedules and Statements, the Debtors may nevertheless seek to recharacterize, reclassify, recategorize, redesignate, add or delete items.   Accordingly, the Debtors reserve and preserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed in the Schedules and Statements were deemed executory or unexpired as of the Petition Date and remain executory or unexpired postpetition.

5.     Excluded Assets and Liabilities.   The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.   As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.   Accordingly, the Debtors reserve and preserve all of their rights to amend, supplement or otherwise modify the Schedules and Statements as is necessary or appropriate.

The liabilities listed on the Schedules and Statements do not reflect a complete analysis of claims under Bankruptcy Code section 503(b)(9).   Accordingly, the Debtors reserve and preserve all of their rights to dispute or challenge the validity of all claims asserted under Bankruptcy Code section 503(b)(9).

The Debtors have excluded certain categories of assets, tax accruals and liabilities from the Schedules and Statements.   In addition, certain immaterial assets and liabilities may have been excluded.

The Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain outstanding prepetition claims on a postpetition basis.   The Debtors have endeavored to identify in the Schedules all such prepetition claims in the amounts owing as of the Petition Date. However, prepetition liabilities related to ordinary course wages and compensation and certain trade claims may have been excluded from the Schedules to the extent their claims have been paid postpetition.

6.     Insiders.   For purposes of the Schedules and Statements, the Debtors define "insiders" pursuant to section 101(31) of the Bankruptcy Code as: (a) directors; (b) officers; (c) persons in control of the Debtors; (d) relatives of directors, officers, or persons in control of the Debtors; and (e) affiliates.   Persons listed as "insiders" have been included for informational purposes only, and including them in the Schedules and Statements shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code.

4

The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws and section 101(31) of the Bankruptcy Code, or with respect to any theories of liability or for any other purpose.  As such, the Debtors reserve and preserve all rights with respect to the foregoing issues.

7.    <u>Executory Contracts and Unexpired Leases</u>.  Nothing contained in or omitted from the Schedules and Statements is or shall be construed as an admission as to the determination of the legal status of any contract or lease, including whether any lease is a true lease or a financing arrangement, whether such contract or lease is an executory contract or unexpired lease, or whether such contract or lease is binding, valid and enforceable.  The Debtors reserve and preserve all rights with respect to all such issues.

While every effort has been made to ensure the completeness and accuracy of the listing of executory contracts, inadvertent errors or omissions may have occurred.  The contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements which may not be listed therein.  Such rights, powers, duties and obligations are not set forth on Schedule G.  Certain of the executory agreements may not have been memorialized and could be subject to dispute.  Additionally, the Debtors may be parties to various other agreements concerning real property, such as easements, rights of way, air rights, subordination, non-disturbance, supplemental agreements, amendments/letter agreements, title documents, consents, site plans, maps and other miscellaneous agreements.  Such agreements, if any, may not be set forth in Schedule G.  Similarly, the absence of a contract or agreement on Schedule G does not constitute an admission that any other contract or agreement to which a Debtor is a party is not executory.

In addition, the Debtors reserve and preserve all rights, claims and causes of action with respect to the contract and agreements listed in the Schedules and Statements, including the rights to dispute or challenge the characterization or the structure of any transaction, document or instrument.

8.    <u>Classifications</u>.  Listing a claim on (a) Schedules D as "secured," (b) Schedules E/F, Part 1 as "priority," (c) Schedules E/F, Part 2 as "unsecured," or Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such claims or contracts.

9.    <u>Claims Description</u>.  Schedules D and E/F permit the Debtors to designate a claim as "disputed," "contingent" and/or "unliquidated."  Any failure to designate a claim on a given schedule as "disputed," "contingent" and/or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" and/or "unliquidated," or that such claim is not subject to objection.  The Debtors reserve and preserve

all of their rights to dispute, or assert offsets or defenses to, any claim reflected on their Schedules on any grounds, including, but not limited to, amount, liability, validity, priority or classification.  Additionally, the Debtors expressly reserve and preserve all of their rights to subsequently designate any claim as "disputed," "contingent" and/or "unliquidated."  Moreover, listing a claim does not constitute admission of liability by the Debtors.

10. <u>Secured Claims</u>.  Secured claim amounts have been listed on Schedules D without regard to the value of assets secured thereby.  No attempt was made by the Debtors to estimate the fair market value of assets pledged pursuant to any secured obligation as of the Petition Date.  Accordingly, deficiency claims of secured creditors were not listed on Schedules F and such omission is not an admission by the Debtors as to the sufficiency of collateral related to any secured claim listed on Schedules D.  In certain instances, a Debtor may be a co-obligor, co-mortgagor or guarantor with respect to scheduled claims of other Debtors or non-Debtors, and no claim set forth on Schedules D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.  The descriptions provided in Schedules D are intended only to be a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.

11. <u>Causes of Action</u>. Despite their reasonable efforts to identify all known assets, the Debtors may not have identified and/or listed as assets in the Schedules and Statements all of their causes of action or potential causes of action against third parties (and in particular have not identified or listed causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant nonbankruptcy laws to recover assets or avoid transfers).  The Debtors reserve and preserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-claim, counterclaim or recoupment; any claim on a contract for breach of duty imposed by law or in equity; and any demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license or franchise, in each case of any kind or character whatsoever, known or unknown, fixed or contingent, mature or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, otherwise (collectively, "<u>Causes of Action</u>"), and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such Causes of Action.

12. <u>Summary of Significant Reporting Policies</u>.  The following conventions were adopted by the Debtors in the preparation of the Schedules and Statements:

(a) <u>Book Value</u>.  Unless otherwise noted, each asset and liability of each Debtor is shown on the basis of the net book value of the asset or liability in accordance with the Debtors' accounting and/or tax books and records as of the Petition Date, and is not based upon any estimate of their current market values.

(b) <u>Cash.</u>  Any cash balances in the Debtors' bank accounts set forth in the Schedules B are based on the book balance as of the Petition Date.

(c)    Payments Made within 90 Days prior to the Petition Date. Payments made on the Debtors' behalf within 90 days prior to the Petition Date have been attributed to the Debtor that made the payment without regard to which Debtor was obligated to make the payment.

(d)    Property and Equipment: Owned.  Fixed assets are recorded at cost.  Depreciation is computed on a straight line method over the estimated useful life of the asset.

(e)    Liens and Encumbrances on Assets.  In the ordinary course of the Debtors' businesses, tax liens and other encumbrances (*e.g.*, judgment liens) are occasionally filed against assets owned by the Debtors.  As of the Petition Date, except as reflected on Schedules D (secured claims), the Debtors were not aware of any material liens or encumbrances filed against assets directly owned by the Debtors.

(f)    Undetermined Amounts.  The description of any amounts as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

13.    Setoffs.  The Debtors incur certain offsets and other similar rights during the ordinary course of business.  Offsets in  the ordinary course can result from various items, including, without limitation, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtors and their suppliers and/or customers.  These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately.  Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules and Statements, offsets are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

14.    Estimates and Assumptions.  To prepare and file the Schedules and Statements in accordance with the deadlines established in the chapter 11 cases, the Debtors were required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses.  The Debtors reserve and preserve all rights to amend the reported amounts of assets, liabilities, revenue and expenses to reflect changes in those estimates and assumptions.

15.    Notes to Specific Schedules.  The following are items the Debtors note as it pertains to specific questions or parts in the Schedules:

(a)    Schedules A/B: Questions 6,7 and 8.  The Debtors have excluded retainers provided to professionals.  A schedule of retainers paid to professionals in connection with the chapter 11 cases was included with the Debtors' Initial Monthly Operation Report filed on November 20, 2018 [Docket No. 93].  Additionally, as to questions 6, 7 and 8, the Debtors reserve and preserve their rights to categorize a "deposit" as a "prepayment" or a "prepayment" as a "deposit."

The Debtors hold certain tenant deposits as sublessors on various subleases, and also hold certain prepayments of third parties. Such deposits and prepayments are recorded in the Debtors' books and records as contra assets. Accordingly, such amounts are identified in Schedules A/B, Questions 6, 7, and 8, as deposits or prepayments and recorded as a negative amount.

(b)     Schedules A/B: Question 11. The Debtors' accounts receivable are listed on a gross basis without deducting any allowances for doubtful accounts, except as expressly noted. The "current value" of the Debtors' accounts receivable will be less on account of collection risk for disputed amounts, and for these reasons is currently unknown.

(c)     Schedules A/B: Questions 19-22. The Debtors track their inventory by types of food and paper products, not by raw materials, work in progress and/or finished goods. However, these items have been recategorized into raw materials and finished goods per the reporting requirements based on each item's use in the restaurant's food-preparation process.

(d)     Schedules A/B: Part 8. The Debtors have not identified machinery, equipment, or vehicles that the Debtors lease under operating leases because the Debtors do not recognize such leased machinery, equipment, or vehicles as assets on their balance sheets, and such machinery, equipment, or vehicles are not assets available to satisfy the claims of creditors.

(e)     Schedules A/B: Question 71. Question 71 of Schedules A/B of PGHC Holdings, Inc., identifies certain notes receivable. These notes were issued between 2005 and 2008 in connection with the sale of certain stock of PGHC Holdings, Inc., that was later converted into membership units in Specialty Brands Holdings, LLC, the non-debtor parent of PGHC Holdings, Inc. Pursuant to the terms of the notes, the Debtors have limited personal recourse (typically for between 33% and 50% of the obligations under the notes) against the issuer of the note, and otherwise may have recourse to the stock/units issued in exchange for the note. The Debtors believe the stock is worthless, and the Debtors have not undertaken an analysis as to whether other amounts under the notes are recoverable.

(f)     Schedules A/B: Question 73. The Debtors have listed only insurance policies with unexpired coverage terms as of the Petition Date. To the extent that one or more Debtors might have rights to coverage under a policy with an expired coverage term, all such rights are expressly preserved notwithstanding the fact that such polices have not been listed in response thereto.

(g)     Schedules E/F: Part 1. The Debtors have not determined with finality whether, and to what extent, any of the creditors identified on Part 1 of Schedules E/F are actually entitled to priority under section 507 of the Bankruptcy Code. The Debtors reserve and preserve the right to assert that claims identified on Part 1 of

Schedules E/F are not claims that are entitled to priority.

Wages and salaries listed on Schedules E/F by employee reflect net pay by employee.  Any applicable withholding for taxes or benefits is stated as an aggregate liability to the particular taxing authority or benefit provider.

In certain instances, real estate taxes are calculated as part of any rent charged on the applicable lease.  Where applicable, the Debtors have included real estate taxes as part of the lessor's claim.

(h)    Schedules E/F: Part 2.  The Debtors do not collect or maintain records on the holders of gift cards.  Accordingly, no information is available regarding the identity of gift card holders, and gift card liabilities are stated in the aggregate on Papa Gino's, Inc.'s Schedules E/F.  Pursuant to the *Order (I) Authorizing the Debtors to Honor and Continue Certain Customer Programs, (II) Authorizing Banks to Honor and Process Checks and Electronic Transfer Requests Related Thereto, and (III) Granting Related Relief* (the "Customer Programs Order") [Docket No. 40], the Debtors continue to honor prepetition gift cards in the ordinary course of business.  Similarly, minimal and incomplete information is available on the holders of customer loyalty rewards, and, as such, the Debtors have stated liabilities associated with their customer loyalty program in the aggregate under the entry "Various" in Part 2 of Papa Gino's, Inc.'s Schedules E/F. Pursuant to the Customer Programs Order, the Debtors continue to honor prepetition obligations associated with their customer loyalty program.

(i)    Schedules G:  The Debtors have not listed on Schedules G leases which were terminated prior to the Petition Date, including, but not limited to, the leases with respect to the 92 locations closed on November 4, 2018, as set forth in the Debtors' *Motion for Entry of an Order (I) Authorizing the Debtors to (A) Reject Certain Unexpired Leases of Nonresidential Real Property* Nunc Pro Tunc *to the Petition Date, and (B) Abandon Personal Property in Connection Therewith and (II) Granting Related Relief* [Docket No. 22].

(j)    Schedules H.  The Debtors have not listed each past and current insurer of a Debtor in response to Schedules H.  The exclusion of an insurer on Schedules H does not mean such insurer is not necessarily a co-debtor in fact and the Debtors reserve and preserve their rights to assert any claims against insurers.  Likewise, the Debtors have not listed co-defendants in any litigation pending against the Debtors, but reserve and preserve all rights with respect thereto.

16.    Notes to Specific Statements.  The following are items the Debtors note as it pertains to specific questions or parts in the Statements:

(a)    Part 2: Question 3.  The Debtors have listed payments by invoice, not by check or wire; one check or wire may cover multiple invoices.  Additionally, ordinary course payments to employees are omitted from the responses to this question. Lastly, to the extent any credits were issued to the Debtors, these credits have been

omitted from the responses to this question. The "reason for payment" identified is based on the Debtors' internal category assignment for the charge.

(b)    Part 5: Question 10. In the ordinary course of the Debtors' business, the Debtors' owned furniture, fixtures and equipment are susceptible to normal wear and tear damage, which is not listed in response to Part 5: Question 10.

(c)    Part 6: Question 11. The Statement of Papa Gino's, Inc., lists the full aggregate amount of payments received by the firms listed therein during the year before the Petition Date, although portions of such payments may be on account of services provided to or on behalf of the other Debtors.

(d)    Part 7: Question 14. Previous addresses include the Debtors' restaurant locations closed within 3 years prior to the Petition Date, including, but not limited to, the locations closed on November 4, 2018.

(e)    Part 11: Question 21. Any monies collected by Delops, Inc., for the Jimmy Fund/Dana Farber Cancer Institute (the "Jimmy Fund") are, in the first instance, deposited into a Delops, Inc. deposit account. Those fundraiser amounts are then swept on a daily basis into the Papa Gino's, Inc. operating account and set aside for distribution to the Jimmy Fund. As of the Petition Date, the Debtors believe that all monies associated with the Jimmy Fund were transferred to the Papa Gino's, Inc., operating account and that no such amounts remained in any Delops, Inc., deposit account.

Furthermore, prior to the Petition Date, Papa Gino's, Inc., issued a check in the amount of $76,048.00 to the Jimmy Fund for payment of donations collected on the Jimmy Fund's behalf. The prepetition check was, however, misplaced and never cashed. Pursuant to the Customer Programs Order, the Debtors reissued the check.

(f)    Part 13: Questions 26a – 26c. The Debtors have identified their Chief Financial Officer and Controller in connection with the audit, compilation, review, and/or maintenance of the Debtors' books and records. The Debtors have omitted other finance and accounting personnel of the Debtors who report to such officers and who may have assisted in the foregoing.

(g)    Part 13: Question 26d. Although the Debtors from time to time may have furnished partial or full financial statements or similar information to other parties, it is not the practice of the Debtors to maintain exhaustive records of each such transmittal. Consequently, the Debtors cannot provide an exhaustive list of all entities that have received one or more financial statements from the Debtors in response to Part 13: Question 26d. Furthermore, any parties who received financial statements in connection with the sale/due diligence process are omitted pursuant to confidentiality agreements.

17.    <u>Global Notes Control</u>.   In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

*(Remainder of Page Left Intentionally Blank)*

**Fill in this information to identify the case:**

Debtor    DELOPS, INC.

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number    18-12545 (MFW)
(if known)

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:**  **Summary of Assets**

---

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a.  **Real property:**
        Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   | |
   |---|
   | $930,488.87 |

   1b.  **Total personal property:**
        Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   | |
   |---|
   | $13,937,006.96 |

   1c.  **Total of all property:**
        Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   | |
   |---|
   | $14,867,495.83 |

---

**Part 2:**  **Summary of Liabilities**

---

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

   | |
   |---|
   | $52,695,510.72 |

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206EF)

   3a.  **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . .

   | |
   |---|
   | $5,269,890.15 |

   3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . . .

   | | |
   |---|---|
   | **+** | $42,507,110.35 |

4. Total liabilities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Lines 2 + 3a + 3b

   | |
   |---|
   | $100,472,511.22 |

---

**Fill in this information to identify the case:**

Debtor        DELOPS, INC.

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number   18-12545 (MFW)
(if known)

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

**Part 1:**   **CASH AND CASH EQUIVALENTS**

1.   **DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**
     ☐ No. Go to Part 2.
     ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2.   **CASH ON HAND**

|   |   |   |   |   |
|---|---|---|---|---|
| 2.1. | PETTY CASH | | | $40,700.00 |

3.   **CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
     *(IDENTIFY ALL)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | BANK OF AMERICA | CASH DEPOSITORY FOR D'ANGELO LOCATIONS | 4866 | $163,465.91 |
| 3.2. | CITIZENS BANK | CASH DEPOSITORY ACCOUNT | 2809 | $4,948.31 |
| 3.3. | SANTANDER | CASH DEPOSITORY ACCOUNT | 7509 | $4,850.78 |
| 3.4. | TD BANK | CASH DEPOSITORY ACCOUNT | 6952 | $0.00 |

4.   **OTHER CASH EQUIVALENTS**

     **NONE**

5    **Total of Part 1.**
     ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80.        **$213,965.00**

---

**Part 2:**   **DEPOSITS AND PREPAYMENTS**

6.   **DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**
     ☐ No. Go to Part 3.
     ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

| | Current value of debtor's interest |
|---|---|

**7.   DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

| | | |
|---|---|---|
| 7.1. | BCH VENTURES LTD. PARTNERSHIP, BOYLSTON DEVELOPMENT CORP - LANDLORD SECURITY DEPOSIT - 5373 BOSTON CITY HOSPITAL | $5,000.00 |
| 7.2. | DELOPS, INC. - SUBTENANT DEPOSIT RECEIVED - 5022 SOUTHINGTON | ($3,666.66) |
| 7.3. | DJM NNN II, LLC - LANDLORD SECURITY DEPOSIT - 5044 BROCKTON III | $5,000.00 |

**8.   PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

| | | |
|---|---|---|
| 8.1. | 214 REALTY - REAL ESTATE TAXES | $5,658.99 |
| 8.2. | 3 Z REALTY LLC - REAL ESTATE TAXES | $1,346.55 |
| 8.3. | ALBERT RIZZO INC. - REAL ESTATE TAXES | $1,908.78 |
| 8.4. | BOTSOLIS FAMILY TRUST - REAL ESTATE TAXES | $470.56 |
| 8.5. | BURLINGTON, TOWN OF - REAL ESTATE TAXES | $2,578.73 |
| 8.6. | DELOPS INC - AMORTIZED LEASE INDUCEMENT PAYMENT | $236,495.68 |
| 8.7. | DELOPS INC - AMORTIZED LEASE INDUCEMENT PAYMENT | $31,869.66 |
| 8.8. | EAST HARTFORD, CITY OF - REAL ESTATE TAXES | $2,955.48 |
| 8.9. | EQUITY ONE / NORTHEAST - REAL ESTATE TAXES | $2,916.47 |
| 8.10. | HARVEY HOFFMAN - REAL ESTATE TAXES | $2,168.73 |
| 8.11. | NEEDHAM, TOWN OF - REAL ESTATE TAXES | $2,168.95 |
| 8.12. | PLAINVILLE, TOWN OF - REAL ESTATE TAXES | $1,604.07 |
| 8.13. | QUINCY, CITY OF - REAL ESTATE TAXES | $4,675.99 |
| 8.14. | SOUTHINGTON, TOWN OF - REAL ESTATE TAXES | $2,876.70 |
| 8.15. | WOBURN, CITY OF - REAL ESTATE TAXES | $3,059.21 |
| 8.16. | WOBURN, CITY OF - REAL ESTATE TAXES | $244.03 |

**9    Total of Part 2.**
ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81.

$309,331.94

---

**Part 3:   ACCOUNTS RECEIVABLE**

**10.   DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

| | | | | Current value of debtor's interest |
|---|---|---|---|---|

**11.   ACCOUNTS RECEIVABLE**

| | face amount | doubtful or uncollectable accounts | | |
|---|---|---|---|---|
| RENTAL INCOME - SUBLEASES AND CAM CHARGES | $11,388.87 | $0.00 | = → | $11,388.87 |
| VENDING INCOME | $25,949.26 | $0.00 | = → | $25,949.26 |
| CREDIT CARD SALES | $372,901.00 | $0.00 | = → | $372,901.00 |
| SYSCO (SALES CREDIT ON RETURNS, SALES TAX REFUNDS, FEES ON LICENSEE PURCHASES) | $4,096.00 | $0.00 | = → | $4,096.00 |
| CLOSED STORE PETTY CASH DEPOSIT INTRANSIT | $43,060.56 | $0.00 | = → | $43,060.56 |
| CREDIT SALES - HOUSE ACCOUNTS < 90 DAYS | $57,725.30 | ($1,383.70) | = → | $56,341.60 |
| CREDIT SALES - HOUSE ACCOUNTS > 90 DAYS | $6,063.30 | ($6,063.30) | = → | $0.00 |

**12   Total of Part 3.**
CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82.

$513,737.29

| Part 4: | INVESTMENTS |
|---|---|

**13. DOES THE DEBTOR OWN ANY INVESTMENTS?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1** |  |  |
| NAME OF FUND OR STOCK: |  |  |
| **15. NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE** |  |  |
| **16. GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1** |  |  |
| DESCRIBE: |  |  |

**17 Total of Part 4.**
ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83.

> N/A

| Part 5: | INVENTORY, EXCLUDING AGRICULTURE ASSETS |
|---|---|

**18. DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. RAW MATERIALS** |  |  |  |  |
| 19.1. BREAD | 11/5/2018 | $11,503.23 | COST | $11,503.23 |
| 19.2. DAIRY | 11/5/2018 | $12,018.04 | COST | $12,018.04 |
| 19.3. DRY GOODS | 11/5/2018 | $20,018.63 | COST | $20,018.63 |
| 19.4. FROZEN | 11/5/2018 | $1,547.85 | COST | $1,547.85 |
| 19.5. PRODUCE | 11/5/2018 | $10,387.05 | COST | $10,387.05 |
| 19.6. PROTEIN | 11/5/2018 | $80,612.52 | COST | $80,612.52 |
| 19.7. SAUCES / DRESSINGS | 11/5/2018 | $13,385.06 | COST | $13,385.06 |
| 19.8. SOUP | 11/5/2018 | $7,665.77 | COST | $7,665.77 |
| 19.9. SYRUP | 11/5/2018 | $22,985.75 | COST | $22,985.75 |
| **20. WORK IN PROGRESS** |  |  |  |  |
| NONE |  |  |  |  |
| **21. FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** |  |  |  |  |
| 21.1. BAGS | 11/5/2018 | $11,109.65 | COST | $11,109.65 |
| 21.2. BEVERAGE | 11/5/2018 | $30,490.11 | COST | $30,490.11 |
| 21.3. BOXES | 11/5/2018 | $3,064.20 | COST | $3,064.20 |
| 21.4. CHIPS | 11/5/2018 | $14,439.48 | COST | $14,439.48 |
| 21.5. CUPS / LIDS | 11/5/2018 | $15,646.53 | COST | $15,646.53 |
| 21.6. DAIRY | 11/5/2018 | $577.96 | COST | $577.96 |
| 21.7. DESSERT | 11/5/2018 | $6,944.98 | COST | $6,944.98 |
| 21.8. LINERS / SHEETS | 11/5/2018 | $11,358.95 | COST | $11,358.95 |
| 21.9. MISC. PAPER | 11/5/2018 | $10,155.01 | COST | $10,155.01 |
| 21.10. PLATES / BOWLS | 11/5/2018 | $14,222.65 | COST | $14,222.65 |
| 21.11. RESTAURANT CLEANING SUPPLIES |  | $25,831.00 | COST | $25,831.00 |
| 21.12. UTENSILS | 11/5/2018 | $5,139.88 | COST | $5,139.88 |
| **22. OTHER INVENTORY OR SUPPLIES** |  |  |  |  |

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **22. OTHER INVENTORY OR SUPPLIES** | | | | |
| **NONE** | | | | |

**23  Total of Part 5.**
ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84.

$329,104.30

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☒ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☒ Yes    Book value    $329,104.30    Valuation method  COST - FIRST IN / FIRST OUT         Current value    $329,104.30

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 6:    FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)**

**27. DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**
☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. CROPS—EITHER PLANTED OR HARVESTED** | | | |
| **29. FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |
| **30. FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)**  (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| **31. FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED** | | | |
| **32. OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6** | | | |

**33  Total of Part 6.**
ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85.

N/A

**34. Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 7:    OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES**

**38. DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**
☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. OFFICE FURNITURE** | | | |
| 39.1.    OFFICE FURNITURE | $776.90 | COST | $776.90 |
| **40. OFFICE FIXTURES** | | | |
| 40.1.    OFFICE FIXTURES | $0.00 | COST | $0.00 |
| **41. OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| 41.1.    OFFICE EQUIPMENT INCLUDING COMPUTERS + SOFTWARE | $80,497.54 | COST | $80,497.54 |
| **42. COLLECTIBLES EXAMPLES: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES** *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |
| NONE | | | |

**43  Total of Part 7.**
ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86.

$81,274.44

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:    MACHINERY, EQUIPMENT, AND VEHICLES**

**46. DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**
☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| NONE | | | |
| **48. WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS** EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS | | | |
| NONE | | | |
| **49. AIRCRAFT AND ACCESSORIES** | | | |
| NONE | | | |
| **50. OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |
| 50.1.    RESTAURANT EQUIPMENT AND FIXTURES | $1,642,858.27 | | $1,642,858.27 |

**51  Total of Part 8.**
ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87.

$1,642,858.27

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 9: REAL PROPERTY

54. **DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**
☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

55. **ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    LEASEHOLD IMPROVEMENTS | LEASED PROPERTY | $930,488.87 | COST | $930,488.87 |

| 56 | **Total of Part 9.** ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88. | $930,488.87 |
|---|---|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☒ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 10: INTANGIBLES AND INTELLECTUAL PROPERTY

59. **DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**
☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.1.    TRADENAMES | $10,813,662.50 | 2005 APPRAISAL | $10,813,662.50 |
| 61. **INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| NONE | | | |
| 62. **LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| NONE | | | |
| 63. **CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| NONE | | | |
| 64. **OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| NONE | | | |
| 65. **GOODWILL** | | | |
| NONE | | | |

| 66 | **Total of Part 10.** ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89. | $10,813,662.50 |
|---|---|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☒ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☒ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 11: | ALL OTHER ASSETS |
|---|---|

70.  **DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.  **NOTES RECEIVABLE** | |
| DESCRIPTION (INCLUDE NAME OF OBLIGOR) | |
| **NONE** | |
| 72.  **TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)** | |
| DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL) | |
| **NONE** | |
| 73.  **INTERESTS IN INSURANCE POLICIES OR ANNUITIES** | |
| **NONE** | |
| 74.  **CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)** | |
| **NONE** | |
| 75.  **OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS** | |
| **NONE** | |
| 76.  **TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY** | |
| **NONE** | |
| 77.  **OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP | |
| RESTAURANT LEASE RIGHTS | $33,073.22 |
| 78  **Total of Part 11.** ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90. | $33,073.22 |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.  **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $213,965.00 | |
| 81.  **Deposits and prepayments.** *Copy line 9, Part 2.* | $309,331.94 | |
| 82.  **Accounts receivable.** *Copy line 12, Part 3.* | $513,737.29 | |

| 83. | **Investments.** *Copy line 17, Part 4.* | |
|---|---|---|
| 84. | **Inventory.** *Copy line 23, Part 5.* | $329,104.30 |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $81,274.44 |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,642,858.27 |
| 88. | **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➜ | $930,488.87 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $10,813,662.50 |
| 90. | **All other assets.** *Copy line 78, Part 11.* | ✚    $33,073.22 |

| 91. | **Total.** Add lines 80 through 90 for each column. . . . . . . . . 91a. | $13,937,006.96 | ✚ 91b | $930,488.87 |
|---|---|---|---|---|

| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $14,867,495.83 |
|---|---|---|

**Case No. 18-12545 (MFW)**
**Delops, Inc.**
**Summary of Assets and Liabilities - AB - Part 8 Question 50**
**Fixed Assets - Equipment**

| Restaurant No. | Restaurant Name | Description | Net Book Value |
|---|---|---|---|
| 951 | CORPORATE | 50952384 MENUBOARD CONVERSION | 63,966.64 |
| 951 | CORPORATE | 50979721 KDS | 56,313.10 |
| 951 | CORPORATE | 50973388 DA USE TX ADT 1/1/10-12/31/1 | 21,547.82 |
| 951 | CORPORATE | 50896124 Website rewrite | 18,225.10 |
| 951 | CORPORATE | 50973441 KDS INTEGRATION | 13,361.69 |
| 951 | CORPORATE | 51033777 TOAST IMPLEMENTATION | 11,098.45 |
| 951 | CORPORATE | 50947729 DA WEBSITE UPGRADE | 9,900.38 |
| 951 | CORPORATE | 51037436 DA Online Ordering implement | 9,808.43 |
| 951 | CORPORATE | 51027300 Toast add functionality | 9,652.76 |
| 951 | CORPORATE | 50959383 Menuboard subsidy 38x$300ea | 6,901.15 |
| 951 | CORPORATE | 51019174 D'A PRE-PAY CABINET INETS | 6,273.45 |
| 951 | CORPORATE | 50952392 DA MENUBOARD PROJECT | 5,073.18 |
| 951 | CORPORATE | 50952464 DA MENUBOARDS | 4,989.95 |
| 951 | CORPORATE | 51016897 PREPAY CABINETS CABINETS | 3,927.93 |
| 951 | CORPORATE | 51005805 PREPAY CABINETS | 3,695.46 |
| 951 | CORPORATE | 50973062 DA MENUBOARD UPGRADE | 3,247.93 |
| 951 | CORPORATE | 50952376 MENUBOARD DESIGN | 2,950.19 |
| 951 | CORPORATE | 50895797 DA Reposition/Online DA dual | 2,741.38 |
| 951 | CORPORATE | 51033769 TOAST INTEGRATION | 2,389.85 |
| 951 | CORPORATE | 50895789 DA Rice Cooker | 2,285.51 |
| 951 | CORPORATE | 51027318 Toast add functionality (tax | 2,283.85 |
| 951 | CORPORATE | 51017072 DA PRE PAY CABINETS | 2,048.66 |
| 951 | CORPORATE | 50952456 DA MENUBOARD PIKE/DUAL | 1,759.27 |
| 951 | CORPORATE | 50989831 PREPAID DISPLAYS | 1,634.06 |
| 951 | CORPORATE | 51031018 INHOUSE WEBSITE MAINT-MAR 20 | 1,539.70 |
| 951 | CORPORATE | 51012087 DA WEBSITE | 1,523.61 |
| 951 | CORPORATE | 51033751 DA WEBSITE | 1,508.02 |
| 951 | CORPORATE | 50896141 Website rewrite | 1,369.67 |
| 951 | CORPORATE | 50962929 15 DVRS | 1,245.66 |
| 951 | CORPORATE | 50992870 DA WEBSITE | 1,118.79 |
| 951 | CORPORATE | 50992888 DA WEBSITE | 852.41 |
| 951 | CORPORATE | 51032846 DA WEBSITE | 704.09 |
| 951 | CORPORATE | 50973054 DA MENUBOARD UPGRADE | 668.88 |
| 951 | CORPORATE | 50976124 Menuboards/drive thru | 630.27 |
| 951 | CORPORATE | 50896221 da website skin | 609.20 |
| 951 | CORPORATE | 50977178 DA WEBSITE | 604.14 |
| 951 | CORPORATE | 50973118 DA WEBSITE | 551.42 |
| 951 | CORPORATE | 51007835 DA WEBSITE MAINRENANCE | 532.24 |
| 951 | CORPORATE | 50888941 SQUEEZE BOTTLES/DA Chicken | 509.98 |
| 951 | CORPORATE | 50842169 cafe sandwich smallwares | 463.87 |
| 951 | CORPORATE | 50896132 Website rewrite | 456.90 |
| 951 | CORPORATE | 50826484 (N) DA PROTOTYPE | 398.73 |
| 951 | CORPORATE | 50939340 IT LOYALTY PROGRAM | 373.33 |
| 951 | CORPORATE | 50842142 cafe sandwich smallwares | 335.19 |
| 951 | CORPORATE | 51005901 DA MENU BOARDS | 321.78 |
| 951 | CORPORATE | 50895771 DA Rice Cooker | 316.05 |
| 951 | CORPORATE | 50952421 DA MENUBOARDS | 264.93 |
| 951 | CORPORATE | 50969160 DA WEBSITE | 264.83 |
| 951 | CORPORATE | 50842257 Cafe sandwich smallw | 239.53 |
| 951 | CORPORATE | 50959826 FRANCHISE MENUBOARDS | 211.73 |
| 951 | CORPORATE | 50842177 CAFE SANDWICHES SMALLWARES | 193.27 |

| Restaurant No. | Restaurant Name | Description | Net Book Value |
|---|---|---|---|
| 951 | CORPORATE | 50908949 DA MENUBOARDS | 173.58 |
| 951 | CORPORATE | 50976132 Menuboards/drive thru | 157.57 |
| 951 | CORPORATE | 50973417 WEBSITE | 138.34 |
| 951 | CORPORATE | 50803135 IBEL lighting upgrade for al | 137.93 |
| 951 | CORPORATE | 50962793 DA MENUBOARD PRJCT | 136.10 |
| 951 | CORPORATE | 50842134 cafe sandwich smallwares | 135.38 |
| 951 | CORPORATE | 50914177 DA RICE COOKER | 134.07 |
| 951 | CORPORATE | 50895906 da rice bowls | 111.99 |
| 951 | CORPORATE | 50989152 Hubert - Label Dispenser | 105.83 |
| 951 | CORPORATE | 50912542 RICE COOKER SMALLWARES | 103.65 |
| 951 | CORPORATE | 50952448 PIKE MENUBOARDS | 100.45 |
| 951 | CORPORATE | 50834476 IBEL December hours for Ligh | 92.42 |
| 951 | CORPORATE | 50900146 da rice bowl bottles | 33.50 |
| 951 | CORPORATE | 50952430 DA MENUBOARDS | 32.22 |
| 951 | CORPORATE | 50890398 chicken smallwares | 31.23 |
| 951 | CORPORATE | 50842185 CAFE SANDWICHES SMALLWARES | 20.98 |
| 951 | CORPORATE | 50890620 raw chicken smallwares | 17.04 |
| 951 | CORPORATE | 50894495 DA CHICKEN SMALLWARES | 9.07 |
| 951 | CORPORATE | 50751443 Mass. Restaurant Equ | 5.31 |
| 951 | CORPORATE | 50842151 cafe sandwich smallwres | 3.55 |
| 951 | CORPORATE | 50952405 DA MENUBOARDS CREDIT | (311.38) |
| 951 | CORPORATE | 50896167 United East rice cook/smallw | (712.07) |
| 951 | CORPORATE | 50956967 website/refund credit | (1,652.52) |
| 951 | CORPORATE | 50959447 franch menuboards | (7,309.97) |
| 5018 | WETHERSFIELD | 50920518 IEGP GRILL | 3,465.58 |
| 5018 | WETHERSFIELD | 50970540 (R)IERE GRL SAL SUPPLY | 2,748.06 |
| 5018 | WETHERSFIELD | 50898200 DA Menuboard rollout | 2,462.21 |
| 5018 | WETHERSFIELD | 50990090 IEWH.RPL WTR HTR | 2,079.66 |
| 5018 | WETHERSFIELD | 50912500 IEFB- INSL SODA MACHIN | 2,049.75 |
| 5018 | WETHERSFIELD | 50946275 IMAC KITCHNRTU COMPRD | 1,393.60 |
| 5018 | WETHERSFIELD | 50960376 (R)IERE SUP CNT REF | 1,321.91 |
| 5018 | WETHERSFIELD | 51015499 IBMI. INST OUTLETS | 1,105.50 |
| 5018 | WETHERSFIELD | 50963260 (R)IBSG SIGN UPGRADE | 1,050.57 |
| 5018 | WETHERSFIELD | 50923680 IMAC- RPL COMP ON HVAC | 946.35 |
| 5018 | WETHERSFIELD | 50918821 IMAC- RPL HVAC COMP | 875.00 |
| 5018 | WETHERSFIELD | 50958348 (R) Manage refresh | 537.93 |
| 5018 | WETHERSFIELD | 50797741 POS INSTALL | 487.36 |
| 5018 | WETHERSFIELD | 50970566 (R)IERE.INSL SAL REF | 461.60 |
| 5018 | WETHERSFIELD | 50802001 IMHT-RPL HEAT EXCHANGE | 370.47 |
| 5018 | WETHERSFIELD | 50923663 IEGP- INSTALL GRILL | 369.37 |
| 5018 | WETHERSFIELD | 50926047 impl instl prsre toilt | 355.41 |
| 5018 | WETHERSFIELD | 50906880 DA Menuboard rollout | 273.24 |
| 5018 | WETHERSFIELD | 50958241 (R) Manage refresh | 268.97 |
| 5018 | WETHERSFIELD | 50975682 KDS INSTALL | 254.71 |
| 5018 | WETHERSFIELD | 50923057 IBMI EXTERIOR RENOVATIONS | 209.48 |
| 5018 | WETHERSFIELD | 50913182 DA RICE COOKER | 201.27 |
| 5018 | WETHERSFIELD | 50991332 IEWH WATER HEATER RPL | 172.41 |
| 5018 | WETHERSFIELD | 50826151 IMHT HVAC- GAS VALVE | 162.60 |
| 5018 | WETHERSFIELD | 51013389 IBMI GUTTER HEATING INS | 161.23 |
| 5018 | WETHERSFIELD | 50945459 IMAC HVAC 1ST STAGE COMP RPL | 150.00 |
| 5018 | WETHERSFIELD | 50822301 IMHT-RPL IGNITION CTRL | 120.64 |
| 5018 | WETHERSFIELD | 50762943 IMEX- RPL GRILL EXH | 119.98 |
| 5018 | WETHERSFIELD | 50989144 NETWORK PROJECT | 119.01 |
| 5018 | WETHERSFIELD | 50987923 Catering Label Disp. | 89.27 |
| 5018 | WETHERSFIELD | 50884941 RAW CHICKEN SMALLWARES | 86.87 |

| Restaurant No. | Restaurant Name | Description | Net Book Value |
|---|---|---|---|
| 5018 | WETHERSFIELD | 50921289 IEGP GRILL RPL | 82.07 |
| 5018 | WETHERSFIELD | 50913887 DA RICE COOKER | 75.53 |
| 5018 | WETHERSFIELD | 50805413 IMHT- RPL BLOWER ASSY | 70.49 |
| 5018 | WETHERSFIELD | 50897047 DA MENU MOVE PENDANT LIGHTS | 68.39 |
| 5018 | WETHERSFIELD | 50785643 IORE - ECM MOTORS | 61.41 |
| 5018 | WETHERSFIELD | 50824809 IMRE run new outlets | 59.05 |
| 5018 | WETHERSFIELD | 50800145 IMHI- DIAGNOSE HEAT EX | 54.83 |
| 5018 | WETHERSFIELD | 50900066 IEFB SODA MACHINE RPL | 54.83 |
| 5018 | WETHERSFIELD | 50805405 IMHT- DIAGNOSE BLOWER | 54.47 |
| 5018 | WETHERSFIELD | 50800129 IMEX- TEMP RPR OF EXCH | 50.26 |
| 5018 | WETHERSFIELD | 50800153 IMEX-HEAT EXCHANGER | 50.26 |
| 5018 | WETHERSFIELD | 50824817 IMRE instl countertop unit | 46.41 |
| 5018 | WETHERSFIELD | 50923065 IMAC HVAC KITCH COMP | 41.90 |
| 5018 | WETHERSFIELD | 50903110 DA Menuboard rollout | 40.44 |
| 5018 | WETHERSFIELD | 50918397 IMAC HVAC COMP RPL | 40.34 |
| 5018 | WETHERSFIELD | 50804891 IMHT heat exchanger replacem | 22.07 |
| 5018 | WETHERSFIELD | 50924113 IMPL TOILET INSTL | 21.29 |
| 5018 | WETHERSFIELD | 50825027 IERE countertop refrigeratio | 15.55 |
| 5018 | WETHERSFIELD | 50845431 IMDR REPLACE JACKSON CRASH E | 11.21 |
| 5018 | WETHERSFIELD | 50804904 IMHT blower assembly replace | 11.03 |
| 5018 | WETHERSFIELD | 50764041 Manage grill exhaust fan re | 6.47 |
| 5018 | WETHERSFIELD | 50751355 Delta -T Mechanic | 5.21 |
| 5019 | KEENE | 50920737 (R) GC | 10,629.30 |
| 5019 | KEENE | 50908201 (R) EQUIP | 6,711.36 |
| 5019 | KEENE | 50900947 (R) remodel plans | 5,698.08 |
| 5019 | KEENE | 50901042 (R) millwork | 5,625.96 |
| 5019 | KEENE | 50898218 DA Menuboard rollout | 2,462.21 |
| 5019 | KEENE | 50948529 IERE SALAD UNT RPLCD | 2,374.04 |
| 5019 | KEENE | 50906100 IEIM-RPL IM HEAD | 1,591.89 |
| 5019 | KEENE | 50901077 (R) EQUIP | 1,573.14 |
| 5019 | KEENE | 50996782 IMHT.RPL HT EX | 1,287.56 |
| 5019 | KEENE | 50802992 IEEX- RPL GRILL EXH DU | 1,241.74 |
| 5019 | KEENE | 50901149 (R) signage | 1,149.57 |
| 5019 | KEENE | 50930951 IEFB INST SODA FTN | 1,085.84 |
| 5019 | KEENE | 50947930 IERE INSTL SALD REF | 999.30 |
| 5019 | KEENE | 51019318 IMRE. RPL SAL COMP | 899.01 |
| 5019 | KEENE | 50930960 IEFB INST SODA FTN | 772.97 |
| 5019 | KEENE | 50918813 (R) LEGAL | 770.54 |
| 5019 | KEENE | 50901093 (R) equipment | 720.80 |
| 5019 | KEENE | 50908210 (R) EQUIP | 717.83 |
| 5019 | KEENE | 50900998 (R) manage remodel | 708.28 |
| 5019 | KEENE | 50901085 (R) graphics | 685.36 |
| 5019 | KEENE | 50849660 iere rpl ref unit | 672.37 |
| 5019 | KEENE | 50918063 (R) Millwork | 637.55 |
| 5019 | KEENE | 50906417 (R) EQUIP | 587.76 |
| 5019 | KEENE | 50900912 (R) building permit 5019 | 545.10 |
| 5019 | KEENE | 50900963 (R) manage remodel | 528.97 |
| 5019 | KEENE | 50901034 (R) Manage remodel | 528.97 |
| 5019 | KEENE | 51018041 IMPL. RPL TOILET | 504.41 |
| 5019 | KEENE | 50930943 IMPL RPLC BCKFLW PREV | 500.18 |
| 5019 | KEENE | 50901131 (R) equipment | 401.15 |
| 5019 | KEENE | 50900883 (R) manage remodel | 376.55 |
| 5019 | KEENE | 50842530 iegt rpl igt | 368.52 |
| 5019 | KEENE | 50889750 IMEX- RPL GRL EXH FAN | 363.29 |
| 5019 | KEENE | 50977362 KDS INSTALL | 355.11 |

| Restaurant No. | Restaurant Name | Description | Net Book Value |
|---|---|---|---|
| 5019 | KEENE | 50901018 (R) seating | 343.62 |
| 5019 | KEENE | 50901069 (R) seating | 343.62 |
| 5019 | KEENE | 50921001 (R) LEGAL | 339.67 |
| 5019 | KEENE | 50916455 (R) Millwork | 308.43 |
| 5019 | KEENE | 50900921 (R) manage remodel | 295.86 |
| 5019 | KEENE | 50906898 DA Menuboard rollout | 273.24 |
| 5019 | KEENE | 50900832 (R) remodel plans | 259.00 |
| 5019 | KEENE | 50948975 IERE SALAD REFRIGERATION UNI | 257.76 |
| 5019 | KEENE | 50900867 (R) manage remodel | 242.07 |
| 5019 | KEENE | 50900980 (R) manage remodel | 233.10 |
| 5019 | KEENE | 50901165 (R) manage remodel | 233.10 |
| 5019 | KEENE | 50906425 (R) grout cleanup | 219.73 |
| 5019 | KEENE | 50908308 (R) HVAC tstat | 208.13 |
| 5019 | KEENE | 50827938 IMAC- RPL COMPRESSOR | 206.87 |
| 5019 | KEENE | 50837520 IEMI RPL DRIVE | 204.91 |
| 5019 | KEENE | 50832163 immi bar stool inst | 199.37 |
| 5019 | KEENE | 50912921 DA RICE COOKER | 189.25 |
| 5019 | KEENE | 50904884 (R) manage remodel | 187.07 |
| 5019 | KEENE | 50900841 (R) Manage remodel | 179.31 |
| 5019 | KEENE | 50901114 (R) manage remodel | 179.31 |
| 5019 | KEENE | 50900824 (R) manage remodel | 161.38 |
| 5019 | KEENE | 50914821 (R) manage remodel | 155.17 |
| 5019 | KEENE | 50901253 IEIM-DIAGNOSE ICE MACH | 139.26 |
| 5019 | KEENE | 50900816 (R) manage remodel | 125.52 |
| 5019 | KEENE | 50932455 IEFB SODA FOUNTAIN INSTALL | 113.79 |
| 5019 | KEENE | 50998454 IMHT HVAC HEAT EXCHANGER RPL | 108.33 |
| 5019 | KEENE | 50900859 (R) manage remodel | 107.59 |
| 5019 | KEENE | 50901106 (R) manage remodel | 107.59 |
| 5019 | KEENE | 50900955 (R) site plan review fees | 105.20 |
| 5019 | KEENE | 50920323 (R) legal FY13 | 100.26 |
| 5019 | KEENE | 50901051 (R) equip | 99.62 |
| 5019 | KEENE | 50987931 Catering Label Disp. | 89.27 |
| 5019 | KEENE | 51018817 IMRE SALAD UNIT COMP RPL | 84.10 |
| 5019 | KEENE | 50759023 IMMI RPL TABLE TOPS | 72.95 |
| 5019 | KEENE | 50901122 (R) manage remodel | 71.72 |
| 5019 | KEENE | 50795817 IORE RPL ECM | 71.12 |
| 5019 | KEENE | 50897557 da menus rmv lighting | 68.39 |
| 5019 | KEENE | 50932447 IMPL BACKFLOW PREVENTER RPL | 68.28 |
| 5019 | KEENE | 50900904 (R) fire dept review fee | 68.14 |
| 5019 | KEENE | 50803047 IOEX grill exhaust duct repl | 66.21 |
| 5019 | KEENE | 50928106 IBEL INST OF ADD LIGHING | 66.21 |
| 5019 | KEENE | 50786099 POS RELACE | 65.80 |
| 5019 | KEENE | 50900971 (R) manage remodel | 53.79 |
| 5019 | KEENE | 51018809 IMPL TOILET RPL | 42.05 |
| 5019 | KEENE | 50903128 DA Menuboard rollout | 40.44 |
| 5019 | KEENE | 50759146 IMPL UPGRADE COND PUMP | 39.35 |
| 5019 | KEENE | 50908316 (R) rif rpl on/off switch | 39.19 |
| 5019 | KEENE | 50905748 IEIM ICE MAKER RPL | 37.41 |
| 5019 | KEENE | 50760438 IBEL RPL PREP LIGHT FI | 37.25 |
| 5019 | KEENE | 50900875 (R) Manage remodel | 35.86 |
| 5019 | KEENE | 50901026 (R) Manage remodel | 35.86 |
| 5019 | KEENE | 50849301 IERE REFRIGERATION UNIT RPL | 34.66 |
| 5019 | KEENE | 50901157 (R) graphics | 28.98 |
| 5019 | KEENE | 50901000 (R) assembly permit change | 27.89 |
| 5019 | KEENE | 50757925 HVAC RPL DRAFT MOTOR | 26.48 |

| Restaurant No. | Restaurant Name | Description | Net Book Value |
|---|---|---|---|
| 5019 | KEENE | 50900891 (R) ADMIN PLANS REVIEW | 19.92 |
| 5019 | KEENE | 50900939 (R) manage remodel | 17.93 |
| 5019 | KEENE | 50888546 IMEX grill exh motor | 16.47 |
| 5019 | KEENE | 50828199 IMAC HVAC compressor replace | 16.24 |
| 5019 | KEENE | 50843815 IEGT grease trap install | 10.86 |
| 5019 | KEENE | 50760041 MANAGE LIGHTING UPGRADE | 6.90 |
| 5019 | KEENE | 50759963 MANAGE CONDENSATE PUMP RPL | 4.14 |
| 5019 | KEENE | 50759883 MANAGE TABLE TOP INSTALLATIO | 1.38 |
| 5021 | CRANSTON | 51036311 OTHER-WIF PKG | 10,301.47 |
| 5021 | CRANSTON | 51020378 IEWH. RPL WT HT | 3,781.84 |
| 5021 | CRANSTON | 51005055 IERE.SUPPLY SAL UNIT | 3,527.46 |
| 5021 | CRANSTON | 51039474 IMHT-RPL HT EXCH | 3,024.58 |
| 5021 | CRANSTON | 50898226 DA Menuboard rollout | 2,462.21 |
| 5021 | CRANSTON | 51032686 IMEX RPL GR EX FN | 2,202.60 |
| 5021 | CRANSTON | 50869610 IMFZ- RPL EVAP | 1,395.71 |
| 5021 | CRANSTON | 51004845 IERE.INS SALAD UNIT | 1,169.63 |
| 5021 | CRANSTON | 51014040 IMRE. RPL IM FILTER | 569.39 |
| 5021 | CRANSTON | 50829204 imre rpl w/i/c compsr | 368.28 |
| 5021 | CRANSTON | 50956625 KDS INSTALL | 331.72 |
| 5021 | CRANSTON | 50856982 IEMU- RPL MUA | 328.95 |
| 5021 | CRANSTON | 51005581 IERE SALAD UNIT RPL | 306.33 |
| 5021 | CRANSTON | 50906901 DA Menuboard rollout | 273.24 |
| 5021 | CRANSTON | 50839752 IEMI- KEYPAD FOR SAFE | 259.22 |
| 5021 | CRANSTON | 51035810 OTHER WIF MECHANICAL PACKAGE | 241.38 |
| 5021 | CRANSTON | 50955930 KDS SOFTWARE INTEGRATION | 239.08 |
| 5021 | CRANSTON | 50835866 IMPL RPL PIPES | 214.54 |
| 5021 | CRANSTON | 51021127 IEWH RPL WATER HTR | 214.08 |
| 5021 | CRANSTON | 50782160 IEGP INSTALL REFURB GR | 201.10 |
| 5021 | CRANSTON | 51010541 PHONE MOVE | 198.58 |
| 5021 | CRANSTON | 50981089 IERE WIC REF PACKAGE RPL | 161.88 |
| 5021 | CRANSTON | 50759795 NEW POS | 122.61 |
| 5021 | CRANSTON | 50913334 DA RICE COOKER | 116.31 |
| 5021 | CRANSTON | 50981020 IERE WIC REF PACKAGE RPL | 97.13 |
| 5021 | CRANSTON | 51032256 IMEX GRILL EXHAUST AND REPAI | 94.06 |
| 5021 | CRANSTON | 50987940 Catering Label Disp. | 89.27 |
| 5021 | CRANSTON | 51008660 IMDR EXIT DEVICE RPL | 78.12 |
| 5021 | CRANSTON | 50779278 IORE INSTL 5 MOTORS | 72.80 |
| 5021 | CRANSTON | 50762919 INSTALL GRILL | 68.42 |
| 5021 | CRANSTON | 50897784 DA MENU move pendant lights | 68.39 |
| 5021 | CRANSTON | 50865272 IMFZ WALK-IN FREEZER COMPRES | 53.79 |
| 5021 | CRANSTON | 50970195 DVR SECURITY ROLLOUT | 52.92 |
| 5021 | CRANSTON | 50788908 IEGT INSTALL G/T | 44.57 |
| 5021 | CRANSTON | 50903136 DA Menuboard rollout | 40.44 |
| 5021 | CRANSTON | 51013397 IMPL WATER FILTER SYSTEM RPL | 40.31 |
| 5021 | CRANSTON | 50883382 IEWH WATER HEATER RPL | 31.38 |
| 5021 | CRANSTON | 50786793 IEGT NEW G TRAP | 26.58 |
| 5021 | CRANSTON | 50829001 IMRE WIC compressor replacem | 25.65 |
| 5021 | CRANSTON | 50856448 IEMU MAKE UP AIR UNIT RPL | 25.34 |
| 5021 | CRANSTON | 50780754 Manage refurbished grill ins | 16.38 |
| 5021 | CRANSTON | 50788967 IEGT DELIVER G/T | 13.51 |
| 5021 | CRANSTON | 50786806 grease trap install | 10.86 |
| 5021 | CRANSTON | 50777951 Manage railing replacement | 9.83 |
| 5021 | CRANSTON | 50796465 glass replacement | 9.48 |
| 5021 | CRANSTON | 50830221 IMPL drain line rpl | 8.55 |
| 5021 | CRANSTON | 50762450 MANAGE GRILL RPL | 3.62 |

| Restaurant No. | Restaurant Name | Description | Net Book Value |
|---|---|---|---|
| 5022 | SOUTHINGTON | 50963278 (R)IEGP SUP GRILL | 4,134.78 |
| 5022 | SOUTHINGTON | 51022234 IEIM. RPL IM | 3,836.41 |
| 5022 | SOUTHINGTON | 51038797 IMHT RPL HT EX | 2,808.24 |
| 5022 | SOUTHINGTON | 50958698 (R)IERE SUP REF SANDW UNIT | 2,638.87 |
| 5022 | SOUTHINGTON | 50970419 IERE RPL DIS REF | 2,573.35 |
| 5022 | SOUTHINGTON | 50898234 DA Menuboard rollout | 2,462.21 |
| 5022 | SOUTHINGTON | 50970486 (R)IEGP.INST GRILL | 1,636.80 |
| 5022 | SOUTHINGTON | 51027684 IEWH. RPL WTR HTR | 1,624.54 |
| 5022 | SOUTHINGTON | 50930548 IEGT RPL GREASE TRAP | 1,559.80 |
| 5022 | SOUTHINGTON | 50958920 IEAP.TOASTER RPLC | 1,003.45 |
| 5022 | SOUTHINGTON | 50956609 IMHT.HT EXCHG RPLC | 891.24 |
| 5022 | SOUTHINGTON | 51001986 IEMW.RPL MWAVE | 789.22 |
| 5022 | SOUTHINGTON | 50930652 IEGT RPL BGDPPRIGT | 617.33 |
| 5022 | SOUTHINGTON | 50883366 IEWH INSTLL WTR HTR | 543.67 |
| 5022 | SOUTHINGTON | 50949960 (R)IERE REACH IN RPL | 537.83 |
| 5022 | SOUTHINGTON | 51039239 IBMI EXTERIOR BUILDING REPAI | 495.21 |
| 5022 | SOUTHINGTON | 50956641 KDS INSTALL | 352.79 |
| 5022 | SOUTHINGTON | 50889231 IMRE- RPOL EVAP COIL | 335.87 |
| 5022 | SOUTHINGTON | 50908893 DA MENUBOARDS | 305.69 |
| 5022 | SOUTHINGTON | 50906919 DA Menuboard rollout | 273.24 |
| 5022 | SOUTHINGTON | 50887789 IMRE- RPL CAP TUBE | 261.17 |
| 5022 | SOUTHINGTON | 51021135 IEIM RPL ICE MACH | 256.90 |
| 5022 | SOUTHINGTON | 50955681 KDS SOFTWARE INTEGRATION | 239.08 |
| 5022 | SOUTHINGTON | 50805472 IMEX- RPL EXHAUST FAN | 208.43 |
| 5022 | SOUTHINGTON | 50832121 immi bar stools | 167.30 |
| 5022 | SOUTHINGTON | 51039221 IMHT HEAT EXCHANGER REPLACE | 148.56 |
| 5022 | SOUTHINGTON | 50803021 IEMI RPL DVR | 133.21 |
| 5022 | SOUTHINGTON | 50914214 DA RICE COOKER | 125.73 |
| 5022 | SOUTHINGTON | 50938056 IEGT GREASE TRAP RPL | 117.67 |
| 5022 | SOUTHINGTON | 50987958 Catering Label Disp. | 89.27 |
| 5022 | SOUTHINGTON | 50965003 IERE FOOD THEATER INST | 83.02 |
| 5022 | SOUTHINGTON | 50961854 IERE FOOD THEATER INST | 81.72 |
| 5022 | SOUTHINGTON | 50913086 DA RICE COOKER | 75.53 |
| 5022 | SOUTHINGTON | 51001417 IEMW MICROWAVE RPL | 74.09 |
| 5022 | SOUTHINGTON | 51028265 IEWH WATER HEATER REPLACE | 68.68 |
| 5022 | SOUTHINGTON | 50897055 DA MENU MOVE PENDANT LIGHTS | 68.39 |
| 5022 | SOUTHINGTON | 50785651 IORE - ECM MOTORS | 61.41 |
| 5022 | SOUTHINGTON | 50970224 DVR SECURITY ROLLOUT | 56.28 |
| 5022 | SOUTHINGTON | 50958111 IEAP TOASTER RPL | 53.79 |
| 5022 | SOUTHINGTON | 50958250 IEAP TOASTER RPL | 53.79 |
| 5022 | SOUTHINGTON | 50903144 DA Menuboard rollout | 40.44 |
| 5022 | SOUTHINGTON | 50888600 IMRE EVAP COIL RPL | 32.93 |
| 5022 | SOUTHINGTON | 50883403 IEWH WATER HEATER RPL | 31.38 |
| 5022 | SOUTHINGTON | 50954161 IMHT HVAC HEAT EXCHANGER RPL | 26.55 |
| 5022 | SOUTHINGTON | 50954961 IMHT HVAC HEAT EXCHANGER RPL | 26.55 |
| 5022 | SOUTHINGTON | 50883391 IBDR DOOR AND FRAME RPL | 15.69 |
| 5022 | SOUTHINGTON | 50804912 IMEX grill exhaust fan repla | 11.03 |
| 5022 | SOUTHINGTON | 50835065 IBMI T-111 RPL | 9.24 |
| 5029 | COVENTRY | 50978293 IBMI.RPL FRNT CNTR | 4,934.44 |
| 5029 | COVENTRY | 50996942 IERE salad unit | 3,327.66 |
| 5029 | COVENTRY | 50898251 DA Menuboard rollout | 2,462.21 |
| 5029 | COVENTRY | 51038691 IMHT RPL HT EX | 2,043.32 |
| 5029 | COVENTRY | 51038703 IMHT RPL HT EX | 2,043.32 |
| 5029 | COVENTRY | 50820120 IEEX- RPL EXHAUST DU C | 1,972.99 |
| 5029 | COVENTRY | 50973409 IBMI.MAT DEPOSIT | 1,915.50 |

| Restaurant No. | Restaurant Name | Description | Net Book Value |
|---|---|---|---|
| 5029 | COVENTRY | 50963294 IESL SUP SLICER | 1,889.87 |
| 5029 | COVENTRY | 51026446 IMRE. RPL IM CTRL BRD | 1,588.70 |
| 5029 | COVENTRY | 50938662 IMMI. RPL SLICER | 1,515.80 |
| 5029 | COVENTRY | 50864801 IMHT- RPL 2 HT EXCH | 1,442.09 |
| 5029 | COVENTRY | 50963235 IERE STK PIT RPL | 1,384.02 |
| 5029 | COVENTRY | 50906687 IEWH RPL WTR HTR | 1,299.75 |
| 5029 | COVENTRY | 51003341 IMAC. RPL HVAC COMPRSR | 1,265.89 |
| 5029 | COVENTRY | 50999211 IERE. INS SALAD UNIT | 1,103.18 |
| 5029 | COVENTRY | 50996951 IEMW. RPL MICRO | 766.26 |
| 5029 | COVENTRY | 50975586 IBMI.RPL FRNT CNT | 694.41 |
| 5029 | COVENTRY | 50977805 IEMI SUPPLY TABLE | 487.62 |
| 5029 | COVENTRY | 50850652 impl inst sink | 425.52 |
| 5029 | COVENTRY | 50977493 IBMI FRONT LINE RPL | 383.91 |
| 5029 | COVENTRY | 50998340 IERE SALAD UNIT RPL | 361.11 |
| 5029 | COVENTRY | 50977266 KDS INSTALL | 355.11 |
| 5029 | COVENTRY | 50880181 IMPL S/D 3 BAY PRTS | 313.64 |
| 5029 | COVENTRY | 50963593 IMDR DOOR EXT DVC INST | 296.28 |
| 5029 | COVENTRY | 50906935 DA Menuboard rollout | 273.24 |
| 5029 | COVENTRY | 51039247 IMHT 2 HEAT EXCHANGERS REPLA | 198.08 |
| 5029 | COVENTRY | 50977549 IBMI FRONT LINE RPL | 191.95 |
| 5029 | COVENTRY | 50817705 IEEX inst hinge kit | 183.90 |
| 5029 | COVENTRY | 50808500 IMPL-UPGRADE PUMP | 146.83 |
| 5029 | COVENTRY | 50913625 DA RICE COOKER | 116.31 |
| 5029 | COVENTRY | 51002487 IMAC HVAC COMPRESSOR RPL | 112.28 |
| 5029 | COVENTRY | 50938064 IESL SLICER REPLACE | 94.14 |
| 5029 | COVENTRY | 51027166 IMRE ICE MACHINE CONTROL BOA | 90.61 |
| 5029 | COVENTRY | 50987974 Catering Label Disp. | 89.27 |
| 5029 | COVENTRY | 50819428 IOEX grill exhaust duct repl | 83.95 |
| 5029 | COVENTRY | 50962064 IERE COUNTERTOP REF RPL | 81.72 |
| 5029 | COVENTRY | 50998358 IEMW MICROWAVE RPL | 72.22 |
| 5029 | COVENTRY | 50897792 DA MENU move pendant lights | 68.39 |
| 5029 | COVENTRY | 50810917 IMEX RPL EXHAUST MOTOR | 65.59 |
| 5029 | COVENTRY | 50905588 IEWH WATER HEATER RPL | 56.12 |
| 5029 | COVENTRY | 50965011 IERE COUNTERTOP REF RPL | 55.34 |
| 5029 | COVENTRY | 50961862 IERE COUNTERTOP REF RPL | 54.48 |
| 5029 | COVENTRY | 50865281 IMEX 2 HEAT EXCHANGER RPL | 53.79 |
| 5029 | COVENTRY | 50779235 IORE INSTL 3 MOTORS | 43.68 |
| 5029 | COVENTRY | 50903161 DA Menuboard rollout | 40.44 |
| 5029 | COVENTRY | 50879148 IMPL 3-BAY RE-PIPE | 29.83 |
| 5029 | COVENTRY | 50964748 IERE COUNTERTOP REF RPL | 27.67 |
| 5029 | COVENTRY | 50849918 IMPL SUPPLY AND INSTALL SINK | 23.97 |
| 5029 | COVENTRY | 50809300 IMPL condens pump rpl | 11.75 |
| 5029 | COVENTRY | 50822791 IMPL cond pump rpl | 7.43 |
| 5029 | COVENTRY | 50810597 IMEX men's room exhaust moto | 6.31 |
| 5029 | COVENTRY | 50771436 POSER MAPS | 4.76 |
| 5029 | COVENTRY | 50650087 grill exhaust replacement | (1.38) |
| 5034 | WEST WARWICK | 51038754 OTHER-SUPPLY SAL UT | 5,103.83 |
| 5034 | WEST WARWICK | 51022040 IERE. SUPL SAL UT | 4,341.82 |
| 5034 | WEST WARWICK | 51007915 IESL. SUP SLICER | 3,052.14 |
| 5034 | WEST WARWICK | 50898277 DA Menuboard rollout | 2,462.21 |
| 5034 | WEST WARWICK | 50944085 IEWH RPLCD WATR HEATER | 1,889.07 |
| 5034 | WEST WARWICK | 51022242 IERE. REC, DEL INS UT | 1,735.77 |
| 5034 | WEST WARWICK | 51035140 Safe replacement | 1,730.43 |
| 5034 | WEST WARWICK | 50949978 IMAC RTU CMPRS RPLC | 1,593.69 |
| 5034 | WEST WARWICK | 50932981 IMHT RPL HEAT EXCH DR | 1,118.05 |

| Restaurant No. | Restaurant Name | Description | Net Book Value |
|---|---|---|---|
| 5034 | WEST WARWICK | 50941036 IMEX RPL GRL EXH FAN | 979.34 |
| 5034 | WEST WARWICK | 50795614 NEW POS | 959.86 |
| 5034 | WEST WARWICK | 50946347 IMPL WATRHTRVENTINST | 526.61 |
| 5034 | WEST WARWICK | 50800330 POS INSTALL | 490.42 |
| 5034 | WEST WARWICK | 50833879 IMFZ- RPL WIF DOOR | 417.71 |
| 5034 | WEST WARWICK | 51021143 IERE RPL SALAD UNIT | 299.71 |
| 5034 | WEST WARWICK | 50906951 DA Menuboard rollout | 273.24 |
| 5034 | WEST WARWICK | 50915778 IMEX- RPL GRL EXH FAN | 255.30 |
| 5034 | WEST WARWICK | 50955673 KDS SOFTWARE INTEGRATION | 239.08 |
| 5034 | WEST WARWICK | 50881061 IMRE- INSTL OUTLET CTR | 221.65 |
| 5034 | WEST WARWICK | 50943461 IEWH WATER HEATER RPL | 172.59 |
| 5034 | WEST WARWICK | 50948852 IMAC HVAC COMPRESSOR RPL | 154.66 |
| 5034 | WEST WARWICK | 50881678 imre deliv stk pits | 139.46 |
| 5034 | WEST WARWICK | 50832016 immi inst bar stools | 121.33 |
| 5034 | WEST WARWICK | 50913414 DA RICE COOKER | 116.31 |
| 5034 | WEST WARWICK | 50835831 IMFZ RPL WIF DOOR | 104.80 |
| 5034 | WEST WARWICK | 50940279 IMEX GRILL EXHAUST FAN RPL | 95.52 |
| 5034 | WEST WARWICK | 50932341 IMHT HVAC HEAT EXCHANGER RPL | 91.03 |
| 5034 | WEST WARWICK | 50987991 Catering Label Disp. | 89.27 |
| 5034 | WEST WARWICK | 50881811 IMRE- CHECK STEAK PITS | 85.29 |
| 5034 | WEST WARWICK | 51008627 IESL SLICER RPL | 78.12 |
| 5034 | WEST WARWICK | 50849011 IMRE RPL EVAP | 75.82 |
| 5034 | WEST WARWICK | 50897768 DA MENU move pendant lights | 68.39 |
| 5034 | WEST WARWICK | 50844210 IMFZ diagnose WIF | 59.79 |
| 5034 | WEST WARWICK | 50781052 IORE INSTL 4 MOTORS | 58.24 |
| 5034 | WEST WARWICK | 50836578 IMFZ- WIRE DOOR HEATER | 51.26 |
| 5034 | WEST WARWICK | 50946911 IMPL VENT INSTALLATION | 50.86 |
| 5034 | WEST WARWICK | 50903187 DA Menuboard rollout | 40.44 |
| 5034 | WEST WARWICK | 50881555 IMRE COUNTERTOP OUTLET INSTA | 30.69 |
| 5034 | WEST WARWICK | 50851401 IMRE INSTALL AN EVAP COIL | 23.97 |
| 5034 | WEST WARWICK | 50914732 IMEX EXHAUST MOTOR RPL | 19.40 |
| 5034 | WEST WARWICK | 50915022 IMEX EXHAUST MOTOR RPL | 19.40 |
| 5034 | WEST WARWICK | 50835073 IMRE WIF DOOR RPL | 9.24 |
| 5044 | BROCKTON III | 51020263 IEWH. RPL WT HTR | 4,053.92 |
| 5044 | BROCKTON III | 50898306 DA Menuboard rollout | 2,462.21 |
| 5044 | BROCKTON III | 50958946 IMMI.UPGRDSPRINKLERSYS | 2,062.60 |
| 5044 | BROCKTON III | 50926063 IMAC INSTL EVAP HVAC | 1,816.38 |
| 5044 | BROCKTON III | 50947673 IMAC CMPRSR RPLCD | 1,706.53 |
| 5044 | BROCKTON III | 50923524 IEGT- RPL GREASETRAP | 1,333.74 |
| 5044 | BROCKTON III | 51020651 IMPL. RPL MN WTR LN | 1,178.01 |
| 5044 | BROCKTON III | 50948457 IMEX GRILL EXHST RPL | 998.01 |
| 5044 | BROCKTON III | 51039491 IEMW-INSTL MICRO | 948.23 |
| 5044 | BROCKTON III | 50840518 IMFZ- RPL CONDENSING U | 916.46 |
| 5044 | BROCKTON III | 50922206 IMRE- RPL EVAP | 902.21 |
| 5044 | BROCKTON III | 51013215 IMPL.RPL MOP SINK | 602.02 |
| 5044 | BROCKTON III | 50840219 IMHT- RL DRAFT INDUCER | 536.99 |
| 5044 | BROCKTON III | 50904825 imdr dr rpr | 515.24 |
| 5044 | BROCKTON III | 50805464 POS INSTALL | 490.42 |
| 5044 | BROCKTON III | 50951947 IMPL.TOILET RPLC | 279.26 |
| 5044 | BROCKTON III | 50906986 DA Menuboard rollout | 273.24 |
| 5044 | BROCKTON III | 50955753 KDS SOFTWARE INTEGRATION | 239.08 |
| 5044 | BROCKTON III | 50956377 KDS INSTALL | 227.13 |
| 5044 | BROCKTON III | 50913588 DA RICE COOKER | 201.08 |
| 5044 | BROCKTON III | 51019983 IEWH WATER HEATER rpl | 169.73 |
| 5044 | BROCKTON III | 50946929 IMAC HVAC COMPRESSOR RPL | 152.59 |

| Restaurant No. | Restaurant Name | Description | Net Book Value |
|---|---|---|---|
| 5044 | BROCKTON III | 50924906 IMAC- DIAG/RPL EVAP HV | 108.19 |
| 5044 | BROCKTON III | 50800111 IMAC- RPL IGNITION | 101.98 |
| 5044 | BROCKTON III | 50988011 Catering Label Disp. | 89.27 |
| 5044 | BROCKTON III | 50927322 IMAC DINNINGROOM HVAC EVAP | 88.28 |
| 5044 | BROCKTON III | 50904876 imdr diag pump | 83.14 |
| 5044 | BROCKTON III | 50958129 IBMI SPRINKLER SYSTEM UPGRAD | 80.69 |
| 5044 | BROCKTON III | 50958268 IBMI SPRINKLER SYSTEM UPGRAD | 80.69 |
| 5044 | BROCKTON III | 51008694 IMPL MOP SINK RPL | 78.12 |
| 5044 | BROCKTON III | 50948879 IMEX GRILL EXHAUST FAN RPL | 77.33 |
| 5044 | BROCKTON III | 50897514 DA MENU move pendant lights | 68.39 |
| 5044 | BROCKTON III | 50954195 IMRE WIF EVAPORATOR RPL | 53.10 |
| 5044 | BROCKTON III | 50955008 IMRE WIF EVAPORATOR RPL | 53.10 |
| 5044 | BROCKTON III | 50948861 IMDR DOOR CLOSER RPL | 51.55 |
| 5044 | BROCKTON III | 50932359 IBSG PYLON SIGNAGE UPGRADE | 45.52 |
| 5044 | BROCKTON III | 50923073 IEGT GREASE TRAP RPL | 41.90 |
| 5044 | BROCKTON III | 50923081 IMRE SALAD UNIT EVAP RPL | 41.90 |
| 5044 | BROCKTON III | 50903216 DA Menuboard rollout | 40.44 |
| 5044 | BROCKTON III | 50769686 INSTL 3 MOTORS | 33.33 |
| 5044 | BROCKTON III | 50981484 Network install | 32.10 |
| 5044 | BROCKTON III | 50954179 IMPL TOILET RPL | 26.55 |
| 5044 | BROCKTON III | 50954187 IMDR EXIT DEVICE RPL | 26.55 |
| 5044 | BROCKTON III | 50954988 IMPL TOILET RPL | 26.55 |
| 5044 | BROCKTON III | 50954996 IMDR EXIT DEVICE RPL | 26.55 |
| 5044 | BROCKTON III | 50932332 IBSG signage upgrade | 22.76 |
| 5044 | BROCKTON III | 50841570 IMRE COND UNIT RPL | 20.04 |
| 5044 | BROCKTON III | 50905609 IMDR PANIC RPL | 18.71 |
| 5044 | BROCKTON III | 50799990 IMOV ignition control replac | 10.34 |
| 5044 | BROCKTON III | 50841561 IMHT HEAT EXCHANGER RPL | 10.02 |
| 5048 | CONCORD I | 50969127 IERE.REF PCKG RPL | 4,701.62 |
| 5048 | CONCORD I | 51032547 IMRE RPL WIC COMP | 2,797.41 |
| 5048 | CONCORD I | 50898322 DA Menuboard rollout | 2,462.21 |
| 5048 | CONCORD I | 50999051 IEWH. RPL WTR HTR | 1,922.46 |
| 5048 | CONCORD I | 50994171 IMRE.RPL RIR EVAP | 1,214.14 |
| 5048 | CONCORD I | 51007544 IMRE. RPL SALAD EVAP | 1,085.79 |
| 5048 | CONCORD I | 50866734 IMHT- RPL IGNITOR CONT | 1,059.34 |
| 5048 | CONCORD I | 50868342 IEIM RPL I/M | 1,002.18 |
| 5048 | CONCORD I | 50895367 IMHT- RPL HT EXCH | 818.60 |
| 5048 | CONCORD I | 51022605 IBGG. INST GG | 694.48 |
| 5048 | CONCORD I | 50890793 IEWH REPLACE WATER HEA | 667.77 |
| 5048 | CONCORD I | 50857310 iere rpl ref rail | 512.33 |
| 5048 | CONCORD I | 50930492 IMEX RPL RR EXAUST | 483.61 |
| 5048 | CONCORD I | 50928245 IMPL RPL TOILET | 375.93 |
| 5048 | CONCORD I | 50956289 KDS INSTALL | 331.72 |
| 5048 | CONCORD I | 50907006 DA Menuboard rollout | 273.24 |
| 5048 | CONCORD I | 50908691 IMHT- RPL IG CTRL | 262.16 |
| 5048 | CONCORD I | 50955569 KDS SOFTWARE INTEGRATION | 239.08 |
| 5048 | CONCORD I | 50964932 IMRE WIC CONDENSER RPL | 221.38 |
| 5048 | CONCORD I | 50832155 immi bar stools | 199.37 |
| 5048 | CONCORD I | 50913238 DA RICE COOKER | 189.25 |
| 5048 | CONCORD I | 50761078 NEW POS | 160.92 |
| 5048 | CONCORD I | 50861976 imdr rpl dr glass | 158.81 |
| 5048 | CONCORD I | 50805173 IEMI RPL DRIVE | 125.67 |
| 5048 | CONCORD I | 50964756 IMRE WIC CONDENSER RPL | 110.69 |
| 5048 | CONCORD I | 51000318 IEWH WATER HEATER RPL | 109.69 |
| 5048 | CONCORD I | 50994761 IMRE RIR EVAP RPL | 105.75 |

| Restaurant No. | Restaurant Name | Description | Net Book Value |
|---|---|---|---|
| 5048 | CONCORD I | 50988037 Catering Label Disp. | 89.27 |
| 5048 | CONCORD I | 51020108 IBGG rpl grease guard | 84.87 |
| 5048 | CONCORD I | 51004124 IMRE SALAD EVAPORATOR RPL | 75.62 |
| 5048 | CONCORD I | 50759031 IMMI RPL TABLE TOPS | 75.40 |
| 5048 | CONCORD I | 50897442 DA MENU move pendant lights | 68.39 |
| 5048 | CONCORD I | 50764914 IORE- ECM MOTORS | 66.67 |
| 5048 | CONCORD I | 50773212 IMRE- RPL COMPRESSOR | 64.39 |
| 5048 | CONCORD I | 50970161 DVR SECURITY ROLLOUT | 52.92 |
| 5048 | CONCORD I | 51033451 IMRE WIC COMPRESSOR REPLACE | 47.41 |
| 5048 | CONCORD I | 50929643 IMEX INSTL RR EXHAUST | 44.83 |
| 5048 | CONCORD I | 50927971 IMPL TOILET RPL | 44.14 |
| 5048 | CONCORD I | 50903232 DA Menuboard rollout | 40.44 |
| 5048 | CONCORD I | 50895050 IMHT HEAT EXCHANGER RPL | 35.86 |
| 5048 | CONCORD I | 50891551 IEWH WATER HEATER RPL | 34.31 |
| 5048 | CONCORD I | 50881580 IBFL KITCHEN FLOOR RPL | 30.69 |
| 5048 | CONCORD I | 50810319 IEMI rpl Video drive | 29.42 |
| 5048 | CONCORD I | 50868975 IMHT IGNITION CONTROL MODULE | 27.59 |
| 5048 | CONCORD I | 50868983 IEIM ICE MAKER RPL | 27.59 |
| 5048 | CONCORD I | 50856561 IERE COUNTER TOP REFRIGERATI | 12.67 |
| 5048 | CONCORD I | 50777977 Manage salad unit compressor | 6.55 |
| 5048 | CONCORD I | 50759891 MANAGE TABLE TOP INSTALLATIO | 1.38 |
| 5050 | FALMOUTH | 50996766 IMRE.RPL WIC COND+EVAP | 4,581.92 |
| 5050 | FALMOUTH | 51027422 IEIM. RPL IM HD | 4,448.28 |
| 5050 | FALMOUTH | 51013231 IMPL.RPR SUR LINE | 2,566.25 |
| 5050 | FALMOUTH | 51007456 IMPL. FLOOD CLEANUP | 2,552.99 |
| 5050 | FALMOUTH | 50898331 DA Menuboard rollout | 2,462.21 |
| 5050 | FALMOUTH | 51011640 IEHV.SUP SPOT COOL | 2,264.82 |
| 5050 | FALMOUTH | 51029516 IMHT. RPL DN RM HT EX | 2,215.39 |
| 5050 | FALMOUTH | 51007579 IMPL. TEMP RPR | 2,159.73 |
| 5050 | FALMOUTH | 51015114 IEAN.RPL.HRS SYS | 2,110.34 |
| 5050 | FALMOUTH | 50823460 IMFZ-RPL WIF SYSTEM | 1,215.75 |
| 5050 | FALMOUTH | 50869302 IMPL RPL SOIL PIPE | 740.51 |
| 5050 | FALMOUTH | 50839779 IEGT- RPL GREASE TRAP | 706.02 |
| 5050 | FALMOUTH | 50892465 IEWH- RPLC WTR HTR | 521.82 |
| 5050 | FALMOUTH | 50998366 IMRE WIC CONDENSING UNIT RPL | 433.33 |
| 5050 | FALMOUTH | 50989486 IMEX EXHAUST DUCTWORK RPL | 340.04 |
| 5050 | FALMOUTH | 50907014 DA Menuboard rollout | 273.24 |
| 5050 | FALMOUTH | 50955892 KDS SOFTWARE INTEGRATION | 239.08 |
| 5050 | FALMOUTH | 50956422 KDS INSTALL | 227.13 |
| 5050 | FALMOUTH | 51028214 IMRE ICE MACHINE HEAD REPLAC | 206.03 |
| 5050 | FALMOUTH | 50913502 DA RICE COOKER | 201.08 |
| 5050 | FALMOUTH | 51010487 PHONE MOVE | 198.58 |
| 5050 | FALMOUTH | 51004183 IEAN ANSUL UPGRADE | 151.25 |
| 5050 | FALMOUTH | 51027182 IMHT DINING ROOM RTU HEAT EX | 135.92 |
| 5050 | FALMOUTH | 50988045 Catering Label Disp. | 89.27 |
| 5050 | FALMOUTH | 50782127 IMMI RPL SAFE CONTROL | 73.72 |
| 5050 | FALMOUTH | 50897098 DA MENU MOVE PENDANT LIGHTS | 68.39 |
| 5050 | FALMOUTH | 50903241 DA Menuboard rollout | 40.44 |
| 5050 | FALMOUTH | 50892502 IEWH WATER HEATER RPL | 35.17 |
| 5050 | FALMOUTH | 50869290 IMPL RPL SOIL PIPE | 34.77 |
| 5050 | FALMOUTH | 50981492 Network install | 32.10 |
| 5050 | FALMOUTH | 50822820 IMFZ walk in freezer refrige | 29.71 |
| 5050 | FALMOUTH | 50868553 IMPL SOIL PIPE RPL | 27.59 |
| 5050 | FALMOUTH | 50865459 IMPL manage soil pipe rpl | 26.90 |
| 5050 | FALMOUTH | 50841588 IEGT GREASE TRAP RPL | 20.04 |

| Restaurant No. | Restaurant Name | Description | Net Book Value |
|---|---|---|---|
| 5050 | FALMOUTH | 50763461 IORE- ECM MOTORS | 12.93 |
| 5050 | FALMOUTH | 50743380 IEEX-PERMITS | 4.23 |
| 5050 | FALMOUTH | 50777088 Manage safe control board re | 2.93 |
| 5052 | FALL RIVER III | 51015747 IMRE.RPL WIC EAVPCOI | 2,587.08 |
| 5052 | FALL RIVER III | 50898349 DA Menuboard rollout | 2,462.21 |
| 5052 | FALL RIVER III | 51004870 IMAC.RPL HVAC COMP | 2,263.43 |
| 5052 | FALL RIVER III | 51015384 IERE. RPL CNT REF | 1,806.30 |
| 5052 | FALL RIVER III | 50908851 IEWH RPL WTR HTR | 1,776.04 |
| 5052 | FALL RIVER III | 51007430 IMRE. RPL SALAD EVAP | 1,662.08 |
| 5052 | FALL RIVER III | 50944481 IEMI INSTL HAND DRYERS | 1,552.67 |
| 5052 | FALL RIVER III | 50842759 IEGT- RPL GT | 1,472.99 |
| 5052 | FALL RIVER III | 51003308 IMEX.RPL GRL EXHST | 1,151.46 |
| 5052 | FALL RIVER III | 50972861 (R)IMMI.SEAL WINDOWS | 862.53 |
| 5052 | FALL RIVER III | 50990102 IEWH.RPL WTR HTR | 724.82 |
| 5052 | FALL RIVER III | 50958663 (R)IEMW.SUP MICRO | 609.76 |
| 5052 | FALL RIVER III | 50887834 IEMI- RPL SAFE | 501.85 |
| 5052 | FALL RIVER III | 50958330 (R) Manage refresh | 430.34 |
| 5052 | FALL RIVER III | 50795569 POS INSTALL | 421.46 |
| 5052 | FALL RIVER III | 50764332 IEEX- RPL EXH DUCT | 385.23 |
| 5052 | FALL RIVER III | 50956721 KDS INSTALL | 331.72 |
| 5052 | FALL RIVER III | 50906361 DA MENUBOARDS | 313.08 |
| 5052 | FALL RIVER III | 50973126 (R)IBMI INST GUTTERS | 297.72 |
| 5052 | FALL RIVER III | 50907022 DA Menuboard rollout | 273.24 |
| 5052 | FALL RIVER III | 50955796 KDS SOFTWARE INTEGRATION | 239.08 |
| 5052 | FALL RIVER III | 51005602 IMAC HVAC COMPRESSOR RPL | 229.75 |
| 5052 | FALL RIVER III | 50798321 IMPL RPL SECT FLOOR D | 217.39 |
| 5052 | FALL RIVER III | 50958233 (R) Manage refresh | 215.17 |
| 5052 | FALL RIVER III | 50884895 IMDR rpl panic device | 167.52 |
| 5052 | FALL RIVER III | 51006891 IMRE SALAD EVAPORATOR RPL | 154.70 |
| 5052 | FALL RIVER III | 50945539 IMMI HAND DRYER INSTALL | 150.00 |
| 5052 | FALL RIVER III | 51013400 IMRE WIC EVAPORATOR RPL | 120.92 |
| 5052 | FALL RIVER III | 50913650 DA RICE COOKER | 115.49 |
| 5052 | FALL RIVER III | 51002479 IMEX GRILL EXHAUST FAN RPL | 112.28 |
| 5052 | FALL RIVER III | 50845845 IEGT-INSTALL GT | 109.83 |
| 5052 | FALL RIVER III | 50988053 Catering Label Disp. | 89.27 |
| 5052 | FALL RIVER III | 51013418 IERE COUNTERTOP REF INS | 80.61 |
| 5052 | FALL RIVER III | 50801324 IMHT- RPL IGNITION CON | 76.55 |
| 5052 | FALL RIVER III | 50991341 IEWH HOT WATER HEATER RPL | 68.97 |
| 5052 | FALL RIVER III | 50897821 DA MENU move pendant lights | 68.39 |
| 5052 | FALL RIVER III | 50981097 IBSG PYLON SIGNAGE | 64.75 |
| 5052 | FALL RIVER III | 50749757 IMRE rpl w/ cond | 53.26 |
| 5052 | FALL RIVER III | 50970013 DVR SECURITY ROLLOUT | 42.34 |
| 5052 | FALL RIVER III | 50903259 DA Menuboard rollout | 40.44 |
| 5052 | FALL RIVER III | 50768843 INSTL 3 MOTORS | 33.33 |
| 5052 | FALL RIVER III | 50981038 IBSG PYLON SIGNAGE | 32.38 |
| 5052 | FALL RIVER III | 50843479 IEGT SUPPLY AND INSTALL NEW | 31.09 |
| 5052 | FALL RIVER III | 50856456 IMDR FRONT DOOR GLASS RPL | 25.34 |
| 5052 | FALL RIVER III | 50796051 IOEX grill exh duct rpl | 23.71 |
| 5052 | FALL RIVER III | 50792595 Mge grill exhaust duct repla | 20.26 |
| 5052 | FALL RIVER III | 50795067 floor drain replacement | 17.59 |
| 5052 | FALL RIVER III | 50883411 IMDR PANIC BAR RPL | 15.69 |
| 5052 | FALL RIVER III | 50743451 IMES RPL GR EXH | 6.67 |
| 5052 | FALL RIVER III | 50804921 IMHT ignition control replac | 5.52 |
| 5052 | FALL RIVER III | 50755655 poster map - deliv rollout | 1.72 |
| 5052 | FALL RIVER III | 50750205 walk-in condensing unit rpl | 0.52 |

| Restaurant No. | Restaurant Name | Description | Net Book Value |
|---|---|---|---|
| 5054 | FALL RIVER III | 51022314 ROOF REPLACED | 9,473.23 |
| 5054 | FALL RIVER III | 51029508 IMHT. RPL 2 HT EX | 4,591.46 |
| 5054 | FALL RIVER III | 51025283 IEWH. RPL WH | 3,191.43 |
| 5054 | FALL RIVER III | 50987851 IERE.RPL CNT REF UNI | 3,166.83 |
| 5054 | FALL RIVER III | 50898365 DA Menuboard rollout | 2,462.21 |
| 5054 | FALL RIVER III | 51038762 OTHER-INST SAL UT | 2,178.93 |
| 5054 | FALL RIVER III | 50973046 IMRE.SUP WIF DOOR | 1,532.05 |
| 5054 | FALL RIVER III | 50922193 IMFZ- RPL COMP | 1,484.27 |
| 5054 | FALL RIVER III | 51000684 REPLACE SAFE | 1,234.29 |
| 5054 | FALL RIVER III | 51020511 IEMW. RPL MCWV | 945.02 |
| 5054 | FALL RIVER III | 51025275 IMPL RPR DRAIN LINES | 821.93 |
| 5054 | FALL RIVER III | 50972983 IMPL.RPL PIPING | 813.79 |
| 5054 | FALL RIVER III | 50953133 IMRE.RPL SALD COMP | 807.97 |
| 5054 | FALL RIVER III | 50994189 IMPL.RPL COND LINE | 796.35 |
| 5054 | FALL RIVER III | 50867614 IEWH- RPL WATER HEATER | 782.28 |
| 5054 | FALL RIVER III | 50856915 IBSG RPL SIGN FACE | 601.49 |
| 5054 | FALL RIVER III | 50784771 DA FALL RIVER (R) SG | 572.93 |
| 5054 | FALL RIVER III | 50970611 IMRE INST WIF DOOR | 456.60 |
| 5054 | FALL RIVER III | 50904446 IMMI-GRILL UPGRADE IGN | 451.51 |
| 5054 | FALL RIVER III | 50918864 IMEX- RPL GRILL EXH | 369.90 |
| 5054 | FALL RIVER III | 50922185 IMFZ- DIAG COMP | 313.79 |
| 5054 | FALL RIVER III | 50970460 IMPL RPR WALL | 308.37 |
| 5054 | FALL RIVER III | 50989515 IERE COUNTERTOP REF UNIT RPL | 306.03 |
| 5054 | FALL RIVER III | 50975623 IMRE.INST WIF DR HTR | 293.72 |
| 5054 | FALL RIVER III | 50907049 DA Menuboard rollout | 273.24 |
| 5054 | FALL RIVER III | 51030630 IMEX DR AND KITCH HEAT EXCH | 230.84 |
| 5054 | FALL RIVER III | 50839285 IMDR- RPL PANIC | 227.82 |
| 5054 | FALL RIVER III | 50957020 KITCHEN DISPLAY | 227.13 |
| 5054 | FALL RIVER III | 50965038 IMEX EXHAUST DUCTWORK RPL | 221.38 |
| 5054 | FALL RIVER III | 50784721 DA FALL RIVER (R) GC | 202.86 |
| 5054 | FALL RIVER III | 50784712 PG FALL RIVER (R) SG | 200.61 |
| 5054 | FALL RIVER III | 51025136 IMPL DRAIN LINE AND WALL REP | 178.16 |
| 5054 | FALL RIVER III | 51025144 IEWH WATER HEATER REPLACE | 178.16 |
| 5054 | FALL RIVER III | 50786101 DA FALL RIVER (R) GC | 154.68 |
| 5054 | FALL RIVER III | 50784755 DA FALL RIVER (R) GC | 148.69 |
| 5054 | FALL RIVER III | 50828332 IBMI- RPL EXH FAN | 125.57 |
| 5054 | FALL RIVER III | 50913676 DA RICE COOKER | 115.49 |
| 5054 | FALL RIVER III | 50964772 IMEX EXHAUST DUCTWORK RPL | 110.69 |
| 5054 | FALL RIVER III | 50994832 IMPL CONDENSATE PUMP | 105.75 |
| 5054 | FALL RIVER III | 50988070 Catering Label Disp. | 89.27 |
| 5054 | FALL RIVER III | 51021151 IEMW RPL MICROWAVE | 85.63 |
| 5054 | FALL RIVER III | 50971999 IMFZ WIF DOOR RPL | 84.05 |
| 5054 | FALL RIVER III | 50784683 DA FALL RIVER (R) MB | 82.43 |
| 5054 | FALL RIVER III | 50802036 IBRF- RPR HVAC CURB | 75.33 |
| 5054 | FALL RIVER III | 50829028 IBMI men's room ceiling repl | 68.41 |
| 5054 | FALL RIVER III | 50971631 IMFZ WIF DOOR RPL | 56.03 |
| 5054 | FALL RIVER III | 50768835 INSTL 5 MOTORS | 55.56 |
| 5054 | FALL RIVER III | 50965046 IMPL TOILET AND PLUMBING RPL | 55.34 |
| 5054 | FALL RIVER III | 50802010 IEGG-INSTL GREASE GUAR | 55.17 |
| 5054 | FALL RIVER III | 50954208 IMRE SALAD UNIT COMPRESSOR R | 53.10 |
| 5054 | FALL RIVER III | 50955016 IMRE SALAD UNIT COMPRESSOR R | 53.10 |
| 5054 | FALL RIVER III | 50923090 IMRE WIF COMP RPL | 41.90 |
| 5054 | FALL RIVER III | 50903275 DA Menuboard rollout | 40.44 |
| 5054 | FALL RIVER III | 50918400 IMEX GRILL EXHAUST RPL | 40.34 |
| 5054 | FALL RIVER III | 50904930 IMMI GRILL SYSTEM UPGRADE | 37.41 |

| Restaurant No. | Restaurant Name | Description | Net Book Value |
|---|---|---|---|
| 5054 | FALL RIVER III | 50905625 IMMI GRILL SYSTEM UPGRADE | 37.41 |
| 5054 | FALL RIVER III | 50784675 DA FALL RIVER (R) GC | 36.11 |
| 5054 | FALL RIVER III | 50784763 da fall river (r) sg | 33.33 |
| 5054 | FALL RIVER III | 50981450 Network install | 32.10 |
| 5054 | FALL RIVER III | 50784691 DA FALL RIVER (R) GC | 30.69 |
| 5054 | FALL RIVER III | 50964781 IMPL TOILET AND PLUMBING RPL | 27.67 |
| 5054 | FALL RIVER III | 50868561 IEWH WATER HEATER INSTALL | 27.59 |
| 5054 | FALL RIVER III | 50856464 IBSG SIGN FACE RPL | 25.34 |
| 5054 | FALL RIVER III | 50784659 DA FALL RIVER (R) LG | 22.37 |
| 5054 | FALL RIVER III | 50804947 IBRF roof repairs | 22.07 |
| 5054 | FALL RIVER III | 50784704 Inglese billing hours 6/09 | 17.50 |
| 5054 | FALL RIVER III | 50784616 DA FALL RIVER (R) GC | 16.67 |
| 5054 | FALL RIVER III | 50784667 DA FALL RIVER (R) LG | 15.23 |
| 5054 | FALL RIVER III | 50784641 DA FALL RIVER (R) GR | 12.54 |
| 5054 | FALL RIVER III | 50804939 IEGG grease guard installati | 11.03 |
| 5054 | FALL RIVER III | 50841617 IMDR PUSH BAR RPL | 10.02 |
| 5054 | FALL RIVER III | 50751398 H-I-M Mechanical Sy | 9.59 |
| 5054 | FALL RIVER III | 50784624 DA FALL RIVER | 7.34 |
| 5054 | FALL RIVER III | 50742846 IEWH RPL WATER HEATER | 4.46 |
| 5054 | FALL RIVER III | 50784632 Inglese billing hour | 2.50 |
| 5054 | FALL RIVER III | 50784739 (R) Inglese hrs 7/09 | 2.50 |
| 5056 | FALL RIVER I | 50963622 IMEX GRILL EXHST RPL | 7,175.47 |
| 5056 | FALL RIVER I | 51030058 IMFZ.RPL WIF COMP | 3,511.65 |
| 5056 | FALL RIVER I | 50898373 DA Menuboard rollout | 2,462.21 |
| 5056 | FALL RIVER I | 51025751 IMHT. RPL HT EX | 2,214.12 |
| 5056 | FALL RIVER I | 51015755 IMRE.RPL WIF DOOR | 2,142.66 |
| 5056 | FALL RIVER I | 51020351 IMEX. RPL GR EX FN | 1,228.17 |
| 5056 | FALL RIVER I | 50795622 NEW POS | 1,172.56 |
| 5056 | FALL RIVER I | 50921684 IEWH- RPL HOT WATER HE | 698.57 |
| 5056 | FALL RIVER I | 50939041 IMHT SUP INST HTR | 593.15 |
| 5056 | FALL RIVER I | 50784878 DA FALL RIVER (R) SG | 509.72 |
| 5056 | FALL RIVER I | 50800348 POS INSTALL | 490.42 |
| 5056 | FALL RIVER I | 50841238 IBMI-RPL WATER HEATER | 415.06 |
| 5056 | FALL RIVER I | 50908682 IMPL- RPL EJ PUMP | 369.82 |
| 5056 | FALL RIVER I | 50784801 DA FALL RIVER (R) GC | 358.43 |
| 5056 | FALL RIVER I | 50792190 IMRE - RPL COND UNIT | 316.53 |
| 5056 | FALL RIVER I | 50973214 IMMI Sup Table | 309.03 |
| 5056 | FALL RIVER I | 50907057 DA Menuboard rollout | 273.24 |
| 5056 | FALL RIVER I | 50975762 KDS INSTALL | 239.50 |
| 5056 | FALL RIVER I | 50973222 IMMI Sup Table | 239.37 |
| 5056 | FALL RIVER I | 50839322 IEGP- INSTALL GRILL | 215.38 |
| 5056 | FALL RIVER I | 50825721 IMAC-INSTALL 3 NEW DUC | 209.32 |
| 5056 | FALL RIVER I | 50961871 IMEX GRILL EXHAUST DUCTWORK | 190.69 |
| 5056 | FALL RIVER I | 50962072 IMEX GRILL EXHAUST DUCTWORK | 190.69 |
| 5056 | FALL RIVER I | 51027211 IMFZ WIF COMPRESSOR REPLACE | 181.23 |
| 5056 | FALL RIVER I | 50973231 IMMI Sup Table | 176.82 |
| 5056 | FALL RIVER I | 50784851 DA FAL RIVER (R0 SG | 175.80 |
| 5056 | FALL RIVER I | 50784860 DA FALL RIVER | 173.11 |
| 5056 | FALL RIVER I | 50856771 IMDR- RPL PANIC BAR | 166.56 |
| 5056 | FALL RIVER I | 51010831 IMRE WIF DOOR RPL | 159.69 |
| 5056 | FALL RIVER I | 51027203 IMHT KITCHEN HEAT EXCHANGER | 135.92 |
| 5056 | FALL RIVER I | 50841191 IBMI-INSTALL WATER HEA | 130.46 |
| 5056 | FALL RIVER I | 50795147 repair of building following | 123.10 |
| 5056 | FALL RIVER I | 50913641 DA RICE COOKER | 115.49 |
| 5056 | FALL RIVER I | 50784843 DA FALL RIVER (R) MB | 108.10 |

| Restaurant No. | Restaurant Name | Description | Net Book Value |
|---|---|---|---|
| 5056 | FALL RIVER I | 50797652 IEWH RPL WATER HEATER | 101.30 |
| 5056 | FALL RIVER I | 50797644 IMPL RLP TOILET | 99.19 |
| 5056 | FALL RIVER I | 50988088 Catering Label Disp. | 89.27 |
| 5056 | FALL RIVER I | 51021160 IMEX RPL GRILL EXH FAN | 85.63 |
| 5056 | FALL RIVER I | 50935058 IMHT HEATER INST | 69.57 |
| 5056 | FALL RIVER I | 51033460 IBEL HAND DRYER REPLACE | 47.41 |
| 5056 | FALL RIVER I | 50797231 IBMI rpl DSL line/bldg damag | 45.98 |
| 5056 | FALL RIVER I | 50784886 da fall river (r) sg | 43.68 |
| 5056 | FALL RIVER I | 50970021 DVR SECURITY ROLLOUT | 42.34 |
| 5056 | FALL RIVER I | 50921334 IEWH WATER HEATER RPL | 41.03 |
| 5056 | FALL RIVER I | 50903283 DA Menuboard rollout | 40.44 |
| 5056 | FALL RIVER I | 50768878 INSTL 3 MOTORS | 33.33 |
| 5056 | FALL RIVER I | 50841625 IMPL HEATER REPLACEMENT AND | 30.06 |
| 5056 | FALL RIVER I | 50784827 (R) Inglese billing hrs 8/09 | 26.21 |
| 5056 | FALL RIVER I | 50784819 CHALK BOARDS POS HOLDE | 16.54 |
| 5056 | FALL RIVER I | 50789020 DA PRINTS (R) GR | 15.80 |
| 5056 | FALL RIVER I | 50825043 IMAC HVAC feed installation | 15.55 |
| 5056 | FALL RIVER I | 50794179 coordinate auto accident rpr | 13.19 |
| 5056 | FALL RIVER I | 50856472 IMDR PANIC BAR RPL | 12.67 |
| 5056 | FALL RIVER I | 50800006 IMGL glass panel replacement | 10.34 |
| 5056 | FALL RIVER I | 50786814 upgrade | 7.24 |
| 5056 | FALL RIVER I | 50784798 (R) Inglese hrs 7/09 | 6.55 |
| 5056 | FALL RIVER I | 50792675 (R) prints | 4.83 |
| 5056 | FALL RIVER I | 50796490 toilet replacement | 4.74 |
| 5056 | FALL RIVER I | 50757360 ELECTRICAL PANEL RPL | 4.14 |
| 5056 | FALL RIVER I | 50786558 (R) Inglese hours 9/09 | 3.62 |
| 5056 | FALL RIVER I | 50784780 Inglese billing hours 6/09 | 3.28 |
| 5062 | RAYNHAM | 51006971 IEWH Rplc wtr ht r | 2,539.73 |
| 5062 | RAYNHAM | 50898402 DA Menuboard rollout | 2,462.21 |
| 5062 | RAYNHAM | 51032555 IMRE RPL SLD EVAP | 1,960.62 |
| 5062 | RAYNHAM | 50924869 IMRE RPL REF UNT | 1,788.17 |
| 5062 | RAYNHAM | 50946321 IEMI SLICERRPLCD | 1,713.34 |
| 5062 | RAYNHAM | 51015739 IMHT RPL HT EXCH | 1,362.31 |
| 5062 | RAYNHAM | 50908236 IEGT-RPL GREASE TRAP | 1,209.78 |
| 5062 | RAYNHAM | 51014189 IMEX.RPL EXHST MTR | 1,101.35 |
| 5062 | RAYNHAM | 51007448 IMRE. RPL WIC COMP | 1,033.35 |
| 5062 | RAYNHAM | 51023333 IBDR. RPL FR EX DVC | 957.95 |
| 5062 | RAYNHAM | 51015376 IEMW. RPL MICROWAVE | 734.99 |
| 5062 | RAYNHAM | 50965572 IMPL WATER LINE RPR | 503.22 |
| 5062 | RAYNHAM | 50826142 IMAC- REBUILD BLOWER A | 368.23 |
| 5062 | RAYNHAM | 50887826 IMPL- RPL WASTE LINE | 364.91 |
| 5062 | RAYNHAM | 50900752 IMEX- RPL GRLL EXH MTR | 301.73 |
| 5062 | RAYNHAM | 50907081 DA Menuboard rollout | 273.24 |
| 5062 | RAYNHAM | 50955921 KDS SOFTWARE INTEGRATION | 239.08 |
| 5062 | RAYNHAM | 51006904 IEWH WATER HEATER RPL | 232.05 |
| 5062 | RAYNHAM | 50956431 KDS INSTALL | 227.13 |
| 5062 | RAYNHAM | 51010532 PHONE MOVE | 198.58 |
| 5062 | RAYNHAM | 50946953 IEMI SLICER RPL | 178.02 |
| 5062 | RAYNHAM | 50809570 IMMI-RPL SHARPENER ASS | 135.13 |
| 5062 | RAYNHAM | 50832104 immi bar stools | 121.50 |
| 5062 | RAYNHAM | 50913617 DA RICE COOKER | 115.49 |
| 5062 | RAYNHAM | 51031464 IMRE salad unit evap | 93.10 |
| 5062 | RAYNHAM | 50988109 Catering Label Disp. | 89.27 |
| 5062 | RAYNHAM | 51024141 IMDR MAIN ENTRANCE EXIT DEVI | 88.12 |
| 5062 | RAYNHAM | 50779180 IORE INSTL 4 MOTORS | 87.36 |

| Restaurant No. | Restaurant Name | Description | Net Book Value |
|---|---|---|---|
| 5062 | RAYNHAM | 51014699 IEMW MICROWAVE RPL | 81.57 |
| 5062 | RAYNHAM | 51010882 IMHT HEAT EXCHANGER RPL | 79.85 |
| 5062 | RAYNHAM | 51010911 IMEX EXHAUST RPL | 79.85 |
| 5062 | RAYNHAM | 50897733 da menus rmv lighting | 68.39 |
| 5062 | RAYNHAM | 50757167 IMMI RPL TABLE TOPS | 56.63 |
| 5062 | RAYNHAM | 50786056 IEMI FIRE ALARM | 51.49 |
| 5062 | RAYNHAM | 50924148 IERE COUNTERTOP REF RPL | 42.59 |
| 5062 | RAYNHAM | 50903312 DA Menuboard rollout | 40.44 |
| 5062 | RAYNHAM | 50900402 IMEX diag gr exh motor | 38.39 |
| 5062 | RAYNHAM | 50904956 IEGT GREASE TRAP RPL | 37.41 |
| 5062 | RAYNHAM | 50905633 IEGT GREASE TRAP RPL | 37.41 |
| 5062 | RAYNHAM | 50888618 IMPL SODA MACHINE WASTE LINE | 32.93 |
| 5062 | RAYNHAM | 50869003 IBDR BACK DOOR REPLACEMENT | 27.59 |
| 5062 | RAYNHAM | 50962081 IMPL BACKFLOW PREV INST | 27.24 |
| 5062 | RAYNHAM | 50904948 IMEX GRILL EXHAUST MOTOR RPL | 18.71 |
| 5062 | RAYNHAM | 50899966 IMEX GRILL EXHAUST MOTOR RPL | 18.28 |
| 5062 | RAYNHAM | 50900103 IMEX GRILL EXHAUST MOTOR RPL | 18.28 |
| 5062 | RAYNHAM | 50829036 IMAC HVAC blower motor rebui | 17.10 |
| 5062 | RAYNHAM | 50809318 IMMI slicer sharp assembly | 5.87 |
| 5062 | RAYNHAM | 50757255 TABLE TOP INSTALLATION | 1.03 |
| 5063 | ROCKLAND | 50898411 DA Menuboard rollout | 2,462.21 |
| 5063 | ROCKLAND | 50978744 IBSG UPGRADE SIGNAGE | 1,490.00 |
| 5063 | ROCKLAND | 51026198 safe replaced | 1,413.03 |
| 5063 | ROCKLAND | 51013223 IEWH.RPL WTR HTR | 1,346.29 |
| 5063 | ROCKLAND | 50946304 IMRE EVAP RPLCD SALAD UNIT | 1,152.73 |
| 5063 | ROCKLAND | 50840180 IEGT- INSTALL GREASE T | 987.89 |
| 5063 | ROCKLAND | 50960341 (R)IBMI DESIGN | 750.40 |
| 5063 | ROCKLAND | 50951883 (R) due diligence | 737.55 |
| 5063 | ROCKLAND | 50917861 IEHV- INSTALL AIR INTA | 714.44 |
| 5063 | ROCKLAND | 50951550 (R)AS | 532.09 |
| 5063 | ROCKLAND | 50991367 IMEX EXHAUST DUCTWORK RPL | 482.76 |
| 5063 | ROCKLAND | 50857424 IEWH-RPL WATER HEATER | 422.62 |
| 5063 | ROCKLAND | 50907090 DA Menuboard rollout | 273.24 |
| 5063 | ROCKLAND | 50953205 IEMW.MICROWVRPL | 251.25 |
| 5063 | ROCKLAND | 50955884 KDS SOFTWARE INTEGRATION | 239.08 |
| 5063 | ROCKLAND | 50956385 KDS INSTALL | 227.13 |
| 5063 | ROCKLAND | 50913465 DA RICE COOKER | 201.08 |
| 5063 | ROCKLAND | 50979464 IBSG PYLON SIGNAGE | 127.97 |
| 5063 | ROCKLAND | 50841861 IMPL RPL PIPE | 124.40 |
| 5063 | ROCKLAND | 50758961 POS INSTALL | 122.61 |
| 5063 | ROCKLAND | 51010903 IEWH WATER HEATER RPL | 119.77 |
| 5063 | ROCKLAND | 50870434 IBEL inst overshelf | 101.15 |
| 5063 | ROCKLAND | 50945475 IMRE SALAD UNIT EVAPORATOR R | 100.00 |
| 5063 | ROCKLAND | 50988117 Catering Label Disp. | 89.27 |
| 5063 | ROCKLAND | 50862004 IEWH rpl water heater | 79.82 |
| 5063 | ROCKLAND | 50979595 IBSG PYLON SIGNAGE | 63.98 |
| 5063 | ROCKLAND | 50757183 IMMI RPL TABLE TOPS | 52.76 |
| 5063 | ROCKLAND | 50903321 DA Menuboard rollout | 40.44 |
| 5063 | ROCKLAND | 50840956 IBMI manage ceiling rpl | 40.08 |
| 5063 | ROCKLAND | 50813499 IBFL floor tile replacement | 39.90 |
| 5063 | ROCKLAND | 50769678 INSTL 3 MOTORS | 33.33 |
| 5063 | ROCKLAND | 50981476 Network install | 32.10 |
| 5063 | ROCKLAND | 50868570 IMMI TOASTER RELO | 27.59 |
| 5063 | ROCKLAND | 50954224 IEMW MICROWAVE RPL | 26.55 |
| 5063 | ROCKLAND | 50955032 IEMW MICROWAVE RPL | 26.55 |

| Restaurant No. | Restaurant Name | Description | Net Book Value |
|---|---|---|---|
| 5063 | ROCKLAND | 50862311 IEWH WATER HEATER INSTALL | 26.21 |
| 5063 | ROCKLAND | 50757933 HVAC RPL FAN BLADE MTR | 21.77 |
| 5063 | ROCKLAND | 50841633 IEGT GREASE TRAP RPL | 20.04 |
| 5063 | ROCKLAND | 50757280 TABLE TOP INSTALLATION | 1.03 |
| 5063 | ROCKLAND | 50951891 (N) schematics | (540.87) |
| 5087 | PORTSMOUTH | 50958938 IEGP.GRILL RPLCD | 3,955.37 |
| 5087 | PORTSMOUTH | 51007510 IERE. SUP SALAD UNIT | 3,472.07 |
| 5087 | PORTSMOUTH | 50959990 IEGP.GRILL INSTLL | 2,999.19 |
| 5087 | PORTSMOUTH | 50898470 DA Menuboard rollout | 2,462.21 |
| 5087 | PORTSMOUTH | 50896714 DA menuboard soffit rpr | 2,227.59 |
| 5087 | PORTSMOUTH | 50999019 IEWH. RPL WTR HTR | 1,723.17 |
| 5087 | PORTSMOUTH | 51036353 IMAC INST ECON BRO | 1,449.07 |
| 5087 | PORTSMOUTH | 50861992 iegt rpl 2 igt | 1,396.10 |
| 5087 | PORTSMOUTH | 50993186 IMHT.RPL HT EXCHGR | 1,296.66 |
| 5087 | PORTSMOUTH | 51007501 IMAC. RPL HVAC ECON | 1,241.35 |
| 5087 | PORTSMOUTH | 51012061 IERE INS SAL UNIT | 1,053.40 |
| 5087 | PORTSMOUTH | 50918071 IEHV-RPL HVAC | 897.71 |
| 5087 | PORTSMOUTH | 51009005 IMPL. RPL COND. PUMP | 870.36 |
| 5087 | PORTSMOUTH | 50959181 IEGP.GRILL SHELF SUPPL | 615.03 |
| 5087 | PORTSMOUTH | 50970620 IEGP.ADJ GRILL | 484.49 |
| 5087 | PORTSMOUTH | 50807697 IMRE-RPL WIC CONDENSER | 483.22 |
| 5087 | PORTSMOUTH | 51008758 IERE SALAD UNIT RPL | 390.60 |
| 5087 | PORTSMOUTH | 50907153 DA Menuboard rollout | 273.24 |
| 5087 | PORTSMOUTH | 50955850 KDS SOFTWARE INTEGRATION | 239.08 |
| 5087 | PORTSMOUTH | 50908869 IEAN UPGRADE ANSUL SYS | 236.03 |
| 5087 | PORTSMOUTH | 50956351 KDS INSTALL | 227.13 |
| 5087 | PORTSMOUTH | 50964941 IMAC HVAC DUCTWORK RPL | 221.38 |
| 5087 | PORTSMOUTH | 50833836 IMRE- RPR ICE MAKER | 209.07 |
| 5087 | PORTSMOUTH | 51010583 PHONE MOVE | 198.58 |
| 5087 | PORTSMOUTH | 50914206 DA RICE COOKER | 189.25 |
| 5087 | PORTSMOUTH | 50984706 IMRE DISPLAY REF COMPRESSOR | 166.19 |
| 5087 | PORTSMOUTH | 50958153 IEGP GRILL RPL | 161.38 |
| 5087 | PORTSMOUTH | 51000191 IEWH WATER HEATER RPL | 146.26 |
| 5087 | PORTSMOUTH | 50992773 IMHT HEAT EXCHANGER RPL | 139.46 |
| 5087 | PORTSMOUTH | 51008707 IMRE RTU ECONOMIZER RPL | 117.18 |
| 5087 | PORTSMOUTH | 50964801 IMAC HVAC DUCTWORK RPL | 110.69 |
| 5087 | PORTSMOUTH | 50988176 Catering Label Disp. | 89.27 |
| 5087 | PORTSMOUTH | 51004061 IMPL CONDENSATE PUMP RPL | 75.62 |
| 5087 | PORTSMOUTH | 50897434 DA MENU move pendant lights | 68.39 |
| 5087 | PORTSMOUTH | 51035756 IMRE ECONOMIZER CONTROL BOAR | 48.28 |
| 5087 | PORTSMOUTH | 50773829 INSTL 3 MOTORS | 43.97 |
| 5087 | PORTSMOUTH | 51018841 IBDR DOOR GLASS RPL | 42.05 |
| 5087 | PORTSMOUTH | 50903380 DA Menuboard rollout | 40.44 |
| 5087 | PORTSMOUTH | 50862557 IEGT GREASE TRAP RPL | 39.31 |
| 5087 | PORTSMOUTH | 50905756 IMMI ANSUL SYS UPGRADE | 37.41 |
| 5087 | PORTSMOUTH | 50809086 IMRE condensing unit replace | 23.49 |
| 5087 | PORTSMOUTH | 50759779 IEMI RPL STOOLS | 17.94 |
| 5087 | PORTSMOUTH | 50832964 IMRE ice machine control rep | 8.90 |
| 5082 | PORTSMOUTH | 50803063 IMGL front door glass replac | 5.52 |
| 5087 | PORTSMOUTH | 50757415 WINDOW RPL | 1.03 |
| 5087 | PORTSMOUTH | 50757511 replacement of bar stools | 1.03 |
| 5090 | WARWICK I | 51026593 IEFZ. RPL WIF DR | 4,389.51 |
| 5090 | WARWICK I | 51022373 IMPL. RPL SEP PMP | 3,286.85 |
| 5090 | WARWICK I | 50898496 DA Menuboard rollout | 2,462.21 |
| 5090 | WARWICK I | 51007982 IEAN. UPGRD ANSUL | 1,852.70 |

| Restaurant No. | Restaurant Name | Description | Net Book Value |
|---|---|---|---|
| 5090 | WARWICK I | 50980254 IMPL.RPL SEP PUMP | 1,850.77 |
| 5090 | WARWICK I | 50992124 IERE.SUP CNT REF UNIT | 1,575.15 |
| 5090 | WARWICK I | 51030904 IMRE. RPL IM CTL BRD | 1,444.13 |
| 5090 | WARWICK I | 50904391 IEWH RPL WTR HTR | 1,276.23 |
| 5090 | WARWICK I | 51025769 IEMW. RPL MW | 857.96 |
| 5090 | WARWICK I | 50995333 IMRE.RPL REF EVAP | 850.84 |
| 5090 | WARWICK I | 50889565 IERE RPLCD PAN RL | 694.69 |
| 5090 | WARWICK I | 50940711 IMRE RPL REF SLDCMPRSR | 670.68 |
| 5090 | WARWICK I | 50969135 IMHT.HEAT EXCH RPL | 634.89 |
| 5090 | WARWICK I | 50808551 POS INSTALL | 522.07 |
| 5090 | WARWICK I | 50953150 IERE.CMPSSR RPLC | 439.70 |
| 5090 | WARWICK I | 50809756 IMPL INSTALL G/T | 382.93 |
| 5090 | WARWICK I | 50887666 IMPL RPLCD BK FLOW PRV | 364.07 |
| 5090 | WARWICK I | 50907170 DA Menuboard rollout | 273.24 |
| 5090 | WARWICK I | 50977223 KDS INSTALL | 243.14 |
| 5090 | WARWICK I | 51025152 IMRE WIF DOOR REPLACE | 178.16 |
| 5090 | WARWICK I | 50852922 IMEX- RPL EXH ASSY | 160.43 |
| 5090 | WARWICK I | 51004191 IEAN ANSUL UPGRADE | 151.25 |
| 5090 | WARWICK I | 50991412 IERE COUNTERTOP REF UNIT RPL | 137.93 |
| 5090 | WARWICK I | 50979499 IMPL SEPTIC PUMP RPL | 127.97 |
| 5090 | WARWICK I | 50913422 DA RICE COOKER | 116.31 |
| 5090 | WARWICK I | 50988192 Catering Label Disp. | 89.27 |
| 5090 | WARWICK I | 50940308 IMRE SALAD REF COMPRESSOR RP | 71.64 |
| 5090 | WARWICK I | 50996002 IMRE SALAD UNIT EVAP COIL RP | 71.46 |
| 5090 | WARWICK I | 51031481 IMRE salad unit evap | 69.83 |
| 5090 | WARWICK I | 50897021 DA MENU MOVE PENDANT LIGHTS | 68.39 |
| 5090 | WARWICK I | 50979624 IMPL SEPTIC PUMP RPL | 63.98 |
| 5090 | WARWICK I | 50779243 IORE INSTL 4 MOTORS | 58.24 |
| 5090 | WARWICK I | 50904964 IEWH WATER HEATER RPL | 56.12 |
| 5090 | WARWICK I | 50905668 IEWH WATER HEATER RPL | 56.12 |
| 5090 | WARWICK I | 51026163 IEMW MICROWAVE REPLACE | 44.92 |
| 5090 | WARWICK I | 50903401 DA Menuboard rollout | 40.44 |
| 5090 | WARWICK I | 50809596 IEGT- NEW GREASE TRAP | 39.93 |
| 5090 | WARWICK I | 50964810 IMHT HVAC HEAT EXCHANGER RPL | 27.67 |
| 5090 | WARWICK I | 50965062 IMHT HVAC HEAT EXCHANGER RPL | 27.67 |
| 5090 | WARWICK I | 50954259 IMRE SALAD UNIT COMPRESSOR R | 26.55 |
| 5090 | WARWICK I | 50955059 IMRE SALAD UNIT COMPRESSOR R | 26.55 |
| 5090 | WARWICK I | 50809334 IEGT install gr trap | 23.49 |
| 5090 | WARWICK I | 50888634 IMPL BACKFLOW PREVENTER RPL | 16.47 |
| 5090 | WARWICK I | 50849926 IMEX BATHROOM EXHAUST REPLAC | 11.98 |
| 5090 | WARWICK I | 50743398 IEEX- PERMITS | 1.91 |
| 5105 | WOBURN | 51009144 IEWH.RPL WTR HTR | 3,812.43 |
| 5105 | WOBURN | 50896415 (R) INSTALL SUB PANEL - 5105 | 3,546.36 |
| 5105 | WOBURN | 50947956 (R)IMRE WIC EVAP RPLC | 2,674.56 |
| 5105 | WOBURN | 50898533 DA Menuboard rollout | 2,462.21 |
| 5105 | WOBURN | 50855314 iegp rpl grill | 2,343.01 |
| 5105 | WOBURN | 50939075 IERE RPLC REF SLAD | 2,313.13 |
| 5105 | WOBURN | 50904420 IMPL LINE WST PIPE | 2,078.54 |
| 5105 | WOBURN | 50870004 IEWH RPL WTR HTR | 1,870.82 |
| 5105 | WOBURN | 51022007 IEMI. SPL N INST HD DRY | 1,779.53 |
| 5105 | WOBURN | 51013258 IMEX.RPL GRL EXHST | 1,754.32 |
| 5105 | WOBURN | 50942127 IMPL RPL CONDSTE PUMP | 1,452.46 |
| 5105 | WOBURN | 51024432 IMEX.RPL.GR.EX.FN | 1,425.67 |
| 5105 | WOBURN | 51027650 IMHT. RPL BLW MTR ASMB | 1,383.90 |
| 5105 | WOBURN | 51029559 IMRE. RPL COMP | 1,370.26 |

| Restaurant No. | Restaurant Name | Description | Net Book Value |
|---|---|---|---|
| 5105 | WOBURN | 51034139 IMRE RPL IM GTL BRO | 1,009.75 |
| 5105 | WOBURN | 51036361 IMPL RPL TOILET | 962.48 |
| 5105 | WOBURN | 50897661 DA MENU WALLS REFACED | 893.27 |
| 5105 | WOBURN | 50986980 IMEX.INST EXST FN | 833.20 |
| 5105 | WOBURN | 50960333 (R)IBMI DESIGN | 750.40 |
| 5105 | WOBURN | 50951867 (R) due diligence | 737.55 |
| 5105 | WOBURN | 50972975 IMRE.RPL SAL REF COM | 736.46 |
| 5105 | WOBURN | 50934039 IMHT SUP INST HVAC HT EX | 690.54 |
| 5105 | WOBURN | 50953563 (R)IBEL.INST MENU LT | 657.75 |
| 5105 | WOBURN | 50963198 (R) IMAC Rpl Ext Fn | 646.00 |
| 5105 | WOBURN | 50904403 IBAW RECOV AWN | 645.86 |
| 5105 | WOBURN | 50864780 IMAC- RPL W/I COMP | 612.64 |
| 5105 | WOBURN | 50970591 (R)IEGG INST GG | 611.16 |
| 5105 | WOBURN | 50951568 (R)AS | 532.08 |
| 5105 | WOBURN | 50894428 IMRE- RPL GRLL SAND CO | 506.70 |
| 5105 | WOBURN | 51013590 (R) Legal | 502.75 |
| 5105 | WOBURN | 50904972 IMPL WASTE PIPE LINING | 467.67 |
| 5105 | WOBURN | 50896503 PARKINGS SIGNS/MISHAWUM RD | 417.62 |
| 5105 | WOBURN | 50939471 IERE INST SLD RIR | 387.91 |
| 5105 | WOBURN | 50896466 (R)RELOC INCOMING TELCO LINE | 373.36 |
| 5105 | WOBURN | 50850231 IEMI UPGRADE FIRE ALARM | 318.65 |
| 5105 | WOBURN | 51009793 IEWH rpl water heater | 316.31 |
| 5105 | WOBURN | 50916447 IMPL REGROUT L/R | 289.28 |
| 5105 | WOBURN | 50907217 DA Menuboard rollout | 273.24 |
| 5105 | WOBURN | 50926127 IMPL INSTL SINK | 263.50 |
| 5105 | WOBURN | 50885089 RAW CHICKEN SMALLWARES | 260.35 |
| 5105 | WOBURN | 50896431 (R) SHELVING | 256.59 |
| 5105 | WOBURN | 50957097 KDS MONITOR | 227.13 |
| 5105 | WOBURN | 50913043 DA RICE COOLER | 201.08 |
| 5105 | WOBURN | 50896394 (R) manage space reduction | 188.28 |
| 5105 | WOBURN | 50896407 (R) manage Woburn demising | 170.34 |
| 5105 | WOBURN | 50855306 iegp gas connector | 170.09 |
| 5105 | WOBURN | 50896482 (R) 6/10 hours | 161.38 |
| 5105 | WOBURN | 51013338 IMEX GRILL EXHAUST FAN RPL | 161.23 |
| 5105 | WOBURN | 50956246 (R) SUP MIRROR | 158.77 |
| 5105 | WOBURN | 50897602 DA MENU HOLDERS/CHALKBOARDS | 158.00 |
| 5105 | WOBURN | 50896423 (R) DA Woburn demising | 143.45 |
| 5105 | WOBURN | 50844201 IMMI rplr elec connection | 133.51 |
| 5105 | WOBURN | 50940383 IMPL SODA DRAIN LINE RPL | 119.40 |
| 5105 | WOBURN | 50938030 IMRE RPL GRILL SAL UNIT | 117.67 |
| 5105 | WOBURN | 50896458 (R) CCTV SYSTEM SERVICE | 113.96 |
| 5105 | WOBURN | 50856974 IEGP- RPL GRILL OUTLET | 108.60 |
| 5105 | WOBURN | 50809625 IMMI move alarm panel | 106.35 |
| 5105 | WOBURN | 50759040 IMMI RPL TABLE TOPS | 103.18 |
| 5105 | WOBURN | 50896491 (R) manage downsize | 98.62 |
| 5105 | WOBURN | 51027123 IMAC HVAC BLOWER MOTOR ASSEM | 90.61 |
| 5105 | WOBURN | 50929651 IMHT HVAC HT EX RPL | 89.66 |
| 5105 | WOBURN | 50988221 Catering Label Disp. | 89.27 |
| 5105 | WOBURN | 51024045 IMEX GRILL EXHAUST FAN RPL | 88.12 |
| 5105 | WOBURN | 51021223 IBEL HAND DRYER RPL | 85.63 |
| 5105 | WOBURN | 50809617 IMMI rpl heat detect.TOR | 71.18 |
| 5105 | WOBURN | 50986373 IMEX EXHAUST FAN INST | 67.24 |
| 5105 | WOBURN | 50856579 IEGP GRILL INSTALL | 63.36 |
| 5105 | WOBURN | 50896474 (R) manage space reduction | 53.79 |
| 5105 | WOBURN | 51035764 IMPL TOILET REPLACE | 48.28 |

| Restaurant No. | Restaurant Name | Description | Net Book Value |
|---|---|---|---|
| 5105 | WOBURN | 51034577 IMRE ICE MACHINE CONTROL BOA | 47.80 |
| 5105 | WOBURN | 51030576 IMRE REFRIGERATION UNIT COMP | 46.17 |
| 5105 | WOBURN | 50903443 DA Menuboard rollout | 40.44 |
| 5105 | WOBURN | 50916842 IBMI SECTION OF SIDEWALK RPL | 39.66 |
| 5105 | WOBURN | 50905772 IBAW AWNING RPL | 37.41 |
| 5105 | WOBURN | 50951584 (R) Grogan | 32.97 |
| 5105 | WOBURN | 50971681 IMRE RIR COMPRESSOR | 28.02 |
| 5105 | WOBURN | 50971905 IMRE RIR COMPRESSOR | 28.02 |
| 5105 | WOBURN | 50862581 IMRE WALK-IN COND RPL | 26.21 |
| 5105 | WOBURN | 50927980 IMPL RPL HAND SINK | 22.07 |
| 5105 | WOBURN | 50827663 IBEL weather head replacemen | 16.24 |
| 5105 | WOBURN | 50761289 IORE- fan motor retro | 10.86 |
| 5105 | WOBURN | 50828228 IBEL connections for weather | 8.12 |
| 5105 | WOBURN | 50751435 Mass. Restaurant Equ | 5.88 |
| 5105 | WOBURN | 50755612 IOEX Wilde billing hours 4/0 | 5.69 |
| 5105 | WOBURN | 50755604 IOEX Wilde billing hours 3/0 | 3.62 |
| 5105 | WOBURN | 50743427 exhaust duct repl | 2.59 |
| 5105 | WOBURN | 50759904 MANAGE TABLE TOP INSTALLATIO | 1.38 |
| 5105 | WOBURN | 50951912 (N) schematics | (540.86) |
| 5123 | CONCORD II | 51036927 IMPL RPL DRN LNS | 15,188.35 |
| 5123 | CONCORD II | 51024441 IERE.RPL.SAL.UT | 4,282.35 |
| 5123 | CONCORD II | 51036169 IMRE rpl WIC compr | 3,825.67 |
| 5123 | CONCORD II | 51025654 IMPL. 3 BY SK PER BOH | 3,717.37 |
| 5123 | CONCORD II | 50879666 IEFZ- RPL WIF REF | 2,493.37 |
| 5123 | CONCORD II | 50898568 DA Menuboard rollout | 2,462.21 |
| 5123 | CONCORD II | 50970582 IMEX.RPL MUA FAN | 1,713.19 |
| 5123 | CONCORD II | 50930556 IMAC RPL HVAC COMP | 1,540.10 |
| 5123 | CONCORD II | 51024459 IERE.INST.SHL.UD | 1,219.85 |
| 5123 | CONCORD II | 50926101 IMAC INST DISC HVAC | 967.30 |
| 5123 | CONCORD II | 50849635 ieim rpl i/m | 668.13 |
| 5123 | CONCORD II | 50764341 IEEX- RPL EXH DUCT | 557.54 |
| 5123 | CONCORD II | 50866726 IEMI- RPL SAFE | 404.60 |
| 5123 | CONCORD II | 50915971 IMPL INST BK FLOW PE | 347.86 |
| 5123 | CONCORD II | 50956271 KDS INSTALL | 331.72 |
| 5123 | CONCORD II | 50915760 impl rpl toilet | 324.29 |
| 5123 | CONCORD II | 50931743 IMAC DIAGNSE HVAC | 285.42 |
| 5123 | CONCORD II | 50907241 DA Menuboard rollout | 273.24 |
| 5123 | CONCORD II | 50955702 KDS SOFTWARE INTEGRATION | 239.08 |
| 5123 | CONCORD II | 51036644 IMRE WIC COMPRESSOR | 194.64 |
| 5123 | CONCORD II | 50913262 DA RICE COOKER | 189.25 |
| 5123 | CONCORD II | 51026104 IMPL 3 BAY SINK REPLACE, PER | 179.69 |
| 5123 | CONCORD II | 50832171 immi bar stool | 178.61 |
| 5123 | CONCORD II | 50878567 IMFZ DIAG W/I/F | 157.22 |
| 5123 | CONCORD II | 51025646 IERE. DELIVERY CHARGE | 134.77 |
| 5123 | CONCORD II | 50988256 Catering Label Disp. | 89.27 |
| 5123 | CONCORD II | 50927998 IMAC HVAC DISCON | 88.28 |
| 5123 | CONCORD II | 50964959 IMEX MUA FAN RPL | 83.02 |
| 5123 | CONCORD II | 50897451 DA MENU move pendant lights | 68.39 |
| 5123 | CONCORD II | 50921254 IMAC 2ND STAGE COMP RPL | 61.55 |
| 5123 | CONCORD II | 50964828 IMEX MUA FAN RPL | 55.34 |
| 5123 | CONCORD II | 50764922 IORE- ECM MOTORS | 50.00 |
| 5123 | CONCORD II | 50879199 IMFZ FREEZER FRIG SYS RPL | 44.74 |
| 5123 | CONCORD II | 50903478 DA Menuboard rollout | 40.44 |
| 5123 | CONCORD II | 50764009 Organize exh project/oversee | 21.55 |
| 5123 | CONCORD II | 50914476 IMPL TOILET RPL | 19.40 |

| Restaurant No. | Restaurant Name | Description | Net Book Value |
|---|---|---|---|
| 5123 | CONCORD II | 50914484 IMPL MANANGE BACKFLO PREVENT | 19.40 |
| 5123 | CONCORD II | 50851196 IEIM ICE MAKER RPL | 11.98 |
| 5123 | CONCORD II | 50742811 IMPL RPR WALL TILE | 7.02 |
| 5123 | CONCORD II | 50773554 IEEX BAFFLE FILTERS | 5.50 |
| 5123 | CONCORD II | 50773597 IEEX BAFFLE FILTERS | 5.50 |
| 5123 | CONCORD II | 50769934 IEEX BAFFLE FILTERS | 4.39 |
| 5123 | CONCORD II | 50753705 Manage walk in cooler compre | 1.38 |
| 5123 | CONCORD II | 50773589 IEEX BAFFLE FILTERS | (5.50) |
| 5125 | NORTH KINGSTOWN | 51015982 IMHT.RPL HT EX | 2,671.62 |
| 5125 | NORTH KINGSTOWN | 50934047 IMHT RPL CNDS UNT EVAP | 2,631.68 |
| 5125 | NORTH KINGSTOWN | 50898576 DA Menuboard rollout | 2,462.21 |
| 5125 | NORTH KINGSTOWN | 50924033 IMAC- RPL HVAC EVAP | 1,798.58 |
| 5125 | NORTH KINGSTOWN | 51037399 IMEX RPL GR EX FN | 1,617.73 |
| 5125 | NORTH KINGSTOWN | 50997734 IMEX.RPL EXST FN | 1,567.84 |
| 5125 | NORTH KINGSTOWN | 51014082 IMRE.RPL SAL EVAP | 1,323.23 |
| 5125 | NORTH KINGSTOWN | 50951138 IMPL PUMPCNDSTRPRD | 911.32 |
| 5125 | NORTH KINGSTOWN | 51020538 IMRE. RPL CTRL BRD | 814.41 |
| 5125 | NORTH KINGSTOWN | 50895498 imre sup ref cntrl | 730.65 |
| 5125 | NORTH KINGSTOWN | 50895893 iere sup ref cntrl tp | 701.25 |
| 5125 | NORTH KINGSTOWN | 50776721 IEEX- RPL EXH DUCT | 698.32 |
| 5125 | NORTH KINGSTOWN | 50863074 IMPL- SUPPLY SINK | 462.02 |
| 5125 | NORTH KINGSTOWN | 50838733 IEWH RPL WTR HTR | 390.30 |
| 5125 | NORTH KINGSTOWN | 50826089 IEIM NEW ICE MACHINE | 371.96 |
| 5125 | NORTH KINGSTOWN | 50786110 IMFZ RPL W/I/F COMPRES | 344.99 |
| 5125 | NORTH KINGSTOWN | 50864704 IMPL INSTALL SINK | 328.74 |
| 5125 | NORTH KINGSTOWN | 50896159 IERE-CUT BINS FOR STEA | 318.81 |
| 5125 | NORTH KINGSTOWN | 50867569 IEGP- RPL GRILL | 310.49 |
| 5125 | NORTH KINGSTOWN | 50907250 DA Menuboard rollout | 273.24 |
| 5125 | NORTH KINGSTOWN | 50885054 RAW CHICKEN SMALLWAR | 262.19 |
| 5125 | NORTH KINGSTOWN | 50839251 IEWH-SUPPLY WATER HEAT | 259.61 |
| 5125 | NORTH KINGSTOWN | 50867577 IEGP- REFURB GRILL | 255.36 |
| 5125 | NORTH KINGSTOWN | 50955817 KDS SOFTWARE INTEGRATION | 239.08 |
| 5125 | NORTH KINGSTOWN | 50956764 KDS INSTALL | 227.13 |
| 5125 | NORTH KINGSTOWN | 50875411 IBFL rpl floor | 218.53 |
| 5125 | NORTH KINGSTOWN | 50894567 IERE- INSTL 2 RECEPTAC | 209.78 |
| 5125 | NORTH KINGSTOWN | 51010567 PHONE MOVE | 198.58 |
| 5125 | NORTH KINGSTOWN | 50873758 IMPL install sink | 198.54 |
| 5125 | NORTH KINGSTOWN | 50998382 IMEX EXHUAST FAN RPL | 144.44 |
| 5125 | NORTH KINGSTOWN | 50922177 IMAC- RPL EVAP COIL | 138.96 |
| 5125 | NORTH KINGSTOWN | 51013451 IMRE SALAD UNIT EVAP COIL | 120.92 |
| 5125 | NORTH KINGSTOWN | 50913633 DA RICE COOKER | 116.31 |
| 5125 | NORTH KINGSTOWN | 50932367 IMRE WIC COND UNIT RPL | 113.79 |
| 5125 | NORTH KINGSTOWN | 50988264 Catering Label Disp. | 89.27 |
| 5125 | NORTH KINGSTOWN | 51021186 IMRE RPLR ICE MACH CONTR BRD | 85.63 |
| 5125 | NORTH KINGSTOWN | 51013346 IMHT heat exchangers | 80.61 |
| 5125 | NORTH KINGSTOWN | 50760323 IMRE RPL WIC EVAP | 74.38 |
| 5125 | NORTH KINGSTOWN | 51036716 IMEX GRILL EXH FAN | 72.99 |
| 5125 | NORTH KINGSTOWN | 50897741 DA MENU move pendant lights | 68.39 |
| 5125 | NORTH KINGSTOWN | 50865310 IMPL 3-BAY SINK RPL | 53.79 |
| 5125 | NORTH KINGSTOWN | 50894840 IERE REF COUNTER TOP UNITS I | 53.79 |
| 5125 | NORTH KINGSTOWN | 50955075 IMPL SODA DRAIN LINE RPL | 53.10 |
| 5125 | NORTH KINGSTOWN | 50951277 IMPL SODA DRAIN LINE RPL | 52.24 |
| 5125 | NORTH KINGSTOWN | 50781028 IORE INSTL 3 MOTORS | 43.68 |
| 5125 | NORTH KINGSTOWN | 50923145 IMAC HVAC EVAP COIL RPL | 41.90 |
| 5125 | NORTH KINGSTOWN | 50868596 IEGP REFURB GRILL INSTALL | 41.38 |

| Restaurant No. | Restaurant Name | Description | Net Book Value |
|---|---|---|---|
| 5125 | NORTH KINGSTOWN | 50868318 IEGP GRILL INST | 41.00 |
| 5125 | NORTH KINGSTOWN | 50903486 DA Menuboard rollout | 40.44 |
| 5125 | NORTH KINGSTOWN | 50798284 IEEX- BAFFLE FILTERS | 33.36 |
| 5125 | NORTH KINGSTOWN | 50778048 IOEX Manage exhaust duct rep | 32.76 |
| 5125 | NORTH KINGSTOWN | 50846792 IBFL REMOVE AND REPLACE LAMI | 22.41 |
| 5125 | NORTH KINGSTOWN | 50760315 IMRE- RPL WIC THRESHOL | 20.39 |
| 5125 | NORTH KINGSTOWN | 50796529 floor section replacement | 14.22 |
| 5125 | NORTH KINGSTOWN | 50772210 IFEX EXH DUCT RPL | 14.17 |
| 5125 | NORTH KINGSTOWN | 50841684 IEWH WATER HEATER REPLACEMEN | 10.02 |
| 5125 | NORTH KINGSTOWN | 50760331 IMRE DIAGNOSE BAD EVAP | 6.64 |
| 5125 | NORTH KINGSTOWN | 50780789 Manage walk in freezer compr | 6.55 |
| 5125 | NORTH KINGSTOWN | 50759971 MANAGE WALK-IN EVAP RPL | 5.52 |
| 5125 | NORTH KINGSTOWN | 50751419 H-I-M Mechanical Sys | 5.15 |
| 5139 | PAWTUCKET I | 50963227 iegt. igt rplc | 3,315.34 |
| 5139 | PAWTUCKET I | 50898605 DA Menuboard rollout | 2,462.21 |
| 5139 | PAWTUCKET I | 50978390 IEWH RPL WATER HEATER | 2,124.60 |
| 5139 | PAWTUCKET I | 50942944 IEIM Rplc Ice Mach | 2,075.42 |
| 5139 | PAWTUCKET I | 51005928 SAFE REPLACED | 1,244.82 |
| 5139 | PAWTUCKET I | 50795606 NEW POS | 1,172.56 |
| 5139 | PAWTUCKET I | 51001935 IMRE.RPL BLW MTR | 1,059.15 |
| 5139 | PAWTUCKET I | 50921772 IMRE- RPL REF SAL EVAP | 510.67 |
| 5139 | PAWTUCKET I | 50801527 POS INSTALL | 490.42 |
| 5139 | PAWTUCKET I | 50962312 IMPL TOILET RPLC | 411.44 |
| 5139 | PAWTUCKET I | 50907284 DA Menuboard rollout | 273.24 |
| 5139 | PAWTUCKET I | 50977194 KDS INSTALL | 243.14 |
| 5139 | PAWTUCKET I | 50920526 IMDR RPL PANIC | 227.07 |
| 5139 | PAWTUCKET I | 51010524 PHONE MOVE | 198.58 |
| 5139 | PAWTUCKET I | 50943509 IEIM ICE MACHINE RPL | 172.59 |
| 5139 | PAWTUCKET I | 50962144 IEGT GREASE TRAP INSTALL | 136.21 |
| 5139 | PAWTUCKET I | 50979501 IEWH WATER HEATER RPL | 127.97 |
| 5139 | PAWTUCKET I | 50913561 DA RICE COOKER | 116.31 |
| 5139 | PAWTUCKET I | 50988281 Catering Label Disp. | 89.27 |
| 5139 | PAWTUCKET I | 50961934 IEGT GREASE TRAP INSTALL | 81.72 |
| 5139 | PAWTUCKET I | 51001433 IMOV BLOWER MOTOR RPL | 74.09 |
| 5139 | PAWTUCKET I | 50781036 IORE- ECM MOTORS | 72.80 |
| 5139 | PAWTUCKET I | 50762927 IEEX-WELD GRILL EXH TR | 71.53 |
| 5139 | PAWTUCKET I | 50897039 DA MENU MOVE PENDANT LIGHTS | 68.39 |
| 5139 | PAWTUCKET I | 50979632 IEWH WATER HEATER RPL | 63.98 |
| 5139 | PAWTUCKET I | 50970064 DVR SECURITY ROLLOUT | 42.34 |
| 5139 | PAWTUCKET I | 50921318 IMRE SALAD UNIT EVAP RPL | 41.03 |
| 5139 | PAWTUCKET I | 50903515 DA Menuboard rollout | 40.44 |
| 5139 | PAWTUCKET I | 50961926 IMPL TOILET REPLACEMENT | 27.24 |
| 5139 | PAWTUCKET I | 50962136 IMPL TOILET REPLACEMENT | 27.24 |
| 5139 | PAWTUCKET I | 50921300 IMDR PANIC BAR RPL | 20.52 |
| 5139 | PAWTUCKET I | 50760112 MANAGE EXHAUST TROUGH RPR | 4.14 |
| 5144 | WARWICK III | 50930724 IMAC RPL KTCHN EXHL | 6,236.37 |
| 5144 | WARWICK III | 51036425 OTHER-RPL RIC | 4,826.33 |
| 5144 | WARWICK III | 51031085 IMRE RPL WIC COMP | 4,402.05 |
| 5144 | WARWICK III | 50920024 (R) Signage | 4,128.75 |
| 5144 | WARWICK III | 50898613 DA Menuboard rollout | 2,462.21 |
| 5144 | WARWICK III | 51037372 OTHER-SAL UT RPL | 2,147.07 |
| 5144 | WARWICK III | 50952202 IEWH.RMVD+RPLC WTRHTR | 2,038.12 |
| 5144 | WARWICK III | 50873416 ieim inst im | 1,129.14 |
| 5144 | WARWICK III | 50832382 IEGT- INSTALL IGT | 850.10 |
| 5144 | WARWICK III | 50874401 IMRE- RPL EVAP ON W/I | 741.14 |

| Restaurant No. | Restaurant Name | Description | Net Book Value |
|---|---|---|---|
| 5144 | WARWICK III | 50836594 IMRE- RPL COND UNIT | 585.21 |
| 5144 | WARWICK III | 50928472 IMAC DIAG KTCH EXH | 465.71 |
| 5144 | WARWICK III | 50977274 KDS INSTALL | 355.11 |
| 5144 | WARWICK III | 50907292 DA Menuboard rollout | 273.24 |
| 5144 | WARWICK III | 50929555 IMEX KITCH EXHST SYSTEM RPL | 268.97 |
| 5144 | WARWICK III | 51036695 OTHER SALAD UNIT RPL | 243.30 |
| 5144 | WARWICK III | 50854557 IMDR- RPL PANIC BAR | 199.09 |
| 5144 | WARWICK III | 50912518 IMFZ- DIAG WIC COND | 199.01 |
| 5144 | WARWICK III | 50920016 (R) Signage | 144.83 |
| 5144 | WARWICK III | 50832374 IEGT inst tiles | 125.41 |
| 5144 | WARWICK III | 50913431 DA RICE COOKER | 116.31 |
| 5144 | WARWICK III | 50874419 IMRE- RPL W/I EVAP | 109.79 |
| 5144 | WARWICK III | 51032264 IMRE WIC COMPRESSOR INCLUDIN | 94.06 |
| 5144 | WARWICK III | 50988299 Catering Label Disp. | 89.27 |
| 5144 | WARWICK III | 50951162 IEWH WATER HEATER RPL | 78.36 |
| 5144 | WARWICK III | 50951285 IEWH WATER HEATER RPL | 78.36 |
| 5144 | WARWICK III | 50894786 IMRE WIF COND UNIT RPL | 53.79 |
| 5144 | WARWICK III | 50894866 IMRE WIF COND UNIT RPL | 53.79 |
| 5144 | WARWICK III | 50970187 DVR SECURITY ROLLOUT | 52.92 |
| 5144 | WARWICK III | 50762855 IBFL FLOOR TILES | 52.06 |
| 5144 | WARWICK III | 50779198 IORE INST 3 MOTORS | 43.68 |
| 5144 | WARWICK III | 50903523 DA Menuboard rollout | 40.44 |
| 5144 | WARWICK III | 50920008 (R) Manage remodel | 38.79 |
| 5144 | WARWICK III | 50920032 (R) manage remodel/signage | 38.79 |
| 5144 | WARWICK III | 50920041 (R) manage remodel/signage | 38.79 |
| 5144 | WARWICK III | 50875446 IEIM ICE MAKER INSTALL | 29.14 |
| 5144 | WARWICK III | 50875454 IMRE WALK-IN EVAP RPL | 29.14 |
| 5144 | WARWICK III | 50868617 IBGL WINDOW RPL | 27.59 |
| 5144 | WARWICK III | 50830264 IEGT grease trap rpl | 25.65 |
| 5144 | WARWICK III | 50856499 IBDR PANIC BAR RPL | 25.34 |
| 5144 | WARWICK III | 50852615 IBDR BACK DOOR RPLMENT | 24.66 |
| 5144 | WARWICK III | 50896909 DA MENU chalkboards | 19.54 |
| 5144 | WARWICK III | 50919998 (R) manage remodel | 19.40 |
| 5144 | WARWICK III | 50749167 IMRE RPL W/CAP | 11.20 |
| 5144 | WARWICK III | 50841692 IMRE COND UNIT RPL | 10.02 |
| 5144 | WARWICK III | 50762847 IBFL FLOOR TILES | 6.79 |
| 5144 | WARWICK III | 50762417 MANAGE FLOOR RPL | 5.43 |
| 5144 | WARWICK III | 50750192 walk-in compressor rpl | 0.52 |
| 5151 | ENFIELD | 51035107 IEGP rpl grill plate | 8,371.30 |
| 5151 | ENFIELD | 51003295 IMFZ.RPL WIF COMP | 4,440.58 |
| 5151 | ENFIELD | 51007536 IMRE. RPL WIF DOORS | 3,419.72 |
| 5151 | ENFIELD | 51039503 IMEX RPL EXH FAN | 3,130.53 |
| 5151 | ENFIELD | 51003367 IERE.RPL SALAD UNIT | 2,959.26 |
| 5151 | ENFIELD | 50993207 IMHT.RPL HT EXCHGR | 2,833.22 |
| 5151 | ENFIELD | 51032512 IEGP INST GR EXH | 2,468.53 |
| 5151 | ENFIELD | 50898621 DA Menuboard rollout | 2,462.21 |
| 5151 | ENFIELD | 51004811 IMRE.RPL WIC DOOR | 2,441.44 |
| 5151 | ENFIELD | 51034180 IEGP RLT GP | 2,270.61 |
| 5151 | ENFIELD | 50952860 IMRE.WIC EVAP RPLC | 2,069.92 |
| 5151 | ENFIELD | 50952253 IESL.SLICER RPLCD | 1,868.98 |
| 5151 | ENFIELD | 51020360 IMRE. RPL WIC COMP | 1,778.24 |
| 5151 | ENFIELD | 50993194 IMHT.RPL HT EXCHGR | 1,733.28 |
| 5151 | ENFIELD | 50997742 IEWH.RPL WTR HTR | 1,728.09 |
| 5151 | ENFIELD | 50804613 IEEX- RPL EXHAUST DUCT | 1,676.81 |
| 5151 | ENFIELD | 51038711 IMHT RPL DNG RM BLW ASSM | 1,586.98 |

| Restaurant No. | Restaurant Name | Description | Net Book Value |
|---|---|---|---|
| 5151 | ENFIELD | 51023253 IEGP. UPGR GRL | 1,377.36 |
| 5151 | ENFIELD | 50923719 IMAC- RPL COMP ON H VA | 1,222.63 |
| 5151 | ENFIELD | 50986998 IMRE.RPL RIC COIL | 1,019.55 |
| 5151 | ENFIELD | 50897637 DA MENU WALLS REFACED | 893.27 |
| 5151 | ENFIELD | 51008002 IERE. SUP OVERSHELF | 790.55 |
| 5151 | ENFIELD | 50896722 DA MENU WIRING | 762.66 |
| 5151 | ENFIELD | 50856763 IMRE- RPL W/I CAP | 729.83 |
| 5151 | ENFIELD | 50952261 IEMW.RPLMICROW | 607.22 |
| 5151 | ENFIELD | 50918830 IMRE- RPL RIF COMP | 547.47 |
| 5151 | ENFIELD | 50915751 impl inst plb ball vv | 511.94 |
| 5151 | ENFIELD | 50951111 IMPL TOILETRPLCD | 509.29 |
| 5151 | ENFIELD | 51034649 IEGP GRILL REPLACEMENT | 477.97 |
| 5151 | ENFIELD | 50849627 ibsc rpl sign | 402.41 |
| 5151 | ENFIELD | 51004167 IMRE WALK IN DOOR RPL | 378.12 |
| 5151 | ENFIELD | 51002461 IMRE SALAD REFRIGERATION UNI | 299.42 |
| 5151 | ENFIELD | 51002508 IMRE WIF COMPRESSOR RPL | 299.42 |
| 5151 | ENFIELD | 50908906 DA MENUBOARDS | 298.08 |
| 5151 | ENFIELD | 50992829 IMHT HEAT EXCHANGER RPL | 278.93 |
| 5151 | ENFIELD | 50907305 DA Menuboard rollout | 273.24 |
| 5151 | ENFIELD | 50957089 KDS MONITOR | 241.55 |
| 5151 | ENFIELD | 50913140 DA RICE COOKER | 201.27 |
| 5151 | ENFIELD | 50864691 IEMI RPL ALARM PANEL | 174.81 |
| 5151 | ENFIELD | 50992811 IMHT HEAT EXCHANGER RPL | 174.33 |
| 5151 | ENFIELD | 51021194 IMFZ RPL WIF COMPR | 171.26 |
| 5151 | ENFIELD | 50832059 immi bar stool | 165.62 |
| 5151 | ENFIELD | 50897573 DA MENU HOLDERS/CHALKBOARDS | 158.00 |
| 5151 | ENFIELD | 50798971 IMHT RPL IGNITION CONT | 151.28 |
| 5151 | ENFIELD | 50998391 IEWH WATER HEATER RPL | 144.44 |
| 5151 | ENFIELD | 50951189 IMRE WIC EVAP RPL | 130.60 |
| 5151 | ENFIELD | 50951314 IMRE WIC EVAP RPL | 130.60 |
| 5151 | ENFIELD | 51007991 IERE.ADDITIONAL DELIVERY | 125.29 |
| 5151 | ENFIELD | 50918848 IMRE- DIAG RIF COMP | 107.89 |
| 5151 | ENFIELD | 50794216 IEMI NEW DVR | 106.15 |
| 5151 | ENFIELD | 50984722 IMRE DISPLAY REF EVAP COIL R | 99.71 |
| 5151 | ENFIELD | 50988301 Catering Label Disp. | 89.27 |
| 5151 | ENFIELD | 51019991 IEGP GRILL UPGRADE | 84.87 |
| 5151 | ENFIELD | 50951171 IESL SLICER RPL | 78.36 |
| 5151 | ENFIELD | 50951306 IESL SLICER RPL | 78.36 |
| 5151 | ENFIELD | 51039255 IMHT BLOWER MOTOR ASSEMBLY R | 74.28 |
| 5151 | ENFIELD | 50897485 DA MENU move pendant lights | 68.39 |
| 5151 | ENFIELD | 50804980 IMEX grill exhaust duct repl | 66.21 |
| 5151 | ENFIELD | 50970267 DVR SECURITY ROLLOUT | 56.28 |
| 5151 | ENFIELD | 50785686 IORE - ECM MOTORS | 46.06 |
| 5151 | ENFIELD | 50923170 IMAC HVAC COMP RPL | 41.90 |
| 5151 | ENFIELD | 50903531 DA Menuboard rollout | 40.44 |
| 5151 | ENFIELD | 50856501 IMRE WALK-IN COND UNIT RPL | 38.02 |
| 5151 | ENFIELD | 50926792 IMAC DIAG COMP RPL | 36.78 |
| 5151 | ENFIELD | 50798989 IMHT DIAGN IGNITION CO | 33.23 |
| 5151 | ENFIELD | 50800102 IEEX- BAFFLE FILTERS | 27.18 |
| 5151 | ENFIELD | 50951197 IEMW MICROWAVE RPL | 26.12 |
| 5151 | ENFIELD | 50951293 IMPL TOILET RPL | 26.12 |
| 5151 | ENFIELD | 50951322 IEMW MICROWAVE RPL | 26.12 |
| 5151 | ENFIELD | 50846805 IBSG REPLACE DAMAGED SIGNAGE | 22.41 |
| 5151 | ENFIELD | 50800022 IMOV ignition control replac | 15.52 |
| 5151 | ENFIELD | 50804971 IBFL floor repairs | 11.03 |

| Restaurant No. | Restaurant Name | Description | Net Book Value |
|---|---|---|---|
| 5151 | ENFIELD | 50841705 IMPL HANDSINK INSTALL | 10.02 |
| 5169 | MARLBORO II | 51013274 IEHV.RPL HVAC UNIT | 5,106.28 |
| 5169 | MARLBORO II | 50997806 IERE. RPL SAL REF | 3,373.86 |
| 5169 | MARLBORO II | 50898656 DA Menuboard rollout | 2,462.21 |
| 5169 | MARLBORO II | 50999220 IMRE. RPL WIC COMD | 2,033.54 |
| 5169 | MARLBORO II | 51006218 IMAC.RPL HVAC COMP | 1,712.24 |
| 5169 | MARLBORO II | 50935496 IEWH RPL WTR HTR | 1,518.76 |
| 5169 | MARLBORO II | 51006242 IMDR.RPL DR EXIT DVC | 865.99 |
| 5169 | MARLBORO II | 50951875 (R) due diligence | 737.55 |
| 5169 | MARLBORO II | 50998956 IERE. INST SAL UNIT | 661.18 |
| 5169 | MARLBORO II | 51005784 IEMI.CHAIR ORDER | 657.22 |
| 5169 | MARLBORO II | 50998489 IMEX EXHAUST DUCTWORK RPL | 650.00 |
| 5169 | MARLBORO II | 50995974 IMEX EXHAUST DUCTWORK RPL | 643.10 |
| 5169 | MARLBORO II | 50940691 IMPL RPL FLR DRAIN | 540.23 |
| 5169 | MARLBORO II | 50951576 (R)AS | 532.08 |
| 5169 | MARLBORO II | 50808569 POS INSTALL | 522.07 |
| 5169 | MARLBORO II | 50959981 IBGG.GREASE GRD RPL | 503.82 |
| 5169 | MARLBORO II | 50995958 IERE SALAD UNIT RPL | 393.01 |
| 5169 | MARLBORO II | 51007587 IMPL. RPL TOILET | 368.34 |
| 5169 | MARLBORO II | 50907330 DA Menuboard rollout | 273.24 |
| 5169 | MARLBORO II | 50955788 KDS SOFTWARE INTEGRATION | 239.08 |
| 5169 | MARLBORO II | 50956730 KDS INSTALL | 227.13 |
| 5169 | MARLBORO II | 50913107 DA RICE COOKER | 201.08 |
| 5169 | MARLBORO II | 51000246 IMRE WIC CONDENSER RPL | 182.82 |
| 5169 | MARLBORO II | 51006832 IMAC HVAC COMPRESSOR RPL | 154.70 |
| 5169 | MARLBORO II | 50934768 IEWH WATER HEATER RPL | 92.76 |
| 5169 | MARLBORO II | 50988336 Catering Label Disp. | 89.27 |
| 5169 | MARLBORO II | 51006867 IBEL BREAKER RPL | 77.35 |
| 5169 | MARLBORO II | 50897389 DA MENU move pendant lights | 68.39 |
| 5169 | MARLBORO II | 50970347 DVR SECURITY ROLLOUT | 52.92 |
| 5169 | MARLBORO II | 50940391 IMPL FLOOR DRAIN RPL | 47.76 |
| 5169 | MARLBORO II | 50762935 IMEX-RPL MUA MOTOR | 42.81 |
| 5169 | MARLBORO II | 50903566 DA Menuboard rollout | 40.44 |
| 5169 | MARLBORO II | 50773853 IORE - ECM MOTORS | 39.08 |
| 5169 | MARLBORO II | 51008619 IMPL TOILET RPL | 39.06 |
| 5169 | MARLBORO II | 50961951 IBGG OMNI INSTALL | 27.24 |
| 5169 | MARLBORO II | 50962152 IBGG OMNI INSTALL | 27.24 |
| 5169 | MARLBORO II | 50762441 MANAGE MUA MOTOR RPL | 3.62 |
| 5169 | MARLBORO II | 50951904 (N) schematics | (540.86) |
| 5177 | TAUNTON II | 50981927 IEGP SUP GRL PLT | 5,102.23 |
| 5177 | TAUNTON II | 51017241 IERE. RPL SAL UNIT | 4,127.97 |
| 5177 | TAUNTON II | 50898699 DA Menuboard rollout | 2,462.21 |
| 5177 | TAUNTON II | 50983640 IEGP INST GRL PLT | 2,341.22 |
| 5177 | TAUNTON II | 50948545 IEMI SLICER RPLCD | 1,736.41 |
| 5177 | TAUNTON II | 51038720 IMEX RPL GR EX FN | 1,634.20 |
| 5177 | TAUNTON II | 51017259 IERE. INTL SAL UNIT | 998.52 |
| 5177 | TAUNTON II | 50972852 IMEX.EXHST MTR RPL | 684.71 |
| 5177 | TAUNTON II | 50804517 POS INSTALL | 490.42 |
| 5177 | TAUNTON II | 50981118 IEGP GRILL RPL | 485.63 |
| 5177 | TAUNTON II | 50790291 DA TAUNTON (R) SG | 445.72 |
| 5177 | TAUNTON II | 50890953 IMEX-RPL GRL EXH MTR | 443.13 |
| 5177 | TAUNTON II | 50975754 KDS INSTALL | 349.80 |
| 5177 | TAUNTON II | 50907372 DA Menuboard rollout | 273.24 |
| 5177 | TAUNTON II | 51024176 IEWH WATER HEATER RPL | 264.37 |
| 5177 | TAUNTON II | 50981054 IEGP GRILL RPL | 226.63 |

| Restaurant No. | Restaurant Name | Description | Net Book Value |
|---|---|---|---|
| 5177 | TAUNTON II | 50965071 IMEX EXHAUST DUCTWORK RPL | 221.38 |
| 5177 | TAUNTON II | 50982938 IEGP.CHK GRIL OP | 205.22 |
| 5177 | TAUNTON II | 51020001 IERE SALAD UNIT RPL | 169.73 |
| 5177 | TAUNTON II | 51017558 IERE SALAD UNIT RPL | 166.28 |
| 5177 | TAUNTON II | 50810677 IEWH rpl water heater | 154.69 |
| 5177 | TAUNTON II | 50948908 IESL SLICER RPL | 154.66 |
| 5177 | TAUNTON II | 50790320 DA TAUNTON (R) GC | 146.84 |
| 5177 | TAUNTON II | 51030664 IMEX DR HEAT EXCHANGER REPLA | 138.51 |
| 5177 | TAUNTON II | 50790258 DA TAUNTON (R) PC | 120.06 |
| 5177 | TAUNTON II | 50790266 DA TAUNTON (R) MB | 113.93 |
| 5177 | TAUNTON II | 50964836 IMEX EXHAUST DUCTWORK RPL | 110.69 |
| 5177 | TAUNTON II | 51038295 IMEX GRILL EXHAUST FAN REPLA | 98.08 |
| 5177 | TAUNTON II | 50790338 DA TAUNTON (R) GC | 91.44 |
| 5177 | TAUNTON II | 50988361 Catering Label Disp. | 89.27 |
| 5177 | TAUNTON II | 50810909 IEWH-NEW WATER HEATER | 72.45 |
| 5177 | TAUNTON II | 50790215 REMODEL CCTV SYSTEM SE | 57.11 |
| 5177 | TAUNTON II | 50768827 INSTL 5 MOTORS | 55.56 |
| 5177 | TAUNTON II | 50887797 IMEX- RPL GRILL EXH MT | 51.23 |
| 5177 | TAUNTON II | 50903603 DA Menuboard rollout | 40.44 |
| 5177 | TAUNTON II | 50790362 DA-TAUNTON SIGNAGE | 40.23 |
| 5177 | TAUNTON II | 50971711 IMEX GRILL EXHAUST MTR RPL | 28.02 |
| 5177 | TAUNTON II | 50972043 IMEX GRILL EXHAUST MTR RPL | 28.02 |
| 5177 | TAUNTON II | 50790311 DA TAUNTON (R) MW | 19.08 |
| 5177 | TAUNTON II | 50790240 (R) Inglese billing hrs 8/09 | 16.29 |
| 5177 | TAUNTON II | 50881571 IMEX GRILL EXHAUST MOTOR RPL | 15.34 |
| 5177 | TAUNTON II | 50790303 DA PRINTS (R) GR | 14.12 |
| 5177 | TAUNTON II | 50810626 IEWH water heater replacemen | 12.61 |
| 5177 | TAUNTON II | 50790231 (R) Inglese hrs 7/09 | 7.24 |
| 5177 | TAUNTON II | 50792712 (R) prints | 4.83 |
| 5177 | TAUNTON II | 50790223 Inglese billing hours 6/09 | 3.62 |
| 5183 | NEW BEDFORD II | 51015149 IMHT.RPL HT EXCH | 3,025.91 |
| 5183 | NEW BEDFORD II | 50898710 DA Menuboard rollout | 2,462.21 |
| 5183 | NEW BEDFORD II | 51037401 IMAC RPL RTV BLW MTR | 1,884.61 |
| 5183 | NEW BEDFORD II | 51020343 IMRE. RPL SAL EVAP | 1,783.58 |
| 5183 | NEW BEDFORD II | 51017064 IMRE. RPL SAL UNT EVAP | 1,731.96 |
| 5183 | NEW BEDFORD II | 50867631 IMRE- RPL COND UNIT | 1,281.04 |
| 5183 | NEW BEDFORD II | 51005910 SAFE REPLACED | 1,230.64 |
| 5183 | NEW BEDFORD II | 50927103 IMAC RPL HVAC COMP | 1,049.81 |
| 5183 | NEW BEDFORD II | 50804525 POS INSTALL | 490.42 |
| 5183 | NEW BEDFORD II | 50963665 IMPL TOILET RPL | 363.13 |
| 5183 | NEW BEDFORD II | 50924893 IMAC- DIAG/RPL COMP | 308.64 |
| 5183 | NEW BEDFORD II | 50907399 DA Menuboard rollout | 273.24 |
| 5183 | NEW BEDFORD II | 50839357 IMPL- RPL FAUCETS | 241.67 |
| 5183 | NEW BEDFORD II | 50955809 KDS SOFTWARE INTEGRATION | 239.08 |
| 5183 | NEW BEDFORD II | 50956756 KDS INSTALL | 227.13 |
| 5183 | NEW BEDFORD II | 51020010 IMRE rpl SALAD UNIT EVAP | 169.73 |
| 5183 | NEW BEDFORD II | 51017566 IMRE RPL SALAD UNIT EVAP | 166.28 |
| 5183 | NEW BEDFORD II | 51014710 IMHT HEAT EXCHANGER RPL | 163.15 |
| 5183 | NEW BEDFORD II | 51028273 IMRE WIC EVAPORATOR REPLACE | 137.36 |
| 5183 | NEW BEDFORD II | 50851946 IMPL- RPL TOILET | 122.59 |
| 5183 | NEW BEDFORD II | 51036679 IMAC D/R BLOWER MOTOR | 97.32 |
| 5183 | NEW BEDFORD II | 50988379 Catering Label Disp. | 89.27 |
| 5183 | NEW BEDFORD II | 51038308 IMAC DINING ROOM BLOWER ASSE | 73.56 |
| 5183 | NEW BEDFORD II | 50897805 DA MENU move pendant lights | 68.39 |
| 5183 | NEW BEDFORD II | 50924199 IMAC COMP RPL HVAC | 42.59 |

| Restaurant No. | Restaurant Name | Description | Net Book Value |
|---|---|---|---|
| 5183 | NEW BEDFORD II | 50903620 DA Menuboard rollout | 40.44 |
| 5183 | NEW BEDFORD II | 50835920 IMPL UPGRADE PLUMBING | 32.25 |
| 5183 | NEW BEDFORD II | 50868625 IMRE WALK-IN COMP RPL | 27.59 |
| 5183 | NEW BEDFORD II | 50962161 IMPL TOILET REPLACEMENT | 27.24 |
| 5183 | NEW BEDFORD II | 50852623 IMPL SUPPLY AND INSTALL EMPL | 24.66 |
| 5183 | NEW BEDFORD II | 50763428 IORE- ECM MOTORS | 12.93 |
| 5183 | NEW BEDFORD II | 50835129 IMPL PLUMBING UPGRADE | 9.24 |
| 5183 | NEW BEDFORD II | 50759066 IEEX EXH DUCT | 8.02 |
| 5191 | LACONIA | 51039482 IMFZ-RPL COND UNIT | 7,392.00 |
| 5191 | LACONIA | 51029794 IMRE. RPL WIC EVAP | 3,068.36 |
| 5191 | LACONIA | 50898736 DA Menuboard rollout | 2,462.21 |
| 5191 | LACONIA | 51003359 IMPL.RPL BACKFLOW | 2,207.47 |
| 5191 | LACONIA | 51022584 IMRE. RPL SAL EVAP COIL | 1,239.57 |
| 5191 | LACONIA | 50896790 DA MENU DRIVE THRU | 1,107.93 |
| 5191 | LACONIA | 51022592 IMRE.RPL SAL UT COMP | 1,085.19 |
| 5191 | LACONIA | 51014103 IMDR.RPL EXIT DEV | 1,002.75 |
| 5191 | LACONIA | 50983800 (R)INST BANNER SIGN | 967.21 |
| 5191 | LACONIA | 50789089 IEEX- RPL EXHAUST DUCT | 920.51 |
| 5191 | LACONIA | 50891825 IMRE INSTL EP DM ROOF | 879.31 |
| 5191 | LACONIA | 50928958 IEMI toaster | 842.51 |
| 5191 | LACONIA | 50983771 (R)DRIVE THRU LGHTNG | 802.46 |
| 5191 | LACONIA | 51035158 refurb 3 drive-thru headsets | 581.89 |
| 5191 | LACONIA | 50942160 IMEX RPLC RR EXHST | 559.29 |
| 5191 | LACONIA | 50983789 (R)DRIVE THRU LGHTNG | 461.06 |
| 5191 | LACONIA | 50832235 iegt rpl igt | 429.33 |
| 5191 | LACONIA | 50832219 iewh rpl wtr htr | 368.85 |
| 5191 | LACONIA | 50928499 IEMI INST ELEC FR TOSTR | 364.86 |
| 5191 | LACONIA | 50907410 DA Menuboard rollout | 273.24 |
| 5191 | LACONIA | 50955833 KDS SOFTWARE INTEGRATION | 239.08 |
| 5191 | LACONIA | 50956369 KDS INSTALL | 227.13 |
| 5191 | LACONIA | 51002428 IMPL BACKFLOW PREVENTOR RPL | 187.14 |
| 5191 | LACONIA | 50985047 (R)DRIVETHRU PANELS | 176.55 |
| 5191 | LACONIA | 50782207 IERE-RPL WORKTOP UNIT | 165.67 |
| 5191 | LACONIA | 50795761 IEGP INSTALL GRILL | 150.96 |
| 5191 | LACONIA | 50987907 (R)LINE DRIVE THRU | 143.70 |
| 5191 | LACONIA | 50785408 IERE- RPL GRILL FRIG | 122.34 |
| 5191 | LACONIA | 50797361 IMMI rpl 3 gas valves | 114.94 |
| 5191 | LACONIA | 50884991 RAW CHICKEN SMALLWARES | 100.74 |
| 5191 | LACONIA | 50885003 RAW CHICKEN SMALLWARES | 100.65 |
| 5191 | LACONIA | 50981943 NETWORK INSTALL | 98.24 |
| 5191 | LACONIA | 50797370 IEGP refurb grill | 90.34 |
| 5191 | LACONIA | 50988395 Catering Label Disp. | 89.27 |
| 5191 | LACONIA | 51025081 IMRE EVAPORATOR REPLACE | 89.08 |
| 5191 | LACONIA | 51023085 IMRE SALAD UNIT EVAP COIL RE | 87.36 |
| 5191 | LACONIA | 51023106 IMRE WIC EVAPORATOR AND COND | 87.36 |
| 5191 | LACONIA | 50836543 iegt measure trap | 84.62 |
| 5191 | LACONIA | 51014787 IMDR EXIT DEVICE RPL | 81.57 |
| 5191 | LACONIA | 50913756 DA RICE COOKER | 80.55 |
| 5191 | LACONIA | 51004132 IMMI GRILL WELDING | 75.62 |
| 5191 | LACONIA | 50934830 IBSG LIGHTING UPGRADE PYLON | 69.57 |
| 5191 | LACONIA | 50897320 DA menu move pendant lights | 68.39 |
| 5191 | LACONIA | 50928018 IMAP TOASTER RPL | 66.21 |
| 5191 | LACONIA | 50928122 IMDR FRONT DOOR EXT DEV RPL | 66.21 |
| 5191 | LACONIA | 50773802 INSTL 4 MOTORS | 58.62 |
| 5191 | LACONIA | 50941626 IMEX RESTROOM EXHAUST RPL | 48.62 |

| Restaurant No. | Restaurant Name | Description | Net Book Value |
|---|---|---|---|
| 5191 | LACONIA | 50796060 IOEX grill exh duct rpl | 47.41 |
| 5191 | LACONIA | 50903646 DA Menuboard rollout | 40.44 |
| 5191 | LACONIA | 50893193 IMRE WIC ROOF RPL | 35.17 |
| 5191 | LACONIA | 50792616 Mge grill exhaust duct repla | 20.26 |
| 5191 | LACONIA | 50788975 IEEX BAFFLE FILTERS | 17.34 |
| 5191 | LACONIA | 50885011 RAW CHICKEN SMALLWARES | 16.42 |
| 5191 | LACONIA | 50792173 IEGP - INST GRILL T-ST | 12.61 |
| 5191 | LACONIA | 50792211 grill install | 12.16 |
| 5191 | LACONIA | 50792608 Evaluate refurbished grill a | 12.16 |
| 5191 | LACONIA | 50897240 DA MENU DRIVE THRU SIGNS | 9.14 |
| 5191 | LACONIA | 50833019 IEGT grease trap replacement | 8.90 |
| 5191 | LACONIA | 50833027 IEWH hot water heater replac | 8.90 |
| 5191 | LACONIA | 50780818 Manage replacement of workto | 6.55 |
| 5193 | CROMWELL | 50944131 IEGP GRILL REPLACED | 4,337.75 |
| 5193 | CROMWELL | 51011551 IMFZ.RPL WIF COMP | 2,686.94 |
| 5193 | CROMWELL | 50959359 (R)IERE SUP SANDW UNIT | 2,591.44 |
| 5193 | CROMWELL | 50898752 DA Menuboard rollout | 2,462.21 |
| 5193 | CROMWELL | 50854813 da cromwell ( r) sg | 2,096.59 |
| 5193 | CROMWELL | 50824542 IMFZ- RPL COND UNIT | 1,209.52 |
| 5193 | CROMWELL | 50942178 IMEX RPL GRILL EXHST | 1,041.00 |
| 5193 | CROMWELL | 50946291 IEGP GRILL RPLCD | 1,004.47 |
| 5193 | CROMWELL | 50965581 (R)IERE SAL UNIT RPL | 725.92 |
| 5193 | CROMWELL | 50934101 IMHT RPL BLW MTR ASMBLY | 706.26 |
| 5193 | CROMWELL | 50952190 IMHT,HTEXCHNGRRPLCD | 662.22 |
| 5193 | CROMWELL | 50930046 IMHT RPL HVAC ECON | 642.57 |
| 5193 | CROMWELL | 50778988 IEEX- RPL EXH DUCT | 595.52 |
| 5193 | CROMWELL | 50921692 IMRE- RIR RPL EVAP COI | 520.03 |
| 5193 | CROMWELL | 50797732 POS INSTALL | 487.36 |
| 5193 | CROMWELL | 50854792 DA CROMWELL (R) MB | 382.11 |
| 5193 | CROMWELL | 50943517 IEGP GRILL REPLACEMENT | 320.52 |
| 5193 | CROMWELL | 50907436 DA Menuboard rollout | 273.24 |
| 5193 | CROMWELL | 50975691 KDS INSTALL | 254.71 |
| 5193 | CROMWELL | 50913191 DA RICE COOKER | 201.27 |
| 5193 | CROMWELL | 50934098 IMHT DIAG HVAC BI ASSY | 170.42 |
| 5193 | CROMWELL | 51013469 IMRE WIF COMPRESSOR RPL | 161.23 |
| 5193 | CROMWELL | 51010954 IMRE WIF COMPRESSOR RPL | 159.69 |
| 5193 | CROMWELL | 50854784 (R) Manage remodel | 126.72 |
| 5193 | CROMWELL | 50940341 IMEX GRILL EXHAUST RPL | 95.52 |
| 5193 | CROMWELL | 50932375 IMHT BLOW MTR ASSEMBLY RPL | 91.03 |
| 5193 | CROMWELL | 50988416 Catering Label Disp. | 89.27 |
| 5193 | CROMWELL | 50854725 DA HANOVER/CROMWELL (R | 73.31 |
| 5193 | CROMWELL | 50854776 (R) manage remodel | 69.70 |
| 5193 | CROMWELL | 50782135 IMMI RPL SAFE | 67.38 |
| 5193 | CROMWELL | 50927365 IMAC HVAC ECONOMIZER RPL | 66.21 |
| 5193 | CROMWELL | 50857387 CHALKBOARDS/MENUBOARDS | 64.10 |
| 5193 | CROMWELL | 50970216 DVR SECURITY ROLLOUT | 56.28 |
| 5193 | CROMWELL | 50951331 IMHT HVAC HEAT EXCHANGER RPL | 52.24 |
| 5193 | CROMWELL | 50785707 IORE- ECM MOTORS | 46.06 |
| 5193 | CROMWELL | 50854741 (R) manage remodel | 44.35 |
| 5193 | CROMWELL | 50921326 IMRE SALAD UNIT EVAP RPL | 41.03 |
| 5193 | CROMWELL | 50903662 DA Menuboard rollout | 40.44 |
| 5193 | CROMWELL | 50780834 IOEX Manage grill exhaust du | 32.76 |
| 5193 | CROMWELL | 50822871 IMFZ condensing unit replace | 29.71 |
| 5193 | CROMWELL | 50773511 IEEX BAFFLE FILTERS | 17.30 |
| 5193 | CROMWELL | 50854750 (R) manage remodel | 12.67 |

| Restaurant No. | Restaurant Name | Description | Net Book Value |
|---|---|---|---|
| 5193 | CROMWELL | 50854768 (R) manage remodel | 12.67 |
| 5193 | CROMWELL | 50777192 Manage safe control board re | 2.93 |
| 5219 | SMITHFIELD | 50947690 (R)IEGT GREASETRPRPLCD | 5,005.16 |
| 5219 | SMITHFIELD | 50898787 DA Menuboard rollout | 2,462.21 |
| 5219 | SMITHFIELD | 50934055 IMRE SUP INST WIC COND UNIT | 2,208.45 |
| 5219 | SMITHFIELD | 50936747 IERE RPL SALAD UNIT | 2,194.60 |
| 5219 | SMITHFIELD | 50965530 (R)IMPL SINK RPLC | 2,075.87 |
| 5219 | SMITHFIELD | 50953547 (R)IMPL.RPL PIPING | 2,008.42 |
| 5219 | SMITHFIELD | 50970427 IEWH RPL WTR HT | 2,005.04 |
| 5219 | SMITHFIELD | 51030891 IMPL INST SFTY PN & SNSR | 1,531.55 |
| 5219 | SMITHFIELD | 51026403 IMEX. RPL GR EX FN | 1,330.88 |
| 5219 | SMITHFIELD | 51007472 IEMI. RPL ELECT PUMP | 1,177.25 |
| 5219 | SMITHFIELD | 50992327 IMHT.RPL HVAC HT EX | 1,130.64 |
| 5219 | SMITHFIELD | 50953539 (R)IMPL.RELOCATESINK | 1,068.98 |
| 5219 | SMITHFIELD | 50940981 IERE INSTL SALAD UNIT | 983.49 |
| 5219 | SMITHFIELD | 50963585 (R)IMMI RELOCATE POS | 753.77 |
| 5219 | SMITHFIELD | 50928481 IEMI INST GREASE GRO | 394.54 |
| 5219 | SMITHFIELD | 51016248 IMPL. RPL TOILET | 371.58 |
| 5219 | SMITHFIELD | 50948431 (R)IEGT INST ELECTRI | 324.66 |
| 5219 | SMITHFIELD | 50907461 DA Menuboard rollout | 273.24 |
| 5219 | SMITHFIELD | 50977231 KDS INSTALL | 243.14 |
| 5219 | SMITHFIELD | 50832024 immi inst bar stools | 210.97 |
| 5219 | SMITHFIELD | 50938099 IERE SALAD UNIT REPLACE | 164.74 |
| 5219 | SMITHFIELD | 50913351 DA RICE COOKER | 116.31 |
| 5219 | SMITHFIELD | 50932383 IMRE WIC COND UNIT RPL | 113.79 |
| 5219 | SMITHFIELD | 50972078 IEWH WATER HEATER RPL | 112.07 |
| 5219 | SMITHFIELD | 50991439 IMHT HEAT EXCHANGER RPL | 103.45 |
| 5219 | SMITHFIELD | 50826097 IMPL rplr portion drain pipe | 89.31 |
| 5219 | SMITHFIELD | 50988432 Catering Label Disp. | 89.27 |
| 5219 | SMITHFIELD | 51006859 IMPL EJECTOR PUMP INSTALL | 77.35 |
| 5219 | SMITHFIELD | 51031499 IMAC safety catch pan | 69.83 |
| 5219 | SMITHFIELD | 50897477 DA MENU move pendant lights | 68.39 |
| 5219 | SMITHFIELD | 51027220 IMEX GRILL EXHAUST FAN REPLA | 67.96 |
| 5219 | SMITHFIELD | 50971753 IEWH WATER HEATER RPL | 56.03 |
| 5219 | SMITHFIELD | 50970072 DVR SECURITY ROLLOUT | 52.92 |
| 5219 | SMITHFIELD | 50929563 IEGG GREASE GUARD INST | 44.83 |
| 5219 | SMITHFIELD | 50779201 IORE INSTL 3 MOTORS | 43.68 |
| 5219 | SMITHFIELD | 50903697 DA Menuboard rollout | 40.44 |
| 5219 | SMITHFIELD | 51010891 IMPL TOILET RPL | 39.92 |
| 5219 | SMITHFIELD | 50868650 IBDR BACK DOOR AND FRAME RPL | 27.59 |
| 5219 | SMITHFIELD | 50914767 IMDR EXIT DEVICE RPL | 19.40 |
| 5219 | SMITHFIELD | 50915057 IMDR EXIT DEVICE RPL | 19.40 |
| 5219 | SMITHFIELD | 50829108 IMPL drain pipe replacement | 8.55 |
| 5221 | SOUTH DENNIS | 51015122 IERE.RPL WIC REF PAC | 6,200.32 |
| 5221 | SOUTH DENNIS | 50958680 (R)IEGP SUP GRILL | 4,091.08 |
| 5221 | SOUTH DENNIS | 50898795 DA Menuboard rollout | 2,462.21 |
| 5221 | SOUTH DENNIS | 50939067 IEWH RPL WATER HTR | 967.71 |
| 5221 | SOUTH DENNIS | 50928464 IMEX RPL GRI 11EX14 | 821.84 |
| 5221 | SOUTH DENNIS | 50959818 (R)IEEP.INST GRILL | 804.39 |
| 5221 | SOUTH DENNIS | 50975789 IMDR.RPL DR CLOSER | 789.61 |
| 5221 | SOUTH DENNIS | 50797708 IMFZ - RPL WIF COMPRES | 782.38 |
| 5221 | SOUTH DENNIS | 50963201 (R) IMEX Rpl Grl Fn Mtr | 715.62 |
| 5221 | SOUTH DENNIS | 50963219 (R) IMAC Rpl Cond Fan | 694.26 |
| 5221 | SOUTH DENNIS | 51022681 IMPL. RPL TLT | 611.49 |
| 5221 | SOUTH DENNIS | 50930038 IBGG RPL GG | 411.70 |

| Restaurant No. | Restaurant Name | Description | Net Book Value |
|---|---|---|---|
| 5221 | SOUTH DENNIS | 50939227 IEAN SPLY INSL CNTRLHD | 351.82 |
| 5221 | SOUTH DENNIS | 50975201 KDS INSTALL | 349.80 |
| 5221 | SOUTH DENNIS | 50907479 DA Menuboard rollout | 273.24 |
| 5221 | SOUTH DENNIS | 50914222 da rice cooker | 201.08 |
| 5221 | SOUTH DENNIS | 50804605 IMFZ- RPL WIF DOOR | 192.02 |
| 5221 | SOUTH DENNIS | 51013362 IERE WIC refrigeration Packa | 161.23 |
| 5221 | SOUTH DENNIS | 50763727 IEIM- RPL I/M | 105.26 |
| 5221 | SOUTH DENNIS | 50988441 Catering Label Disp. | 89.27 |
| 5221 | SOUTH DENNIS | 51024184 IMPL TOILET RPL | 88.12 |
| 5221 | SOUTH DENNIS | 50941044 IEAN DISON RECON ELECT | 81.03 |
| 5221 | SOUTH DENNIS | 50998438 IMDR EXIT DEVICE RPL | 72.22 |
| 5221 | SOUTH DENNIS | 50938136 IEWH WATER HEATER RPL | 70.60 |
| 5221 | SOUTH DENNIS | 50803004 IMFZ INSTALL WIF DOOR | 69.18 |
| 5221 | SOUTH DENNIS | 50897119 DA MENU MOVE PENDANT LIGHTS | 68.39 |
| 5221 | SOUTH DENNIS | 50927373 IMEX GRILL EXHAUST RPL | 66.21 |
| 5221 | SOUTH DENNIS | 50977522 IMDR EXIT DEVICE RPL | 63.98 |
| 5221 | SOUTH DENNIS | 50929571 IEGG INST GREASE GUARD | 44.83 |
| 5221 | SOUTH DENNIS | 50903700 DA Menuboard rollout | 40.44 |
| 5221 | SOUTH DENNIS | 50761107 IEIM RPL ICE MACHINE | 35.40 |
| 5221 | SOUTH DENNIS | 50981505 Network install | 32.10 |
| 5221 | SOUTH DENNIS | 50977581 IMDR EXIT DEVICE RPL | 31.99 |
| 5221 | SOUTH DENNIS | 50810634 IBMI backroom ceiling tiles | 25.22 |
| 5221 | SOUTH DENNIS | 50805624 IMFZ-ELECTRICAL CONNEC | 22.67 |
| 5221 | SOUTH DENNIS | 50763479 IORE- ECM MOTORS | 21.55 |
| 5221 | SOUTH DENNIS | 50796553 condenser unit replacement | 18.97 |
| 5221 | SOUTH DENNIS | 50805026 IMFZ walk in freezer door re | 16.55 |
| 5221 | SOUTH DENNIS | 50800137 IEFZ DIAGNOSE WIF DOOR | 14.83 |
| 5221 | SOUTH DENNIS | 50762388 MANAGE ICE MAKER RPL | 5.43 |
| 5222 | FRAMINGHAM III | 50855023 DA FRAMINGHAM (R) EQ | 7,090.75 |
| 5222 | FRAMINGHAM III | 50856958 DA FRAMINGHAM (R) GC | 6,317.79 |
| 5222 | FRAMINGHAM III | 50987843 IERE.RPL CNT TOP REF | 3,166.83 |
| 5222 | FRAMINGHAM III | 50983498 IERE RPL SAL REF UNIT | 3,072.15 |
| 5222 | FRAMINGHAM III | 50993258 IEWH.RPL WTR HTR | 2,987.85 |
| 5222 | FRAMINGHAM III | 50898808 DA Menuboard rollout | 2,462.21 |
| 5222 | FRAMINGHAM III | 50857088 DA FRAMINGHAM (R) GC | 1,233.91 |
| 5222 | FRAMINGHAM III | 50854944 da framingham (r) as | 1,142.34 |
| 5222 | FRAMINGHAM III | 50985101 IERE.INST SAL REF UT | 833.89 |
| 5222 | FRAMINGHAM III | 50854987 (R) manage remodel | 698.88 |
| 5222 | FRAMINGHAM III | 50986402 IMEX EXHAUST DUCTWORK RPL | 605.17 |
| 5222 | FRAMINGHAM III | 50810247 POS INSTALL | 560.46 |
| 5222 | FRAMINGHAM III | 50906636 IMHT- RPL IGN CTRL MOD | 477.42 |
| 5222 | FRAMINGHAM III | 50989558 IEWH WATER HEATER RPL | 374.04 |
| 5222 | FRAMINGHAM III | 50983009 IERE SALAD UNIT RPL | 327.59 |
| 5222 | FRAMINGHAM III | 50854928 (R) project mgr hrs | 317.67 |
| 5222 | FRAMINGHAM III | 50802984 IMEX- RPL EXH FAN | 309.53 |
| 5222 | FRAMINGHAM III | 50989591 IERE COUNTERTOP REF UNIT RPL | 306.03 |
| 5222 | FRAMINGHAM III | 50819831 IMAC- RPL COMPRESSOR | 302.90 |
| 5222 | FRAMINGHAM III | 50907487 DA Menuboard rollout | 273.24 |
| 5222 | FRAMINGHAM III | 50977354 KDS INSTALL | 243.14 |
| 5222 | FRAMINGHAM III | 50855146 (R) Inglese hours | 219.48 |
| 5222 | FRAMINGHAM III | 50854910 (R) decrease space size | 213.71 |
| 5222 | FRAMINGHAM III | 50912999 DA RICE COOKER | 201.08 |
| 5222 | FRAMINGHAM III | 50855058 (R) relocate co2 tank | 188.83 |
| 5222 | FRAMINGHAM III | 50854952 (R) manage remodel | 167.50 |
| 5222 | FRAMINGHAM III | 50854936 BUILDING PERMIT FEE | 163.26 |

| Restaurant No. | Restaurant Name | Description | Net Book Value |
|---|---|---|---|
| 5222 | FRAMINGHAM III | 50908324 IMHT diag ign control mod | 157.71 |
| 5222 | FRAMINGHAM III | 50866283 (R) equip FREIGHT | 146.55 |
| 5222 | FRAMINGHAM III | 50855040 REMODEL | 115.52 |
| 5222 | FRAMINGHAM III | 50855162 (R) Wilde hours | 103.97 |
| 5222 | FRAMINGHAM III | 50855111 R ALARM INSTALL | 97.03 |
| 5222 | FRAMINGHAM III | 50866785 (R) tshoot phonelines | 91.95 |
| 5222 | FRAMINGHAM III | 50988459 Catering Label Disp. | 89.27 |
| 5222 | FRAMINGHAM III | 50855138 (R) manage remodel | 86.64 |
| 5222 | FRAMINGHAM III | 50855103 R ALARM INSTALL | 69.82 |
| 5222 | FRAMINGHAM III | 50897397 DA MENU move pendant lights | 68.39 |
| 5222 | FRAMINGHAM III | 50855082 (R) ALARM INSTALL | 62.38 |
| 5222 | FRAMINGHAM III | 50866161 (R) bev equip | 58.43 |
| 5222 | FRAMINGHAM III | 50854979 (R) REMODEL | 57.76 |
| 5222 | FRAMINGHAM III | 50855031 DA FRAMINGHAM (R) MW | 55.59 |
| 5222 | FRAMINGHAM III | 50855154 (R) Inglese hours | 46.21 |
| 5222 | FRAMINGHAM III | 50903718 DA Menuboard rollout | 40.44 |
| 5222 | FRAMINGHAM III | 50905801 IMHT IGNITION CONTROL RPL | 37.41 |
| 5222 | FRAMINGHAM III | 50834505 IMHT furnace replacement | 36.97 |
| 5222 | FRAMINGHAM III | 50856641 (R) RELOCATE ALARM | 35.93 |
| 5222 | FRAMINGHAM III | 50855091 R ALARM INSTALL | 26.18 |
| 5222 | FRAMINGHAM III | 50855120 FIRE ALARM SYSTEM SERVICE | 20.66 |
| 5222 | FRAMINGHAM III | 50761220 IORE- ECM MOTORS | 18.10 |
| 5222 | FRAMINGHAM III | 50799279 IMEX grill exhaust fan repla | 15.52 |
| 5222 | FRAMINGHAM III | 50854961 BOH FLOOR PLAN REVIEW/DANGEL | 12.84 |
| 5222 | FRAMINGHAM III | 50818345 HVAC compressor replacement | 7.00 |
| 5229 | WOONSOCKET | 50970507 IERE GRL SAL SUPPL | 2,759.38 |
| 5229 | WOONSOCKET | 50898824 DA Menuboard rollout | 2,462.21 |
| 5229 | WOONSOCKET | 51035289 IERE RPL GR RIC | 2,085.57 |
| 5229 | WOONSOCKET | 50983594 IMEX.RPL EXT FAN | 1,103.72 |
| 5229 | WOONSOCKET | 51020520 IMRE. RPL CTRL BRD | 1,075.86 |
| 5229 | WOONSOCKET | 50795585 NEW POS | 999.60 |
| 5229 | WOONSOCKET | 50836519 iegt rpl igt | 790.02 |
| 5229 | WOONSOCKET | 50850636 iemi rpl ice maker | 771.19 |
| 5229 | WOONSOCKET | 50865846 IMHT- RPL HT EXCH | 699.07 |
| 5229 | WOONSOCKET | 50999191 IEMW. RPL MWAVE | 671.07 |
| 5229 | WOONSOCKET | 50972959 IMDR.RPL EXT DEV | 545.73 |
| 5229 | WOONSOCKET | 50867593 IMEX- RPL GR EXH ASSY | 505.75 |
| 5229 | WOONSOCKET | 50800364 POS INSTALL | 490.42 |
| 5229 | WOONSOCKET | 50944077 IMPL RPLC MOP SINK | 478.57 |
| 5229 | WOONSOCKET | 50973003 IERE.INST SAL UNIT | 458.17 |
| 5229 | WOONSOCKET | 50907508 DA Menuboard rollout | 273.24 |
| 5229 | WOONSOCKET | 50955948 KDS SOFTWARE INTEGRATION | 239.08 |
| 5229 | WOONSOCKET | 50956684 KDS INSTALL | 227.13 |
| 5229 | WOONSOCKET | 50885062 RAW CHICKEN SMALLWARES | 203.93 |
| 5229 | WOONSOCKET | 51010516 PHONE MOVE | 198.58 |
| 5229 | WOONSOCKET | 50800962 IEWH rpl water heater | 165.83 |
| 5229 | WOONSOCKET | 50791550 IMRE RPL WIC EVAP | 159.65 |
| 5229 | WOONSOCKET | 50972086 IERE SALAD REFRIGERATION UNI | 140.09 |
| 5229 | WOONSOCKET | 50913369 DA RICE COOKER | 116.31 |
| 5229 | WOONSOCKET | 50983068 IMEX GRILL EXHAUST FAN RPL | 98.28 |
| 5229 | WOONSOCKET | 51035836 IERE GRILL REACH IN COOLER | 96.55 |
| 5229 | WOONSOCKET | 50774098 IMRE RPL W/I/C COMP | 91.48 |
| 5229 | WOONSOCKET | 50988467 Catering Label Disp. | 89.27 |
| 5229 | WOONSOCKET | 51021207 IMRE ICE MACH CONT BOARD | 85.63 |
| 5229 | WOONSOCKET | 50971761 IERE SALAD REFRIGERATION UN | 84.05 |

| Restaurant No. | Restaurant Name | Description | Net Book Value |
|---|---|---|---|
| 5229 | WOONSOCKET | 51000262 IEMW MICROWAVE RPL | 73.13 |
| 5229 | WOONSOCKET | 50897469 DA MENU move pendant lights | 68.39 |
| 5229 | WOONSOCKET | 50801105 IEWH RPL W/H | 54.07 |
| 5229 | WOONSOCKET | 50927437 IMDR DOOR EXT DEV RPL | 44.14 |
| 5229 | WOONSOCKET | 50779286 IORE- ECM MOTORS | 43.68 |
| 5229 | WOONSOCKET | 50903734 DA Menuboard rollout | 40.44 |
| 5229 | WOONSOCKET | 50862320 IMAC HVAC COMP RPL | 39.31 |
| 5229 | WOONSOCKET | 50862338 IMAC HVAC COMP RPL | 39.31 |
| 5229 | WOONSOCKET | 50841721 IEGT GREASE TRAP RPL | 30.06 |
| 5229 | WOONSOCKET | 50964844 IBDRINSTALL EXIT DEVICE | 27.67 |
| 5229 | WOONSOCKET | 50965089 IMDRINSTALL EXIT DEVICE | 27.67 |
| 5229 | WOONSOCKET | 50868668 IMEX GRILL EXHAUST ASSY RPL | 27.59 |
| 5229 | WOONSOCKET | 50943525 IMPL MOP SINK RPL | 24.66 |
| 5229 | WOONSOCKET | 50849934 IMRE SUPPLY AND INSTALL ICE | 23.97 |
| 5229 | WOONSOCKET | 50756914 IMHT RPL T STAT | 22.47 |
| 5229 | WOONSOCKET | 50756922 HVAC RPL MODULE BOARD | 22.17 |
| 5229 | WOONSOCKET | 50791568 IMRE DIAGNOSIS WIC | 21.05 |
| 5229 | WOONSOCKET | 50801316 IEWH- SUPPLY W/H | 18.39 |
| 5229 | WOONSOCKET | 50805034 IEWH water heater replacemen | 11.03 |
| 5229 | WOONSOCKET | 50792481 evaporator coil replacement | 8.10 |
| 5229 | WOONSOCKET | 50777213 Manage walk in cooler compre | 5.86 |
| 5229 | WOONSOCKET | 50771410 POSER MAPS | 4.76 |
| 5229 | WOONSOCKET | 50757335 IGNITION CONTROL RPL | 3.10 |
| 5272 | WALTHAM II | 50898904 DA Menuboard rollout | 2,462.21 |
| 5272 | WALTHAM II | 50983797 IBMI TREAT BAR JOIST | 1,980.46 |
| 5272 | WALTHAM II | 51037428 IMRE RPL SAL EVAP | 1,783.01 |
| 5272 | WALTHAM II | 50930441 IEWH RPL WTR HR | 1,314.94 |
| 5272 | WALTHAM II | 50854581 IEGT- RPL IGT | 1,188.95 |
| 5272 | WALTHAM II | 50947964 IEHV SPOT COOLER INST | 772.93 |
| 5272 | WALTHAM II | 50833810 IMRE- RPR WIC | 633.62 |
| 5272 | WALTHAM II | 50810298 POS INSTALL | 560.46 |
| 5272 | WALTHAM II | 50907575 DA Menuboard rollout | 273.24 |
| 5272 | WALTHAM II | 50977346 KDS INSTALL | 243.14 |
| 5272 | WALTHAM II | 50817561 IMPL inst backfl prev | 202.11 |
| 5272 | WALTHAM II | 50913131 DA RICE COOKER | 201.08 |
| 5272 | WALTHAM II | 51011981 PHONE MOVE | 198.58 |
| 5272 | WALTHAM II | 50903021 DA MENU BOARDS rpr soffit | 146.65 |
| 5272 | WALTHAM II | 50796932 IEWH INST MIXING VALVE | 138.82 |
| 5272 | WALTHAM II | 50929678 IEWH WTR HEATER RPL | 112.07 |
| 5272 | WALTHAM II | 50856405 IEGT rplr grease trap | 101.38 |
| 5272 | WALTHAM II | 50988539 Catering Label Disp. | 89.27 |
| 5272 | WALTHAM II | 50844236 IMRE rpr wic | 85.87 |
| 5272 | WALTHAM II | 50897291 DA MENU move pendant lights | 68.39 |
| 5272 | WALTHAM II | 50970304 DVR SECURITY ROLLOUT | 52.92 |
| 5272 | WALTHAM II | 51038359 IMRE SALAD UNIT EVAP COIL RE | 49.04 |
| 5272 | WALTHAM II | 50903806 DA Menuboard rollout | 40.44 |
| 5272 | WALTHAM II | 50862371 IEGT grease trap rpl | 39.31 |
| 5272 | WALTHAM II | 50813229 IMPL backflow prevention dev | 19.95 |
| 5272 | WALTHAM II | 50761393 IORE- ECM MOTORS | 10.86 |
| 5272 | WALTHAM II | 50834513 IMRE WI line insulation | 9.24 |
| 5272 | WALTHAM II | 50799316 IMOV ignition control replac | 5.17 |
| 5272 | WALTHAM II | 50764076 Manage backflow install | 4.31 |
| 5272 | WALTHAM II | 50755701 poster map - deliv rollout | 1.72 |
| 5272 | WALTHAM II | 50755719 poster map - deliv rollout | 1.72 |
| 5272 | WALTHAM II | 50759947 MANAGE WINDOW RPL | 1.38 |

| Restaurant No. | Restaurant Name | Description | Net Book Value |
|---|---|---|---|
| 5278 | AVON, MA | 51015763 IMRE.RPL WIC COMP | 4,573.76 |
| 5278 | AVON, MA | 50970401 IBMI RENOV RR | 4,074.02 |
| 5278 | AVON, MA | 50898921 DA Menuboard rollout | 2,462.21 |
| 5278 | AVON, MA | 51029831 IMHT. RPL HT EX | 1,985.96 |
| 5278 | AVON, MA | 50930450 IMRE RPL IM HEAD | 1,911.56 |
| 5278 | AVON, MA | 51007421 IMRE. RPL SALAD EVAP | 1,662.08 |
| 5278 | AVON, MA | 50970398 IERE INST WI REF | 1,525.15 |
| 5278 | AVON, MA | 51014197 IMEX.RPL GRL EXHST | 1,402.64 |
| 5278 | AVON, MA | 51019457 IMPL. RPL URINAL | 1,259.96 |
| 5278 | AVON, MA | 51031000 IBGG.INST GG | 984.28 |
| 5278 | AVON, MA | 51037410 IEWH INST WH DR FT IDLR | 699.06 |
| 5278 | AVON, MA | 50941001 IMPL INST PRESSURE ASSIST TO | 568.69 |
| 5278 | AVON, MA | 50948060 IMAC economiz rpl | 515.09 |
| 5278 | AVON, MA | 50825705 IMEX- RPL EXHAUST FAN | 334.63 |
| 5278 | AVON, MA | 50907591 DA Menuboard rollout | 273.24 |
| 5278 | AVON, MA | 51014744 IMRE WIF COMPRESSOR RPL | 244.72 |
| 5278 | AVON, MA | 50957011 KITCHEN DISPLAY | 227.13 |
| 5278 | AVON, MA | 50965097 IBMI RENOVATION | 166.03 |
| 5278 | AVON, MA | 51006955 IMRE SALAD EVAPORATOR RPL | 154.70 |
| 5278 | AVON, MA | 50957100 KDS RELOCATED | 150.18 |
| 5278 | AVON, MA | 50929580 IEIM ICE MACHINE INST | 134.48 |
| 5278 | AVON, MA | 51020028 IMPL WATERLESS URINAL WITH R | 127.30 |
| 5278 | AVON, MA | 51010840 IMEX GRILL EXHAUST FAN RPL | 119.77 |
| 5278 | AVON, MA | 51027238 IMHT DINING ROOM HEAT EXCHAN | 90.61 |
| 5278 | AVON, MA | 50988547 Catering Label Disp. | 89.27 |
| 5278 | AVON, MA | 50927381 IBSG SGN INSL | 88.28 |
| 5278 | AVON, MA | 50913596 DA RICE COOKER | 85.59 |
| 5278 | AVON, MA | 50972107 IERE WORK TOP REF RPL | 84.05 |
| 5278 | AVON, MA | 50897143 da menu move pendant lights | 68.39 |
| 5278 | AVON, MA | 50971817 IERE WORK TOP REF RPL | 56.03 |
| 5278 | AVON, MA | 51038316 IMAC WATER HEATER DRAFT INDU | 49.04 |
| 5278 | AVON, MA | 50941642 IMPL TOILET INSTALL | 48.62 |
| 5278 | AVON, MA | 51028231 IBGG NEW GRILL EXHAUST GREAS | 45.79 |
| 5278 | AVON, MA | 50903822 DA Menuboard rollout | 40.44 |
| 5278 | AVON, MA | 50772501 INSTL 3 MOTORS | 33.33 |
| 5278 | AVON, MA | 50948924 IMAC HVAC ECONOMIZER REBUILD | 25.78 |
| 5278 | AVON, MA | 50849942 IBMI INSTALL STONE RETAINING | 23.97 |
| 5278 | AVON, MA | 50825060 IMEX grill exhaust fan repla | 15.55 |
| 5278 | AVON, MA | 50751531 United States Emerge | 7.11 |
| 5278 | AVON, MA | 50742651 IEMW MIICROWAVE | 4.88 |
| 5278 | AVON, MA | 50778081 Manage window replacement | 3.28 |
| 5280 | WARWICK III | 51032563 IEWH RPL WTR HTR | 3,963.39 |
| 5280 | WARWICK III | 50898939 DA Menuboard rollout | 2,462.21 |
| 5280 | WARWICK III | 51015481 IMRE. RPL COND UNIT | 2,084.42 |
| 5280 | WARWICK III | 51022023 IMRE. RPL WIC COMP | 1,928.37 |
| 5280 | WARWICK III | 51009128 IMRE.RPL WIC COMP | 1,596.71 |
| 5280 | WARWICK III | 51009961 IMRE:Rpl WIC comprssr | 1,596.71 |
| 5280 | WARWICK III | 50988926 IERE.RPL COUNTER REF | 1,567.25 |
| 5280 | WARWICK III | 50949741 IMPL RPL RR PIPING | 1,154.53 |
| 5280 | WARWICK III | 51029823 IMHT. RPL DN RM HT EX | 1,118.08 |
| 5280 | WARWICK III | 50927066 IMPL.INSTL 3 BAY | 944.06 |
| 5280 | WARWICK III | 50930986 IMEX RPLC GRILL EXH | 834.48 |
| 5280 | WARWICK III | 50948449 IBSG TEMP SIGN INSTL | 516.07 |
| 5280 | WARWICK III | 50846186 IMEX- NEW BLWR ASSY | 497.12 |
| 5280 | WARWICK III | 50977282 KDS INSTALL | 355.11 |

| Restaurant No. | Restaurant Name | Description | Net Book Value |
|---|---|---|---|
| 5280 | WARWICK III | 50945491 IBSG PYLON SIGN RPL | 300.00 |
| 5280 | WARWICK III | 50990129 IMPL.RPL TOILET | 294.87 |
| 5280 | WARWICK III | 50907604 DA Menuboard rollout | 273.24 |
| 5280 | WARWICK III | 50805421 IEMI- RPL SODA FOUNTAI | 232.66 |
| 5280 | WARWICK III | 50882056 IMRE- INSTL PLUGS IN S | 226.63 |
| 5280 | WARWICK III | 50863171 IMEX RPL R/R EXH | 201.05 |
| 5280 | WARWICK III | 51010575 PHONE MOVE | 198.58 |
| 5280 | WARWICK III | 51033478 IEWH WATER HEATER REPLACEMEN | 189.66 |
| 5280 | WARWICK III | 51022189 IMRE WIC COMPRESSOR REPLACE | 173.18 |
| 5280 | WARWICK III | 51016820 IMRE WIC COMPRESSOR RPL | 164.68 |
| 5280 | WARWICK III | 51009881 IMRE WIC COMPRESSOR RPL | 158.16 |
| 5280 | WARWICK III | 50989523 IERE COUNTERTOP REF UNIT RPL | 136.02 |
| 5280 | WARWICK III | 50760121 INSTALL POS | 122.61 |
| 5280 | WARWICK III | 50913385 DA RICE COOKER | 116.31 |
| 5280 | WARWICK III | 50881838 imre stk pts | 111.57 |
| 5280 | WARWICK III | 50988555 Catering Label Disp. | 89.27 |
| 5280 | WARWICK III | 50883358 IMRE INSTALL GRL SHELV | 69.73 |
| 5280 | WARWICK III | 51028249 IMHT DINING ROOM HEAT EXCHAN | 68.68 |
| 5280 | WARWICK III | 50897776 DA MENU move pendant lights | 68.39 |
| 5280 | WARWICK III | 50929635 IMEX GRILL EXHAUST RPL | 67.24 |
| 5280 | WARWICK III | 50927390 IMPL 3 BAY SINK RPL | 66.21 |
| 5280 | WARWICK III | 50882081 IMRE- CK STEAK PITS | 50.29 |
| 5280 | WARWICK III | 50945424 IBSG rpl pylon | 50.00 |
| 5280 | WARWICK III | 50822889 IBMI moldy wall replacement | 44.57 |
| 5280 | WARWICK III | 50779251 IORE INSTL 3 MOTORS | 43.68 |
| 5280 | WARWICK III | 50903831 DA Menuboard rollout | 40.44 |
| 5280 | WARWICK III | 50904981 IBEL MAG STARTER RPL | 37.41 |
| 5280 | WARWICK III | 50899974 IBEL MAG STARTER RPL | 36.55 |
| 5280 | WARWICK III | 50900111 IBEL MAG STARTER RPL | 36.55 |
| 5280 | WARWICK III | 50989540 IMPL TOILET RPL | 34.00 |
| 5280 | WARWICK III | 50881563 IERE REFRIGERATED COUNTER TO | 30.69 |
| 5280 | WARWICK III | 50763541 IMDR RPL PANIC | 27.66 |
| 5280 | WARWICK III | 50862346 IMEX RESTROOM EXH RPL | 26.21 |
| 5280 | WARWICK III | 50856536 IBDR BACK DOOR REPLACEMENT | 25.34 |
| 5280 | WARWICK III | 50805042 IEMI soda fountain install | 16.55 |
| 5280 | WARWICK III | 50846830 IMEX SUPPLY AND INSTALL NEW | 11.21 |
| 5280 | WARWICK III | 50805430 IEMI- FIX OUTLET | 10.66 |
| 5280 | WARWICK III | 50764033 Manage door panic bar replac | 2.16 |
| 5285 | MANCHESTER II | 51035271 OTHER-RPL WIF CND UT | 6,839.94 |
| 5285 | MANCHESTER II | 50898963 DA Menuboard rollout | 2,462.21 |
| 5285 | MANCHESTER II | 50952211 IEWH.WATER HTR RPLCD | 1,833.13 |
| 5285 | MANCHESTER II | 51023579 IBGG. INST GG & FAN HINGE | 1,617.05 |
| 5285 | MANCHESTER II | 51035334 IMEX RPL EX FN | 1,592.14 |
| 5285 | MANCHESTER II | 51015827 IMRE.RPL RIC COMP | 1,356.17 |
| 5285 | MANCHESTER II | 50879658 IMEX- RPL GRILL EXH MT | 775.60 |
| 5285 | MANCHESTER II | 50956094 IMRE.RPL SALAD EVAP | 761.09 |
| 5285 | MANCHESTER II | 50981011 MENUBOARD | 667.78 |
| 5285 | MANCHESTER II | 50812883 POS INSTALL | 591.17 |
| 5285 | MANCHESTER II | 50870021 ibmi inst guardrail | 489.94 |
| 5285 | MANCHESTER II | 50887050 IMEX rpl exh motor | 308.49 |
| 5285 | MANCHESTER II | 51035801 IMFZ WIF CONDENSING UNIT REP | 289.66 |
| 5285 | MANCHESTER II | 50907639 DA Menuboard rollout | 273.24 |
| 5285 | MANCHESTER II | 50885100 RAW CHICKEN SMALLWARES | 245.04 |
| 5285 | MANCHESTER II | 50977434 KDS INSTALL | 243.14 |
| 5285 | MANCHESTER II | 50811557 IEGT INSTALL NEW G/TR | 201.29 |

| Restaurant No. | Restaurant Name | Description | Net Book Value |
|---|---|---|---|
| 5285 | MANCHESTER II | 50832147 immi bar stools | 199.35 |
| 5285 | MANCHESTER II | 50913300 DA RICE COOKER | 189.25 |
| 5285 | MANCHESTER II | 50896941 DA MENU remove/dispose old | 145.99 |
| 5285 | MANCHESTER II | 50951365 IEWH WATER HEATER RPL | 130.60 |
| 5285 | MANCHESTER II | 51010815 IMRE SALAD COMPRESSOR RPL | 119.77 |
| 5285 | MANCHESTER II | 50988563 Catering Label Disp. | 89.27 |
| 5285 | MANCHESTER II | 51024061 IEGG GREASE GUARD INSTALL, F | 88.12 |
| 5285 | MANCHESTER II | 50811549 IEGT SUPPLY NEW G/T | 63.55 |
| 5285 | MANCHESTER II | 50768907 INSTL 5 MOTORS | 62.50 |
| 5285 | MANCHESTER II | 50970136 DVR SECURITY ROLLOUT | 52.92 |
| 5285 | MANCHESTER II | 51035799 IMEX GRILL EXHAUST FAN REPLA | 48.28 |
| 5285 | MANCHESTER II | 50903865 DA Menuboard rollout | 40.44 |
| 5285 | MANCHESTER II | 50817713 IEGT pump gr trap | 33.46 |
| 5285 | MANCHESTER II | 50887391 IMEX rpl MUA | 32.07 |
| 5285 | MANCHESTER II | 50881619 IMEX GRILL EXHAUST MOTOR RPL | 30.69 |
| 5285 | MANCHESTER II | 50958428 IMRE SALAD UNIT EVAP COIL RP | 26.90 |
| 5285 | MANCHESTER II | 50954363 IMRE SALAD UNIT EVAP COIL RP | 26.55 |
| 5285 | MANCHESTER II | 50955121 IMRE SALAD UNIT EVAP COIL RP | 26.55 |
| 5285 | MANCHESTER II | 50810829 IEGT grease trap replacement | 25.22 |
| 5285 | MANCHESTER II | 50868684 IBMI GUARD RAIL INSTALL | 13.79 |
| 5285 | MANCHESTER II | 50742791 ibrf rpr wall paint | 4.84 |
| 5285 | MANCHESTER II | 50751478 Boston Lock & Safe C | 3.44 |
| 5285 | MANCHESTER II | 31354629 impl-rpl fl tile | (4.01) |
| 5288 | MANCHESTER V | 50920155 (R) Signage | 3,110.58 |
| 5288 | MANCHESTER V | 50995309 IEIM.RPL IM | 2,849.97 |
| 5288 | MANCHESTER V | 50898980 DA Menuboard rollout | 2,462.21 |
| 5288 | MANCHESTER V | 50965919 IEGT GREASE TRAP INST | 1,792.57 |
| 5288 | MANCHESTER V | 51035342 IMAC RPL HVAC BLW MTR | 1,509.10 |
| 5288 | MANCHESTER V | 51004853 IBDR.INS HINGE/BAR | 1,502.27 |
| 5288 | MANCHESTER V | 51003236 IEWH.RPL WTR HTR | 1,342.88 |
| 5288 | MANCHESTER V | 51018016 IMPL. RPL COND PMP | 688.81 |
| 5288 | MANCHESTER V | 50812912 POS INSTALL | 591.17 |
| 5288 | MANCHESTER V | 51003404 IBMI: TILE | 581.37 |
| 5288 | MANCHESTER V | 50824577 IMRE- RPL COMPRESSOR | 565.56 |
| 5288 | MANCHESTER V | 51030883 IMDR RPL FR DR GL | 549.78 |
| 5288 | MANCHESTER V | 50930476 IMPL REPIPE 3BAY SAK | 544.18 |
| 5288 | MANCHESTER V | 50921713 IMRE - RPL RIR COMP | 539.35 |
| 5288 | MANCHESTER V | 50894604 IMHT- RPL HT EXCH | 375.68 |
| 5288 | MANCHESTER V | 50995966 IEIM ICE MACHINE RPL | 285.82 |
| 5288 | MANCHESTER V | 50907655 DA Menuboard rollout | 273.24 |
| 5288 | MANCHESTER V | 50998534 IEWH WATER HEATER RPL | 252.78 |
| 5288 | MANCHESTER V | 50977426 KDS INSTALL | 243.14 |
| 5288 | MANCHESTER V | 50809588 IEMI- RPL SAFE | 205.27 |
| 5288 | MANCHESTER V | 51011965 PHONE MOVE | 198.58 |
| 5288 | MANCHESTER V | 50923508 IMRE rpl SU sld compr | 149.64 |
| 5288 | MANCHESTER V | 50989136 NETWORK PROJECT | 119.01 |
| 5288 | MANCHESTER V | 51004052 IEWH WATER HEATER RPL | 113.44 |
| 5288 | MANCHESTER V | 51001361 IBDR CONTINUOUS HINGE INST | 111.13 |
| 5288 | MANCHESTER V | 50988580 Catering Label Disp. | 89.27 |
| 5288 | MANCHESTER V | 50961985 IEGT GREASE TRAP INSTALL | 81.72 |
| 5288 | MANCHESTER V | 50962232 IEGT GREASE TRAP INSTALL | 81.72 |
| 5288 | MANCHESTER V | 50913326 DA RICE COOKER | 71.03 |
| 5288 | MANCHESTER V | 51034614 IMAC INDOOR BLOWER MOTOR REP | 47.80 |
| 5288 | MANCHESTER V | 50929694 IMPL INST PIPING 3 BAY SINK | 44.83 |
| 5288 | MANCHESTER V | 50924341 IBFL FLR RPL | 42.59 |

| Restaurant No. | Restaurant Name | Description | Net Book Value |
|---|---|---|---|
| 5288 | MANCHESTER V | 51018892 IMPL CONDENSATE PUMP RPL | 42.05 |
| 5288 | MANCHESTER V | 50921262 IMRE SALAD UNIT COMP RPL | 41.03 |
| 5288 | MANCHESTER V | 50903881 DA Menuboard rollout | 40.44 |
| 5288 | MANCHESTER V | 50920171 (R) manage remodel/signage | 38.79 |
| 5288 | MANCHESTER V | 50920198 (R) manage remodel/signage | 38.79 |
| 5288 | MANCHESTER V | 50768931 INSTL 3 MOTORS | 37.50 |
| 5288 | MANCHESTER V | 50895121 IMHT HEAT EXCHANGER RPL | 35.86 |
| 5288 | MANCHESTER V | 50799771 IEHV- RPL THERMOSTAT | 26.45 |
| 5288 | MANCHESTER V | 50809131 IMRE compressor replacement | 23.49 |
| 5288 | MANCHESTER V | 50849387 IBEL LIGHTING UPGRADE | 23.10 |
| 5288 | MANCHESTER V | 50896837 DA MENU chalkboards | 19.54 |
| 5288 | MANCHESTER V | 50920163 (R) manage remodel/signage | 19.40 |
| 5288 | MANCHESTER V | 50920180 (R) manage remodel/signage | 19.40 |
| 5288 | MANCHESTER V | 50912948 DA RICE COOKER | 9.53 |
| 5288 | MANCHESTER V | 50757423 DOOR GLASS RPL | 1.03 |
| 5290 | PLAINVILLE | 51006226 IEIM.RPL ICE MCHN | 3,354.09 |
| 5290 | PLAINVILLE | 51034147 IEWH. RPL WTR HTR | 2,974.47 |
| 5290 | PLAINVILLE | 50970494 IERE GRL SAL SUPPLY | 2,657.34 |
| 5290 | PLAINVILLE | 50898998 DA Menuboard rollout | 2,462.21 |
| 5290 | PLAINVILLE | 50908674 IEWH- RPL WATER HEATER | 1,917.87 |
| 5290 | PLAINVILLE | 50887869 IMAC- RPL HVAC COMP | 653.17 |
| 5290 | PLAINVILLE | 50975615 IERE.INST SAL UNIT | 542.96 |
| 5290 | PLAINVILLE | 50788924 NEW POS INSTALL | 360.15 |
| 5290 | PLAINVILLE | 51005611 IEIM ICE MACHINE RPL | 306.33 |
| 5290 | PLAINVILLE | 50907663 DA Menuboard rollout | 273.24 |
| 5290 | PLAINVILLE | 50977207 KDS INSTALL | 243.14 |
| 5290 | PLAINVILLE | 50842193 iemi inst drive | 233.02 |
| 5290 | PLAINVILLE | 50913377 DA RICE COOKER | 201.08 |
| 5290 | PLAINVILLE | 50832083 immi bar stools | 165.61 |
| 5290 | PLAINVILLE | 51034631 IEWH WATER HEATER REPLACEMEN | 143.39 |
| 5290 | PLAINVILLE | 50887877 IMAC- DIAG HVAC COMP | 142.05 |
| 5290 | PLAINVILLE | 50972115 IERE SALAD REFRIGERATION UNI | 112.07 |
| 5290 | PLAINVILLE | 50988598 Catering Label Disp. | 89.27 |
| 5290 | PLAINVILLE | 50971825 IERE SALAD REFRIGERATION UN | 84.05 |
| 5290 | PLAINVILLE | 50897717 da menus rmv lighting | 68.39 |
| 5290 | PLAINVILLE | 50905684 IEWH WATER HEATER RPL | 56.12 |
| 5290 | PLAINVILLE | 50903890 DA Menuboard rollout | 40.44 |
| 5290 | PLAINVILLE | 50918451 IBGL WINDOW RPL | 40.34 |
| 5290 | PLAINVILLE | 50904999 IMDR EXIT DEVICE RPL | 37.41 |
| 5290 | PLAINVILLE | 50899991 IMDR EXIT DEVICE RPL | 36.55 |
| 5290 | PLAINVILLE | 50772527 INSTL 3 MOTORS | 33.33 |
| 5290 | PLAINVILLE | 50888722 IMAC HVAC COMP RPL | 32.93 |
| 5290 | PLAINVILLE | 50751486 Certified Restaurant | 3.78 |
| 5299 | QUINCY II | 51026438 IEIM. RPL IM R BIN | 5,345.97 |
| 5299 | QUINCY II | 51022031 IMFZ. RPL WIF COMP | 4,407.93 |
| 5299 | QUINCY II | 51029815 IMHT. RPL HT EX | 3,541.11 |
| 5299 | QUINCY II | 51015801 IMHT. RPL HT EXC | 3,139.28 |
| 5299 | QUINCY II | 50899018 DA Menuboard rollout | 2,462.21 |
| 5299 | QUINCY II | 51020503 IMAC. RPL HVAC MTR | 2,169.83 |
| 5299 | QUINCY II | 51029807 IMHT. RPL HVAC BLW ASSEMBLY | 1,895.75 |
| 5299 | QUINCY II | 50870987 IEGT- RPL IGT | 1,612.07 |
| 5299 | QUINCY II | 50930644 IEMI SPPLY SLCR | 1,465.83 |
| 5299 | QUINCY II | 50927111 IEWH RPL WTR HTR | 1,381.93 |
| 5299 | QUINCY II | 50987000 IMRE.RPL WIC COMP | 1,341.66 |
| 5299 | QUINCY II | 51015405 IBFL. RPL FLR TILE | 1,075.86 |

| Restaurant No. | Restaurant Name | Description | Net Book Value |
|---|---|---|---|
| 5299 | QUINCY II | 50889725 IMFZ- RPL WIC COND | 1,014.61 |
| 5299 | QUINCY II | 51031077 IMPL RPL TILE | 891.16 |
| 5299 | QUINCY II | 51037680 IMDR RPL EXT DVC | 714.11 |
| 5299 | QUINCY II | 50866751 IMFZ- RPL COMP | 587.43 |
| 5299 | QUINCY II | 50908826 IEWH TEMP WTR HTR | 423.37 |
| 5299 | QUINCY II | 50869257 IMEX- REBUILD MUA | 381.86 |
| 5299 | QUINCY II | 50907680 DA Menuboard rollout | 273.24 |
| 5299 | QUINCY II | 50885020 RAW CHICKEN SMALLWARES | 260.35 |
| 5299 | QUINCY II | 51022120 IMFZ WIF COMPRESSOR REPLACE | 259.77 |
| 5299 | QUINCY II | 50955745 KDS SOFTWARE INTEGRATION | 239.08 |
| 5299 | QUINCY II | 50956393 KDS INSTALL | 227.13 |
| 5299 | QUINCY II | 51026147 IEIM ICE MACHINE AND BIN REP | 224.62 |
| 5299 | QUINCY II | 50914134 DA RICE COOKER | 201.08 |
| 5299 | QUINCY II | 51028206 IMHT KITCHEN HEAT EXCHANGER | 183.14 |
| 5299 | QUINCY II | 51014808 IMHT HEAT EXCHANGER RPL | 163.15 |
| 5299 | QUINCY II | 50779833 IMEX- RPL GRILL EXH | 136.53 |
| 5299 | QUINCY II | 50986429 IMRE WALK IN COOLER COMP RPL | 134.48 |
| 5299 | QUINCY II | 51021231 IMAC RPL AC BLOW MOTOR | 128.45 |
| 5299 | QUINCY II | 50758979 POS INSTALL | 122.61 |
| 5299 | QUINCY II | 50782215 IBMI TABLETOP REPLACE | 106.11 |
| 5299 | QUINCY II | 50890427 IMFZ wif cond diagnose | 99.12 |
| 5299 | QUINCY II | 51026139 IMAC HVAC BLOWER ASSEMBLY RE | 89.85 |
| 5299 | QUINCY II | 50988619 Catering Label Disp. | 89.27 |
| 5299 | QUINCY II | 50928034 IEWH WTR HTR RPL | 88.28 |
| 5299 | QUINCY II | 50928131 IEWH WATER HEATER RPL | 88.28 |
| 5299 | QUINCY II | 50785395 IMRE- DELIVER SALAD UN | 77.84 |
| 5299 | QUINCY II | 51000289 IMDR DOOR GLASS RPL | 73.13 |
| 5299 | QUINCY II | 50872051 IEGT gr trap rpl | 71.12 |
| 5299 | QUINCY II | 50897063 DA MENU MOVE PENDANT LIGHTS | 68.39 |
| 5299 | QUINCY II | 50928114 IEMI SLICER RPL | 66.21 |
| 5299 | QUINCY II | 50866769 IMFZ- DIAG COMP | 53.82 |
| 5299 | QUINCY II | 51038367 IMDR EXIT DEVICE REPLACE | 49.04 |
| 5299 | QUINCY II | 51030613 IMPL LADIES RESTROOM TOILET | 46.17 |
| 5299 | QUINCY II | 50769651 INSTL 4 MOTORS | 44.44 |
| 5299 | QUINCY II | 50903911 DA Menuboard rollout | 40.44 |
| 5299 | QUINCY II | 50890275 IMFZ COND RPL WIF | 33.62 |
| 5299 | QUINCY II | 50825684 MAPS-DELIVERY STARTUP | 19.81 |
| 5299 | QUINCY II | 50759761 IEMI - RPL STOOLS | 18.63 |
| 5299 | QUINCY II | 50869062 IMFZ WALK-IN FREEZER COMP RP | 13.79 |
| 5299 | QUINCY II | 50869071 IMHT MUA BLOWER ASSY RPL | 13.79 |
| 5299 | QUINCY II | 50786929 IERE salad refr unit repl | 7.24 |
| 5299 | QUINCY II | 50777256 Manage exhaust fan replaceme | 5.86 |
| 5299 | QUINCY II | 50751540 CSS,INC | 5.32 |
| 5299 | QUINCY II | 50757271 TABLE TOP INSTALLATION | 1.03 |
| 5299 | QUINCY II | 50757571 replacement of bar stools | 1.03 |
| 5299 | QUINCY II | 50750168 grill exhaust motor rpl | 0.26 |
| 5299 | QUINCY II | 50622810 (R) EQ | (0.92) |
| 5343 | VERNON, CT | 51007886 IERE. SUP SALAD UNIT | 3,692.54 |
| 5343 | VERNON, CT | 50899149 DA Menuboard rollout | 2,462.21 |
| 5343 | VERNON, CT | 51005776 IEMI.CHAIR ORDER | 1,450.62 |
| 5343 | VERNON, CT | 50930521 IMHT RPL HT EXCH | 1,352.54 |
| 5343 | VERNON, CT | 51006197 IERE.INS SALAD UNIT | 1,347.39 |
| 5343 | VERNON, CT | 50852084 IEGT- INSTALL BIG DIPP | 1,333.86 |
| 5343 | VERNON, CT | 50930530 IMHT RPL HT EXCH | 1,274.81 |
| 5343 | VERNON, CT | 50848376 IEGT-GREASETRAP | 1,095.23 |

| Restaurant No. | Restaurant Name | Description | Net Book Value |
|---|---|---|---|
| 5343 | VERNON, CT | 50850100 IEIM-INSTALL ICE MACHI | 1,020.32 |
| 5343 | VERNON, CT | 51003463 SEATING 10 CHAIRS | 985.22 |
| 5343 | VERNON, CT | 51007561 IEMW. SUPPLY MWAVE | 823.43 |
| 5343 | VERNON, CT | 50924068 IMPL-RPL WATER FILTER | 588.62 |
| 5343 | VERNON, CT | 50782098 POS REPLACE | 321.84 |
| 5343 | VERNON, CT | 51005645 IERE SALAD UNIT RPL | 306.33 |
| 5343 | VERNON, CT | 50906695 IMPL RPL TOILET | 292.67 |
| 5343 | VERNON, CT | 50907815 DA Menuboard rollout | 273.24 |
| 5343 | VERNON, CT | 50817300 IMAP RPL SHARPENING AS | 264.60 |
| 5343 | VERNON, CT | 50957071 KDS MONITOR | 241.55 |
| 5343 | VERNON, CT | 50884959 RAW CHICKEN SMALLWARES | 231.64 |
| 5343 | VERNON, CT | 50938654 IMMI. DELIVER SLICER | 209.20 |
| 5343 | VERNON, CT | 50914071 DA RICE COOKER | 201.27 |
| 5343 | VERNON, CT | 50848561 IEGT- INSTALL GREASETR | 177.51 |
| 5343 | VERNON, CT | 50930513 IMHT DIAG HT EXCH | 149.22 |
| 5343 | VERNON, CT | 50929601 IMHT HVAC HT EX RPL | 89.66 |
| 5343 | VERNON, CT | 50929619 IMHT HVAC HT EX RPL | 89.66 |
| 5343 | VERNON, CT | 50988731 Catering Label Disp. | 89.27 |
| 5343 | VERNON, CT | 51006883 IEMW MICROWAVE RPL | 77.35 |
| 5343 | VERNON, CT | 50897426 DA MENU move pendant lights | 68.39 |
| 5343 | VERNON, CT | 50785766 IORE -ECM MOTORS | 61.41 |
| 5343 | VERNON, CT | 50849985 IEGT SUPPLY AND INSTALL GREA | 47.93 |
| 5343 | VERNON, CT | 50924210 IMPL WTR FILTR RPL | 42.59 |
| 5343 | VERNON, CT | 50904041 DA Menuboard rollout | 40.44 |
| 5343 | VERNON, CT | 50773407 IEMI FIRE PANEL | 33.76 |
| 5343 | VERNON, CT | 50769053 IMDR RPL PUSH BAR | 27.97 |
| 5343 | VERNON, CT | 50849993 IEIM SUPPLY AND INSTALL NEW | 23.97 |
| 5343 | VERNON, CT | 50905027 IMPL TOILET RPL | 18.71 |
| 5343 | VERNON, CT | 50905721 IMPL TOILET RPL | 18.71 |
| 5343 | VERNON, CT | 50819461 IMAP sharpening assembly rep | 13.99 |
| 5343 | VERNON, CT | 50805085 IBFL floor repairs | 11.03 |
| 5343 | VERNON, CT | 50764084 Manage panic bar replacemen | 2.16 |
| 5343 | VERNON, CT | 51003455 SEATING 1 CHAIR | (80.43) |
| 5358 | SOUTH STATION | 51015510 (R) SOUP & REFRIG. UNITS | 20,272.79 |
| 5358 | SOUTH STATION | 50942119 IMEX SPPLY VENTS HOOD | 6,028.61 |
| 5358 | SOUTH STATION | 50920278 (R) Signage | 3,785.21 |
| 5358 | SOUTH STATION | 50899211 DA Menuboard rollout | 2,462.21 |
| 5358 | SOUTH STATION | 51027668 IMEX. RPL VTLS BLW FN | 2,415.29 |
| 5358 | SOUTH STATION | 51019481 REFRESH | 2,086.91 |
| 5358 | SOUTH STATION | 50944173 IMEX RPLC GRILL HOOD | 2,037.39 |
| 5358 | SOUTH STATION | 50944659 IMEX RPLC GRILL HOOD | 1,838.43 |
| 5358 | SOUTH STATION | 51019473 REFRESH | 1,834.63 |
| 5358 | SOUTH STATION | 50908623 IEWH- RPL WATER HEATER | 1,525.16 |
| 5358 | SOUTH STATION | 51024416 IMRE.RPL.IM.CTL.BD | 1,429.29 |
| 5358 | SOUTH STATION | 51001978 IMRE.RPL SAL COMPRSR | 1,246.25 |
| 5358 | SOUTH STATION | 50817271 IERE- RPL DISPLAY COOL | 1,163.02 |
| 5358 | SOUTH STATION | 50944472 IMRE RPLCD COMPRESSR SALAD U | 1,002.81 |
| 5358 | SOUTH STATION | 50960000 IMRE.CMPRSR RPL | 875.66 |
| 5358 | SOUTH STATION | 50890865 IERE RPLC CNTR TOP REF | 701.29 |
| 5358 | SOUTH STATION | 50944122 IEAN ANSUL INSTALLED | 684.93 |
| 5358 | SOUTH STATION | 50926784 IMRE RPL DISPL CASE COMP | 634.49 |
| 5358 | SOUTH STATION | 50851954 IERE- RPL WORKTOP | 580.85 |
| 5358 | SOUTH STATION | 50918127 IMPL RPL EJCT PUMP | 493.10 |
| 5358 | SOUTH STATION | 50943453 IMEX GILES HOOD INSTALL | 493.10 |
| 5358 | SOUTH STATION | 50964991 (R) MANAGE REFRESH | 415.09 |

| Restaurant No. | Restaurant Name | Description | Net Book Value |
|---|---|---|---|
| 5358 | SOUTH STATION | 50907882 DA Menuboard rollout | 273.24 |
| 5358 | SOUTH STATION | 50846143 impl rpl cond pump | 254.77 |
| 5358 | SOUTH STATION | 50930636 IEMI SUP CFFEMKR | 250.61 |
| 5358 | SOUTH STATION | 50977400 KDS INSTALL | 243.14 |
| 5358 | SOUTH STATION | 50938021 IBMI SEC GATE RPL | 235.34 |
| 5358 | SOUTH STATION | 50995430 NETWORK INSTALL | 222.59 |
| 5358 | SOUTH STATION | 50848587 IEMI RELO MENUBOARD | 173.28 |
| 5358 | SOUTH STATION | 50930484 IEMI INST COFFEE MKR | 169.43 |
| 5358 | SOUTH STATION | 51018905 IMEX EXHAUST REPAIRS | 168.20 |
| 5358 | SOUTH STATION | 50936077 IMRE DIAG REF DISP | 155.59 |
| 5358 | SOUTH STATION | 50964916 (R) manage refresh | 138.36 |
| 5358 | SOUTH STATION | 50894401 IMEX- REWIRE ELEC IN H | 119.54 |
| 5358 | SOUTH STATION | 50914100 DA RICE COOKER | 115.49 |
| 5358 | SOUTH STATION | 51001337 IMRE SALAD COMPRESSOR RPL | 111.13 |
| 5358 | SOUTH STATION | 51028185 IMEX VENTLESS HOOD BLOWER FA | 91.57 |
| 5358 | SOUTH STATION | 50988803 Catering Label Disp. | 89.27 |
| 5358 | SOUTH STATION | 51025110 IMRE IM CONTROL BOARD REPLAC | 89.08 |
| 5358 | SOUTH STATION | 51017232 (R) WIRE BASKETS | 67.98 |
| 5358 | SOUTH STATION | 50928085 IMRE REF DISP CASE COMP RPL | 66.21 |
| 5358 | SOUTH STATION | 50920260 (R) manage remodel/signage | 60.52 |
| 5358 | SOUTH STATION | 50920286 (R) manage remodel/signage | 60.52 |
| 5358 | SOUTH STATION | 50763508 IORE- ECM MOTORS | 57.47 |
| 5358 | SOUTH STATION | 50905852 IEWH WATER HEATER RPL | 56.12 |
| 5358 | SOUTH STATION | 50817959 IERE- ELECTRICAL CONNE | 53.21 |
| 5358 | SOUTH STATION | 50848317 IEMI-GRAPHICS | 47.73 |
| 5358 | SOUTH STATION | 50904112 DA Menuboard rollout | 40.44 |
| 5358 | SOUTH STATION | 50920307 (R) manage remodel/signage | 40.34 |
| 5358 | SOUTH STATION | 50914530 IMPL EJECTOR PUMP RPL | 38.79 |
| 5358 | SOUTH STATION | 50893222 IERE COUNTERTOP REF UNIT | 35.17 |
| 5358 | SOUTH STATION | 50818425 grab & go cooler replacement | 27.98 |
| 5358 | SOUTH STATION | 50958217 IMRE DISPLAY UNIT COMPRESSOR | 26.90 |
| 5358 | SOUTH STATION | 50929707 IEMI COFFEE MAKER RPL | 22.41 |
| 5358 | SOUTH STATION | 50920294 (R) manage remodel/signage | 20.17 |
| 5358 | SOUTH STATION | 50852720 IERE 2 DOOR REFRIGERATION UN | 12.33 |
| 5358 | SOUTH STATION | 50845108 IMPL liberty pump replacemen | 10.86 |
| 5358 | SOUTH STATION | 50913668 DA RICE COOKER | 10.12 |
| 5358 | SOUTH STATION | 50753086 Install New Ice Machine | 1.38 |
| 5361 | MIDDLETOWN | 50931479 (N) EQUIPMENT | 22,977.62 |
| 5361 | MIDDLETOWN | 50931524 (N) Equipment | 19,418.85 |
| 5361 | MIDDLETOWN | 50931348 (N) EQ | 10,605.21 |
| 5361 | MIDDLETOWN | 50931575 (N) Signage | 9,534.47 |
| 5361 | MIDDLETOWN | 50931073 (N) arch. plans | 7,720.31 |
| 5361 | MIDDLETOWN | 50931516 (N) Equipment | 7,316.86 |
| 5361 | MIDDLETOWN | 50931495 (N) Millwork | 6,254.45 |
| 5361 | MIDDLETOWN | 50931356 (N) Millwork | 6,254.44 |
| 5361 | MIDDLETOWN | 50931305 (N) arch. plans | 3,386.97 |
| 5361 | MIDDLETOWN | 51032539 IMEX INST EC FAN | 2,839.84 |
| 5361 | MIDDLETOWN | 50931292 (N) LEGAL | 2,355.94 |
| 5361 | MIDDLETOWN | 50931381 (N) Lighting | 2,209.85 |
| 5361 | MIDDLETOWN | 50931006 (N) equipment | 2,157.65 |
| 5361 | MIDDLETOWN | 50931541 (N) PHONE/DATA | 1,992.34 |
| 5361 | MIDDLETOWN | 50931065 (N) plans | 1,899.06 |
| 5361 | MIDDLETOWN | 50931559 (N) Equipment | 1,835.72 |
| 5361 | MIDDLETOWN | 50985071 IMEX.RPL GRL EXST FN | 1,633.31 |
| 5361 | MIDDLETOWN | 50931129 (N) attorney service/Middlet | 1,494.25 |

| Restaurant No. | Restaurant Name | Description | Net Book Value |
|---|---|---|---|
| 5361 | MIDDLETOWN | 50931364 (N) seating | 1,244.77 |
| 5361 | MIDDLETOWN | 50931487 (N) seating | 1,244.77 |
| 5361 | MIDDLETOWN | 50931567 (N) PHONE/DATA | 1,202.87 |
| 5361 | MIDDLETOWN | 50931137 (N) MIDDLETOWN LEGAL | 1,180.46 |
| 5361 | MIDDLETOWN | 50931671 (N) GC window blinds | 879.90 |
| 5361 | MIDDLETOWN | 50931751 (N) ALARM INSTALL | 790.85 |
| 5361 | MIDDLETOWN | 50935568 (N) INTERNET - TV | 777.95 |
| 5361 | MIDDLETOWN | 50931031 (N) ALARM | 750.92 |
| 5361 | MIDDLETOWN | 50931268 (N) legal | 666.21 |
| 5361 | MIDDLETOWN | 50938620 (N) IT SETUP | 636.91 |
| 5361 | MIDDLETOWN | 50931022 (N) Lighting | 591.97 |
| 5361 | MIDDLETOWN | 50931233 (N) manage Middletown new | 582.76 |
| 5361 | MIDDLETOWN | 50937053 (N) PHONE & POS | 555.86 |
| 5361 | MIDDLETOWN | 50935550 (N) INTERNET - TV | 536.06 |
| 5361 | MIDDLETOWN | 50931196 (N) manage MIddletown RI | 526.72 |
| 5361 | MIDDLETOWN | 50931209 (N) manage DA Middletown | 481.90 |
| 5361 | MIDDLETOWN | 50931452 (N) DA value engineering | 448.28 |
| 5361 | MIDDLETOWN | 50932973 (N) LANDSCAPING | 420.88 |
| 5361 | MIDDLETOWN | 50931591 (N) music svc | 415.90 |
| 5361 | MIDDLETOWN | 50941360 (N) Coke service | 413.91 |
| 5361 | MIDDLETOWN | 50931170 (N) manage MIddletown RI | 369.83 |
| 5361 | MIDDLETOWN | 50931428 (N) manage new rest constr | 358.62 |
| 5361 | MIDDLETOWN | 50931444 (N) DA prototype redesign | 313.79 |
| 5361 | MIDDLETOWN | 50931410 (N) lighting | 304.56 |
| 5361 | MIDDLETOWN | 50931145 (N) manage Middletown RI | 291.38 |
| 5361 | MIDDLETOWN | 50931778 (N) CCTV INSTALLATION | 275.89 |
| 5361 | MIDDLETOWN | 50931508 (N) HAND DRYERS | 270.68 |
| 5361 | MIDDLETOWN | 50931401 (N) lighting | 265.08 |
| 5361 | MIDDLETOWN | 50931161 (N) manage Middletown RI | 246.55 |
| 5361 | MIDDLETOWN | 50931241 (N) manage Middletown | 246.55 |
| 5361 | MIDDLETOWN | 50931250 (N) manage new rest | 246.55 |
| 5361 | MIDDLETOWN | 50977258 KDS INSTALL | 243.14 |
| 5361 | MIDDLETOWN | 50931655 (N) Lighting | 243.02 |
| 5361 | MIDDLETOWN | 50931461 (N) smallwares | 240.59 |
| 5361 | MIDDLETOWN | 50931057 (N) Signage | 224.14 |
| 5361 | MIDDLETOWN | 50931217 (N) manage DA Middletown RI | 224.14 |
| 5361 | MIDDLETOWN | 50931621 (N) Equipment | 222.77 |
| 5361 | MIDDLETOWN | 50931153 (N) manage MIddletown RI | 201.72 |
| 5361 | MIDDLETOWN | 50931284 (N) manage new rest. | 201.72 |
| 5361 | MIDDLETOWN | 50935146 (N) GC initial landscape | 186.78 |
| 5361 | MIDDLETOWN | 50936763 (N) menu displ instl | 183.05 |
| 5361 | MIDDLETOWN | 50931680 (N) smallwares | 179.70 |
| 5361 | MIDDLETOWN | 50931225 (N) manage Middletown new | 179.31 |
| 5361 | MIDDLETOWN | 50931014 (N) GC window blinds | 173.21 |
| 5361 | MIDDLETOWN | 50986470 IMEX MANAGE EXHAUST FAN RPL | 168.10 |
| 5361 | MIDDLETOWN | 50931049 (N) DVR from inven. | 161.88 |
| 5361 | MIDDLETOWN | 51031501 IMEX grill exh fan | 139.66 |
| 5361 | MIDDLETOWN | 50931188 (N) manage Middletown RI | 134.48 |
| 5361 | MIDDLETOWN | 50931111 (N) licensing fee middleto | 119.54 |
| 5361 | MIDDLETOWN | 50930994 (N) Equipment | 118.17 |
| 5361 | MIDDLETOWN | 50931532 (N) graphics | 115.90 |
| 5361 | MIDDLETOWN | 50931321 (N) manage new rest. | 112.07 |
| 5361 | MIDDLETOWN | 50931313 (N) LEGAL | 92.85 |
| 5361 | MIDDLETOWN | 50931081 (n) plans | 89.90 |
| 5361 | MIDDLETOWN | 50988838 Catering Label Disp. | 89.27 |

| Restaurant No. | Restaurant Name | Description | Net Book Value |
|---|---|---|---|
| 5361 | MIDDLETOWN | 50931090 (N) license fee middletown | 79.69 |
| 5361 | MIDDLETOWN | 50931102 (N) license fee | 79.69 |
| 5361 | MIDDLETOWN | 50931698 (N) 1 report printer | 74.71 |
| 5361 | MIDDLETOWN | 50931612 (N) CONSTRUCTION CLEANUP | 62.26 |
| 5361 | MIDDLETOWN | 50931663 (N) Graphics | 55.21 |
| 5361 | MIDDLETOWN | 50931583 (N) equipment | 51.77 |
| 5361 | MIDDLETOWN | 50931399 (N) Lighting | 34.68 |
| 5361 | MIDDLETOWN | 50931701 (N) Inglese purchase | 20.24 |
| 5361 | MIDDLETOWN | 50931786 (N) WINDOW CLEANING | 17.20 |
| 5361 | MIDDLETOWN | 50931727 (N) Lighting | 13.17 |
| 5361 | MIDDLETOWN | 50935904 N-SG (SIGNAGE) | 10.07 |
| 5361 | MIDDLETOWN | 50931647 (N) Equipment | (162.38) |
| 5370 | FOXBORO | 51007958 IEIM. RPL ICE MCHN | 4,934.35 |
| 5370 | FOXBORO | 50908666 IMHT- RPL BTU FURN | 3,709.69 |
| 5370 | FOXBORO | 50899261 DA Menuboard rollout | 2,462.21 |
| 5370 | FOXBORO | 51004837 IMRE.REPLACE RIR EVAP | 1,528.87 |
| 5370 | FOXBORO | 50876094 IERE- RPL SALAD UNIT | 1,327.22 |
| 5370 | FOXBORO | 50908797 IMHT RPL CEILING | 825.57 |
| 5370 | FOXBORO | 51008723 IEIM ICE MACHINE RPL | 390.60 |
| 5370 | FOXBORO | 50956713 KDS INSTALL | 331.72 |
| 5370 | FOXBORO | 50925036 IMAC- DIAG/REPL HVAC | 290.71 |
| 5370 | FOXBORO | 50907938 DA Menuboard rollout | 273.24 |
| 5370 | FOXBORO | 50955657 KDS SOFTWARE INTEGRATION | 239.08 |
| 5370 | FOXBORO | 50832032 immi bar stools | 187.68 |
| 5370 | FOXBORO | 50896950 DA MENU remove/dispose old | 145.99 |
| 5370 | FOXBORO | 50760139 INSTALL POS | 122.61 |
| 5370 | FOXBORO | 51002410 IMRE EVAPORATOR COIL RPL | 112.28 |
| 5370 | FOXBORO | 50988862 Catering Label Disp. | 89.27 |
| 5370 | FOXBORO | 50913406 DA RICE COOKER | 85.59 |
| 5370 | FOXBORO | 50923348 IMAC COND UNIT RPL | 83.79 |
| 5370 | FOXBORO | 50970128 DVR SECURITY ROLLOUT | 52.92 |
| 5370 | FOXBORO | 50924367 IMAC COND UNIT RPL HVAC | 42.59 |
| 5370 | FOXBORO | 50904163 DA Menuboard rollout | 40.44 |
| 5370 | FOXBORO | 50769707 INSTL 3 MOTORS | 33.33 |
| 5370 | FOXBORO | 50875585 IERE SALAD UNIT RPL | 29.14 |
| 5370 | FOXBORO | 50772498 INSTL 1 MOTOR | 11.11 |
| 5370 | FOXBORO | 50751831 IMRE UPGRADE PUMP | 9.42 |
| 5370 | FOXBORO | 50751822 IMRE UPGRADE PUMP | 7.58 |
| 5370 | FOXBORO | 50755786 poster map - deliv rollout | 1.72 |
| 5370 | FOXBORO | 50750184 condensate pump upgrade | 0.26 |
| 5373 | BOSTON CITY HOSP. | 50959375 (R) IBMI REFRESH BUILD | 3,230.71 |
| 5373 | BOSTON CITY HOSP. | 50970435 (R)IBEL.INST MENU LT | 1,090.81 |
| 5373 | BOSTON CITY HOSP. | 50970371 (R)IBMI.RPL CABINETS | 924.49 |
| 5373 | BOSTON CITY HOSP. | 50822310 POS INSTALL | 660.27 |
| 5373 | BOSTON CITY HOSP. | 50916279 IMRE- RPL SAL EVAP | 618.64 |
| 5373 | BOSTON CITY HOSP. | 50958671 (R)IEMW.SUP MICRO | 609.76 |
| 5373 | BOSTON CITY HOSP. | 50946312 (R)IEMW MICROWVRPLCD | 572.09 |
| 5373 | BOSTON CITY HOSP. | 50977397 KDS INSTALL | 243.14 |
| 5373 | BOSTON CITY HOSP. | 50785361 DA BMC SIGNAGE | 210.15 |
| 5373 | BOSTON CITY HOSP. | 50908332 IMRE dig salad evap rpl | 206.64 |
| 5373 | BOSTON CITY HOSP. | 51011973 PHONE MOVE | 188.64 |
| 5373 | BOSTON CITY HOSP. | 50820146 IMRE-RPL COMPRESSOR | 178.43 |
| 5373 | BOSTON CITY HOSP. | 50988871 Catering Label Disp. | 89.27 |
| 5373 | BOSTON CITY HOSP. | 50773415 IEMI- RPL DVR | 85.49 |
| 5373 | BOSTON CITY HOSP. | 50789038 DA-BOSTON MED CTR/NEW | 71.13 |

| Restaurant No. | Restaurant Name | Description | Net Book Value |
|---|---|---|---|
| 5373 | BOSTON CITY HOSP. | 50763516 IORE- RPL ECM | 57.47 |
| 5373 | BOSTON CITY HOSP. | 50970339 DVR SECURITY ROLLOUT | 52.92 |
| 5373 | BOSTON CITY HOSP. | 50820138 IERE- DIAGNOSE COMPRES | 50.53 |
| 5373 | BOSTON CITY HOSP. | 50818433 salad unit compressor replac | 13.99 |
| 5373 | BOSTON CITY HOSP. | 50792552 Inglese billing hours 10/09 | 10.13 |
| 5900 | LUDLOW WEST MASS PK | 50908130 (R) SIGNAGE | 13,563.00 |
| 5900 | LUDLOW WEST MASS PK | 50899288 DA Menuboard rollout | 2,462.21 |
| 5900 | LUDLOW WEST MASS PK | 50962785 IESL SLICER RPL | 1,850.71 |
| 5900 | LUDLOW WEST MASS PK | 51038771 IMHT RPL HT EX | 1,773.84 |
| 5900 | LUDLOW WEST MASS PK | 51018147 IMRE. RPL GR SAL COMP | 1,664.48 |
| 5900 | LUDLOW WEST MASS PK | 51015771 IMRE.RPL SAL EVAPCOI | 1,301.97 |
| 5900 | LUDLOW WEST MASS PK | 50841174 IMHT-INSULATE PIPES | 495.89 |
| 5900 | LUDLOW WEST MASS PK | 50843786 iemi rpl dvr | 484.16 |
| 5900 | LUDLOW WEST MASS PK | 50912075 IMEX RPL GRL EXHT MTR | 460.54 |
| 5900 | LUDLOW WEST MASS PK | 50977291 KDS INSTALL | 355.11 |
| 5900 | LUDLOW WEST MASS PK | 50909010 (R) signage | 335.31 |
| 5900 | LUDLOW WEST MASS PK | 50907954 DA Menuboard rollout | 273.24 |
| 5900 | LUDLOW WEST MASS PK | 50940720 IMHT UPGRD HVAC TSTAT | 254.55 |
| 5900 | LUDLOW WEST MASS PK | 50908148 (R) SIGNAGE | 254.02 |
| 5900 | LUDLOW WEST MASS PK | 50920315 (R) highway signage | 221.24 |
| 5900 | LUDLOW WEST MASS PK | 50913932 DA RICE COOKER | 201.08 |
| 5900 | LUDLOW WEST MASS PK | 51020095 IMRE rpl GRILL SALAD UNIT CO | 169.73 |
| 5900 | LUDLOW WEST MASS PK | 50844324 IMPL-RPR PIPE | 161.12 |
| 5900 | LUDLOW WEST MASS PK | 50841879 IBMI CLN WTR DMG | 143.71 |
| 5900 | LUDLOW WEST MASS PK | 50986971 NETWORK PROJECT | 135.34 |
| 5900 | LUDLOW WEST MASS PK | 50848616 IEMI RELO MENUBOARD | 115.52 |
| 5900 | LUDLOW WEST MASS PK | 50841836 IMHT RPL BATTERY | 108.90 |
| 5900 | LUDLOW WEST MASS PK | 50988918 Catering Label Disp. | 89.27 |
| 5900 | LUDLOW WEST MASS PK | 50781061 IORE- ECM MOTORS | 87.36 |
| 5900 | LUDLOW WEST MASS PK | 50962195 IESL SLICER RPL | 81.72 |
| 5900 | LUDLOW WEST MASS PK | 51013371 IMRE salad unit evaporator | 80.61 |
| 5900 | LUDLOW WEST MASS PK | 51039271 IMHT HEAT EXCHANGER REPLACE | 74.28 |
| 5900 | LUDLOW WEST MASS PK | 50848288 IEMI-GRAPHICS | 66.82 |
| 5900 | LUDLOW WEST MASS PK | 50962030 IESL SLICER RPL | 54.48 |
| 5900 | LUDLOW WEST MASS PK | 50940375 IMHT HVAC THERMOSTAT UPGRADE | 47.76 |
| 5900 | LUDLOW WEST MASS PK | 50904180 DA Menuboard rollout | 40.44 |
| 5900 | LUDLOW WEST MASS PK | 50908121 (R) manage signage rpl | 38.10 |
| 5900 | LUDLOW WEST MASS PK | 50888765 IEMU MUA RPL | 32.93 |
| 5900 | LUDLOW WEST MASS PK | 50887421 IERE REF COUNTER TOP UNIT IN | 32.07 |
| 5900 | LUDLOW WEST MASS PK | 50841764 IMHT HEATING/ PLUMBING RPR | 30.06 |
| 5900 | LUDLOW WEST MASS PK | 50909116 (R) signage | 19.05 |
| | **TOTAL** | | **1,642,858.27** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>DELOPS, INC.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF DELAWARE</td></tr>
<tr><td>Case number<br>(if known)</td><td>18-12545 (MFW)</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1.  1. Do any creditors have claims secured by debtor's property?
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☒ Yes. Fill in all of the information below.

| Part 1: | List All Creditors with Secured Claims |
| --- | --- |

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>*Do not deduct the value of collateral.* | **Column B**<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |
| **2.1** | **Creditor's name**<br>WC FINANCECO A LLC, AS ADMIN. AGENT<br><br>**Creditor's mailing address**<br>251 LITTLE FALLS DRIVE<br>WILMINGTON, DE 19808<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>ALL ASSETS<br><br>**Describe the lien**<br>1ST LIEN (TERM LOAN - A; REVOLVING LINE OF CREDIT - 1 & 2)<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $18,477,301.79 | UNKNOWN |
| **2.2** | **Creditor's name**<br>WC FINANCECO B LLC, AS ADMIN. AGENT<br><br>**Creditor's mailing address**<br>251 LITTLE FALLS DRIVE<br>WILMINGTON, DE 19808<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>ALL ASSETS<br><br>**Describe the lien**<br>2ND LIEN (TERM LOAN - B)<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $34,218,208.93 | UNKNOWN |
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $52,695,510.72 | |

| Debtor | DELOPS, INC. | Case Number *(if known)*  18-12545 (MFW) |
|---|---|---|
| | Name | |

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| WC FINANCECO A LLC<br>VEDDER PRICE<br>ATTN MICHAEL M. EIDELMAN, DOUGLAS J. LIPKE<br>222 NORTH LASALLE STREET<br>CHICAGO, IL  60601 | Line 2.1 | |
| WC FINANCECO A LLC<br>WC FINANCECO B LLC<br>DUNCAN S. BOURNE<br>6250 NORTH RIVER ROAD SUITE 10-100<br>ROSEMONT, IL  60018 | Line 2.1 | |

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor</td><td>DELOPS, INC.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF DELAWARE</td></tr>
<tr><td>Case number<br>(if known)</td><td>18-12545 (MFW)</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:   List All Creditors with PRIORITY Unsecured Claims**

**1.   Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.   List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br>ADERIBIGBE, AMIRA<br>600 PROVIDENCE HIGHWAY<br>DEDHAM, MA  02026<br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br>**Last 4 digits of account number:** 7399<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $146.14 | $146.14 |
| 2.2 | **Priority creditor's name and mailing address**<br>AGOSTO, KENNETH<br>76 HILLWOOD STREET<br>CRANSTON, RI  02920<br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br>**Last 4 digits of account number:** 8614<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $220.66 | $220.66 |
| 2.3 | **Priority creditor's name and mailing address**<br>AHRENS, ERIKA R.<br>600 PROVIDENCE HIGHWAY<br>DEDHAM, MA  02026<br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br>**Last 4 digits of account number:** 7541<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $214.40 | $214.40 |

| Part 1: | Additional Page |
| --- | --- |

|  |  | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.4** | **Priority creditor's name and mailing address**
AIRGAS USA LLC
PO BOX 802576
CHICAGO, IL 60680-2576

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 1821

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(B)(9)

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $78.62    Priority amount: $78.62

---

**2.5** | **Priority creditor's name and mailing address**
AL-AKOUM, BAHIJE A.
38 ROCKWELL STREET
MALDEN, MA 02148

**Date or dates debt was incurred**
EMP ANNIVERSAY YTD

**Last 4 digits of account number:** 6202

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION VACATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $2,544.24    Priority amount: $2,544.24

---

**2.6** | **Priority creditor's name and mailing address**
AL-AKOUM, BAHIJE A.
38 ROCKWELL STREET
MALDEN, MA 02148

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 6202

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $943.02    Priority amount: $943.02

---

**2.7** | **Priority creditor's name and mailing address**
ALBERTSON, CHRISTINE
141 QUINCY ST
BROCKTON, MA 02302

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 6370

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $179.15    Priority amount: $179.15

---

**2.8** | **Priority creditor's name and mailing address**
ALEX, MIKE
411 UPPER COUNTY RD
SOUTH DENNIS, MA 02660

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 2230

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $141.53    Priority amount: $141.53

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.9 | **Priority creditor's name and mailing address**<br><br>ALLEN, DONNA<br>64 WEST FRIENDSHIP STREET<br>PROVIDENCE, RI 02907<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 9984<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $214.09 | $214.09 |
| 2.10 | **Priority creditor's name and mailing address**<br><br>ALLEN, TRACY C.<br>1077-D BLUE HILLS AVE<br>BLOOMFIELD, CT 06002<br><br>**Date or dates debt was incurred**<br><br>EMP ANNIVERSAY YTD<br><br>**Last 4 digits of account number:** 9788<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION VACATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $1,039.20 | $1,039.20 |
| 2.11 | **Priority creditor's name and mailing address**<br><br>ALLEN, TRACY C.<br>1077-D BLUE HILLS AVE<br>BLOOMFIELD, CT 06002<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 9788<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $567.69 | $567.69 |
| 2.12 | **Priority creditor's name and mailing address**<br><br>ALVARADO, KENNY<br>2237 ACUSHNET AVE<br>NEW BEDFORD, MA 02745<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 8548<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $95.26 | $95.26 |
| 2.13 | **Priority creditor's name and mailing address**<br><br>ALVES, FAITH E.<br>600 PROVIDENCE HIGHWAY<br>DEDHAM, MA 02026<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 1881<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $35.35 | $35.35 |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|--|--|-------------|-----------------|

**2.14** **Priority creditor's name and mailing address**
ALVES, JOE F.
215 PROSPECT STREET
BROCKTON, MA 02301

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 8214

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $559.49  Priority amount: $559.49

---

**2.15** **Priority creditor's name and mailing address**
AMARAL, MICHAEL L.
52 PINE KNOLLS DRIVE
KILLINGLY, CT 06241

**Date or dates debt was incurred**
EMP ANNIVERSAY YTD

**Last 4 digits of account number:** 2927

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION VACATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $846.14  Priority amount: $846.14

---

**2.16** **Priority creditor's name and mailing address**
AMARAL, MICHAEL L.
52 PINE KNOLLS DRIVE
KILLINGLY, CT 06241

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 2927

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $770.98  Priority amount: $770.98

---

**2.17** **Priority creditor's name and mailing address**
ANDRADE, JULIA G.
228 HIGHLAND ST
NEW BEDFORD, MA 02746

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 3364

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $277.70  Priority amount: $277.70

---

**2.18** **Priority creditor's name and mailing address**
ANZIVINO, KATIE H.
26 KING ST
FALMOUTH, MA 02540

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 9405

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $535.63  Priority amount: $535.63

| Part 1: | Additional Page | | |
|---------|-----------------|--|--|

|  |  |  | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.19** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $496.88 | $496.88

ANZIVINO, KATIE H.
26 KING ST
FALMOUTH, MA  02540

**Date or dates debt was incurred**

EMP ANNIVERSAY YTD

**Last 4 digits of account number:** 9405

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION VACATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.20** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $64.87 | $64.87

ARCHILA, CHRISTIAN A.
600 PROVIDENCE HIGHWAY
DEDHAM, MA  02026

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 8392

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.21** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,138.43 | $1,138.43

ARESCO, KARLI A.
69 VILLAGE CIRCLE
NAUGATUCK, CT  06770

**Date or dates debt was incurred**

EMP ANNIVERSAY YTD

**Last 4 digits of account number:** 6166

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION VACATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.22** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $531.60 | $531.60

ARESCO, KARLI A.
69 VILLAGE CIRCLE
NAUGATUCK, CT  06770

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 6166

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.23** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $79.88 | $79.88

ARGUETA, CECILIA B.
1 STEVENS ROAD #1
WORCESTER, MA  01603

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 4547

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.24 | **Priority creditor's name and mailing address**<br>ARIAS, ELSA<br>62 WEST NEWTON ST #2<br>BOSTON, MA  02118<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 6742<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $236.69 | $236.69 |
| 2.25 | **Priority creditor's name and mailing address**<br>ARONOFF, JONATHAN A.<br>600 PROVIDENCE HIGHWAY<br>DEDHAM, MA  02026<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 6391<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $39.24 | $39.24 |
| 2.26 | **Priority creditor's name and mailing address**<br>ATHANASOPOULOS, HARIKLEIA<br>575 SAWYER'S CROSSING RD<br>SWANZEY, NH  03446<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 8177<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $199.40 | $199.40 |
| 2.27 | **Priority creditor's name and mailing address**<br>ATHERTON, TRAVIS J.<br>37 WOODBURN STREET<br>KEENE, NH  03431<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 9561<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $582.33 | $582.33 |
| 2.28 | **Priority creditor's name and mailing address**<br>AUGUSTINE, TREVAUGHN<br>125 PLAIN ST<br>ROCKLAND, MA  02370<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 0370<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $259.58 | $259.58 |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.29 | **Priority creditor's name and mailing address**<br>AUSTIN, SYDNEY P.<br>600 PROVIDENCE HIGHWAY<br>DEDHAM, MA 02026<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 5854<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $112.00 | $112.00 |
| 2.30 | **Priority creditor's name and mailing address**<br>AVINA-OCHOA, DULCE<br>42 BROWN AVE #1<br>MANCHESTER, NH 03101<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 3655<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $243.13 | $243.13 |
| 2.31 | **Priority creditor's name and mailing address**<br>AYALA, DERELIZ<br>600 PROVIDENCE HIGHWAY<br>DEDHAM, MA 02026<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 6046<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $47.53 | $47.53 |
| 2.32 | **Priority creditor's name and mailing address**<br>AYUSO, CHARLES<br>47 DRACUT STREET<br>BOSTON, MA 02124<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 2815<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $440.10 | $440.10 |
| 2.33 | **Priority creditor's name and mailing address**<br>AZOTEA III, BEINVENIDO<br>7 MEADOW LANE<br>ALLENSTOWN, NH 03275<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 4312<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $413.44 | $413.44 |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.34 | **Priority creditor's name and mailing address**<br>BABBITT, MANUEL<br>9 SANDY HILL RD<br>RAYNHAM, MA 02767<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 7361<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $250.17 | $250.17 |
| 2.35 | **Priority creditor's name and mailing address**<br>BABICH, MARK S.<br>44 BROAD STREET #2<br>HUDSON, MA 01749-1316<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 8860<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $461.06 | $461.06 |
| 2.36 | **Priority creditor's name and mailing address**<br>BABICH, MARK S.<br>44 BROAD STREET #2<br>HUDSON, MA 01749-1316<br><br>**Date or dates debt was incurred**<br>EMP ANNIVERSAY YTD<br><br>**Last 4 digits of account number:** 8860<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION VACATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $439.79 | $439.79 |
| 2.37 | **Priority creditor's name and mailing address**<br>BACON, JAMIE R.<br>79 SPRING COURT EXT<br>WOBURN, MA 01801<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 3542<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $114.27 | $114.27 |
| 2.38 | **Priority creditor's name and mailing address**<br>BADWAY, KEVIN T.<br>238 DRAPER AVENUE<br>WARWICK, RI 02889<br><br>**Date or dates debt was incurred**<br>EMP ANNIVERSAY YTD<br><br>**Last 4 digits of account number:** 9781<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION VACATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $961.52 | $961.52 |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.39**  **Priority creditor's name and mailing address**  
BADWAY, KEVIN T.  
238 DRAPER AVENUE  
WARWICK, RI 02889  

**Date or dates debt was incurred**  
10/29/18 - 11/4/18  

**Last 4 digits of account number:** 9781  

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Basis for the claim:**  
PRE-PETITION PAYROLL  

**Is the claim subject to offset?**  
☒ No  
☐ Yes  

Total claim: $601.03 — Priority amount: $601.03

---

**2.40**  **Priority creditor's name and mailing address**  
BAEZ, ROSA IRIS PEREZ  
171 SALEM ST APT 25  
MEDFORD, MA 02155  

**Date or dates debt was incurred**  
10/29/18 - 11/4/18  

**Last 4 digits of account number:** 0402  

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Basis for the claim:**  
PRE-PETITION PAYROLL  

**Is the claim subject to offset?**  
☒ No  
☐ Yes  

Total claim: $299.50 — Priority amount: $299.50

---

**2.41**  **Priority creditor's name and mailing address**  
BAKER, CHRISTIAN J.  
27 GLEASON STREET  
MARLBORO, MA 01752  

**Date or dates debt was incurred**  
10/29/18 - 11/4/18  

**Last 4 digits of account number:** 2171  

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Basis for the claim:**  
PRE-PETITION PAYROLL  

**Is the claim subject to offset?**  
☒ No  
☐ Yes  

Total claim: $399.85 — Priority amount: $399.85

---

**2.42**  **Priority creditor's name and mailing address**  
BAKER, NIGEL C.  
27 GLEASON ST  
MARLBOROUGH, MA 01752  

**Date or dates debt was incurred**  
10/29/18 - 11/4/18  

**Last 4 digits of account number:** 0631  

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Basis for the claim:**  
PRE-PETITION PAYROLL  

**Is the claim subject to offset?**  
☒ No  
☐ Yes  

Total claim: $257.31 — Priority amount: $257.31

---

**2.43**  **Priority creditor's name and mailing address**  
BAKER, RYAN J.  
27 BROADVIEW AVE  
CUMBERLAND, RI 02864  

**Date or dates debt was incurred**  
10/29/18 - 11/4/18  

**Last 4 digits of account number:** 9689  

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Basis for the claim:**  
PRE-PETITION PAYROLL  

**Is the claim subject to offset?**  
☒ No  
☐ Yes  

Total claim: $272.36 — Priority amount: $272.36

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.44** 

**Priority creditor's name and mailing address**

BAPTISTA, NICHOLAS A.
156 AMANDA AVENUE
NEW BEDFORD, MA  02745

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 7076

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: **$159.05**    Priority amount: **$159.05**

---

**2.45**

**Priority creditor's name and mailing address**

BARBER, KARLEY A.
600 PROVIDENCE HIGHWAY
DEDHAM, MA  02026

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 8076

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: **$169.56**    Priority amount: **$169.56**

---

**2.46**

**Priority creditor's name and mailing address**

BARBOSA, CHRISTINE M.
341 CHESTER ST #3
FALL RIVER, MA  02720

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 1446

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: **$80.00**    Priority amount: **$80.00**

---

**2.47**

**Priority creditor's name and mailing address**

BARTH, ELISA
88 FERN STREET
WARWICK, RI  02889

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 3953

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: **$319.98**    Priority amount: **$319.98**

---

**2.48**

**Priority creditor's name and mailing address**

BASTOS, CRYSTAL M.
198 MARIANNA STREET APT 1
LYNN, MA  01902

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 7867

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: **$982.04**    Priority amount: **$982.04**

| Part 1: | Additional Page | | |
|---------|-----------------|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.49** **Priority creditor's name and mailing address**
BASTOS, CRYSTAL M.
198 MARIANNA STREET APT 1
LYNN, MA 01902

**Date or dates debt was incurred**
EMP ANNIVERSAY YTD

**Last 4 digits of account number:** 7867

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION VACATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $269.23    Priority amount: $269.23

---

**2.50** **Priority creditor's name and mailing address**
BASTOW, TYLER A.
44 ELM ST,ROOM 3
NORTH ATTLEBORO, MA 02760

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 0683

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $329.12    Priority amount: $329.12

---

**2.51** **Priority creditor's name and mailing address**
BATTLES, IAN
239 PEARL STREET 2ND FLO
MIDDLETOWN, CT 06457

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 4547

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $205.68    Priority amount: $205.68

---

**2.52** **Priority creditor's name and mailing address**
BEALE, RACHEL E.
30 LEXINGTON STREET
WETHERSFIELD, CT 06109

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 0908

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $297.46    Priority amount: $297.46

---

**2.53** **Priority creditor's name and mailing address**
BELLEVUE, JEAN-PIERRE
47 OVERTON ST.
BROCKTON, MA 02301

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 7986

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $133.07    Priority amount: $133.07

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.54 | **Priority creditor's name and mailing address**<br>BENJAMIN, ALYCIA<br>600 PROVIDENCE HIGHWAY<br>DEDHAM, MA 02026<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 6678<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $56.21 | $56.21 |
| 2.55 | **Priority creditor's name and mailing address**<br>BERGERON, SCOTT W.<br>600 PROVIDENCE HIGHWAY<br>DEDHAM, MA 02026<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 5959<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $110.28 | $110.28 |
| 2.56 | **Priority creditor's name and mailing address**<br>BERMINGHAM, JOSHUA<br>264 UNION STREET<br>FALL RIVER, MA 02721<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 4168<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $42.42 | $42.42 |
| 2.57 | **Priority creditor's name and mailing address**<br>BEST, JARRID E.<br>39 PITCH PINE LANE<br>EAST FALMOUTH, MA 02536<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 2599<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $155.80 | $155.80 |
| 2.58 | **Priority creditor's name and mailing address**<br>BETTENCOURT, JOSEPH A.<br>46 LOCKWOOD CIR<br>SWANSEA, MA 02777<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 3081<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $483.28 | $483.28 |

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.59** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $19,358.35 | $1,839.36

BETTER IMAGE APPAREL INC
174 DUCHAINE BLVD UNIT C
NEW BEDFORD, MA  02745

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 1896

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(B)(9)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.60** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $824.06 | $824.06

BIANCHI, MICHELLE E.
27 MICA AVENUE
CRANSTON, RI  02920

**Date or dates debt was incurred**
EMP ANNIVERSAY YTD

**Last 4 digits of account number:** 1926

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION VACATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.61** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $548.42 | $548.42

BIANCHI, MICHELLE E.
27 MICA AVENUE
CRANSTON, RI  02920

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 1926

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.62** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $64.89 | $64.89

BISSONNETTE, DHANYELLE N.
103 DERBY COURT
TAUNTON, MA  02780

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 0891

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.63** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $394.64 | $394.64

BLACK, TERRA A.
74 RIDGEWOOD AVENUE
HYANNIS, MA  02601

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 4336

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.64 | **Priority creditor's name and mailing address**<br>BLAKE, DANIELLE<br>600 PROVIDENCE HIGHWAY<br>DEDHAM, MA 02026<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 8791<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $128.99 | $128.99 |
| 2.65 | **Priority creditor's name and mailing address**<br>BOLIEIRO, ADAM B.<br>312 DAVIS STREET<br>FALL RIVER, MA 02720<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 8071<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $251.84 | $251.84 |
| 2.66 | **Priority creditor's name and mailing address**<br>BONGARTZ, KIMBERLY A.<br>14 UNITY STREET<br>CRANSTON, RI 02920<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 9657<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $532.99 | $532.99 |
| 2.67 | **Priority creditor's name and mailing address**<br>BONNEAU, KIMBERLY A.<br>655 TALCOTTVILLE ROAD UNIT 25<br>VERNON, CT 06066<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 7128<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $151.78 | $151.78 |
| 2.68 | **Priority creditor's name and mailing address**<br>BOUCHER, ASHLEY A.<br>200 RIVERSIDE AVE APT 23<br>NEW BEDFORD, MA 02746<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 5047<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $168.98 | $168.98 |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.69 | **Priority creditor's name and mailing address**<br>BOWER, HEATHER L.<br>90 JOHNSON STREET<br>FALL RIVER, MA  02723<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 3769<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $543.85 | $543.85 |
| 2.70 | **Priority creditor's name and mailing address**<br>BOWER, SANDRA J.<br>229 GRAFTON STREET<br>BROCKTON, MA  02301<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 1942<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $167.01 | $167.01 |
| 2.71 | **Priority creditor's name and mailing address**<br>BRASSARD, MARC A.<br>2 JIM ST<br>ENFIELD, CT  06082<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 2651<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $209.81 | $209.81 |
| 2.72 | **Priority creditor's name and mailing address**<br>BROWN, MAC J.<br>141 ARCH STREET<br>KEENE, NH  03431<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 9659<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $146.50 | $146.50 |
| 2.73 | **Priority creditor's name and mailing address**<br>BROWN, WINSTON M.<br>11 COACH HOUSE LANE<br>SOUTH DENNIS, MA  02660<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 5412<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $314.86 | $314.86 |

| Part 1: | Additional Page |
|---|---|

|  | | Total claim | Priority amount |
|---|---|---|---|
| 2.74 | **Priority creditor's name and mailing address**<br>BRUNTON, DONNA M.<br>85 SHADOWBROOK ESTATES<br>SO.HADLEY, MA  01075<br><br>**Date or dates debt was incurred**<br>EMP ANNIVERSAY YTD<br><br>**Last 4 digits of account number:** 3481<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION VACATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,715.58 | $3,715.58 |
| 2.75 | **Priority creditor's name and mailing address**<br>BRUNTON, DONNA M.<br>85 SHADOWBROOK ESTATES<br>SO.HADLEY, MA  01075<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 3481<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $681.59 | $681.59 |
| 2.76 | **Priority creditor's name and mailing address**<br>BUCO, ALIVIA M.<br>496 BEVERAGE HILL AVENUE<br>PAWTUCKET, RI  02869<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 3637<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $168.36 | $168.36 |
| 2.77 | **Priority creditor's name and mailing address**<br>BUONICONTI, RICHARD J.<br>84 PALMER AVENUE #2<br>SPRINGFIELD, MA  01108<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 4711<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $518.69 | $518.69 |
| 2.78 | **Priority creditor's name and mailing address**<br>BURGISON, RON-DAE S.<br>600 PROVIDENCE HIGHWAY<br>DEDHAM, MA  02026<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 6435<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $91.12 | $91.12 |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|--|--|--|-------------|-----------------|
| 2.79 | **Priority creditor's name and mailing address**<br>BURGOS, ANDREA M.<br>661 FRONT ST APARTMENT #<br>WOONSOCKET, RI 02896<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 8740<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $341.07 | $341.07 |
| 2.80 | **Priority creditor's name and mailing address**<br>BURNHAM, JOSHUA L.<br>765 NORTH MAIN STREET<br>LACONIA, NH 03246<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 5215<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $408.31 | $408.31 |
| 2.81 | **Priority creditor's name and mailing address**<br>BURT, SARAH M.<br>600 PROVIDENCE HIGHWAY<br>DEDHAM, MA 02026<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 1528<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $102.85 | $102.85 |
| 2.82 | **Priority creditor's name and mailing address**<br>BYRAM, RODOLPHE<br>131 HILLCREST DRIVE<br>LACONIA, NH 03246<br><br>**Date or dates debt was incurred**<br>EMP ANNIVERSAY YTD<br><br>**Last 4 digits of account number:** 1785<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION VACATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,720.13 | $1,720.13 |
| 2.83 | **Priority creditor's name and mailing address**<br>BYRAM, RODOLPHE<br>131 HILLCREST DRIVE<br>LACONIA, NH 03246<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 1785<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,035.20 | $1,035.20 |

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|
| | | Total claim | Priority amount |

| 2.84 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $193.30 | $193.30 |
|---|---|---|---|---|

**Priority creditor's name and mailing address**
CADIMA, MICHAEL T.
67 WHIPPLE ST
FALL RIVER, MA 02721

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 3583

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $193.30  Priority amount: $193.30

---

**2.85**

**Priority creditor's name and mailing address**
CADIMA, MICHAEL T.
67 WHIPPLE ST
FALL RIVER, MA 02721

**Date or dates debt was incurred**
EMP ANNIVERSAY YTD

**Last 4 digits of account number:** 3583

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION VACATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $37.38  Priority amount: $37.38

---

**2.86**

**Priority creditor's name and mailing address**
CALDERON, JOSE N.
112R VERNAL STREET
EVERETT, MA 02149

**Date or dates debt was incurred**
EMP ANNIVERSAY YTD

**Last 4 digits of account number:** 1558

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION VACATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,096.16  Priority amount: $1,096.16

---

**2.87**

**Priority creditor's name and mailing address**
CALDERON, JOSE N.
112R VERNAL STREET
EVERETT, MA 02149

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 1558

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $769.51  Priority amount: $769.51

---

**2.88**

**Priority creditor's name and mailing address**
CAMERON, DOROTHY
57 UNION AVE #111
LACONIA, NH 03246

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 4205

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $592.26  Priority amount: $592.26

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|
| | | Total claim | Priority amount |

| | | | | |
|---|---|---|---|---|
| 2.89 | **Priority creditor's name and mailing address**<br>CAMPBELL, DANIELLE M.<br>489 THIRD STREET 3RD FLO<br>FALL RIVER, MA  02721<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 1479<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $331.79 | $331.79 |
| 2.90 | **Priority creditor's name and mailing address**<br>CANDELARIA, REINALYS<br>600 PROVIDENCE HIGHWAY<br>DEDHAM, MA  02026<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 2091<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $98.77 | $98.77 |
| 2.91 | **Priority creditor's name and mailing address**<br>CANDITO, MATTHEW S.<br>600 PROVIDENCE HIGHWAY<br>DEDHAM, MA  02026<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 5007<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20.52 | $20.52 |
| 2.92 | **Priority creditor's name and mailing address**<br>CARADONNA, ALYSSA M.<br>600 PROVIDENCE HIGHWAY<br>DEDHAM, MA  02026<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 2790<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $179.47 | $179.47 |
| 2.93 | **Priority creditor's name and mailing address**<br>CARREIRO, JESSE N.<br>252 PRINCETON STREET<br>NEW BEDFORD, MA  02745<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 9591<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $48.49 | $48.49 |

| **Part 1:** | **Additional Page** |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.94 | **Priority creditor's name and mailing address**<br>CATALDO, JOANN<br>325 WEST SHORE RD. APT 32C<br>WARWICK, RI 02889<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 0406<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $499.69 | $499.69 |
| 2.95 | **Priority creditor's name and mailing address**<br>CAVANAUGH, CORA L.<br>9C SENATE RD.<br>MILFORD, MA 01757<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 6072<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $36.26 | $36.26 |
| 2.96 | **Priority creditor's name and mailing address**<br>CEDENO, ALBERTO J.<br>99 JEFFERS ST<br>WOONSOCKET, RI 02895<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 6699<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $96.83 | $96.83 |
| 2.97 | **Priority creditor's name and mailing address**<br>CHAMPOUX, GARY P.<br>10 POLLYANN PARK<br>DOVER, NH 03820<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 7852<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $336.22 | $336.22 |
| 2.98 | **Priority creditor's name and mailing address**<br>CHAVEZ, JOYLISSA K.<br>600 PROVIDENCE HIGHWAY<br>DEDHAM, MA 02026<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 1674<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $34.98 | $34.98 |

| Part 1: | Additional Page |
|---|---|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

**2.99** | **Priority creditor's name and mailing address**
CHENEL, JULIA N.
600 PROVIDENCE HIGHWAY
DEDHAM, MA 02026

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number: 2332**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $182.61    Priority amount: $182.61

---

**2.100** | **Priority creditor's name and mailing address**
CHENEY, JENNIFER L.
120 DERRYFIELD CT
MANCHESTER, NH 03104

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number: 8050**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $154.94    Priority amount: $154.94

---

**2.101** | **Priority creditor's name and mailing address**
CLARK, BRIAN T.
28 GLENWOOD AVENUE
CRANSTON, RI 02910

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number: 9566**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $587.14    Priority amount: $587.14

---

**2.102** | **Priority creditor's name and mailing address**
CLARK, KIMBERLY J.
28 SAINT LO ROAD
FRAMINGHAM, MA 01702

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number: 0146**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $99.17    Priority amount: $99.17

---

**2.103** | **Priority creditor's name and mailing address**
CLARK, LAURIE J.
27 RED OAK MOBILE VILLAGE
S. ATTLEBORO, MA 02703

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number: 6094**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $254.79    Priority amount: $254.79

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.104 | **Priority creditor's name and mailing address**<br><br>CLARY, ISAIAH J.<br>113 GREEN STREET<br>BROCKTON, MA 02301<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number: 6230**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $260.27 | $260.27 |
| 2.105 | **Priority creditor's name and mailing address**<br><br>CLAYBORNE, JOSEPHINE M.<br>600 PROVIDENCE HIGHWAY<br>DEDHAM, MA 02026<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number: 2109**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $177.98 | $177.98 |
| 2.106 | **Priority creditor's name and mailing address**<br><br>CLERVIL, FABIOLA<br>15 RUGGLES ST<br>ROXBURY, MA 02119<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number: 4075**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $304.83 | $304.83 |
| 2.107 | **Priority creditor's name and mailing address**<br><br>CLIFFORD, MICHAEL P.<br>197 BILLINGS ST<br>QUINCY, MA 02171<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number: 8558**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $228.28 | $228.28 |
| 2.108 | **Priority creditor's name and mailing address**<br><br>CLOUTIER, CANDACE J.<br>110 FORTIN AVE<br>PAWTUCKET, RI 02860<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number: 8820**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $94.39 | $94.39 |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.109** | **Priority creditor's name and mailing address**

COCCITTO, COLE
10 CUSHING ST,#2
DORCHESTER, MA 02125

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 5106

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $156.08    Priority amount: $156.08

---

**2.110** | **Priority creditor's name and mailing address**

COMERFORD, TERESA I.
201 LABAN ST,1ST FL
PROVIDENCE, RI 02909

**Date or dates debt was incurred**

EMP ANNIVERSAY YTD

**Last 4 digits of account number:** 3298

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION VACATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $961.56    Priority amount: $961.56

---

**2.111** | **Priority creditor's name and mailing address**

COMERFORD, TERESA I.
201 LABAN ST,1ST FL
PROVIDENCE, RI 02909

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 3298

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $696.64    Priority amount: $696.64

---

**2.112** | **Priority creditor's name and mailing address**

CONNECTICUT, STATE OF
DEPT. OF REVENUE SERVICES
P.O. BOX 2932
HARTFORD, CT 06104

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION MEALS TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $40,478.10    Priority amount: $40,478.10

---

**2.113** | **Priority creditor's name and mailing address**

CONNECTICUT, STATE OF
DEPT. OF REVENUE SERVICES
P.O. BOX 2932
HARTFORD, CT 06104

**Date or dates debt was incurred**

7/1/18 - 11/4/18 & 10/29/18 - 11/4/18

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PAYROLL TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $2,510.90    Priority amount: $2,510.90

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.114** | **Priority creditor's name and mailing address**
CONNECTICUT, STATE OF
DEPT. OF REVENUE SERVICES
P.O. BOX 2932
HARTFORD, CT 06104

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION USE TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $19.05  Priority amount: $19.05

---

**2.115** | **Priority creditor's name and mailing address**
CONOVER, VALERIE A.
401 BOROUGH ROAD
PEMBROKE, NH 03275

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 5269

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $274.80  Priority amount: $274.80

---

**2.116** | **Priority creditor's name and mailing address**
CORREIA-CLOUTIER, ALICIA M.
271 EAST MAIN RD.
PORTSMOUTH, RI 02871

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 7292

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $322.40  Priority amount: $322.40

---

**2.117** | **Priority creditor's name and mailing address**
CORVELLO, VICTORIA K.
13 MACOMBER STREET
EAST TAUNTON, MA 02718

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 0492

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $24.39  Priority amount: $24.39

---

**2.118** | **Priority creditor's name and mailing address**
CORVESE, MATTHEW A.
801 WOODHAVEN COURT
CRANSTON, RI 02920

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 2378

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $162.93  Priority amount: $162.93

| **Part 1:** | **Additional Page** |
|---|---|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

| 2.119 | **Priority creditor's name and mailing address**<br>COSTA, KEVIN B.<br>275 WEST MAIN ST APT 41<br>MARLBORO, MA  01752<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 5638<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30.48 | $30.48 |

| 2.120 | **Priority creditor's name and mailing address**<br>COSTA, RYAN<br>35 CHESTNUT STREET<br>NEW BEDFORD, MA  02740<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 9570<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $204.49 | $204.49 |

| 2.121 | **Priority creditor's name and mailing address**<br>COTTO DIAZ, YULEYSHKA M.<br>75 HIGH STREET #2<br>VERNON, CT  06066<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 9743<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $339.23 | $339.23 |

| 2.122 | **Priority creditor's name and mailing address**<br>COWAP, JOHN M.<br>66 CENTER STREET APT#1-2<br>DENNISPORT, MA  02639<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 3697<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $182.12 | $182.12 |

| 2.123 | **Priority creditor's name and mailing address**<br>COY, JEAN M.<br>56 LITTLEFIELD<br>AVON, MA  02322<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 7721<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $247.24 | $247.24 |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.124** | **Priority creditor's name and mailing address**<br>CRONIN, CAITRIONA L.<br>84 SPRING ST APT. 2R<br>PAWTUCKET, RI 02860<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 5304<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $50.20 | $50.20 |
| **2.125** | **Priority creditor's name and mailing address**<br>CROTEAU, JAMES<br>195 MCGREGOR STREET UNIT 423<br>MANCHESTER, NH 03102<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 8000<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,901.52 | $1,901.52 |
| **2.126** | **Priority creditor's name and mailing address**<br>CROTHERS, COURTNEY M.<br>15 TUNMORE RD<br>SMITHFIELD, RI 02917<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 4296<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $396.23 | $396.23 |
| **2.127** | **Priority creditor's name and mailing address**<br>CROTHERS, DAWN M.<br>15 TUNMORE ROAD<br>SMITHFIELD, RI 02917<br><br>**Date or dates debt was incurred**<br>EMP ANNIVERSAY YTD<br><br>**Last 4 digits of account number:** 0637<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION VACATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,057.68 | $1,057.68 |
| **2.128** | **Priority creditor's name and mailing address**<br>CROTHERS, DAWN M.<br>15 TUNMORE ROAD<br>SMITHFIELD, RI 02917<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 0637<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $828.06 | $828.06 |

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.129** | **Priority creditor's name and mailing address**
CROWLEY, BRIANNA
16 WALES ST
ABINGTON, MA 02351

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 5416

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $322.02  Priority amount: $322.02

**2.130** | **Priority creditor's name and mailing address**
CROWLEY, EDWARD J.
90 BRIAN DRIVE
BROCKTON, MA 02301

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 6723

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $49.63  Priority amount: $49.63

**2.131** | **Priority creditor's name and mailing address**
CRUICKSHANK, BRITTANIE A.
18 SOUTH STREET
ENFIELD, CT 06082

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 1236

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $158.22  Priority amount: $158.22

**2.132** | **Priority creditor's name and mailing address**
CRUZ, JAN A.
102 VERNAL STREET
EVERETT, MA 02149

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 9391

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $138.52  Priority amount: $138.52

**2.133** | **Priority creditor's name and mailing address**
CRUZ, STACY L.
643 OLD WARREN RD
SWANSEA, MA 02777

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 1855

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $211.64  Priority amount: $211.64

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|
| | | Total claim | Priority amount |

| 2.134 | **Priority creditor's name and mailing address**<br>CURTIS, MATTHEW C.<br>48 ELM STREET APT 1<br>KEENE, NH 03431<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 9168<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $307.62 | $307.62 |
| 2.135 | **Priority creditor's name and mailing address**<br>DAGGETT, MATHEW T.<br>76 16TH ST APT. 2<br>FALL RIVER, MA 02724<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 4092<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $200.55 | $200.55 |
| 2.136 | **Priority creditor's name and mailing address**<br>DAILEY, RAKI J.<br>600 PROVIDENCE HIGHWAY<br>DEDHAM, MA 02026<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 9911<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $86.96 | $86.96 |
| 2.137 | **Priority creditor's name and mailing address**<br>D'ANDREA, JILL M.<br>299 CHURCH AVENUE<br>WARWICK, RI 02889<br><br>**Date or dates debt was incurred**<br>EMP ANNIVERSAY YTD<br><br>**Last 4 digits of account number:** 0445<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION VACATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,332.67 | $1,332.67 |
| 2.138 | **Priority creditor's name and mailing address**<br>D'ANDREA, JILL M.<br>299 CHURCH AVENUE<br>WARWICK, RI 02889<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 0445<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $825.17 | $825.17 |

| Part 1: | Additional Page |
|---|---|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.139 | **Priority creditor's name and mailing address**<br><br>D'ANGELO, MARK S.<br>188 MEGAN ROAD<br>HYANNIS, MA 02601<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 3978<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $663.74 | $663.74 |
| 2.140 | **Priority creditor's name and mailing address**<br><br>D'ANGELO, MARK S.<br>188 MEGAN ROAD<br>HYANNIS, MA 02601<br><br>**Date or dates debt was incurred**<br><br>EMP ANNIVERSAY YTD<br><br>**Last 4 digits of account number:** 3978<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION VACATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $646.37 | $646.37 |
| 2.141 | **Priority creditor's name and mailing address**<br><br>DANTZLER, GREGORY D.<br>27 LILAC ST<br>PAWTUCKET, RI 02860<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 9951<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $211.98 | $211.98 |
| 2.142 | **Priority creditor's name and mailing address**<br><br>DAYS, MATHUE A.<br>324 MERIDIAN STREET<br>FALL RIVER, MA 02720<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 5588<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $328.13 | $328.13 |
| 2.143 | **Priority creditor's name and mailing address**<br><br>DAYS, MATHUE A.<br>324 MERIDIAN STREET<br>FALL RIVER, MA 02720<br><br>**Date or dates debt was incurred**<br><br>EMP ANNIVERSAY YTD<br><br>**Last 4 digits of account number:** 5588<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION VACATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $8.63 | $8.63 |

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |
| 2.144 | **Priority creditor's name and mailing address**<br>DEANDRADE, JELLISSA D.<br>2100 PHILLIPS RD,#14<br>NEW BEDFORD, MA  02745<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number: 9667**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $192.36 | $192.36 |
| 2.145 | **Priority creditor's name and mailing address**<br>DECARO, KAYLA M.<br>600 PROVIDENCE HIGHWAY<br>DEDHAM, MA  02026<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number: 5216**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $55.92 | $55.92 |
| 2.146 | **Priority creditor's name and mailing address**<br>DEEGAN, KIM<br>44 BEECHWOOD ROAD<br>HALIFAX, MA  02338<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number: 7335**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $627.16 | $627.16 |
| 2.147 | **Priority creditor's name and mailing address**<br>DEEGAN, KIM<br>44 BEECHWOOD ROAD<br>HALIFAX, MA  02338<br><br>**Date or dates debt was incurred**<br>EMP ANNIVERSAY YTD<br><br>**Last 4 digits of account number: 7335**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION VACATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $461.54 | $461.54 |
| 2.148 | **Priority creditor's name and mailing address**<br>DEJESUS, NYDIA M.<br>698 MAIN ST APT B-2<br>MIDDLETOWN, CT  06457<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number: 8388**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $353.48 | $353.48 |

(Name)

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.149** | **Priority creditor's name and mailing address**

DEMELO, NICOLE L.
15 SEMINOLE ROAD
SOUTH DARTMOUTH, MA  02748

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 0725

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

$677.29 | $677.29

---

**2.150** | **Priority creditor's name and mailing address**

DEMELO, NICOLE L.
15 SEMINOLE ROAD
SOUTH DARTMOUTH, MA  02748

**Date or dates debt was incurred**

EMP ANNIVERSAY YTD

**Last 4 digits of account number:** 0725

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION VACATION

**Is the claim subject to offset?**
☒ No
☐ Yes

$519.24 | $519.24

---

**2.151** | **Priority creditor's name and mailing address**

DEMERS, HOPE M.
600 PROVIDENCE HIGHWAY
DEDHAM, MA  02026

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 2074

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

$70.91 | $70.91

---

**2.152** | **Priority creditor's name and mailing address**

DENNIS, RAKEEM T.
9 MAKIN STREET
PAWTUCKET, RI  02861

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 2408

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

$101.13 | $101.13

---

**2.153** | **Priority creditor's name and mailing address**

DERAMEAUX, SONIA
31 BUCKMINSTER ST
FRAMINGHAM, MA  01702

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 9018

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

$252.33 | $252.33

| **Part 1:** | **Additional Page** |
|------|------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.154 | **Priority creditor's name and mailing address**<br>DESMARAIS, QUINTIN<br>491 LOCUST STREET<br>ATTLEBORO, MA  02703<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 7605<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $125.73 | $125.73 |
| 2.155 | **Priority creditor's name and mailing address**<br>DESOUSA, CAMERON<br>159 BONNEY ST<br>NEW BEDFORD, MA  02740<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 7501<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $151.30 | $151.30 |
| 2.156 | **Priority creditor's name and mailing address**<br>DESROSIERS, BRIAN<br>12 LYMAN STREET<br>BERWICK, ME  03901<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 1688<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $370.08 | $370.08 |
| 2.157 | **Priority creditor's name and mailing address**<br>DETRIO, ALYSSA A.<br>600 PROVIDENCE HIGHWAY<br>DEDHAM, MA  02026<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 2541<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $142.37 | $142.37 |
| 2.158 | **Priority creditor's name and mailing address**<br>DEWOLF, EMILY C.<br>26 POSNER CIRCLE<br>LUDLOW, MA  01056<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 3743<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $153.20 | $153.20 |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.159** | **Priority creditor's name and mailing address**

DIAS, MARIO E.
58 WHITELOCK ST.
NEW BEDFORD, MA 02745

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 3304

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $176.82 — Priority amount: $176.82

---

**2.160** | **Priority creditor's name and mailing address**

DIAZ, RICARDO
163 WASHINGTON ST,#2
DORCHESTER, MA 02121

**Date or dates debt was incurred**

EMP ANNIVERSAY YTD

**Last 4 digits of account number:** 6158

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION VACATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,538.48 — Priority amount: $1,538.48

---

**2.161** | **Priority creditor's name and mailing address**

DIAZ, RICARDO
163 WASHINGTON ST,#2
DORCHESTER, MA 02121

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 6158

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $548.28 — Priority amount: $548.28

---

**2.162** | **Priority creditor's name and mailing address**

DIMITRIOU, DIMITRIS
600 PROVIDENCE HIGHWAY
DEDHAM, MA 02026

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 6734

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $56.50 — Priority amount: $56.50

---

**2.163** | **Priority creditor's name and mailing address**

DININNO, STEPHANIE
600 PROVIDENCE HIGHWAY
DEDHAM, MA 02026

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 9823

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $145.38 — Priority amount: $145.38

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.164 | **Priority creditor's name and mailing address**<br><br>DOLLOFF, ZACHARY A.<br>600 PROVIDENCE HIGHWAY<br>DEDHAM, MA  02026<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 5401<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $104.83 | $104.83 |
| 2.165 | **Priority creditor's name and mailing address**<br><br>DOMINGOS, KASEY P.<br>98 JENNY LIND ST<br>NEW BEDFORD, MA  02740<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 3894<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $139.92 | $139.92 |
| 2.166 | **Priority creditor's name and mailing address**<br><br>DOMINGOS, SANDRA<br>60 CHAPIN ST.<br>LUDLOW, MA  01056<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 0993<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $296.39 | $296.39 |
| 2.167 | **Priority creditor's name and mailing address**<br><br>DOMINGUES, NATHANIEL<br>15 SANDRO DRIVE<br>WARWICK, RI  02886<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 9612<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $120.74 | $120.74 |
| 2.168 | **Priority creditor's name and mailing address**<br><br>DOMINIQUE, CARISSA<br>11 MINOLA STREET<br>CRANSTON, RI  02910<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 4956<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $135.65 | $135.65 |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.169 | **Priority creditor's name and mailing address**<br>DONATZSKY, SUKI<br>25 PORTER ST 1F<br>TAUNTON, MA  02780<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 6340<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $121.31 | $121.31 |
| 2.170 | **Priority creditor's name and mailing address**<br>DONNELL, SHANNON C.<br>35 VINE ST, #22<br>W. WARWICK, RI  02893<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 9163<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $327.15 | $327.15 |
| 2.171 | **Priority creditor's name and mailing address**<br>DOTSON, STEPHEN R.<br>17 CHAPMAN RD<br>MARLBOUGH, CT  06447<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 7878<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $321.12 | $321.12 |
| 2.172 | **Priority creditor's name and mailing address**<br>DOUCETTE, DAMON A.<br>110 FORTIN AVE<br>PAWTUCKET, RI  02860<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 0550<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $174.46 | $174.46 |
| 2.173 | **Priority creditor's name and mailing address**<br>DOURADO, ROSE<br>575 DYER AVE G 128<br>CRANSTON, RI  02920<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 6707<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $167.44 | $167.44 |

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.174 | **Priority creditor's name and mailing address**<br><br>DOWLING, HELENA<br>104 GRAYSTONE STREET<br>WARWICK, RI 02886<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 3309<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $657.33 | $657.33 |
| 2.175 | **Priority creditor's name and mailing address**<br><br>DOYLE, DAVID A.<br>102 HIGHLAND AVE<br>CUMBERLAND, RI 02864<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 3749<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $60.01 | $60.01 |
| 2.176 | **Priority creditor's name and mailing address**<br><br>DOZIER, LILLIAN<br>600 PROVIDENCE HIGHWAY<br>DEDHAM, MA 02026<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 5208<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $176.16 | $176.16 |
| 2.177 | **Priority creditor's name and mailing address**<br><br>DRAKE, JESSICA K.<br>1905 WARWICK AVE<br>WARWICK, RI 02889<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 8064<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $123.98 | $123.98 |
| 2.178 | **Priority creditor's name and mailing address**<br><br>DREVER, JOSHUA<br>15 MARSHALL DRIVE<br>FALMOUTH, MA 02536<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 8027<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $150.31 | $150.31 |

| Part 1: | Additional Page |
|---------|-----------------|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.179** | **Priority creditor's name and mailing address**
DUCHESNEAU, TIFFANY
23 KELLER AVE
WARWICK, RI  02889

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number: 5389**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $606.32 | Priority amount: $606.32

---

**2.180** | **Priority creditor's name and mailing address**
DUMONT, GREGOIRE T.
9 SHORT STREET
PAWTUCKET, RI  02861

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number: 0422**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $97.16 | Priority amount: $97.16

---

**2.181** | **Priority creditor's name and mailing address**
DURAN, ANTHONY V.
600 PROVIDENCE HIGHWAY
DEDHAM, MA  02026

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number: 6534**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $249.41 | Priority amount: $249.41

---

**2.182** | **Priority creditor's name and mailing address**
DURAN, JOHNNY A.
154 SEAVER ST
BOSTON, MA  02121

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number: 8716**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $182.95 | Priority amount: $182.95

---

**2.183** | **Priority creditor's name and mailing address**
ECMC
LOCKBOX 7096
PO BOX 16478
ST. PAUL, MN  55116-0478

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PAYROLL OTHER

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $27.88 | Priority amount: $27.88

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.184 | **Priority creditor's name and mailing address** ELSAPAK, YOUSSEF 26 BRIGHT ST. ENFIELD, CT  06082 **Date or dates debt was incurred** 10/29/18 - 11/4/18 **Last 4 digits of account number:** 0409 **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** PRE-PETITION PAYROLL **Is the claim subject to offset?** ☒ No ☐ Yes | $299.39 | $299.39 |
| 2.185 | **Priority creditor's name and mailing address** ESPINO, OMAR I. 13 WARREN ST. LUDLOW, MA  01056 **Date or dates debt was incurred** 10/29/18 - 11/4/18 **Last 4 digits of account number:** 7881 **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** PRE-PETITION PAYROLL **Is the claim subject to offset?** ☒ No ☐ Yes | $506.12 | $506.12 |
| 2.186 | **Priority creditor's name and mailing address** ESPOZZITO, EDUARDO D. 279 LOCUST ST. 2ND APT FALL RIVER, MA  02720 **Date or dates debt was incurred** 10/29/18 - 11/4/18 **Last 4 digits of account number:** 6011 **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** PRE-PETITION PAYROLL **Is the claim subject to offset?** ☒ No ☐ Yes | $230.70 | $230.70 |
| 2.187 | **Priority creditor's name and mailing address** FARIAS, CHRYSTAL 2 RAILROAD AVE COVENTRY, RI  02827 **Date or dates debt was incurred** 10/29/18 - 11/4/18 **Last 4 digits of account number:** 5350 **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** PRE-PETITION PAYROLL **Is the claim subject to offset?** ☒ No ☐ Yes | $165.00 | $165.00 |
| 2.188 | **Priority creditor's name and mailing address** FASSEL, JORDAN L. 60 RAIL ROAD ROW WARWICK, RI  02895 **Date or dates debt was incurred** 10/29/18 - 11/4/18 **Last 4 digits of account number:** 1813 **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** PRE-PETITION PAYROLL **Is the claim subject to offset?** ☒ No ☐ Yes | $258.77 | $258.77 |

(Name)

| **Part 1:** | **Additional Page** |
|---|---|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.189 | **Priority creditor's name and mailing address**<br><br>FASSEL, KRISTAL<br>60 RAILROAD ROW<br>WARWICK, RI  02886<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 6317<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $95.01 | $95.01 |
| 2.190 | **Priority creditor's name and mailing address**<br><br>FERN, DEIRDRE A.<br>6 LEXINGTON STREET<br>WETHERSFIELD, CT  06109<br><br>**Date or dates debt was incurred**<br><br>EMP ANNIVERSAY YTD<br><br>**Last 4 digits of account number:** 6037<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION VACATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $423.50 | $423.50 |
| 2.191 | **Priority creditor's name and mailing address**<br><br>FERN, DEIRDRE A.<br>6 LEXINGTON STREET<br>WETHERSFIELD, CT  06109<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 6037<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $331.48 | $331.48 |
| 2.192 | **Priority creditor's name and mailing address**<br><br>FERREIRA, EDWARD<br>600 PROVIDENCE HIGHWAY<br>DEDHAM, MA  02026<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 7807<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $111.95 | $111.95 |
| 2.193 | **Priority creditor's name and mailing address**<br><br>FERRERA, SCOTT<br>2 PHILLIPS AVE.<br>WILMINGTON, MA  01887<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 6500<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $91.60 | $91.60 |

| Part 1: | Additional Page |
|---------|-----------------|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.194**  **Priority creditor's name and mailing address**
FERRIABOUGH, MICHAEL A.
33 HARVARD ST. APT.14
BROCKTON, MA 02301

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number: 3970**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $227.82    Priority amount: $227.82

---

**2.195**  **Priority creditor's name and mailing address**
FIANDACA, GAIL A.
23 GLEN RD
HOLBROOK, MA 02343

**Date or dates debt was incurred**
EMP ANNIVERSAY YTD

**Last 4 digits of account number: 9775**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION VACATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $3,173.04    Priority amount: $3,173.04

---

**2.196**  **Priority creditor's name and mailing address**
FIANDACA, GAIL A.
23 GLEN RD
HOLBROOK, MA 02343

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number: 9775**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $720.76    Priority amount: $720.76

---

**2.197**  **Priority creditor's name and mailing address**
FIGUEROA, ANA C.
7 PATTERSON WAY
SOUTH BOSTON, MA 02127

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number: 7966**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $288.35    Priority amount: $288.35

---

**2.198**  **Priority creditor's name and mailing address**
FIORENTINO, ALLISON M.
600 PROVIDENCE HIGHWAY
DEDHAM, MA 02026

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number: 2527**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $241.56    Priority amount: $241.56

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.199** | **Priority creditor's name and mailing address**
FITZGERALD, KEEFE T.
49 PLAIN STREET
TAUNTON, MA  02780

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 2122

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $147.44
Priority amount: $147.44

---

**2.200** | **Priority creditor's name and mailing address**
FLAHERTY, JANICE
500 PLEASANT ST. #6
SOUTHINGTON, CT  06489

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 8788

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $268.37
Priority amount: $268.37

---

**2.201** | **Priority creditor's name and mailing address**
FLORES, LILLIAN D.
156 BROADWAY APT 203
PAWTUCKET, RI  02860

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 4121

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $355.33
Priority amount: $355.33

---

**2.202** | **Priority creditor's name and mailing address**
FORTIN, DANIELLE A.
104 WALNUT STREET
JOHNSTON, RI  02919

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 1759

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $535.00
Priority amount: $535.00

---

**2.203** | **Priority creditor's name and mailing address**
FORTIN, HALEY P.
118 BRAINARD ROAD
ENFIELD, CT  06082

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 1910

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $142.16
Priority amount: $142.16

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.204 | **Priority creditor's name and mailing address**<br>FOURNIER, JANNETTE L.<br>10 DORT STREET<br>TROY, NH  03465<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 1880<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $530.16 | $530.16 |
| 2.205 | **Priority creditor's name and mailing address**<br>FREDERIC-HASSON, COURTNY<br>1175 JOYCE ST<br>NEW BEDFORD, MA  02745<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 2491<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $177.83 | $177.83 |
| 2.206 | **Priority creditor's name and mailing address**<br>FREEMAN, EDWARD<br>22 TREPANIER ST.<br>ATTLEBORO, MA  02703<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 9997<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $97.98 | $97.98 |
| 2.207 | **Priority creditor's name and mailing address**<br>FREEMAN, WILLIAM D.<br>600 PROVIDENCE HIGHWAY<br>DEDHAM, MA  02026<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 6231<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $81.48 | $81.48 |
| 2.208 | **Priority creditor's name and mailing address**<br>FREITAS, MICHELLE C.<br>1915 PLEASANT ST,#2F<br>FALL RIVER, MA  02721<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 0891<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $31.52 | $31.52 |

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.209 | **Priority creditor's name and mailing address**<br><br>FRENCH, TAYLOR N.<br>51 SECOND STREET<br>PAWTUCKET, RI  02861<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 8626<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $177.30 | $177.30 |
| 2.210 | **Priority creditor's name and mailing address**<br><br>FRIEDRICH, IAN C.<br>478 HANOVER STREET<br>MANCHESTER, NH  03104<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 8074<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $106.03 | $106.03 |
| 2.211 | **Priority creditor's name and mailing address**<br><br>FULLER, SHAYNA M.<br>130 STEPHEN STREET<br>SO.DARTMOUTH, MA  02748<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 2454<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $673.94 | $673.94 |
| 2.212 | **Priority creditor's name and mailing address**<br><br>FULLER, SHAYNA M.<br>130 STEPHEN STREET<br>SO.DARTMOUTH, MA  02748<br><br>**Date or dates debt was incurred**<br><br>EMP ANNIVERSAY YTD<br><br>**Last 4 digits of account number:** 2454<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION VACATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $569.76 | $569.76 |
| 2.213 | **Priority creditor's name and mailing address**<br><br>FURCAL MARTE, MARIA E.<br>18 WATSON PL<br>FRAMINGHAM, MA  01701<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 4415<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $303.14 | $303.14 |

| Part 1: | Additional Page |
|---------|------------------|

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.214** | **Priority creditor's name and mailing address**<br>FURCAL MARTE, MARLYN P.<br>596 POTTERS AVE<br>PROVIDENCE, RI  02907<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 7284<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $165.30 | $165.30 |
| **2.215** | **Priority creditor's name and mailing address**<br>FURCAL, MARLENNY<br>42 ZONE STREET<br>PROVIDENCE, RI  02908<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 5328<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $608.13 | $608.13 |
| **2.216** | **Priority creditor's name and mailing address**<br>FURLONG, DEBORA<br>20 YOUNGS AVE<br>WEST WARWICK, RI  02893-4616<br><br>**Date or dates debt was incurred**<br>EMP ANNIVERSAY YTD<br><br>**Last 4 digits of account number:** 3175<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION VACATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $441.00 | $441.00 |
| **2.217** | **Priority creditor's name and mailing address**<br>FURLONG, DEBORA<br>20 YOUNGS AVE<br>WEST WARWICK, RI  02893-4616<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 3175<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $291.72 | $291.72 |
| **2.218** | **Priority creditor's name and mailing address**<br>GADWAH, QYONNA CHAMPNEY<br>100 UNION STREET<br>MANCHESTER, NH  03103<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 8261<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $75.54 | $75.54 |

| Part 1: | Additional Page |
|---------|-----------------|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.219** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $186.45 | $186.45

GAGNE, CHELSEA M.
9 BUSHNELL STREET
GROTON, MA  06340

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Basis for the claim:**
PRE-PETITION PAYROLL

**Last 4 digits of account number:** 2881

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.220** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $45.99 | $45.99

GANNER, DION
1300 ENFIELD STREET #2B
ENFIELD, CT  06082

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Basis for the claim:**
PRE-PETITION PAYROLL

**Last 4 digits of account number:** 6142

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.221** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $71.67 | $71.67

GARCIA, SANIALY A.
31 CAROLINA AVE
PROVIDENCE, RI  02905

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Basis for the claim:**
PRE-PETITION PAYROLL

**Last 4 digits of account number:** 4790

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.222** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $244.25 | $244.25

GAUDET, BRENDEN L.
138 MASSASOIT ST
WALTHAM, MA  02453

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Basis for the claim:**
PRE-PETITION PAYROLL

**Last 4 digits of account number:** 5193

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.223** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $686.64 | $686.64

GAUTREAU, FELICIA I.
370 COTTAGE ST
NEW BEDFORD, MA  02740

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

EMP ANNIVERSAY YTD

**Basis for the claim:**
PRE-PETITION VACATION

**Last 4 digits of account number:** 2162

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.224** | **Priority creditor's name and mailing address**
GAUTREAU, FELICIA I.
370 COTTAGE ST
NEW BEDFORD, MA  02740

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 2162

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $526.22 | Priority amount: $526.22

---

**2.225** | **Priority creditor's name and mailing address**
GAVIN, TAYLOR N.
11 SAGAMORE STREET
NEWPORT, RI  02840

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 2561

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $107.95 | Priority amount: $107.95

---

**2.226** | **Priority creditor's name and mailing address**
GEARY, BRANDY
20 WALNUT STREET #2
TAUNTON, MA  02780

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 8012

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $392.38 | Priority amount: $392.38

---

**2.227** | **Priority creditor's name and mailing address**
GEFFRARD, CARLENE
24 CROSS AVENUE
BROCKTON, MA  02302

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 1691

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $19.96 | Priority amount: $19.96

---

**2.228** | **Priority creditor's name and mailing address**
GEOFFROY, JORDAN E.
600 PROVIDENCE HIGHWAY
DEDHAM, MA  02026

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 6871

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $153.98 | Priority amount: $153.98

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.229 | **Priority creditor's name and mailing address**<br>GIBBS, JAYNELL<br>113 BYFIELD ST<br>PROVIDENCE, RI  02905<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number: 9891**<br><br>**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $228.44 | $228.44 |
| 2.230 | **Priority creditor's name and mailing address**<br>GIONTI, JOSEPH S.<br>94 HAVEN STREET<br>WARWICK, RI  02889<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number: 2640**<br><br>**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $99.33 | $99.33 |
| 2.231 | **Priority creditor's name and mailing address**<br>GLISSON, BEVERLY M.<br>297 REDWOOD ROAD<br>LOUDON, NH  03307<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number: 5488**<br><br>**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $139.32 | $139.32 |
| 2.232 | **Priority creditor's name and mailing address**<br>GODFREY, LATOYA E.<br>650 COCHITUATE RD.<br>FRAMINGHAM, MA  01701<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number: 8315**<br><br>**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $157.98 | $157.98 |
| 2.233 | **Priority creditor's name and mailing address**<br>GODFREY, SAMAURI A.<br>600 PROVIDENCE HIGHWAY<br>DEDHAM, MA  02026<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number: 3152**<br><br>**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $77.50 | $77.50 |

| **Part 1:** | **Additional Page** |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

| 2.234 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $83.98 | $83.98 |

GOEBEL, MATTHEW T.
600 PROVIDENCE HIGHWAY
DEDHAM, MA  02026

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Basis for the claim:**
PRE-PETITION PAYROLL

**Last 4 digits of account number:** 6581

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 2.235 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $82.38 | $82.38 |

GONCALVES, AAHLIYANAH
600 PROVIDENCE HIGHWAY
DEDHAM, MA  02026

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Basis for the claim:**
PRE-PETITION PAYROLL

**Last 4 digits of account number:** 9393

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 2.236 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $206.28 | $206.28 |

GONCALVES, MANUELA
11 KENSINGTON PARK
BOSTON, MA  02119

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Basis for the claim:**
PRE-PETITION PAYROLL

**Last 4 digits of account number:** 5507

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 2.237 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $95.17 | $95.17 |

GOODE, TIANDRA L.
34 NORTH CLARENDON STREET 2N
CRANSTON, RI  02910

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Basis for the claim:**
PRE-PETITION PAYROLL

**Last 4 digits of account number:** 4887

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 2.238 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $343.21 | $343.21 |

GOODMAN, JASON W.
51 STORRS STREET APT 101
CONCORD, NH  03301

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Basis for the claim:**
PRE-PETITION PAYROLL

**Last 4 digits of account number:** 0273

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.239**   **Priority creditor's name and mailing address**
GOODRICH, EDWARD
39 CARNATION DR
CRANSTON, RI 02920

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 6855

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $152.15   Priority amount $152.15

---

**2.240**   **Priority creditor's name and mailing address**
GOWDY-JIMENEZ, ANTHONY C.
5 WELCH DRIVE
ENFIELD, CT 06082

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 5596

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $192.74   Priority amount $192.74

---

**2.241**   **Priority creditor's name and mailing address**
GRANT, RILEY E.
600 PROVIDENCE HIGHWAY
DEDHAM, MA 02026

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 2724

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $235.66   Priority amount $235.66

---

**2.242**   **Priority creditor's name and mailing address**
GRAY, CHRYSTAL L.
201 WHIPPLE ST
FALL RIVER, MA 02721

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 2024

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $261.09   Priority amount $261.09

---

**2.243**   **Priority creditor's name and mailing address**
GREEN, HARRY G.
26 GEORGE STREET
BROCKTON, MA 02302

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 9571

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim $87.19   Priority amount $87.19

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.244** | **Priority creditor's name and mailing address**

GREEN, TIMOTHY C.
127 FRANCE STREET
ROCKY HILL, CT 06067

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 8219

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $302.73    Priority amount: $302.73

---

**2.245** | **Priority creditor's name and mailing address**

GUARENTE, OWEN D.
600 PROVIDENCE HIGHWAY
DEDHAM, MA 02026

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 8328

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $71.40    Priority amount: $71.40

---

**2.246** | **Priority creditor's name and mailing address**

GUERRERO, GARRITT
49 BLANCHARD ST APT5
ROCKLAND, MA 02370

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 4420

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $272.37    Priority amount: $272.37

---

**2.247** | **Priority creditor's name and mailing address**

GUERRIER, YVENER
46 CHENEY ST APT 1
BOSTON, MA 02121

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 2440

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $136.80    Priority amount: $136.80

---

**2.248** | **Priority creditor's name and mailing address**

GUNTER, KYLEIGH M.
203B PRATT ST.
TAUNTON, MA 02780

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 0454

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $70.07    Priority amount: $70.07

---

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.249**    **Priority creditor's name and mailing address**

HALL, CRYSTAL L.
114 LYMAN AVENUE
WARWICK, RI  02888

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 8148

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $169.63    Priority amount: $169.63

---

**2.250**    **Priority creditor's name and mailing address**

HALLAM, BRITNEY T.
79 PERSHING ST
CRANSTON, RI  02910

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 5929

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $102.38    Priority amount: $102.38

---

**2.251**    **Priority creditor's name and mailing address**

HAMMONTREE, ANDREW
24 JOHNSON DR
LAKEVILLE, MA  02347

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 3661

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $265.81    Priority amount: $265.81

---

**2.252**    **Priority creditor's name and mailing address**

HAMPTON ROBINSON, KWATAZIA L.
201 BATTLE FARM DR.
BROCKTON, MA  02301

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 1508

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $296.59    Priority amount: $296.59

---

**2.253**    **Priority creditor's name and mailing address**

HAND, LYNN W.
716 ALTON WOODS DRIVE
CONCORD, NH  03301

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 5414

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $110.75    Priority amount: $110.75

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.254 | **Priority creditor's name and mailing address**<br>HANLON, BRIAN E.<br>111 SMITH STREET 2ND FLOOR<br>NORTH ATTLEBORO, MA  02760<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number: 1428**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $184.32 | $184.32 |
| 2.255 | **Priority creditor's name and mailing address**<br>HANSON, LORI ANN<br>11 WINTER STREET #1<br>LACONIA, NH  03246<br><br>**Date or dates debt was incurred**<br>EMP ANNIVERSAY YTD<br><br>**Last 4 digits of account number: 0494**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION VACATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $845.30 | $845.30 |
| 2.256 | **Priority creditor's name and mailing address**<br>HANSON, LORI ANN<br>11 WINTER STREET #1<br>LACONIA, NH  03246<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number: 0494**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $334.75 | $334.75 |
| 2.257 | **Priority creditor's name and mailing address**<br>HAQUE, MEHEDI H.<br>168 CHAPEL ST<br>NEWTON, MA  02458<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number: 3523**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $259.31 | $259.31 |
| 2.258 | **Priority creditor's name and mailing address**<br>HARRISON, ANTHONY C.<br>965 BLUE HILL AVE APT 7<br>BOSTON, MA  02124<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number: 5297**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $419.23 | $419.23 |

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.259** **Priority creditor's name and mailing address**

HART, JOSHUA R.
290 COLLETTE STREET
NEW BEDFORD, MA  02746

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 2285

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $260.17    Priority amount: $260.17

---

**2.260** **Priority creditor's name and mailing address**

HARTWELL, CARLA J.
103 BEAVER STREET
KEENE, NH  03431

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 1318

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $273.99    Priority amount: $273.99

---

**2.261** **Priority creditor's name and mailing address**

HARVARD PILGRIM HEALTH CARE
P.O. BOX 970050
BOSTON, MA  02297-0050

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PAYROLL BENEFITS

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $7,324.87    Priority amount: $7,324.87

---

**2.262** **Priority creditor's name and mailing address**

HARVEY, SAMUEL W.
233 ELLINGTON ROAD APT 214
EAST HARTFORD, CT  06108

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 9019

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $59.58    Priority amount: $59.58

---

**2.263** **Priority creditor's name and mailing address**

HATCHER, BRANDY M.
4 C LEBANON CT.
SANDFORD, ME  04073

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 1369

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $169.22    Priority amount: $169.22

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.264** | **Priority creditor's name and mailing address**
HENNING, ANNA M.
27 ESMOND STREET APT 1
SMITHFIELD, RI  02917

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 1374

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $296.23    Priority amount: $296.23

---

**2.265** | **Priority creditor's name and mailing address**
HENNING, ANNA M.
27 ESMOND STREET APT 1
SMITHFIELD, RI  02917

**Date or dates debt was incurred**
EMP ANNIVERSAY YTD

**Last 4 digits of account number:** 1374

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION VACATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $222.75    Priority amount: $222.75

---

**2.266** | **Priority creditor's name and mailing address**
HERNANDEZ, ERIC
275 WEST MAIN STREET #15
MARLBOROUGH, MA  01752

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 4032

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $143.62    Priority amount: $143.62

---

**2.267** | **Priority creditor's name and mailing address**
HERNANDEZ, MONICA A.
170 HAVERHILL AVE
WARWICK, RI  02886

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 9341

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $238.42    Priority amount: $238.42

---

**2.268** | **Priority creditor's name and mailing address**
HILL, KRISTIN L.
389 PEQUOT AVE
WARWICK, RI  02889

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 5295

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $88.39    Priority amount: $88.39

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.269** | **Priority creditor's name and mailing address**
HILL, KYLE M.
48 PROSPECT ST
ENFIELD, CT  06082

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 0576

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

$249.35 | $249.35

---

**2.270** | **Priority creditor's name and mailing address**
HILL, KYLEAH J.
70 DOVER ST APT#3
MANCHESTER, NH  03102

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 8088

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

$160.62 | $160.62

---

**2.271** | **Priority creditor's name and mailing address**
HIRT, SHARON M.
14 COTTAGE STREET
PLAINVILLE, CT  06062

**Date or dates debt was incurred**
EMP ANNIVERSAY YTD

**Last 4 digits of account number:** 4063

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION VACATION

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,166.12 | $1,166.12

---

**2.272** | **Priority creditor's name and mailing address**
HIRT, SHARON M.
14 COTTAGE STREET
PLAINVILLE, CT  06062

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 4063

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

$870.75 | $870.75

---

**2.273** | **Priority creditor's name and mailing address**
HODGES, KIMBERLY L.
9 BRADLEY AVENUE
WARWICK, RI  02888

**Date or dates debt was incurred**
EMP ANNIVERSAY YTD

**Last 4 digits of account number:** 5865

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION VACATION

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,184.62 | $1,184.62

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.274** | **Priority creditor's name and mailing address**
HODGES, KIMBERLY L.
9 BRADLEY AVENUE
WARWICK, RI 02888

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number: 5865**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $674.16    Priority amount: $674.16

---

**2.275** | **Priority creditor's name and mailing address**
HOLBROOK, DUSTIN S.
686 MASSACHUSETTS AVE.
BOSTON, MA 02118

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number: 7985**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $393.05    Priority amount: $393.05

---

**2.276** | **Priority creditor's name and mailing address**
HOLDER, DONTE N.
600 PROVIDENCE HIGHWAY
DEDHAM, MA 02026

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number: 6569**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $101.76    Priority amount: $101.76

---

**2.277** | **Priority creditor's name and mailing address**
HOLGUIN, BRYAN A.
600 PROVIDENCE HIGHWAY
DEDHAM, MA 02026

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number: 3383**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $275.71    Priority amount: $275.71

---

**2.278** | **Priority creditor's name and mailing address**
HOLGUIN, LENY J.
49 COREY STREET APT676
CHARLESTOWN, MA 02129

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number: 0639**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $374.29    Priority amount: $374.29

(Name)

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.279** | **Priority creditor's name and mailing address**
HOLLAND, TYLER E.
335  SOUTH HUNTINGTON AV #3
JAMAICA PLAIN, MA  02130

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 9816

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

$671.14 | $671.14

---

**2.280** | **Priority creditor's name and mailing address**
HOLLAND, TYLER E.
335  SOUTH HUNTINGTON AV #3
JAMAICA PLAIN, MA  02130

**Date or dates debt was incurred**

EMP ANNIVERSAY YTD

**Last 4 digits of account number:** 9816

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION VACATION

**Is the claim subject to offset?**
☒ No
☐ Yes

$444.24 | $444.24

---

**2.281** | **Priority creditor's name and mailing address**
HOLLIS, BRIAN E.
408 EAST VIEW DRIVE
PEMBROKE, NH  03275

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 5325

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

$269.48 | $269.48

---

**2.282** | **Priority creditor's name and mailing address**
HOLUBECKI, DREW
600 PROVIDENCE HIGHWAY
DEDHAM, MA  02026

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 0909

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

$176.20 | $176.20

---

**2.283** | **Priority creditor's name and mailing address**
HOLZMAN, KATHERINE I.
7 HAMPSHIRE AVENUE
SHARON, MA  02067

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 3557

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

$193.81 | $193.81

| **Part 1:** | **Additional Page** |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.284** | **Priority creditor's name and mailing address** | $637.63 | $637.63 |

HOTCHKIN, KIRK B.
74 EAST MAIN ST. #14
FORESTVILLE, CT  06010

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 9722

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **2.285** | **Priority creditor's name and mailing address** | $333.81 | $333.81 |
|---|---|---|---|

HOTCHKIN, KIRK B.
74 EAST MAIN ST. #14
FORESTVILLE, CT  06010

**Date or dates debt was incurred**

EMP ANNIVERSAY YTD

**Last 4 digits of account number:** 9722

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION VACATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **2.286** | **Priority creditor's name and mailing address** | $733.81 | $733.81 |
|---|---|---|---|

HOURIHAN, KELLY-ANN
93 LYNNWOOD STREET #1
UXBRIDGE, MA  01569

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 3134

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **2.287** | **Priority creditor's name and mailing address** | $179.69 | $179.69 |
|---|---|---|---|

HOWARD, JOSEPH G.
10 AMBER LANE
SOUTHINGTON, CT  06489

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 8796

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **2.288** | **Priority creditor's name and mailing address** | $238.35 | $238.35 |
|---|---|---|---|

HOWARD, SHANIA L.
80 OAK ST APT 1
WOONSOCKET, RI  02895

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 4635

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 1: | Additional Page |
|---------|-----------------|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.289 | **Priority creditor's name and mailing address**<br>HUBER, MEGHAN L.<br>600 PROVIDENCE HIGHWAY<br>DEDHAM, MA 02026<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 9107<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $57.85 | $57.85 |
| 2.290 | **Priority creditor's name and mailing address**<br>HUGHES, THERESA E.<br>7 TAUNTON ST,#402<br>PLAINVILLE, MA 02762<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 7068<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $317.23 | $317.23 |
| 2.291 | **Priority creditor's name and mailing address**<br>HUSSEY, HALLIE A.<br>7825 POST ROAD SUITE 105<br>NORTH KINGSTOWN, RI 02852<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 2432<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $229.90 | $229.90 |
| 2.292 | **Priority creditor's name and mailing address**<br>IADEVAIA, MICHELE A.<br>17 COLUMBUS AVENUE<br>NORTH PROVIDENCE, RI 02911<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 8248<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $198.21 | $198.21 |
| 2.293 | **Priority creditor's name and mailing address**<br>INTERNAL REVENUE SERVICE<br><br>**Date or dates debt was incurred**<br>7/1/18 - 11/4/18 & 10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PAYROLL TAXES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $49,312.41 | $49,312.41 |

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.294 | **Priority creditor's name and mailing address**<br>ISAKSEN, KYLE A.<br>600 PROVIDENCE HIGHWAY<br>DEDHAM, MA 02026<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number: 2491**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $88.48 | $88.48 |
| 2.295 | **Priority creditor's name and mailing address**<br>JAGIELSKI, HEATHER R.<br>123 TREMONT STREET<br>REHOBOTH, MA 02769<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number: 9235**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $479.53 | $479.53 |
| 2.296 | **Priority creditor's name and mailing address**<br>JAMES, EDWARD W.<br>566 MAIN ST<br>CROMWELL, CT 06416<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number: 2921**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $147.00 | $147.00 |
| 2.297 | **Priority creditor's name and mailing address**<br>JAMES, IAN M.<br>34 HILLBERG AVENUE<br>BROCKTON, MA 02301<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number: 9721**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $137.87 | $137.87 |
| 2.298 | **Priority creditor's name and mailing address**<br>JAMES, JENNIFER L.<br>119 DEANNA ROAD<br>BROCKTON, MA 02302<br><br>**Date or dates debt was incurred**<br>EMP ANNIVERSAY YTD<br><br>**Last 4 digits of account number: 9421**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION VACATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $343.75 | $343.75 |

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.299 | **Priority creditor's name and mailing address**<br><br>JAMES, JENNIFER L.<br>119 DEANNA ROAD<br>BROCKTON, MA 02302<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 9421<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $341.57 | $341.57 |
| 2.300 | **Priority creditor's name and mailing address**<br><br>JAQUEZ, ADA MARTE<br>598 POTTERS AVENUE<br>PROVIDENCE, RI 02907<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 4669<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $424.75 | $424.75 |
| 2.301 | **Priority creditor's name and mailing address**<br><br>JEAN-JACQUES, BRITTANY<br>37 PAGE ST<br>AVON, MA 02322<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 5101<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $108.41 | $108.41 |
| 2.302 | **Priority creditor's name and mailing address**<br><br>JEFFREY, BRYCE J.<br>410 GULF ROAD WEST<br>SOUTH DARTMOUTH, MA 02748<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 0159<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $70.49 | $70.49 |
| 2.303 | **Priority creditor's name and mailing address**<br><br>JERANKA, MIRANDA R.<br>194 GEORGE STREET<br>WARWICK, RI 02888<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 9925<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $285.09 | $285.09 |

**Part 1:**    **Additional Page**

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.304**   **Priority creditor's name and mailing address**

JIMENEZ, ALFRENY
600 PROVIDENCE HIGHWAY
DEDHAM, MA 02026

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 6593

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $222.29    Priority amount: $222.29

---

**2.305**   **Priority creditor's name and mailing address**

JOHNSON, BRITTANY M.
13 COURTLAND STREET
FARMINGTON, NH 03835

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 7511

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $39.31    Priority amount: $39.31

---

**2.306**   **Priority creditor's name and mailing address**

JOHNSON, ERIC M.
21 MEREDITH ROAD
FORESTDALE, MA 02644

**Date or dates debt was incurred**

EMP ANNIVERSAY YTD

**Last 4 digits of account number:** 5105

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION VACATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,019.25    Priority amount: $2,019.25

---

**2.307**   **Priority creditor's name and mailing address**

JOHNSON, ERIC M.
21 MEREDITH ROAD
FORESTDALE, MA 02644

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 5105

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $747.16    Priority amount: $747.16

---

**2.308**   **Priority creditor's name and mailing address**

JOHNSON, GLENN R.
225 IRVING ROAD
WARWICK, RI 02888

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 8631

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $288.64    Priority amount: $288.64

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.309 | **Priority creditor's name and mailing address** <br> JOHNSON, PATRICK <br> 40 EPWORTH AVE <br> WEST WARWICK, RI 02893 <br><br> **Date or dates debt was incurred** <br> 10/29/18 - 11/4/18 <br><br> **Last 4 digits of account number:** 3961 <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> PRE-PETITION PAYROLL <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | $205.66 | $205.66 |
| 2.310 | **Priority creditor's name and mailing address** <br> JONES, MICHELE E. <br> 285 CONCORD ST,#3 <br> MANCHESTER, NH 03104 <br><br> **Date or dates debt was incurred** <br> 10/29/18 - 11/4/18 <br><br> **Last 4 digits of account number:** 9758 <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> PRE-PETITION PAYROLL <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | $390.70 | $390.70 |
| 2.311 | **Priority creditor's name and mailing address** <br> KAINE, JONATHAN <br> 85 LAKEWOOD RD. <br> WEYMOUTH, MA 02190 <br><br> **Date or dates debt was incurred** <br> 10/29/18 - 11/4/18 <br><br> **Last 4 digits of account number:** 7532 <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> PRE-PETITION PAYROLL <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | $35.28 | $35.28 |
| 2.312 | **Priority creditor's name and mailing address** <br> KAMCO SUPPLY COMPANY <br> P.O. BOX 4110 <br> DEPARTMENT 5960 <br> WOBURN, MA 01888-4110 <br><br> **Date or dates debt was incurred** <br> VARIOUS <br><br> **Last 4 digits of account number:** 1611 <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> 503(B)(9) <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | $1,319.01 | $31.88 |
| 2.313 | **Priority creditor's name and mailing address** <br> KANE, OWEN P. <br> 15 JENNISON ST <br> KEENE, NH 03431 <br><br> **Date or dates debt was incurred** <br> 10/29/18 - 11/4/18 <br><br> **Last 4 digits of account number:** 3857 <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> PRE-PETITION PAYROLL <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | $208.75 | $208.75 |

| Part 1: | Additional Page |
|---|---|

|  | | Total claim | Priority amount |
|---|---|---|---|
| 2.314 | **Priority creditor's name and mailing address**<br>KEHOE, RHIANNON<br>5 WELLS ROAD<br>ELLINGTON, CT  06029<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 3401<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $221.38 | $221.38 |
| 2.315 | **Priority creditor's name and mailing address**<br>KELLEY, EMMA L.<br>14 MAPLE ST<br>SWANZEY, NH  03446<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 5229<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $334.17 | $334.17 |
| 2.316 | **Priority creditor's name and mailing address**<br>KELLY, ROBERT D.<br>17 CLARKE STREET<br>CONCORD, NH  03301<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 0444<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $90.94 | $90.94 |
| 2.317 | **Priority creditor's name and mailing address**<br>KING, DESTINEE<br>1160 BRIGGS STREET<br>DIGHTON, MA  02715<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 8370<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $545.90 | $545.90 |
| 2.318 | **Priority creditor's name and mailing address**<br>KING, NOLAN R.<br>WELCH DRIVE, 9<br>ENFIELD, CT  06082<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 6880<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $135.93 | $135.93 |

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

| 2.319 | **Priority creditor's name and mailing address**<br>KIRCHNER, JED C.<br>78 EAST MAIN STREET<br>WARNER, NH 03278<br><br>**Date or dates debt was incurred**<br>EMP ANNIVERSAY YTD<br><br>**Last 4 digits of account number:** 9720<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION VACATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $299.86 | $299.86 |
| 2.320 | **Priority creditor's name and mailing address**<br>KIRCHNER, JED C.<br>78 EAST MAIN STREET<br>WARNER, NH 03278<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 9720<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $135.33 | $135.33 |
| 2.321 | **Priority creditor's name and mailing address**<br>KOLISKO, EILEEN<br>60 FOREST HILLS RD.<br>HAMPDEN, MA 01036<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 7911<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $40.63 | $40.63 |
| 2.322 | **Priority creditor's name and mailing address**<br>KRUZEL, MARIA A.<br>66 JUNIPER DRIVE<br>SPRINGFIELD, MA 01119<br><br>**Date or dates debt was incurred**<br>EMP ANNIVERSAY YTD<br><br>**Last 4 digits of account number:** 4298<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION VACATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,608.20 | $1,608.20 |
| 2.323 | **Priority creditor's name and mailing address**<br>KRUZEL, MARIA A.<br>66 JUNIPER DRIVE<br>SPRINGFIELD, MA 01119<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 4298<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $530.71 | $530.71 |

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.324 | **Priority creditor's name and mailing address**<br>LAFRANCE, SOMMER O.<br>1264 NORTH MAIN ST APT 1<br>FALL RIVER, MA  02720<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 5634<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $160.67 | $160.67 |
| 2.325 | **Priority creditor's name and mailing address**<br>LAGUNA, KEOSI<br>520 MAIN ST., APT 3<br>WALTHAM, MA  02452<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 6518<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $451.10 | $451.10 |
| 2.326 | **Priority creditor's name and mailing address**<br>LAGUNA, KEVIN F.<br>71 GROVE ST<br>WALTHAM, MA  02453<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 9129<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $355.78 | $355.78 |
| 2.327 | **Priority creditor's name and mailing address**<br>LAMAGDELEINE, DAVID R.<br>63 KENNEDY DRIVE<br>KEENE, NH  03431<br><br>**Date or dates debt was incurred**<br>EMP ANNIVERSAY YTD<br><br>**Last 4 digits of account number:** 8550<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION VACATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $192.00 | $192.00 |
| 2.328 | **Priority creditor's name and mailing address**<br>LAMAGDELEINE, DAVID R.<br>63 KENNEDY DRIVE<br>KEENE, NH  03431<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 8550<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $37.45 | $37.45 |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

---

**2.329** **Priority creditor's name and mailing address**

LAMARRE, LARISSA R.
22 BLUEBERRY HILL ROAD
RAYMOND, NH 03077

**Date or dates debt was incurred**

EMP ANNIVERSAY YTD

**Last 4 digits of account number:** 8350

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION VACATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $769.24    Priority amount: $769.24

---

**2.330** **Priority creditor's name and mailing address**

LAMARRE, LARISSA R.
22 BLUEBERRY HILL ROAD
RAYMOND, NH 03077

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 8350

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $630.29    Priority amount: $630.29

---

**2.331** **Priority creditor's name and mailing address**

LAMB, NATASHA L.
28 CORAL STREET # 2
PENACOOK, NH 03303

**Date or dates debt was incurred**

EMP ANNIVERSAY YTD

**Last 4 digits of account number:** 9856

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION VACATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $396.00    Priority amount: $396.00

---

**2.332** **Priority creditor's name and mailing address**

LAMB, NATASHA L.
28 CORAL STREET # 2
PENACOOK, NH 03303

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 9856

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $314.34    Priority amount: $314.34

---

**2.333** **Priority creditor's name and mailing address**

LAMBERT, JESSE M.
5 WEALD RD.
PORTSMOUTH, NH 03801

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 5615

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $532.02    Priority amount: $532.02

---

| **Part 1:** | **Additional Page** |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.334** | **Priority creditor's name and mailing address**
LAMBERT, JESSE M.
5 WEALD RD.
PORTSMOUTH, NH  03801

**Date or dates debt was incurred**
EMP ANNIVERSAY YTD

**Last 4 digits of account number:** 5615

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION VACATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $500.00    Priority amount: $500.00

---

**2.335** | **Priority creditor's name and mailing address**
LAVALLEE, CRYSTAL L.
612 SOUTH MAIN ST
WOONSOCKET, RI  02895

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 5413

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $215.98    Priority amount: $215.98

---

**2.336** | **Priority creditor's name and mailing address**
LAWRENCE, SHARAN H.
128-A REED RD
WESTPORT, MA  02790-1132

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 8311

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $232.66    Priority amount: $232.66

---

**2.337** | **Priority creditor's name and mailing address**
LEAHY, DELANEY E.
74 HUGGINS RD
ROCKLAND, MA  02370

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 7895

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $252.66    Priority amount: $252.66

---

**2.338** | **Priority creditor's name and mailing address**
LEAVITT, BRUCE A.
301 EDGEWATER PL,#100
WAKEFIELD, MA  01880

**Date or dates debt was incurred**
EMP ANNIVERSAY YTD

**Last 4 digits of account number:** 2340

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION VACATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,450.69    Priority amount: $2,450.69

| **Part 1:** | **Additional Page** |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.339 | **Priority creditor's name and mailing address**<br>LEAVITT, BRUCE A.<br>301 EDGEWATER PL,#100<br>WAKEFIELD, MA 01880<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 2340<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $556.93 | $556.93 |
| 2.340 | **Priority creditor's name and mailing address**<br>LEBEL, KIRSTEN L.<br>1028 CENTRAL AVE<br>PAWTUCKET, RI 02861<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 1215<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $356.86 | $356.86 |
| 2.341 | **Priority creditor's name and mailing address**<br>LEDUC, ELIZABETH M.<br>542 EAST SCHOOL ST<br>WOONSOCKET, RI 02895<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 4192<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $266.54 | $266.54 |
| 2.342 | **Priority creditor's name and mailing address**<br>LEITE, TAYAH G.<br>1546 OLD PLAINVILLE ROAD<br>DARTMOUTH, MA 02747<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 3384<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $38.75 | $38.75 |
| 2.343 | **Priority creditor's name and mailing address**<br>LEON, JOSEPH D.<br>17 UNDERWOOD LANE<br>MIDDLETOWN, RI 02842<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 7608<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $325.16 | $325.16 |

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.344 | **Priority creditor's name and mailing address**<br><br>LESTER, BRADLEY J.<br>1723 PLEASANT ST,#2<br>FALL RIVER, MA  02723<br><br>**Date or dates debt was incurred**<br><br>EMP ANNIVERSAY YTD<br><br>**Last 4 digits of account number:** 8024<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION VACATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $750.00 | $750.00 |
| 2.345 | **Priority creditor's name and mailing address**<br><br>LESTER, BRADLEY J.<br>1723 PLEASANT ST,#2<br>FALL RIVER, MA  02723<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 8024<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $566.12 | $566.12 |
| 2.346 | **Priority creditor's name and mailing address**<br><br>LEVANGIE, MELANIE E.<br>479 PAGE STREET<br>AVON, MA  02322<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 0534<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $304.42 | $304.42 |
| 2.347 | **Priority creditor's name and mailing address**<br><br>LEVIN, NICHOLAS L.<br>253 JACKSON ROAD<br>ENFIELD, CT  06082<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 9338<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $91.81 | $91.81 |
| 2.348 | **Priority creditor's name and mailing address**<br><br>LEWIS, JZAIRE K.<br>600 PROVIDENCE HIGHWAY<br>DEDHAM, MA  02026<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 6020<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $194.17 | $194.17 |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.349 | **Priority creditor's name and mailing address**<br><br>LEWIS, PENNEY C.<br>18 FINETHY ROAD<br>ALTON, NH 03809<br><br>**Date or dates debt was incurred**<br><br>EMP ANNIVERSAY YTD<br><br>**Last 4 digits of account number:** 0694<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION VACATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,288.48 | $1,288.48 |
| 2.350 | **Priority creditor's name and mailing address**<br><br>LEWIS, PENNEY C.<br>18 FINETHY ROAD<br>ALTON, NH 03809<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 0694<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $867.17 | $867.17 |
| 2.351 | **Priority creditor's name and mailing address**<br><br>LINDO, CHELSEA<br>2 MELISSA LYNN DRIVE<br>NORTH DARTMOUTH, MA 02747<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 0416<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $191.28 | $191.28 |
| 2.352 | **Priority creditor's name and mailing address**<br><br>LINN, ROBERT E.<br>42 STAFFORD AVE B-3<br>BRISTOL, CT 06010<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 8570<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $507.13 | $507.13 |
| 2.353 | **Priority creditor's name and mailing address**<br><br>LINN, ROBERT E.<br>42 STAFFORD AVE B-3<br>BRISTOL, CT 06010<br><br>**Date or dates debt was incurred**<br><br>EMP ANNIVERSAY YTD<br><br>**Last 4 digits of account number:** 8570<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION VACATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $415.39 | $415.39 |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.354** | **Priority creditor's name and mailing address**
LOMBARD, PETER A.
39 GARFIELD STREET
QUNICY, MA 02169

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 0508

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $332.22
Priority amount: $332.22

---

**2.355** | **Priority creditor's name and mailing address**
LUCA, JOHN J.
40 OLD COUNTY RD.
DEERING, NH 03244

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 3535

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $143.53
Priority amount: $143.53

---

**2.356** | **Priority creditor's name and mailing address**
LUCIANO, RAMON
2 JOSEPH AGRI STREET
SOUTH BOSTON, MA 02127

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 2028

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $671.41
Priority amount: $671.41

---

**2.357** | **Priority creditor's name and mailing address**
LUCIANO, RAMON
2 JOSEPH AGRI STREET
SOUTH BOSTON, MA 02127

**Date or dates debt was incurred**
EMP ANNIVERSAY YTD

**Last 4 digits of account number:** 2028

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION VACATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $211.54
Priority amount: $211.54

---

**2.358** | **Priority creditor's name and mailing address**
LUMA, FEDNA
34 WHEATLAND STREET
SOMERVILLE, MA 02155

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 1856

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $431.80
Priority amount: $431.80

| Part 1: | Additional Page |
|---|---|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.359 | **Priority creditor's name and mailing address**<br><br>LUNDELL, DIANE M.<br>10 ROLLINS FARM ROAD<br>STRATHAM, NH 03885<br><br>**Date or dates debt was incurred**<br><br>EMP ANNIVERSARY YTD<br><br>**Last 4 digits of account number:** 8076<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION VACATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $412.50 | $412.50 |
| 2.360 | **Priority creditor's name and mailing address**<br><br>LUNDELL, DIANE M.<br>10 ROLLINS FARM ROAD<br>STRATHAM, NH 03885<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 8076<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $254.83 | $254.83 |
| 2.361 | **Priority creditor's name and mailing address**<br><br>LUNN, MELLENI D.<br>90 KENWAY AVENUE<br>WARWICK, RI 02889<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 1932<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $183.28 | $183.28 |
| 2.362 | **Priority creditor's name and mailing address**<br><br>LYNCH-SMITH, FATIMA<br>19 CATALPA ROAD<br>WARWICK, RI 02889<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 7007<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $97.30 | $97.30 |
| 2.363 | **Priority creditor's name and mailing address**<br><br>MACAULEY, SHAWN<br>526 ROUTE 9<br>ROXBURY, NH 03431<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 3841<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $204.59 | $204.59 |

| **Part 1:** | **Additional Page** |

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.364 | **Priority creditor's name and mailing address**<br>MACNEIL, SEAN M.<br>600 PROVIDENCE HIGHWAY<br>DEDHAM, MA 02026<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 4471<br><br>**Specify Code subsection of PRIORITY<br>unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $123.53 | $123.53 |
| 2.365 | **Priority creditor's name and mailing address**<br>MADDALENA, ERIC<br>32 HERVEY STREET<br>CRANSTON, RI 02920<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 0834<br><br>**Specify Code subsection of PRIORITY<br>unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $79.15 | $79.15 |
| 2.366 | **Priority creditor's name and mailing address**<br>MAINE, STATE OF          12387<br>MAINE REVENUE SERVICES<br>P.O. BOX 1065<br>AUGUSTA, ME 04332-1065<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY<br>unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION MEALS TAX<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $35.00 | $35.00 |
| 2.367 | **Priority creditor's name and mailing address**<br>MANAGHAN, DAVID<br>64 HOVENDON AVENUE<br>BROCKTON, MA 02302<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 4515<br><br>**Specify Code subsection of PRIORITY<br>unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $130.11 | $130.11 |
| 2.368 | **Priority creditor's name and mailing address**<br>MANGRUM, GREGORY R.<br>600 PROVIDENCE HIGHWAY<br>DEDHAM, MA 02026<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 8450<br><br>**Specify Code subsection of PRIORITY<br>unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $300.59 | $300.59 |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|--|--|-------------|-----------------|
| **2.369** | **Priority creditor's name and mailing address** | $208.70 | $208.70 |
|  | MANNING, CHRISTOPHER W. | | |
|  | 120 CRESTFIELD DRIVE | | |
|  | BROCKTON, MA 02302 | | |

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Basis for the claim:**
PRE-PETITION PAYROLL

**Last 4 digits of account number:** 6531

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| **2.370** | **Priority creditor's name and mailing address** | $115.90 | $115.90 |
|--|--|--|--|
|  | MARANDINO, MICHAEL A. | | |
|  | G6 SATIN MARC CIRCLE | | |
|  | SOUTH WINDSOR, CT 06074 | | |

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Basis for the claim:**
PRE-PETITION PAYROLL

**Last 4 digits of account number:** 7819

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| **2.371** | **Priority creditor's name and mailing address** | $248.21 | $248.21 |
|--|--|--|--|
|  | MARCHEWKA, LISA | | |
|  | 130 LIBERTY ST | | |
|  | SOUTHINGTON, CT 06489 | | |

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Basis for the claim:**
PRE-PETITION PAYROLL

**Last 4 digits of account number:** 4101

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| **2.372** | **Priority creditor's name and mailing address** | $467.33 | $467.33 |
|--|--|--|--|
|  | MARRIN, SARAH | | |
|  | 117 MAIN STREET | | |
|  | SOUTH HADLEY, MA 01075 | | |

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Basis for the claim:**
PRE-PETITION PAYROLL

**Last 4 digits of account number:** 6104

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| **2.373** | **Priority creditor's name and mailing address** | $451.25 | $451.25 |
|--|--|--|--|
|  | MARTEL, JENNESSEY H. | | |
|  | 121 CHURCH ST | | |
|  | WOONSOCKET, RI 02895 | | |

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Basis for the claim:**
PRE-PETITION PAYROLL

**Last 4 digits of account number:** 7621

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| **Part 1:** | **Additional Page** |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

---

**2.374**  **Priority creditor's name and mailing address**

MARTEL, JENNESSEY H.
121 CHURCH ST
WOONSOCKET, RI  02895

**Date or dates debt was incurred**

EMP ANNIVERSAY YTD

**Last 4 digits of account number:** 7621

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION VACATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $193.80   Priority amount: $193.80

---

**2.375**  **Priority creditor's name and mailing address**

MARTELL, PATRICK A.
53 ESSEX STREET
LUDLOW, MA  01056

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 5377

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $47.75   Priority amount: $47.75

---

**2.376**  **Priority creditor's name and mailing address**

MARTIN, ANTOINE J.
102 MATHER ST
HARTFORD, CT  06120

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 2201

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $22.30   Priority amount: $22.30

---

**2.377**  **Priority creditor's name and mailing address**

MARTIN, HAYLEY M.
600 PROVIDENCE HIGHWAY
DEDHAM, MA  02026

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 6812

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $117.69   Priority amount: $117.69

---

**2.378**  **Priority creditor's name and mailing address**

MARTIN, SAMANTHA J.
253 WILBUR STREET #2
FALL RIVER, MA  02724

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 6214

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $141.21   Priority amount: $141.21

---

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.379 | **Priority creditor's name and mailing address**<br>MARTIN, SHERRY L.<br>253 WILBUR STREET<br>FALL RIVER, MA 02724<br><br>**Date or dates debt was incurred**<br>EMP ANNIVERSAY YTD<br><br>**Last 4 digits of account number: 2297**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION VACATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $865.92 | $865.92 |
| 2.380 | **Priority creditor's name and mailing address**<br>MARTIN, SHERRY L.<br>253 WILBUR STREET<br>FALL RIVER, MA 02724<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number: 2297**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $550.52 | $550.52 |
| 2.381 | **Priority creditor's name and mailing address**<br>MARTINEZ, KELVIN S.<br>600 PROVIDENCE HIGHWAY<br>DEDHAM, MA 02026<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number: 5296**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $18.93 | $18.93 |
| 2.382 | **Priority creditor's name and mailing address**<br>MARTINS, JENNIFER L.<br>50 CLEVELAND ST APT 3<br>MANCHESTER, NH 03102<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number: 6987**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $259.95 | $259.95 |
| 2.383 | **Priority creditor's name and mailing address**<br>MASON, TRACY A.<br>1005 LIBERTY STREET<br>BRAINTREE, MA 02184<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number: 2737**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $68.27 | $68.27 |

Name

| **Part 1:** | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.384 | **Priority creditor's name and mailing address**<br>MASSACHUSETTS DEPT. OF REVENUE<br>30601<br>DEPARTMENT OF REVENUE<br>P.O. BOX 7089<br>BOSTON, MA  02204<br><br>**Date or dates debt was incurred**<br>7/1/18 - 11/4/18 & 10/29/18 - 11/4/18<br>**Last 4 digits of account number:**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PAYROLL TAXES<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $59,786.38 | $59,786.38 |
| 2.385 | **Priority creditor's name and mailing address**<br>MASSACHUSETTS DEPT. OF REVENUE<br>30601<br>DEPARTMENT OF REVENUE<br>P.O. BOX 7089<br>BOSTON, MA  02204<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION USE TAX<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,855.01 | $5,855.01 |
| 2.386 | **Priority creditor's name and mailing address**<br>MASSACHUSETTS, COMMONWEALTH OF<br>DEPARTMENT OF REVENUE<br>P.O. BOX 7089<br>BOSTON, MA  02204-7089<br><br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION MEALS TAX<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $197,824.27 | $197,824.27 |
| 2.387 | **Priority creditor's name and mailing address**<br>MASSACHUSETTS, COMMONWEALTH OF<br>DEPARTMENT OF REVENUE<br>P.O. BOX 7089<br>BOSTON, MA  02204-7089<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br>**Last 4 digits of account number:**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PAYROLL OTHER<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,512.44 | $1,512.44 |
| 2.388 | **Priority creditor's name and mailing address**<br>MASSACHUSETTS, COMMONWEALTH OF<br>DEPARTMENT OF REVENUE<br>P.O. BOX 7089<br>BOSTON, MA  02204-7089<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br>**Last 4 digits of account number:**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PAYROLL OTHER<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $141.43 | $141.43 |

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.389** | **Priority creditor's name and mailing address**
MASSACHUSETTS, COMMONWEALTH OF
DEPARTMENT OF REVENUE
P.O. BOX 7089
BOSTON, MA  02204-7089

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PAYROLL OTHER

**Is the claim subject to offset?**
☒ No
☐ Yes

**Total claim** $88.29
**Priority amount** $88.29

---

**2.390** | **Priority creditor's name and mailing address**
MASSAROCO, ALZIRA S.
512 PRAIRIE AVE
PROVIDENCE, RI  02907

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 8191

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

**Total claim** $197.57
**Priority amount** $197.57

---

**2.391** | **Priority creditor's name and mailing address**
MASSEY, SANDRA L.
33 VANDERBILT RD
WARWICK, RI  02886

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 9735

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

**Total claim** $145.86
**Priority amount** $145.86

---

**2.392** | **Priority creditor's name and mailing address**
MASSMUTUAL RETIREMENT SERVICES
PO BOX 5021
HARTFORD, CT  06144

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PAYROLL BENEFITS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Total claim** $3,120.92
**Priority amount** $3,120.92

---

**2.393** | **Priority creditor's name and mailing address**
MASSMUTUAL RETIREMENT SERVICES
PO BOX 5021
HARTFORD, CT  06144

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PAYROLL BENEFITS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Total claim** $307.03
**Priority amount** $307.03

| **Part 1:** | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.394 | **Priority creditor's name and mailing address**<br>MATTHES, KYLE A.<br>22 VALLEY BROOK ROAD<br>ROCKY HILL, CT  06067<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 6823<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $270.73 | $270.73 |
| 2.395 | **Priority creditor's name and mailing address**<br>MCCARTHY, KATLIN A.<br>32 HASKINS AVENUE<br>TIVERTON, RI  02878<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 7308<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $322.08 | $322.08 |
| 2.396 | **Priority creditor's name and mailing address**<br>MCCARTHY, KATLIN A.<br>32 HASKINS AVENUE<br>TIVERTON, RI  02878<br><br>**Date or dates debt was incurred**<br>EMP ANNIVERSAY YTD<br><br>**Last 4 digits of account number:** 7308<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION VACATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $196.88 | $196.88 |
| 2.397 | **Priority creditor's name and mailing address**<br>MCCARTHY, MARK S.<br>159 LEVIN ROAD<br>ROCKLAND, MA  02370<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 1261<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $288.04 | $288.04 |
| 2.398 | **Priority creditor's name and mailing address**<br>MCCOY, DAYNA H.<br>248 PLAIN MEETING HOUSE<br>WEST GREENWICH, RI  02817<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 3218<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $190.44 | $190.44 |

| Debtor | DELOPS, INC. | Case 18-12545-MFW   Doc 5   Filed 01/04/19   Page 145 of 284 |
|--------|--------------|--------------|

(Name)

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.399**

**Priority creditor's name and mailing address**

MCCUSKER, CAROL A.
179 WEBSTER ST,2ND FL
PAWTUCKET, RI 02861

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 2335

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $84.62    Priority amount: $84.62

---

**2.400**

**Priority creditor's name and mailing address**

MCELANEY, EVANGELYN S.
118 WASHINGTON ST
WHITMAN, MA 02382

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 7386

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $196.62    Priority amount: $196.62

---

**2.401**

**Priority creditor's name and mailing address**

MCNAMEE, JEFFREY R.
25 PARK ST APT 1
THOMASTON, CT 06787

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 3947

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $53.91    Priority amount: $53.91

---

**2.402**

**Priority creditor's name and mailing address**

MDC
PO BOX 990092
HARTFORD, CT 06199-0092

**Date or dates debt was incurred**

11/4/2018

**Last 4 digits of account number:** 6378

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(B)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $395.28    Priority amount: $199.65

---

**2.403**

**Priority creditor's name and mailing address**

MEDEIROS, LYNN M.
51 FRAZIER LANE
TIVERTON, RI 02878

**Date or dates debt was incurred**

EMP ANNIVERSAY YTD

**Last 4 digits of account number:** 7790

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION VACATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $932.72    Priority amount: $932.72

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.404 | **Priority creditor's name and mailing address**<br><br>MEDEIROS, LYNN M.<br>51 FRAZIER LANE<br>TIVERTON, RI  02878<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number: 7790**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $580.70 | $580.70 |
| 2.405 | **Priority creditor's name and mailing address**<br><br>MEDEIROS, PHILIP V.<br>51 FRAZIER LANE<br>TIVERTON, RI  02878<br><br>**Date or dates debt was incurred**<br><br>EMP ANNIVERSAY YTD<br><br>**Last 4 digits of account number: 6249**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION VACATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,308.00 | $2,308.00 |
| 2.406 | **Priority creditor's name and mailing address**<br><br>MEDEIROS, PHILIP V.<br>51 FRAZIER LANE<br>TIVERTON, RI  02878<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number: 6249**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $714.02 | $714.02 |
| 2.407 | **Priority creditor's name and mailing address**<br><br>MEDEIROS, SUSAN M.<br>921 CENTRAL AVE<br>PAWTUCKET, RI  02861<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number: 7735**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $90.08 | $90.08 |
| 2.408 | **Priority creditor's name and mailing address**<br><br>MELLING, ANDREW R.<br>23 PEPPER RIDGE DRIVE<br>LUDLOW, MA  01056<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number: 0884**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $341.61 | $341.61 |

| Debtor | DELOPS, INC. | Case 18-12545-MFW    Doc 5    Filed 01/04/19    Page 147 of 284 |
|--------|-------------|-----------------|

(Name)

| **Part 1:** | **Additional Page** |
|---|---|

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.409 | **Priority creditor's name and mailing address**<br>MELO, ANGELICA E.<br>227 STEVENS ST<br>FALLRIVER, MA 02721<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 6791<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $61.12 | $61.12 |
| 2.410 | **Priority creditor's name and mailing address**<br>MELO, COREY J.<br>49 COTTAGE STREET<br>FALL RIVER, MA 02721<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 6891<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $334.38 | $334.38 |
| 2.411 | **Priority creditor's name and mailing address**<br>MERCHANT, ZACHARY J.<br>13 COURTLAND ST<br>FARMINGTON, NH 03835<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 5895<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $102.56 | $102.56 |
| 2.412 | **Priority creditor's name and mailing address**<br>MERRILL, SHANTAY<br>314 CARTIER ST<br>MANCHESTER, NH 03102<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 9216<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $279.00 | $279.00 |
| 2.413 | **Priority creditor's name and mailing address**<br>MERRITT, DAVID J.<br>7 BEETLE STREET #2<br>NEW BEDFORD, MA 02746<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 8432<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $162.04 | $162.04 |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.414** **Priority creditor's name and mailing address**

MICHEL, MARIE M.
19 ELM STREET #1
WOBURN, MA  01801

**Date or dates debt was incurred**

EMP ANNIVERSAY YTD

**Last 4 digits of account number:** 6552

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION VACATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $420.00   Priority amount: $420.00

---

**2.415** **Priority creditor's name and mailing address**

MICHEL, MARIE M.
19 ELM STREET #1
WOBURN, MA  01801

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 6552

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $363.57   Priority amount: $363.57

---

**2.416** **Priority creditor's name and mailing address**

MIFFEK, LILLIAN L.
600 PROVIDENCE HIGHWAY
DEDHAM, MA  02026

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 8951

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $188.59   Priority amount: $188.59

---

**2.417** **Priority creditor's name and mailing address**

MILLER, RHONDELL L.
173 N.MAIN ST
BOSCAWEN, NH  03303

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 3096

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $541.17   Priority amount: $541.17

---

**2.418** **Priority creditor's name and mailing address**

MILLER, RHONDELL L.
173 N.MAIN ST
BOSCAWEN, NH  03303

**Date or dates debt was incurred**

EMP ANNIVERSAY YTD

**Last 4 digits of account number:** 3096

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION VACATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $461.66   Priority amount: $461.66

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.419 | **Priority creditor's name and mailing address**<br><br>MILLIEN, MELISSA D.<br>600 PROVIDENCE HIGHWAY<br>DEDHAM, MA  02026<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 5398<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $109.00 | $109.00 |
| 2.420 | **Priority creditor's name and mailing address**<br><br>MIRANDA, EVAN S.<br>444 OAK GROVE AVE<br>FALL RIVER, MA  02723<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 9721<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $65.43 | $65.43 |
| 2.421 | **Priority creditor's name and mailing address**<br><br>MIRANDA, JAMES R.<br>271 OAK ST<br>SOUTH WINDSOR, CT  06074<br><br>**Date or dates debt was incurred**<br><br>EMP ANNIVERSAY YTD<br><br>**Last 4 digits of account number:** 8270<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION VACATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $408.25 | $408.25 |
| 2.422 | **Priority creditor's name and mailing address**<br><br>MIRANDA, JAMES R.<br>271 OAK ST<br>SOUTH WINDSOR, CT  06074<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 8270<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $367.72 | $367.72 |
| 2.423 | **Priority creditor's name and mailing address**<br><br>MONAGHAN, KERI-AN<br>36 NOVELTY RD<br>WARWICK, RI  02889<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 1130<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $320.58 | $320.58 |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

**2.424** | **Priority creditor's name and mailing address**
MONGE, JOHN A.
17 KENSINGTON WAY
TEWKSBURY, MA 01876

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 9962

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $264.42    Priority amount: $264.42

---

**2.425** | **Priority creditor's name and mailing address**
MONTGOMERY, ALEXANDER A.
97 GRAND AVE
VERNON, CT 06066

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 6716

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $124.92    Priority amount: $124.92

---

**2.426** | **Priority creditor's name and mailing address**
MOORE, SAMANTHA
18 MADEIRA AVE
CENTRAL FALLS, RI 02863

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 6981

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $606.62    Priority amount: $606.62

---

**2.427** | **Priority creditor's name and mailing address**
MORAN, HARRY J.
110 LOWELL ROAD
NORTH READING, MA 01864

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 6264

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $362.46    Priority amount: $362.46

---

**2.428** | **Priority creditor's name and mailing address**
MORAN, JOHN T.
378 GOODWIN ST B
FALL RIVER, MA 02724

**Date or dates debt was incurred**
EMP ANNIVERSAY YTD

**Last 4 digits of account number:** 2052

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION VACATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $466.00    Priority amount: $466.00

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|--|--|-------------|-----------------|

**2.429**

**Priority creditor's name and mailing address**

MORAN, JOHN T.
378 GOODWIN ST B
FALL RIVER, MA  02724

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number: 2052**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $368.37     Priority amount: $368.37

---

**2.430**

**Priority creditor's name and mailing address**

MOREAU, MATTHEW T.
PO BOX 1752
NORTH CONWAY, NH  03860

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number: 7732**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $232.71     Priority amount: $232.71

---

**2.431**

**Priority creditor's name and mailing address**

MORGAN, HALEY A.
22 BLOSSOM LN
HOPE, RI  02893

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number: 7478**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $305.44     Priority amount: $305.44

---

**2.432**

**Priority creditor's name and mailing address**

MORSE, NICHOLAS C.
125 BOURNE ST.
BROCKTON, MA  02302-2441

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number: 8684**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $164.65     Priority amount: $164.65

---

**2.433**

**Priority creditor's name and mailing address**

MOSES, ALEASE M.
51 STORRS STREET APT 104
CONCORD, NH  03301

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number: 4032**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $155.60     Priority amount: $155.60

| Part 1: | Additional Page |
|---------|-----------------|

|  | | | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.434** | **Priority creditor's name and mailing address**
MOURA, DEVIN
144 APPALOOSA WAY
TAUNTON, MA 02780

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number: 5140**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $210.14        Priority amount: $210.14

---

**2.435** | **Priority creditor's name and mailing address**
MUCCI, JASON
10 PODGURSKI STREET
WEST WARWICK, RI 02893

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number: 4521**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $595.86        Priority amount: $595.86

---

**2.436** | **Priority creditor's name and mailing address**
MUNGO, TREJON
37 INTERFAITH TERR
FRAMINGHAM, MA 02184

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number: 8494**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $291.92        Priority amount: $291.92

---

**2.437** | **Priority creditor's name and mailing address**
MUNIZ, SANDRA M.
227 STEVENS ST.#2
FALL RIVER, MA 02721

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number: 8208**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $305.82        Priority amount: $305.82

---

**2.438** | **Priority creditor's name and mailing address**
NASON, ELLEN M.
16 HILLS ACRES
LEE, NH 03861

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number: 8564**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $0.00        Priority amount: $0.00

| **Part 1:** | **Additional Page** |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.439 | **Priority creditor's name and mailing address**<br><br>NEE, MEGHAN C.<br>115 GUILD ROAD<br>BROCKTON, MA  02302<br><br>**Date or dates debt was incurred**<br><br>EMP ANNIVERSAY YTD<br><br>**Last 4 digits of account number:** 6611<br><br>**Specify Code subsection of PRIORITY<br>unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION VACATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $865.40 | $865.40 |
| 2.440 | **Priority creditor's name and mailing address**<br><br>NEE, MEGHAN C.<br>115 GUILD ROAD<br>BROCKTON, MA  02302<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 6611<br><br>**Specify Code subsection of PRIORITY<br>unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $298.94 | $298.94 |
| 2.441 | **Priority creditor's name and mailing address**<br><br>NEGRON, KENDRA M.<br>554 PLYMOUTH AVE 3E<br>FALL RIVER, MA  02721<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 5080<br><br>**Specify Code subsection of PRIORITY<br>unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $391.78 | $391.78 |
| 2.442 | **Priority creditor's name and mailing address**<br><br>NELSON, MEGAN J.<br>1 STURBRIDGE RD.<br>HOLLAND, MA  01521<br><br>**Date or dates debt was incurred**<br><br>EMP ANNIVERSAY YTD<br><br>**Last 4 digits of account number:** 0124<br><br>**Specify Code subsection of PRIORITY<br>unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION VACATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,384.61 | $1,384.61 |
| 2.443 | **Priority creditor's name and mailing address**<br><br>NELSON, MEGAN J.<br>1 STURBRIDGE RD.<br>HOLLAND, MA  01521<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 0124<br><br>**Specify Code subsection of PRIORITY<br>unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $795.18 | $795.18 |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | | Total claim | Priority amount |
|--|--|-|-------------|-----------------|

**2.444**

**Priority creditor's name and mailing address**

NEW HAMPSHIRE, STATE
MEALS & ROOMS TAX
PO BOX 9583
MANCHESTER, NH 03108-9583

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION MEALS TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$76,435.41** | Priority amount: **$76,435.41**

---

**2.445**

**Priority creditor's name and mailing address**

NEW HAMPSHIRE, STATE
MEALS & ROOMS TAX
PO BOX 9583
MANCHESTER, NH 03108-9583

**Date or dates debt was incurred**

7/1/18 - 11/4/18

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PAYROLL TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$128.43** | Priority amount: **$128.43**

---

**2.446**

**Priority creditor's name and mailing address**

NGUYEN, PETER
35 CYPRESS STREET
LUDLOW, MA 01056

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 5881

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$95.24** | Priority amount: **$95.24**

---

**2.447**

**Priority creditor's name and mailing address**

NIEVES, CRISTAL W.
843 CHERRY STREET
FALL RIVER, MA 02720

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 6755

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$77.41** | Priority amount: **$77.41**

---

**2.448**

**Priority creditor's name and mailing address**

NJEGO, GEOFREY
738 MAIN ST #415
WALTHAM, MA 02451

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 6217

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$147.55** | Priority amount: **$147.55**

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.449** **Priority creditor's name and mailing address**

NOEL, DON G.
HILL TOP DRIVE
WALPOLE, MA 02081

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number: 2952**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**

☒ No
☐ Yes

Total claim: $79.28     Priority amount: $79.28

---

**2.450** **Priority creditor's name and mailing address**

NOGUEIRA, MATT
259 CENTRAL AVENUE
NEW BEDFORD, MA 02745

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number: 8623**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**

☒ No
☐ Yes

Total claim: $128.52     Priority amount: $128.52

---

**2.451** **Priority creditor's name and mailing address**

NORIEGA, DANIA Y.
244 PHILLIPS AVE
NEW BEDFORD, MA 02746

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number: 6695**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**

☒ No
☐ Yes

Total claim: $143.51     Priority amount: $143.51

---

**2.452** **Priority creditor's name and mailing address**

NUCO2 INC.
P.O. BOX 417902
BOSTON, MA 02241-7902

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9651**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(B)(9)

**Is the claim subject to offset?**

☒ No
☐ Yes

Total claim: $12,152.59     Priority amount: $185.00

---

**2.453** **Priority creditor's name and mailing address**

NYSCSPC
P.O. BOX 15363
ALBANY, NY 12212-5363

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PAYROLL OTHER

**Is the claim subject to offset?**

☒ No
☐ Yes

Total claim: $73.00     Priority amount: $73.00

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.454**   **Priority creditor's name and mailing address**
O'BRIEN, ALLYSON B.
115 SOUTH STREET
PLAINVILLE, MA 02762

**Date or dates debt was incurred**
EMP ANNIVERSAY YTD

**Last 4 digits of account number:** 9926

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION VACATION

**Is the claim subject to offset?**
☒ No
☐ Yes

$808.00    $808.00

---

**2.455**   **Priority creditor's name and mailing address**
O'BRIEN, ALLYSON B.
115 SOUTH STREET
PLAINVILLE, MA 02762

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 9926

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

$617.82    $617.82

---

**2.456**   **Priority creditor's name and mailing address**
OCASIO, JOSHUA X.
30 QUEQUECHAN STREET
FALL RIVER, MA 02723

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 7559

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

$119.97    $119.97

---

**2.457**   **Priority creditor's name and mailing address**
O'CONNOR, RORY P.
600 PROVIDENCE HIGHWAY
DEDHAM, MA 02026

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 5021

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

$90.39    $90.39

---

**2.458**   **Priority creditor's name and mailing address**
O'HARA, CASSIDY E.
600 PROVIDENCE HIGHWAY
DEDHAM, MA 02026

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 9131

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

$103.35    $103.35

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.459** | **Priority creditor's name and mailing address**

OKAN, HALIL
3 CLAUDETTE CIRCLE
FRAMINGHAM, MA  01701

**Date or dates debt was incurred**

EMP ANNIVERSAY YTD

**Last 4 digits of account number:** 9513

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION VACATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,308.00    Priority amount: $2,308.00

---

**2.460** | **Priority creditor's name and mailing address**

OKAN, HALIL
3 CLAUDETTE CIRCLE
FRAMINGHAM, MA  01701

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 9513

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $740.62    Priority amount: $740.62

---

**2.461** | **Priority creditor's name and mailing address**

OLIVAREZ, CHRISTOPHER A.
146 PEARL STREETï¿½
ENFIELD, CT  06082

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 1704

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $124.98    Priority amount: $124.98

---

**2.462** | **Priority creditor's name and mailing address**

OLIVIER, RENAN P.
494 SPRUCE ST,#1
MANCHESTER, NH  03103

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 3790

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $64.00    Priority amount: $64.00

---

**2.463** | **Priority creditor's name and mailing address**

OLSBY, JOSHUA R.
50 HIGH STREET
HINSDALE, NH  03451

**Date or dates debt was incurred**

EMP ANNIVERSAY YTD

**Last 4 digits of account number:** 5116

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION VACATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $2,192.28    Priority amount: $2,192.28

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.464**

**Priority creditor's name and mailing address**
OLSBY, JOSHUA R.
50 HIGH STREET
HINSDALE, NH 03451

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number: 5116**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $567.07    Priority amount: $567.07

---

**2.465**

**Priority creditor's name and mailing address**
OLSEN, CASSANDRA A.
59 JAMIE LANE
RAYNHAM, MA 02767

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number: 2590**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $51.70    Priority amount: $51.70

---

**2.466**

**Priority creditor's name and mailing address**
OLSON, RACHEL M.
247 REED AVE
WINDSOR LOCKS, CT 06096

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number: 6951**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $146.77    Priority amount: $146.77

---

**2.467**

**Priority creditor's name and mailing address**
O'MALLEY, RYLEYANNE
175 SECOND AVE
WOONSOCKET, RI 02895

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number: 1186**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $138.74    Priority amount: $138.74

---

**2.468**

**Priority creditor's name and mailing address**
OMAR, HASSAN
600 PROVIDENCE HIGHWAY
DEDHAM, MA 02026

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number: 0677**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $173.01    Priority amount: $173.01

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.469** | **Priority creditor's name and mailing address**
OMOKEOWA, IDOM R.
P.O. BOX 25234
PROVIDENCE, RI  02905

**Date or dates debt was incurred**
EMP ANNIVERSAY YTD

**Last 4 digits of account number:** 1147

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION VACATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $747.16   Priority amount: $747.16

---

**2.470** | **Priority creditor's name and mailing address**
O'NEIL, DENA M.
79 KELLOGG
FALL RIVER, MA  02724

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 6576

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $248.00   Priority amount: $248.00

---

**2.471** | **Priority creditor's name and mailing address**
ONIBUDO, RAHEEM A.
32 BRIARCLIFFE ROAD
CRANSTON, RI  02910

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 8127

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $147.21   Priority amount: $147.21

---

**2.472** | **Priority creditor's name and mailing address**
OPOKU, THERESA T.
5902 STEARNS HILL ROAD
WALTHAM, MA  02453

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 6913

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $216.97   Priority amount: $216.97

---

**2.473** | **Priority creditor's name and mailing address**
ORTIZ, YADEISHA D.
61 TRANSIT ST
WOONSOCKET, RI  02895

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 0656

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $75.61   Priority amount: $75.61

| **Part 1:** | **Additional Page** |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.474** · **Priority creditor's name and mailing address**

PARENT, CAILYN P.
631 TALCOTTVILLE RD APT
VERNON, CT  06066

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 8725

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $60.16   Priority amount: $60.16

---

**2.475** · **Priority creditor's name and mailing address**

PARENT, CAMERON J.
600 PROVIDENCE HIGHWAY
DEDHAM, MA  02026

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 8030

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $176.20   Priority amount: $176.20

---

**2.476** · **Priority creditor's name and mailing address**

PARESKY, OSAREEN
96 CLINTON STREET
MARLBORO, MA  01752

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 3189

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $56.23   Priority amount: $56.23

---

**2.477** · **Priority creditor's name and mailing address**

PARKS, PRECIOUS H.
240 ROCK RIDGE DR
WOONSOCKET, RI  02895

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 7719

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $145.17   Priority amount: $145.17

---

**2.478** · **Priority creditor's name and mailing address**

PAUDYAL, LAXMI P.
303 LEES RIVER AVE APT 1
SOMERSET, MA  02725

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 0751

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $386.69   Priority amount: $386.69

---

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|
| | | Total claim | Priority amount |

| 2.479 | **Priority creditor's name and mailing address**<br>PAUL, CASEY L.<br>500 WEETAMOE ST<br>FALL RIVER, MA 02720<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 2911<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $209.69 | $209.69 |
|---|---|---|---|
| 2.480 | **Priority creditor's name and mailing address**<br>PEPSI COLA OF BRISTOL<br>P.O. BOX 36251<br>NEWARK, NJ 07188-6251<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** 2150<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>503(B)(9)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,469.84 | $1,469.84 |
| 2.481 | **Priority creditor's name and mailing address**<br>PEPSI-COLA COMPANY<br>75 REMITTANCE DRIVE<br>SUITE 1884<br>CHICAGO, IL 60675-1884<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** 0709<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>503(B)(9)<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $695,833.95 | $66,770.33 |
| 2.482 | **Priority creditor's name and mailing address**<br>PEREZ, DIONANDRE L.<br>31 ELM HILL ROAD APT 3<br>VERNON, CT 06066<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 2872<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $246.45 | $246.45 |
| 2.483 | **Priority creditor's name and mailing address**<br>PEREZ, VIANNY E.<br>576 BLUE HILL AVE APT 3<br>DORCHESTER, MA 02121<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 6033<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $66.30 | $66.30 |

| **Part 1:** | **Additional Page** |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.484 | **Priority creditor's name and mailing address**<br>PERLA, JESSICA J.<br>10 SULLIVAN FARM RD.<br>BROAD BROOK, CT  06016<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 9738<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $747.42 | $747.42 |
| 2.485 | **Priority creditor's name and mailing address**<br>PERRY, ALEXANDER C.<br>9 SCENIC DRIVE<br>WILBRAHAM, MA  01095<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 8987<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $332.16 | $332.16 |
| 2.486 | **Priority creditor's name and mailing address**<br>PERRY, FORREST A.<br>123 ROBINSON STREET<br>PROVIDENCE, RI  02905<br><br>**Date or dates debt was incurred**<br>EMP ANNIVERSAY YTD<br><br>**Last 4 digits of account number:** 4407<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION VACATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $686.56 | $686.56 |
| 2.487 | **Priority creditor's name and mailing address**<br>PERRY, FORREST A.<br>123 ROBINSON STREET<br>PROVIDENCE, RI  02905<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 4407<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $484.93 | $484.93 |
| 2.488 | **Priority creditor's name and mailing address**<br>PERRY, HANNAH<br>9 SCENIC DRIVE<br>WILBRAHAM, MA  01095<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 2989<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $112.08 | $112.08 |

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.489** | **Priority creditor's name and mailing address**
PERRY, PEYTON E.
600 PROVIDENCE HIGHWAY
DEDHAM, MA 02026

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 0870

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $27.13 — Priority amount: $27.13

---

**2.490** | **Priority creditor's name and mailing address**
PERRY, TESA M.
9-3 SGT. GREEN WAY
NEWPORT, RI 02840

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 1426

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $526.04 — Priority amount: $526.04

---

**2.491** | **Priority creditor's name and mailing address**
PETERS, CODY J.
62 TRACY DRIVE
VERNON, CT 06066

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 6855

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $601.31 — Priority amount: $601.31

---

**2.492** | **Priority creditor's name and mailing address**
PETERS, CODY J.
62 TRACY DRIVE
VERNON, CT 06066

**Date or dates debt was incurred**
EMP ANNIVERSAY YTD

**Last 4 digits of account number:** 6855

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION VACATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $323.07 — Priority amount: $323.07

---

**2.493** | **Priority creditor's name and mailing address**
PETERS, CONNOR R.
600 PROVIDENCE HIGHWAY
DEDHAM, MA 02026

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 6702

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $98.07 — Priority amount: $98.07

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.494 | **Priority creditor's name and mailing address**<br>PETERS, ZACHARY<br>62 TRACY DR<br>VERNON, CT  06066<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 7989<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $94.21 | $94.21 |
| 2.495 | **Priority creditor's name and mailing address**<br>PETROV, DILYAN D.<br>5 PHEASANT AVENUE #1<br>WAREHAM, MA  02571<br><br>**Date or dates debt was incurred**<br>EMP ANNIVERSAY YTD<br><br>**Last 4 digits of account number:** 1652<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION VACATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,107.68 | $1,107.68 |
| 2.496 | **Priority creditor's name and mailing address**<br>PETROV, DILYAN D.<br>5 PHEASANT AVENUE #1<br>WAREHAM, MA  02571<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 1652<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $864.01 | $864.01 |
| 2.497 | **Priority creditor's name and mailing address**<br>PHILLIPS, ALICIA N.<br>131 OLD COUNTY RD,#162<br>WINDSOR LOCKS, CT  06096<br><br>**Date or dates debt was incurred**<br>EMP ANNIVERSAY YTD<br><br>**Last 4 digits of account number:** 0302<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION VACATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $825.60 | $825.60 |
| 2.498 | **Priority creditor's name and mailing address**<br>PHILLIPS, ALICIA N.<br>131 OLD COUNTY RD,#162<br>WINDSOR LOCKS, CT  06096<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 0302<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $468.43 | $468.43 |

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.499** | **Priority creditor's name and mailing address**

PIERCE, ANTHONY
54 SPEAR ST
QUINCY, MA  02169

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 0015

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$170.94**   Priority amount: **$170.94**

---

**2.500** | **Priority creditor's name and mailing address**

PIERRE, GEEL
434 NORFOLK STREET APT 1
MATTAPAN, MA  02126

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 5799

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$370.89**   Priority amount: **$370.89**

---

**2.501** | **Priority creditor's name and mailing address**

PIERRE-BAPTISTE, LUCETTE
56 WATTS STREET #1
CHELSEA, MA  02150

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 1504

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$348.23**   Priority amount: **$348.23**

---

**2.502** | **Priority creditor's name and mailing address**

POIRIER, JAMES
17 THOREAU TRAIL
MILFORD, MA  01757

**Date or dates debt was incurred**

EMP ANNIVERSAY YTD

**Last 4 digits of account number:** 9248

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION VACATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$1,634.60**   Priority amount: **$1,634.60**

---

**2.503** | **Priority creditor's name and mailing address**

POIRIER, JAMES
17 THOREAU TRAIL
MILFORD, MA  01757

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 9248

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$885.50**   Priority amount: **$885.50**

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.504** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $185.69 | $185.69

POITRAS, LORI A.
32 GIFFORD ST
FALL RIVER, MA  02720

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Basis for the claim:**
PRE-PETITION PAYROLL

**Last 4 digits of account number:** 8901

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.505** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $126.15 | $126.15

POWELL, DEBORAH A.
21 HIGH STREET
NORTH ATTLEBORO, MA  02760

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Basis for the claim:**
PRE-PETITION PAYROLL

**Last 4 digits of account number:** 6037

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.506** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $360.11 | $360.11

PREBLE, CHEYANNE M.
180 NORTHMAIN ST.
BOSCAWEN, NH  03303

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Basis for the claim:**
PRE-PETITION PAYROLL

**Last 4 digits of account number:** 1944

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.507** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $569.38 | $569.38

QUINN, ASHLEY M.
8B MILL ROAD
HOPE VALLEY, RI  02832

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
EMP ANNIVERSAY YTD

**Basis for the claim:**
PRE-PETITION VACATION

**Last 4 digits of account number:** 6214

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.508** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $503.94 | $503.94

QUINN, ASHLEY M.
8B MILL ROAD
HOPE VALLEY, RI  02832

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Basis for the claim:**
PRE-PETITION PAYROLL

**Last 4 digits of account number:** 6214

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.509** | **Priority creditor's name and mailing address**
RAKUTIS, KYLE W.
34 FREEMAN ST
AVON, MA 02322

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 4281

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$518.67**    Priority amount: **$518.67**

---

**2.510** | **Priority creditor's name and mailing address**
RAMSEY, BREYANA
160 PINE GROVE DRIVE
BROCKTON, MA 02301

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 2285

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$629.58**    Priority amount: **$629.58**

---

**2.511** | **Priority creditor's name and mailing address**
RAPOSA, JARED J.
45 BOUTWELL ST
FALL RIVER, MA 02723

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 1982

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$147.08**    Priority amount: **$147.08**

---

**2.512** | **Priority creditor's name and mailing address**
RAPOSE, ANTHONY M.
30 GOUGH AVENUE
WEST WARWICK, RI 02893-4729

**Date or dates debt was incurred**
EMP ANNIVERSAY YTD

**Last 4 digits of account number:** 1701

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION VACATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$404.00**    Priority amount: **$404.00**

---

**2.513** | **Priority creditor's name and mailing address**
RAPOSE, ANTHONY M.
30 GOUGH AVENUE
WEST WARWICK, RI 02893-4729

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 1701

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$110.75**    Priority amount: **$110.75**

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

### 2.514

**Priority creditor's name and mailing address**

RASMUSSEN, LOGAN W.
600 PROVIDENCE HIGHWAY
DEDHAM, MA  02026

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 1430

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $48.50   Priority amount: $48.50

---

### 2.515

**Priority creditor's name and mailing address**

REED, BRITTANY M.
20 BOG ROAD APT 209
PENACOOK, NH  03303

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 3716

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $596.67   Priority amount: $596.67

---

### 2.516

**Priority creditor's name and mailing address**

REED, JOSEPH K.
43 PRESCOTT ST,#12
CONCORD, NH  03301

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 0734

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $375.71   Priority amount: $375.71

---

### 2.517

**Priority creditor's name and mailing address**

REGO, MELANIE
576 MT.HOPE AVENUE
FALL RIVER, MA  02720

**Date or dates debt was incurred**

EMP ANNIVERSAY YTD

**Last 4 digits of account number:** 0110

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION VACATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,265.38   Priority amount: $1,265.38

---

### 2.518

**Priority creditor's name and mailing address**

REGO, MELANIE
576 MT.HOPE AVENUE
FALL RIVER, MA  02720

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 0110

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $683.49   Priority amount: $683.49

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.519** | **Priority creditor's name and mailing address**
REYES, CRISTINA D.
20 GRANDVIEW AVE
WATERTOWN, MA 02472

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 6344

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

$227.57 | $227.57

**2.520** | **Priority creditor's name and mailing address**
REZENDES, JAMISON T.
275 MAIN STREET
FAIRHAVEN, MA 02719

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 5137

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

$139.60 | $139.60

**2.521** | **Priority creditor's name and mailing address**
RHODE ISLAND, STATE OF
DIVISION OF TAXATION
1 CAPITOL HILL - STE 10
PROVIDENCE, RI 02908

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION MEALS TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

$68,978.02 | $68,978.02

**2.522** | **Priority creditor's name and mailing address**
RHODE ISLAND, STATE OF
DIVISION OF TAXATION
1 CAPITOL HILL - STE 10
PROVIDENCE, RI 02908

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION USE TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

$3.70 | $3.70

**2.523** | **Priority creditor's name and mailing address**
RHODE ISLAND, STATE OF
DIVISION OF TAXATION
1 CAPITOL HILL - STE 10
PROVIDENCE, RI 2908

**Date or dates debt was incurred**
7/1/18 - 11/4/18 & 10/29/18 - 11/4/18

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PAYROLL TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,115.43 | $9,115.43

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.524** | **Priority creditor's name and mailing address**
RHODE ISLAND, STATE OF
GENERAL TREASURER
STATE HOUSE, ROOM 102
PROVIDENCE, RI 02903

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PAYROLL OTHER

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$177.10**  Priority amount: **$177.10**

---

**2.525** | **Priority creditor's name and mailing address**
RICH, JOE
136 MIDDLEBORO AVE
EAST TAUNTON, MA 02718

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 5078

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$220.44**  Priority amount: **$220.44**

---

**2.526** | **Priority creditor's name and mailing address**
RIVERA, JASMINE M.
253 ENFIELD ST
HARTFORD, CT 06112

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 4863

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$33.31**  Priority amount: **$33.31**

---

**2.527** | **Priority creditor's name and mailing address**
RIZZI, AMANDA
354 MAIN STREET APT 1
SOMERSWORTH, NH 03878

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 3440

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$614.19**  Priority amount: **$614.19**

---

**2.528** | **Priority creditor's name and mailing address**
ROCK, HUNTER W.
600 PROVIDENCE HIGHWAY
DEDHAM, MA 02026

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 5991

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: **$56.39**  Priority amount: **$56.39**

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.529 | **Priority creditor's name and mailing address**<br>ROCKWELL, ELIZABETH J.<br>60 AVERY ST<br>LACONIA, NH  03246<br><br>**Date or dates debt was incurred**<br>EMP ANNIVERSAY YTD<br><br>**Last 4 digits of account number:** 3694<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION VACATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,326.90 | $2,326.90 |
| 2.530 | **Priority creditor's name and mailing address**<br>ROCKWELL, ELIZABETH J.<br>60 AVERY ST<br>LACONIA, NH  03246<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 3694<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $754.06 | $754.06 |
| 2.531 | **Priority creditor's name and mailing address**<br>RODRIGUES, NAKIA<br>20 BEACON STREET<br>TAUNTON, MA  02780<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 5811<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $141.72 | $141.72 |
| 2.532 | **Priority creditor's name and mailing address**<br>RODRIGUEZ, ALISIA D.<br>25 LOG ST #3D<br>MANCHESTER, NH  03102<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 6953<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $317.29 | $317.29 |
| 2.533 | **Priority creditor's name and mailing address**<br>RODRIGUEZ, CRISTIAN A.<br>38 VINE STREET<br>EAST PROVIDENCE, RI  02914<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 1668<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $127.45 | $127.45 |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.534 | **Priority creditor's name and mailing address**<br>RODRIGUEZ, JESUS<br>35 STANWOOD STREET<br>PROVIDENCE, RI 02907<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 7356<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $130.10 | $130.10 |
| 2.535 | **Priority creditor's name and mailing address**<br>ROGOWSKI, NADINE M.<br>468 WASHINGTON STREET<br>COVENTRY, RI 02816<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 3952<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $310.02 | $310.02 |
| 2.536 | **Priority creditor's name and mailing address**<br>ROSARIO, PEDRO<br>67 CHESTNUT ST<br>MARLBOROUGH, MA 01752<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 1245<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $145.82 | $145.82 |
| 2.537 | **Priority creditor's name and mailing address**<br>ROSE, MATTHEW P.<br>620 MAIN ST APT M<br>FALMOUTH, MA 02540<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 8760<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $265.07 | $265.07 |
| 2.538 | **Priority creditor's name and mailing address**<br>ROSE, RACHEL<br>1080 GLEBE STREET, APT. A<br>TAUNTON, MA 02780<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 3813<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $473.99 | $473.99 |

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.539 | **Priority creditor's name and mailing address**<br>ROSS, ANTHONY<br>650 COCHITUATE RD<br>FRAMINGHAM, MA 01702<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 7879<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $237.02 | $237.02 |
| 2.540 | **Priority creditor's name and mailing address**<br>ROSS, LACEY J.<br>8 PHILLIP COURT<br>EAST HARWICH, MA 02645<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 5155<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $132.76 | $132.76 |
| 2.541 | **Priority creditor's name and mailing address**<br>RUSSELL, CHRISTOPHER D.<br>40 OLD SAILORS WAY<br>SOUTH DENNIS, MA 02660<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 3186<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $209.63 | $209.63 |
| 2.542 | **Priority creditor's name and mailing address**<br>RUSSELLO, MARIO<br>195 WHITE ST,2ND FL<br>HARTFORD, CT 06114<br><br>**Date or dates debt was incurred**<br>EMP ANNIVERSAY YTD<br><br>**Last 4 digits of account number:** 6596<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION VACATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $632.50 | $632.50 |
| 2.543 | **Priority creditor's name and mailing address**<br>RUSSELLO, MARIO<br>195 WHITE ST,2ND FL<br>HARTFORD, CT 06114<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 6596<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $342.51 | $342.51 |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|--|--|-------------|-----------------|

---

**2.544** **Priority creditor's name and mailing address**

SABBAT, JEAN E.
109 BUSINESS STREET
HYDE PARK, MA  02136

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 7794

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $57.85    Priority amount: $57.85

---

**2.545** **Priority creditor's name and mailing address**

SACCAMANDO, ASHLEY R.
465 VENTURA STREET PATR
LUDLOW, MA  01056

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 8683

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $318.91    Priority amount: $318.91

---

**2.546** **Priority creditor's name and mailing address**

SAILLANT, ABRAHAM
600 PROVIDENCE HIGHWAY
DEDHAM, MA  02026

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 6614

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $121.21    Priority amount: $121.21

---

**2.547** **Priority creditor's name and mailing address**

SAINTIL, PETERSON
171 EAST ST
METHUEN, MA  01844

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 8068

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $132.23    Priority amount: $132.23

---

**2.548** **Priority creditor's name and mailing address**

SALAKO, QAYYUM O.
600 PROVIDENCE HIGHWAY
DEDHAM, MA  02026

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 1368

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $84.41    Priority amount: $84.41

---

| Part 1: | Additional Page |
|---|---|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.549 | **Priority creditor's name and mailing address**<br>SANCHEZ, EDWARD RAFAEL<br>298 BRANDYWYNE<br>EAST BOSTON, MA 02128<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 4972<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $396.24 | $396.24 |
| 2.550 | **Priority creditor's name and mailing address**<br>SANDBERG, DEVIN G.<br>32 DUNKLEE ST<br>CONCORD, NH 03301<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 7099<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $85.56 | $85.56 |
| 2.551 | **Priority creditor's name and mailing address**<br>SANSONE, HERMILITA<br>7 PURDUE DRIVE<br>MILFORD, MA 01757<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 3744<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $25.26 | $25.26 |
| 2.552 | **Priority creditor's name and mailing address**<br>SANTIAGO, ELIZA M.<br>10 LINDEN COURT<br>NEW BEDFORD, MA 02740<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 2324<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $269.54 | $269.54 |
| 2.553 | **Priority creditor's name and mailing address**<br>SANTIAGO, ERICKA<br>600 PROVIDENCE HIGHWAY<br>DEDHAM, MA 02026<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 3568<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $114.91 | $114.91 |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.554 | **Priority creditor's name and mailing address**<br>SANTOS, CANDIDO A.<br>600 PROVIDENCE HIGHWAY<br>DEDHAM, MA  02026<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 7603<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $207.40 | $207.40 |

| 2.555 | **Priority creditor's name and mailing address**<br>SANTOS, DANIEL S.<br>10 HAWKINS BLVD<br>NORTH PROVIDENCE, RI  02911<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 3661<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $192.81 | $192.81 |

| 2.556 | **Priority creditor's name and mailing address**<br>SANTOS, MICHAEL A.<br>76 FLORENCE ST<br>NEW BEDFORD, MA  02740<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 8809<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $144.30 | $144.30 |

| 2.557 | **Priority creditor's name and mailing address**<br>SARAIVA, DARIAN J.<br>52 SROKA LANE<br>LUDLOW, MA  01056<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 4549<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $150.94 | $150.94 |

| 2.558 | **Priority creditor's name and mailing address**<br>SATANOSKI, RHONDA M.<br>253 WILBUR STREET<br>FALL RIVER, MA  02724<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 1825<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $475.72 | $475.72 |

(Name)

| **Part 1:** | **Additional Page** |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.559 | **Priority creditor's name and mailing address**<br>SAUNDERS, GEORGIA L.<br>29 MCGUIRE ROAD<br>N. PROVIDENCE, RI 02904<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 5831<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $147.84 | $147.84 |
| 2.560 | **Priority creditor's name and mailing address**<br>SAUNDERS, JAIME F.<br>51 2ND STREET<br>PAWTUCKET, RI 02861<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 4819<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $317.27 | $317.27 |
| 2.561 | **Priority creditor's name and mailing address**<br>SAVITCH, STEPHEN J.<br>942 PINE ST,1ST FL<br>FALL RIVER, MA 02720<br><br>**Date or dates debt was incurred**<br>EMP ANNIVERSAY YTD<br><br>**Last 4 digits of account number:** 3903<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION VACATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $291.25 | $291.25 |
| 2.562 | **Priority creditor's name and mailing address**<br>SAVITCH, STEPHEN J.<br>942 PINE ST,1ST FL<br>FALL RIVER, MA 02720<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 3903<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $206.55 | $206.55 |
| 2.563 | **Priority creditor's name and mailing address**<br>SAWYER, MICHAELA A.<br>3 HIDDEN LANE<br>MANSFIELD, MA 02048<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 7592<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $146.16 | $146.16 |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.564** | **Priority creditor's name and mailing address**

SCHOFIELD, DANIEL L.
16 COURT SQUARE,#C
MILFORD, MA 01757

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 0664

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $37.11 — Priority amount: $37.11

---

**2.565** | **Priority creditor's name and mailing address**

SCHULTZ, HAYLEY N.
90 GIRARD AVENUE APT 154
NEWPORT, RI 02840

**Date or dates debt was incurred**

EMP ANNIVERSAY YTD

**Last 4 digits of account number:** 2944

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION VACATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $429.28 — Priority amount: $429.28

---

**2.566** | **Priority creditor's name and mailing address**

SCHULTZ, HAYLEY N.
90 GIRARD AVENUE APT 154
NEWPORT, RI 02840

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 2944

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $373.43 — Priority amount: $373.43

---

**2.567** | **Priority creditor's name and mailing address**

SCHWEGMANN, MINDY J.
249 MILL CREEK DRIVE
NORTH KINGSTOWN, RI 02852

**Date or dates debt was incurred**

EMP ANNIVERSAY YTD

**Last 4 digits of account number:** 4125

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION VACATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $752.36 — Priority amount: $752.36

---

**2.568** | **Priority creditor's name and mailing address**

SCHWEGMANN, MINDY J.
249 MILL CREEK DRIVE
NORTH KINGSTOWN, RI 02852

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 4125

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $486.42 — Priority amount: $486.42

---

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.569** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,178.08 | $1,178.08

SEMENIUK, RICHARD
94 FARMINGTON CHASE CRES
FARMINGTON, CT  06032

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
EMP ANNIVERSAY YTD

**Basis for the claim:**
PRE-PETITION VACATION

**Last 4 digits of account number:** 6827

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.570** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $780.73 | $780.73

SEMENIUK, RICHARD
94 FARMINGTON CHASE CRES
FARMINGTON, CT  06032

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Basis for the claim:**
PRE-PETITION PAYROLL

**Last 4 digits of account number:** 6827

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.571** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $350.26 | $350.26

SENAT, SULTA
3 PUT GARDEN APT 32
CAMBRIDGE, MA  02139

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Basis for the claim:**
PRE-PETITION PAYROLL

**Last 4 digits of account number:** 5085

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.572** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $132.80 | $132.80

SHARKEY, WILLIAM
495 MERROW ROAD
TOLLAND, CT  06084

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Basis for the claim:**
PRE-PETITION PAYROLL

**Last 4 digits of account number:** 7941

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.573** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $772.60 | $772.60

SHERMAN, COREY
23 BIRCHWOOD TERRACE
HENNIKER, NH  03242

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Basis for the claim:**
PRE-PETITION PAYROLL

**Last 4 digits of account number:** 2293

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| Part 1: | Additional Page | | |
|---|---|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.574 | **Priority creditor's name and mailing address** <br> SIDOTE, DARREN A. <br> 112 KENSINGTON AVENUE <br> MERIDEN, CT  06451 <br><br> **Date or dates debt was incurred** <br> 10/29/18 - 11/4/18 <br><br> **Last 4 digits of account number:** 6540 <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> PRE-PETITION PAYROLL <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $457.53 | $457.53 |
| 2.575 | **Priority creditor's name and mailing address** <br> SIGNORINO, ANDREW J. <br> 30 ARCH STREET <br> FRAMINGHAM, MA  01702 <br><br> **Date or dates debt was incurred** <br> 10/29/18 - 11/4/18 <br><br> **Last 4 digits of account number:** 6231 <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> PRE-PETITION PAYROLL <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $304.41 | $304.41 |
| 2.576 | **Priority creditor's name and mailing address** <br> SILVA, SID C. <br> 9 RADCLIFF LANE <br> DARTMOUTH, MA  02747 <br><br> **Date or dates debt was incurred** <br> EMP ANNIVERSAY YTD <br><br> **Last 4 digits of account number:** 5158 <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> PRE-PETITION VACATION <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $2,115.44 | $2,115.44 |
| 2.577 | **Priority creditor's name and mailing address** <br> SILVA, SID C. <br> 9 RADCLIFF LANE <br> DARTMOUTH, MA  02747 <br><br> **Date or dates debt was incurred** <br> 10/29/18 - 11/4/18 <br><br> **Last 4 digits of account number:** 5158 <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> PRE-PETITION PAYROLL <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $783.71 | $783.71 |
| 2.578 | **Priority creditor's name and mailing address** <br> SILVA, ZACHARY M. <br> 600 PROVIDENCE HIGHWAY <br> DEDHAM, MA  02026 <br><br> **Date or dates debt was incurred** <br> 10/29/18 - 11/4/18 <br><br> **Last 4 digits of account number:** 6222 <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> PRE-PETITION PAYROLL <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $144.33 | $144.33 |

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.579 | **Priority creditor's name and mailing address**<br>SILVIA, MICHELLE L.<br>60 HAVERHILL AVE.<br>NORTH KINGSTOWN, RI  02852<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number: 2727**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $332.53 | $332.53 |
| 2.580 | **Priority creditor's name and mailing address**<br>SIMARD, JULITTE K.<br>171 GOLD STREET  APT. 1<br>LACONIA, NH  03246<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number: 4737**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $303.87 | $303.87 |
| 2.581 | **Priority creditor's name and mailing address**<br>SIMON, PATRICK W.<br>22 BUTLER LANE<br>MASHPEE, MA  02649<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number: 5590**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $519.41 | $519.41 |
| 2.582 | **Priority creditor's name and mailing address**<br>SIMS, STEVIE<br>45 CHESTNUT ROAD<br>AVON, MA  02322<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number: 2387**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $224.61 | $224.61 |
| 2.583 | **Priority creditor's name and mailing address**<br>SMITH, HANNAH L.<br>600 PROVIDENCE HIGHWAY<br>DEDHAM, MA  02026<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number: 0372**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $210.69 | $210.69 |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.584**

Priority creditor's name and mailing address

SMITH, JERRY R.
183 WHITNEY STREET
LUDLOW, MA  01056

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 0242

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

$396.30 | $396.30

---

**2.585**

Priority creditor's name and mailing address

SMITH, KAYLA
78 BRAINARD RD
ENFIELD, CT  06082

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 3413

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

$310.41 | $310.41

---

**2.586**

Priority creditor's name and mailing address

SMITH, RAMONE O.
11 COACH HOUSE LANE
SOUTH DENNIS, MA  02653

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 4532

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

$293.30 | $293.30

---

**2.587**

Priority creditor's name and mailing address

SONTAG-BOUCHARD, ANNMARIE
12 GOODWIN ROAD #2
CANTERBURY, CT  06331

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 9761

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

$931.20 | $931.20

---

**2.588**

Priority creditor's name and mailing address

SONTAG-BOUCHARD, ANNMARIE
12 GOODWIN ROAD #2
CANTERBURY, CT  06331

**Date or dates debt was incurred**

EMP ANNIVERSAY YTD

**Last 4 digits of account number:** 9761

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION VACATION

**Is the claim subject to offset?**
☒ No
☐ Yes

$488.05 | $488.05

| Part 1: | Additional Page |
|---|---|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

**2.589** | **Priority creditor's name and mailing address**

SOULE, MATTHEW M.
87 COLERIDGE DR
FALMOUTH, MA 02540

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 7022

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $283.05    Priority amount: $283.05

**2.590** SOUTHLAND, FELICIA
12 MAPLE STREET
PLAINVILLE, CT 06062
10/29/18 - 11/4/18
**Last 4 digits of account number:** 9917
11 U.S.C. § 507(a) (4)
PRE-PETITION PAYROLL
☒ No
$63.54    $63.54

**2.591** SOUZA, LOGAN P.
31 NORWOOD STREET
FALL RIVER, MA 02723
10/29/18 - 11/4/18
**Last 4 digits of account number:** 9411
11 U.S.C. § 507(a) (4)
PRE-PETITION PAYROLL
☒ No
$233.61    $233.61

**2.592** SOUZA, MATTHEW R.
19 SOWLE STREET
NEW BEDFORD, MA 02745
10/29/18 - 11/4/18
**Last 4 digits of account number:** 7155
11 U.S.C. § 507(a) (4)
PRE-PETITION PAYROLL
☒ No
$171.61    $171.61

**2.593** SPENCE, TANISHEA M.
600 PROVIDENCE HIGHWAY
DEDHAM, MA 02026
10/29/18 - 11/4/18
**Last 4 digits of account number:** 3296
11 U.S.C. § 507(a) (4)
PRE-PETITION PAYROLL
☒ No
$25.66    $25.66

| **Part 1:** | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.594 | **Priority creditor's name and mailing address**<br>SPRAGUE, MICHAEL A.<br>667 HURRICANE RD<br>KEENE, NH  03431<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 3341<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $204.93 | $204.93 |
| 2.595 | **Priority creditor's name and mailing address**<br>SPRING, ERIC J.<br>304 PAGE STREET<br>AVON, MA  02322<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 6717<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $211.06 | $211.06 |
| 2.596 | **Priority creditor's name and mailing address**<br>ST, BRANDON J.<br>4 OLIVER ST<br>FALL RIVER, MA  02724<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 2686<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $272.77 | $272.77 |
| 2.597 | **Priority creditor's name and mailing address**<br>STANGLE, DIANE M.<br>245 ELM STREET<br>MARLBORO, MA  01752<br><br>**Date or dates debt was incurred**<br>EMP ANNIVERSAY YTD<br><br>**Last 4 digits of account number:** 8440<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION VACATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $694.62 | $694.62 |
| 2.598 | **Priority creditor's name and mailing address**<br>STANGLE, DIANE M.<br>245 ELM STREET<br>MARLBORO, MA  01752<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 8440<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $630.31 | $630.31 |

| **Part 1:** | **Additional Page** |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.599 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $75.00 | $75.00 |
| | STATE OF CONNECTICUT CONNECTICUT - CCSPC P.O. BOX 990032 HARTFORD, CT 06199-0032 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** 10/29/18 - 11/4/18 | **Basis for the claim:** PAYROLL OTHER | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | | |
| 2.600 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $600.60 | $600.60 |
| | STAVROU, AMANDA K. 15 MADISON CIRCLE HILLSBORO, NH 03244 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** 10/29/18 - 11/4/18 | **Basis for the claim:** PRE-PETITION PAYROLL | | |
| | **Last 4 digits of account number:** 7321 | **Is the claim subject to offset?** ☒ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |
| 2.601 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $322.27 | $322.27 |
| | STAVROU, AMANDA K. 15 MADISON CIRCLE HILLSBORO, NH 03244 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** EMP ANNIVERSAY YTD | **Basis for the claim:** PRE-PETITION VACATION | | |
| | **Last 4 digits of account number:** 7321 | **Is the claim subject to offset?** ☒ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |
| 2.602 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $153.29 | $153.29 |
| | STEELE, WILLIAM H. 43 WARREN AVENUE APT 2 CHELSEA, MA 02150 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** 10/29/18 - 11/4/18 | **Basis for the claim:** PRE-PETITION PAYROLL | | |
| | **Last 4 digits of account number:** 3809 | **Is the claim subject to offset?** ☒ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |
| 2.603 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,192.32 | $1,192.32 |
| | STOCK, ROGER W. 58 SKI HILL DR NORTHFIELD, NH 03276 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** EMP ANNIVERSAY YTD | **Basis for the claim:** PRE-PETITION VACATION | | |
| | **Last 4 digits of account number:** 1394 | **Is the claim subject to offset?** ☒ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.604 | **Priority creditor's name and mailing address**<br>STOCK, ROGER W.<br>58 SKI HILL DR<br>NORTHFIELD, NH  03276<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 1394<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $798.10 | $798.10 |
| 2.605 | **Priority creditor's name and mailing address**<br>STOMBERG, JUSTIN<br>634 VICTORY HIGHWAY<br>COVENTRY, RI  02816<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 1362<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $556.87 | $556.87 |
| 2.606 | **Priority creditor's name and mailing address**<br>STONE, KAYLA<br>92 CUMBERLAND<br>MANCHESTER, NH  03102<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 1791<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $349.45 | $349.45 |
| 2.607 | **Priority creditor's name and mailing address**<br>STRUBLE, NOREEN E.<br>184 PACKARD STREET<br>AVON, MA  02322<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 6724<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $81.62 | $81.62 |
| 2.608 | **Priority creditor's name and mailing address**<br>STURGIS, MEGAN H.<br>19 ALLEN STREET #7<br>BERWICK, ME  03901<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 8168<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $246.86 | $246.86 |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|--|--|-------------|-----------------|

**2.609** | **Priority creditor's name and mailing address**
SULLIVAN, VICTORIA M.
600 PROVIDENCE HIGHWAY
DEDHAM, MA  02026

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 5879

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $79.34 — Priority amount: $79.34

---

**2.610** | **Priority creditor's name and mailing address**
SWASS, MITCHELL D.
1595 BULGARMARSH ROAD
TIVERTON, RI  02878

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 3769

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $339.96 — Priority amount: $339.96

---

**2.611** | **Priority creditor's name and mailing address**
SYMONDS, JESSICA L.
248 OXFORD STREET
PROVIDENCE, RI  02905

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 8235

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $182.35 — Priority amount: $182.35

---

**2.612** | **Priority creditor's name and mailing address**
SYMONDS, MILAGROS P.
190 MEDWAY ROAD
MILFORD, MA  01757

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 7971

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $54.98 — Priority amount: $54.98

---

**2.613** | **Priority creditor's name and mailing address**
SYSCO BOSTON, LLC
99 SPRING ST.
PLYMPTON, MA  02367

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 7507

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PACA

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,878,375.63 — Priority amount: $122,233.57

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.614 | **Priority creditor's name and mailing address**<br>SYSCO BOSTON, LLC<br>99 SPRING ST.<br>PLYMPTON, MA  02367<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** 7507<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>503(B)(9)<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,878,375.63 | $849,606.45 |
| 2.615 | **Priority creditor's name and mailing address**<br>SZARKA, BRIAN<br>32 NORTH SPRING STREET APT. 12<br>CONCORD, NH  03301<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 7866<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $310.90 | $310.90 |
| 2.616 | **Priority creditor's name and mailing address**<br>SZARKA, BRIAN<br>32 NORTH SPRING STREET APT. 12<br>CONCORD, NH  03301<br><br>**Date or dates debt was incurred**<br>EMP ANNIVERSAY YTD<br><br>**Last 4 digits of account number:** 7866<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION VACATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $288.00 | $288.00 |
| 2.617 | **Priority creditor's name and mailing address**<br>TAYLOR, RYAN R.<br>7 PARKVIEW DR. APT 2<br>JOHNSTON, RI  02919<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 8361<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $543.29 | $543.29 |
| 2.618 | **Priority creditor's name and mailing address**<br>TAYLOR, VALERIE J.<br>113 SISSON ROAD APT A<br>HARWICHPORT, MA  02646<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 5455<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $222.34 | $222.34 |

| **Part 1:** | **Additional Page** |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.619** | **Priority creditor's name and mailing address**
TERCEIRA, MARK
26 SHINGLE ISLAND LANE
NORTH DARTMOUTH, MA 02747

**Date or dates debt was incurred**
EMP ANNIVERSAY YTD

**Last 4 digits of account number:** 1527

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION VACATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $847.88    Priority amount: $847.88

---

**2.620** | **Priority creditor's name and mailing address**
TERCEIRA, MARK
26 SHINGLE ISLAND LANE
NORTH DARTMOUTH, MA 02747

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 1527

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $538.42    Priority amount: $538.42

---

**2.621** | **Priority creditor's name and mailing address**
TERRIO, BRENDA
PO BOX 1204
ASHLAND, NH 03217

**Date or dates debt was incurred**
EMP ANNIVERSAY YTD

**Last 4 digits of account number:** 9432

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION VACATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,384.99    Priority amount: $1,384.99

---

**2.622** | **Priority creditor's name and mailing address**
TERRIO, BRENDA
PO BOX 1204
ASHLAND, NH 03217

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 9432

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $549.83    Priority amount: $549.83

---

**2.623** | **Priority creditor's name and mailing address**
THOMPSON, JAYDEN
427 FIFTH STREET
FALL RIVER, MA 02721

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 0512

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $280.45    Priority amount: $280.45

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.624** **Priority creditor's name and mailing address** <br> THOMPSON, REBECCA D. <br> 41 EVERGREENS DR. <br> LACONIA, NH 03246 <br><br> **Date or dates debt was incurred** <br> 10/29/18 - 11/4/18 <br><br> **Last 4 digits of account number:** 0640 <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> PRE-PETITION PAYROLL <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $364.50 | $364.50 |
| **2.625** **Priority creditor's name and mailing address** <br> TOBEY, SHANNON <br> 377 PEARL ST,#3 <br> MANCHESTER, NH 03104 <br><br> **Date or dates debt was incurred** <br> EMP ANNIVERSAY YTD <br><br> **Last 4 digits of account number:** 3112 <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> PRE-PETITION VACATION <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $673.08 | $673.08 |
| **2.626** **Priority creditor's name and mailing address** <br> TOBEY, SHANNON <br> 377 PEARL ST,#3 <br> MANCHESTER, NH 03104 <br><br> **Date or dates debt was incurred** <br> 10/29/18 - 11/4/18 <br><br> **Last 4 digits of account number:** 3112 <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> PRE-PETITION PAYROLL <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $550.16 | $550.16 |
| **2.627** **Priority creditor's name and mailing address** <br> TORRES, CHERYL E. <br> 474 WOODWARD RD APT2 <br> NORTH PROVIDENCE, RI 02909 <br><br> **Date or dates debt was incurred** <br> 10/29/18 - 11/4/18 <br><br> **Last 4 digits of account number:** 4214 <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> PRE-PETITION PAYROLL <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $392.45 | $392.45 |
| **2.628** **Priority creditor's name and mailing address** <br> TORRES, REYCHEL <br> 100 GREEN ST. APT. 812 <br> FALL RIVER, MA 02027 <br><br> **Date or dates debt was incurred** <br> 10/29/18 - 11/4/18 <br><br> **Last 4 digits of account number:** 5608 <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> PRE-PETITION PAYROLL <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $370.65 | $370.65 |

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|--|--|--|--|--|

**2.629** | **Priority creditor's name and mailing address**
TRAYLOR, ROBERT P.
432 MANTON AVE #5
PROVIDENCE, RI  02909

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 7524

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $72.57    Priority amount: $72.57

---

**2.630** | **Priority creditor's name and mailing address**
U.S. DEPT. OF EDUCATION
NATL.PAYMENT CENTER
P.O. BOX 105081
ATLANTA, GA  30348-5081

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PAYROLL OTHER

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $179.99    Priority amount: $179.99

---

**2.631** | **Priority creditor's name and mailing address**
UCHMAN, KATHLEEN D.
15 CURTIS STREET
WARWICK, RI  02889

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 7908

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $123.19    Priority amount: $123.19

---

**2.632** | **Priority creditor's name and mailing address**
UMANZOR CRUZ, MALENA B.
334 WASHINGTON AVE
CHELSEA, MA  02150

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 6530

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $85.43    Priority amount: $85.43

---

**2.633** | **Priority creditor's name and mailing address**
VALLEE, KAREN A.
31 PROSPECT ST
CRANSTON, RI  02910

**Date or dates debt was incurred**
EMP ANNIVERSAY YTD

**Last 4 digits of account number:** 7778

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION VACATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $1,505.68    Priority amount: $1,505.68

| **Part 1:** | **Additional Page** |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

---

**2.634**

**Priority creditor's name and mailing address**

VALLEE, KAREN A.
31 PROSPECT ST
CRANSTON, RI  02910

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 7778

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: $534.96    Priority amount: $534.96

---

**2.635**

**Priority creditor's name and mailing address**

VARELAMILLAN, ANDREW
588 S MAIN ST 1F
FALL RIVER, MA  02721

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 2467

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: $193.82    Priority amount: $193.82

---

**2.636**

**Priority creditor's name and mailing address**

VARSITY BEVERAGE CO.
P.O. BOX 2227
CONWAY, NH  03818

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 7167

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(B)(9)

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: $249.01    Priority amount: $209.02

---

**2.637**

**Priority creditor's name and mailing address**

VAUGHN-FULFORD, TANOA
15 CEDAR MEADOWS DRIVE
EAST FALMOUTH, MA  02536

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 7727

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: $48.98    Priority amount: $48.98

---

**2.638**

**Priority creditor's name and mailing address**

VEGA, ZORAYA V.
580 DICKINSON STREET
SPRINGFIELD, MA  01108

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 8251

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: $542.65    Priority amount: $542.65

---

| **Part 1:** | **Additional Page** |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.639 | **Priority creditor's name and mailing address**<br>VELAZQUEZ, ALEXANDER K.<br>71 COUNTY CLUB CIRCLE<br>PLANTSVILLE, CT  06479<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 4074<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $165.47 | $165.47 |
| 2.640 | **Priority creditor's name and mailing address**<br>VELIZ, BYRON J.<br>235 W MAIN STREET #4<br>MARLBORO, MA  01752<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 1047<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $164.86 | $164.86 |
| 2.641 | **Priority creditor's name and mailing address**<br>VELIZ, MARIO V.<br>47 MECHANIC ST<br>MARLBORO, MA  01752<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 4109<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $58.80 | $58.80 |
| 2.642 | **Priority creditor's name and mailing address**<br>VENTURA, DANIEL J.<br>166 LANGLEY STREET<br>FALL RIVER, MA  02720<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 9131<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $173.91 | $173.91 |
| 2.643 | **Priority creditor's name and mailing address**<br>VERMONT DEPT. OF TAXES<br>P.O. BOX 547<br>WITHHOLDING TAX<br>MONTPELIER, VT  05601<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TAXES 11/4/2018 PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $103.68 | $103.68 |

(Name)

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.644 | **Priority creditor's name and mailing address**<br>VESPA, MATTHEW C.<br>600 PROVIDENCE HIGHWAY<br>DEDHAM, MA 02026<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 3693<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $166.90 | $166.90 |
| 2.645 | **Priority creditor's name and mailing address**<br>VIEIRA, MELISSA J.<br>78 LINDA DR #100<br>COVENTRY, RI 02816<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 1694<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $205.02 | $205.02 |
| 2.646 | **Priority creditor's name and mailing address**<br>VIEIRA, TRENA L.<br>49 ANAWAN ST.<br>SOMERSET, MA 02725<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 3671<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $139.15 | $139.15 |
| 2.647 | **Priority creditor's name and mailing address**<br>VILLODAS, PETER J.<br>22A GARAFALO DRIVE<br>EAST WEYMOUTH, MA 02189<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 3560<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $38.90 | $38.90 |
| 2.648 | **Priority creditor's name and mailing address**<br>VIVEIROS, ABEL<br>324 MERIDIAN STREET<br>FALL RIVER, MA 02720<br><br>**Date or dates debt was incurred**<br>EMP ANNIVERSAY YTD<br><br>**Last 4 digits of account number:** 4527<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION VACATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,461.60 | $3,461.60 |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|--|--|-------------|-----------------|

**2.649** | **Priority creditor's name and mailing address**

VIVEIROS, ABEL
324 MERIDIAN STREET
FALL RIVER, MA  02720

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 4527

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $1,376.38  Priority amount: $1,376.38

---

**2.650** | **Priority creditor's name and mailing address**

VOLLMUTH, BRITTANY M.
2 CHRIS WAY
SOUTH DENNIS, MA  02660

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 3660

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $101.99  Priority amount: $101.99

---

**2.651** | **Priority creditor's name and mailing address**

VOYNOVA, DIMITRIA Y.
15 PLEASANT STREET APT 24N
HARWICH PORT, MA  02646

**Date or dates debt was incurred**

10/29/18 - 11/4/18

**Last 4 digits of account number:** 6803

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $309.73  Priority amount: $309.73

---

**2.652** | **Priority creditor's name and mailing address**

VOYNOVA, DIMITRIA Y.
15 PLEASANT STREET APT 24N
HARWICH PORT, MA  02646

**Date or dates debt was incurred**

EMP ANNIVERSAY YTD

**Last 4 digits of account number:** 6803

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION VACATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $180.00  Priority amount: $180.00

---

**2.653** | **Priority creditor's name and mailing address**

W.B. MASON
P.O. BOX 981101
BOSTON, MA  02298

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 0586

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
503(B)(9)

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $15,866.60  Priority amount: $1,817.34

| Part 1: | Additional Page |
|---|---|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.654 | **Priority creditor's name and mailing address**<br>WALKER, JONEE<br>95 DAVISON ST APT 12<br>HYDE PARK, MA  02136<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 6952<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $194.97 | $194.97 |
| 2.655 | **Priority creditor's name and mailing address**<br>WALSH, EVAN C.<br>193 LEVIN ROAD<br>ROCKLAND, MA  02370<br><br>**Date or dates debt was incurred**<br>EMP ANNIVERSAY YTD<br><br>**Last 4 digits of account number:** 9565<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION VACATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $768.75 | $768.75 |
| 2.656 | **Priority creditor's name and mailing address**<br>WALSH, EVAN C.<br>193 LEVIN ROAD<br>ROCKLAND, MA  02370<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 9565<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $357.99 | $357.99 |
| 2.657 | **Priority creditor's name and mailing address**<br>WALSH, GRIFFIN T.<br>600 PROVIDENCE HIGHWAY<br>DEDHAM, MA  02026<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 7372<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $157.69 | $157.69 |
| 2.658 | **Priority creditor's name and mailing address**<br>WALTON, ANGELA C.<br>1221 SOMERVILLE STREET<br>MANCHESTER, NH  03103<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 2003<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $665.36 | $665.36 |

| **Part 1:** | **Additional Page** |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.659 | **Priority creditor's name and mailing address**<br><br>WALZ, MELISSA S.<br>655 TALCOTTVILLE RD,#6<br>VERNON, CT  06066<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 9082<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $367.43 | $367.43 |
| 2.660 | **Priority creditor's name and mailing address**<br><br>WASHER, MELISSA L.<br>4 MEMORIAL DRIVE<br>TROY, NH  03465-2300<br><br>**Date or dates debt was incurred**<br><br>EMP ANNIVERSAY YTD<br><br>**Last 4 digits of account number:** 9095<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION VACATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $1,011.58 | $1,011.58 |
| 2.661 | **Priority creditor's name and mailing address**<br><br>WASHER, MELISSA L.<br>4 MEMORIAL DRIVE<br>TROY, NH  03465-2300<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 9095<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $822.21 | $822.21 |
| 2.662 | **Priority creditor's name and mailing address**<br><br>WEBB, DONNA M.<br>23 CLYDE STREET<br>WEST WARWICK, RI  02893<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 0916<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $296.78 | $296.78 |
| 2.663 | **Priority creditor's name and mailing address**<br><br>WEBBER, KIMBERLY D.<br>20 CHESTNUT ROAD<br>AVON, MA  02322<br><br>**Date or dates debt was incurred**<br><br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 3296<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $386.88 | $386.88 |

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.664** | **Priority creditor's name and mailing address**
WEBBER, KIMBERLY D.
20 CHESTNUT ROAD
AVON, MA 02322

**Date or dates debt was incurred**
EMP ANNIVERSAY YTD

**Last 4 digits of account number:** 3296

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION VACATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $39.00     Priority amount: $39.00

---

**2.665** | **Priority creditor's name and mailing address**
WHEELER, CHARLES L.
50 HIDEAWAY LANE
WAREHAM, MA 02538

**Date or dates debt was incurred**
EMP ANNIVERSAY YTD

**Last 4 digits of account number:** 2083

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION VACATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $1,166.04     Priority amount: $1,166.04

---

**2.666** | **Priority creditor's name and mailing address**
WHEELER, CHARLES L.
50 HIDEAWAY LANE
WAREHAM, MA 02538

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 2083

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $933.42     Priority amount: $933.42

---

**2.667** | **Priority creditor's name and mailing address**
WHEELINGS, KIYANA R.
782 ROCK ST
FALL RIVER, MA 02720

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 4807

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $284.88     Priority amount: $284.88

---

**2.668** | **Priority creditor's name and mailing address**
WHELAN, EMILEE J.
64 NOTRE DAME AV
CUMBERLAND, RI 02864

**Date or dates debt was incurred**
10/29/18 - 11/4/18

**Last 4 digits of account number:** 0756

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION PAYROLL

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $248.07     Priority amount: $248.07

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.669 | **Priority creditor's name and mailing address**<br>WILCOX, ADAM<br>499 WAQUOIT HIGHWAY<br>FALMOUTH, MA 02536<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 7029<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $253.60 | $253.60 |
| 2.670 | **Priority creditor's name and mailing address**<br>WILLIAMS, SAMANTHA J.<br>600 PROVIDENCE HIGHWAY<br>DEDHAM, MA 02026<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 0349<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $68.15 | $68.15 |
| 2.671 | **Priority creditor's name and mailing address**<br>WILSON, COREY<br>19 BANK STREET APT. 3F<br>WEST WARWICK, RI 02893<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 3908<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $221.75 | $221.75 |
| 2.672 | **Priority creditor's name and mailing address**<br>WILSON, GARIETH N.<br>224 CARLTON ST.<br>PROVIDENCE, RI 02908<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 9882<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $63.19 | $63.19 |
| 2.673 | **Priority creditor's name and mailing address**<br>WINELAND, ERIC A.<br>230 FLINT AVE<br>CRANSTON, RI 02910<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 5945<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $226.01 | $226.01 |

| Part 1: | Additional Page |
|---|---|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

| 2.674 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,038.48 | $1,038.48 |
| | WISEMAN-SIMONELLI, EANNE E.<br>31 WINCHESTER DRIVE<br>EAST FALMOUTH, MA 02536 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred**<br>EMP ANNIVERSAY YTD | **Basis for the claim:**<br>PRE-PETITION VACATION | | |
| | **Last 4 digits of account number:** 6462 | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

| 2.675 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $722.81 | $722.81 |
| | WISEMAN-SIMONELLI, EANNE E.<br>31 WINCHESTER DRIVE<br>EAST FALMOUTH, MA 02536 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred**<br>10/29/18 - 11/4/18 | **Basis for the claim:**<br>PRE-PETITION PAYROLL | | |
| | **Last 4 digits of account number:** 6462 | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

| 2.676 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $335.93 | $335.93 |
| | WORD, QUASHAN J.<br>7-3 SGT GREENE WAY<br>NEWPORT, RI 02840 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred**<br>10/29/18 - 11/4/18 | **Basis for the claim:**<br>PRE-PETITION PAYROLL | | |
| | **Last 4 digits of account number:** 4345 | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

| 2.677 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $718.09 | $718.09 |
| | YELINEK, CHRISTIE A.<br>15 HAYNES HILL ROAD<br>WALES, MA 01081 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred**<br>10/29/18 - 11/4/18 | **Basis for the claim:**<br>PRE-PETITION PAYROLL | | |
| | **Last 4 digits of account number:** 6498 | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

| 2.678 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $211.64 | $211.64 |
| | YELINEK, CHRISTIE A.<br>15 HAYNES HILL ROAD<br>WALES, MA 01081 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | **Date or dates debt was incurred**<br>EMP ANNIVERSAY YTD | **Basis for the claim:**<br>PRE-PETITION VACATION | | |
| | **Last 4 digits of account number:** 6498 | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

| **Part 1:** | **Additional Page** | | | |
| --- | --- | --- | --- | --- |

| | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |
| 2.679 | **Priority creditor's name and mailing address**<br>YOUNG, DEBORAH M.<br>1A CARILLON DR<br>ROCKT HILL, CT 06067<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 8037<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $217.84 | $217.84 |
| 2.680 | **Priority creditor's name and mailing address**<br>YOUSSEF, HANNA<br>34 LINDA AVE<br>MILBURY, MA 01527<br><br>**Date or dates debt was incurred**<br>EMP ANNIVERSAY YTD<br><br>**Last 4 digits of account number:** 8644<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION VACATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $807.72 | $807.72 |
| 2.681 | **Priority creditor's name and mailing address**<br>YOUSSEF, HANNA<br>34 LINDA AVE<br>MILBURY, MA 01527<br><br>**Date or dates debt was incurred**<br>10/29/18 - 11/4/18<br><br>**Last 4 digits of account number:** 8644<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $528.87 | $528.87 |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | **Amount of claim** |
| --- | --- | --- | --- |
| 3.1 | **Nonpriority creditor's name and mailing address**<br>1349-1351 HYDE PARK AVENUE, LLC<br>C/O BRUNO A. SCHIAVO<br>79 WALKER ROAD<br>WESTWOOD, MA 02090<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>LEASE OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $1,414.38 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>1349-1351 HYDE PARK AVENUE, LLC<br>C/O BRUNO A. SCHIAVO<br>79 WALKER ROAD<br>WESTWOOD, MA 02090<br><br>**Date or dates debt was incurred**<br>10/29/2018<br><br>**Last 4 digits of account number:** 4394 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>LEASE OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $1,300.00 |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3**

**Nonpriority creditor's name and mailing address**

214 REALTY
C/O THOMAS E. HODGE
53 WILTON AVENUE
PAWTUCKET, RI  02861

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,208.90

---

**3.4**

**Nonpriority creditor's name and mailing address**

214 REALTY
C/O THOMAS E. HODGE
53 WILTON AVENUE
PAWTUCKET, RI  02861

**Date or dates debt was incurred**

10/29/2018

**Last 4 digits of account number: 5851**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,465.27

---

**3.5**

**Nonpriority creditor's name and mailing address**

3 Z REALTY, LLC
23 WASHINGTON STREET
WEST WARWICK, RI  02893

**Date or dates debt was incurred**

10/29/2018

**Last 4 digits of account number: 9648**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

$562.50

---

**3.6**

**Nonpriority creditor's name and mailing address**

375 PUTNAM PIKE LLC
C/O DFI
63 ATLANTIC AVENUE
BOSTON, MA  02110

**Date or dates debt was incurred**

10/29/2018

**Last 4 digits of account number: 8198**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,158.50

---

**3.7**

**Nonpriority creditor's name and mailing address**

409 COLUMBIA ROAD NOMINEE TRUST
P.O. BOX 844061
BOSTON, MA  02284-4061

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1145**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,129.22

**Part 2:**    Additional Page

| | | Amount of claim |
|---|---|---|

| 3.8 | **Nonpriority creditor's name and mailing address**<br><br>409 COLUMBIA ROAD NOMINEE TRUST<br>P.O. BOX 844061<br>BOSTON, MA  02284-4061<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION UTILITIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $590.78 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br><br>548 DARTMOUTH ST REALTY<br>C/O USA DEVELOPMENT<br>636 COUNTY ST<br>TAUNTON, MA  02780<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>LEASE OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,067.70 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br><br>548 DARTMOUTH ST REALTY<br>C/O USA DEVELOPMENT<br>636 COUNTY ST<br>TAUNTON, MA  02780<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** 6724 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>LEASE OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,763.54 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br><br>548 DARTMOUTH ST REALTY<br>C/O USA DEVELOPMENT<br>636 COUNTY ST<br>TAUNTON, MA  02780<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>LEASE OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,904.35 |
| 3.12 | **Nonpriority creditor's name and mailing address**<br><br>548 DARTMOUTH STREET REALTY<br>C/O USA DEVELOPMENT<br>636 COUNTY ST<br>TAUNTON, MA  02780<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION UTILITIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,099.31 |

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

### 3.13

**Nonpriority creditor's name and mailing address**

95859611-NATIONAL GRID- RI BRANCH
ACCT# 27872-55012
PO BOX 11739
NEWARK, NJ 07101-4014

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7591**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,279.43

### 3.14

**Nonpriority creditor's name and mailing address**

AAA SECURITY
221 NECK RD
ROCHESTER, MA 02770

**Date or dates debt was incurred**

9/26/2018

**Last 4 digits of account number: 6108**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$179.00

### 3.15

**Nonpriority creditor's name and mailing address**

ACE SERVICE CO., INC.        30767
27766 NETWORK PLACE
LOCKBOCK 27766
CHICAGO, IL 60673-1277

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2424**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,565.74

### 3.16

**Nonpriority creditor's name and mailing address**

ALBERT RIZZO INCORPORATED
3388 BERLIN TURNPIKE
NEWINGTON, CT 06111

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5235**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,463.38

### 3.17

**Nonpriority creditor's name and mailing address**

ALBERT RIZZO INCORPORATED
3388 BERLIN TURNPIKE
NEWINGTON, CT 06111

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,154.00

| **Part 2:** | Additional Page | |

| | | Amount of claim |

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,629.76 |
|---|---|---|---|

AQUA BARRIERS INC.
P.O. BOX 95
NORFOLK, MA  02056

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number: 3513**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,146.24 |

ATHANAS, SPIROS
C/O MR. MORRIS J. GORDON
990 PARADISE ROAD
SWAMPSCOTT, MA  01907

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

10/29/2018

**Basis for the claim:**
LEASE OBLIGATIONS

**Last 4 digits of account number: 7062**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $219.85 |

ATLANTIC BROADBAND
PO BOX 371801
PITTSBURGH, PA  15250-7801

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number: 8041**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $41.99 |

AVON WATER COMPANY
P.O. BOX 424
AVON, CT  06001

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
PRE-PETITION UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,183.61 |

BARBER ELECTRIC, INC.
178 FITCHVILLE RD
BOZRAH, CT  06334

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number: 2526**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $51.14 |
| --- | --- | --- | --- |
| | BARNSTABLE WATER COMPANY <br> 47 OLD YARMOUTH ROAD <br> HYANNIS, MA  02601 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> PRE-PETITION UTILITIES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $9,375.00 |
| --- | --- | --- | --- |
| | BENU GROUP LLC <br> C/O BANK OF AMERICA <br> PO BOX 105576 <br> ATLANTA, GA  30348-5576 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> LEASE OBLIGATIONS | |
| | **Last 4 digits of account number:** 4774 | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $3,876.20 |
| --- | --- | --- | --- |
| | BETTER IMAGE APPAREL INC <br> 174 DUCHAINE BLVD UNIT C <br> NEW BEDFORD, MA  02745 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> TRADE PAYABLE | |
| | **Last 4 digits of account number:** 1896 | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $1,561.17 |
| --- | --- | --- | --- |
| | BJ REALTY PARTNERSHIP <br> P.O. BOX 519 <br> W. BRIDGEWATER, MA  02379 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> 10/29/2018 | **Basis for the claim:** <br> LEASE OBLIGATIONS | |
| | **Last 4 digits of account number:** 2870 | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $65.00 |
| --- | --- | --- | --- |
| | BJC REAL ESTATE PARTNERSHIP <br> P.O. BOX 519 <br> W. BRIDGEWATER, MA  02379 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> PRE-PETITION UTILITIES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.28** | **Nonpriority creditor's name and mailing address**

BJC REAL ESTATE PARTNERSHIP
P.O. BOX 519
323 MANLEY STREET
W. BRIDGEWATER, MA 02379

**Date or dates debt was incurred**

10/29/2018

**Last 4 digits of account number: 7712**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,395.08

---

**3.29** | **Nonpriority creditor's name and mailing address**

BOSTON LOCK & SAFE CO. INC.        1401
30 LINCOLN STREET
BRIGHTON, MA 02135

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5508**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$97.24

---

**3.30** | **Nonpriority creditor's name and mailing address**

BOTSOLIS FAMILY REVOCABLE TRUST
C/O JAMES BOTSOLIS
102 PLAIN STREET
BRAINTREE, MA 02184

**Date or dates debt was incurred**

10/29/2018

**Last 4 digits of account number: 2555**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

$687.50

---

**3.31** | **Nonpriority creditor's name and mailing address**

BOURQUE HEATING & COOLING CO INC
PO BOX 770
MARSTON MILLS, MA 02648

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 2516**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,704.55

---

**3.32** | **Nonpriority creditor's name and mailing address**

BOYLSTON DEVELOPMENT CORP
C/O BOYLSTON DEVELOPMENT CORP
PO BOX 1500
WESTBOROUGH, MA 01581

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,972.00

---

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.33** | **Nonpriority creditor's name and mailing address**
BOYLSTON DEVELOPMENT CORP
C/O BOYLSTON DEVELOPMENT CORP
PO BOX 1500
WESTBOROUGH, MA  01581

**Date or dates debt was incurred**
10/29/2018

**Last 4 digits of account number: 1772**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,146.99

---

**3.34** | **Nonpriority creditor's name and mailing address**
BRAINTREE ELECTRIC LIGHT          1642
150 POTTER ROAD
BRAINTREE, MA  02184

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 5701**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,656.49

---

**3.35** | **Nonpriority creditor's name and mailing address**
BRASK MALL SERVICES I
PO BOX 800335
HOUSTON, TX  77280

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 8201**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,139.97

---

**3.36** | **Nonpriority creditor's name and mailing address**
BRI  INC.
2 TAUNTON STREET
PLAINVILLE, MA  02762

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$434.65

---

**3.37** | **Nonpriority creditor's name and mailing address**
BRI INC
2 TAUNTON STREET
PLAINVILLE, MA  02762

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,193.19

| Part 2: | Additional Page | |
|---------|-----------------|---|

| | | Amount of claim |
|---|---|---|

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $569.50

**Nonpriority creditor's name and mailing address**
BRI INC
2 TAUNTON STREET
PLAINVILLE, MA 02762

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $569.50

---

**3.39**
**Nonpriority creditor's name and mailing address**
BRI INC
2 TAUNTON STREET
PLAINVILLE, MA 02762

**Date or dates debt was incurred**
10/29/2018

**Last 4 digits of account number:** 7405

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $540.08

---

**3.40**
**Nonpriority creditor's name and mailing address**
BROCKTON, CITY OF
OFFICE OF THE TAX COLLECTOR
P.O. BOX 1000
BROCKTON, MA 02303-1000

**Date or dates debt was incurred**
11/2/2018

**Last 4 digits of account number:** 5801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $676.96

---

**3.41**
**Nonpriority creditor's name and mailing address**
BROCKTON, CITY OF
OFFICE OF THE TAX COLLECTOR
P.O. BOX 1000
BROCKTON, MA 02303-1000

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $220.07

---

**3.42**
**Nonpriority creditor's name and mailing address**
BROOKSIDE MEZZANINE FUND
101 FEDERAL STREET
19TH FLOOR
BOSTON, MA 02110

**Date or dates debt was incurred**
6/1/2010

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MEZZANINE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $11,763,083.33

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.43** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $276.29

BURLINGTON, TOWN OF
WATER AND SEWER DIVSION
P.O. BOX 96
BURLINGTON, MA  01803

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

10/31/2018

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number: 7575**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $364.35

CAMBRIDGE PARTNERS
D/B/A CAMBRIDGESIDE GALLERIA
C/O NEW ENGLAND DEVELOPMENT
BOSTON, MA  02241-4074

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
PRE-PETITION UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,416.62

CAMBRIDGESIDE PARTNERS L.P.
D/B/A CAMBRIDGESIDE GALLERIA
C/O NEW ENGLAND DEVELOPMENT
BOSTON, MA  02241-4074

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

10/29/2018

**Basis for the claim:**
LEASE OBLIGATIONS

**Last 4 digits of account number: 0885**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $942.79

CANYON ENTERPRISES LLC
807 APACHE MOUNTAIN LANE
GEORGETOWN, TX  78633

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

10/29/2018

**Basis for the claim:**
LEASE OBLIGATIONS

**Last 4 digits of account number: 6343**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,124.23

CAPE TOWN PLAZA LLC
P.O. BOX 845416
BOSTON, MA  02284-5416

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

10/29/2018

**Basis for the claim:**
LEASE OBLIGATIONS

**Last 4 digits of account number: 7598**

**Is the claim subject to offset?**
☒ No
☐ Yes

(Name)

| **Part 2:** | Additional Page |
|----|----|

| | | Amount of claim |
|---|---|---|

**3.48** | **Nonpriority creditor's name and mailing address**

CAPE TOWN PLAZA LLC
P.O. BOX 845416
BOSTON, MA  02284-5416

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

$759.57

---

**3.49** | **Nonpriority creditor's name and mailing address**

CC CROMWELL, LP
C/O RIEGER HOMES
6 OLD NORTH PLANK ROAD, SUITE 102
NEWBURGH, NY  12550

**Date or dates debt was incurred**

10/29/2018

**Last 4 digits of account number:** 8096

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,359.64

---

**3.50** | **Nonpriority creditor's name and mailing address**

CIPOLLA, STEVEN A.
C/O NATIONAL CHAIN CO.
55 ACCESS ROAD
WARWICK, RI  02886

**Date or dates debt was incurred**

10/29/2018

**Last 4 digits of account number:** 4665

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,537.06

---

**3.51** | **Nonpriority creditor's name and mailing address**

CITIZENS BANK
ATTN: JONES LANG LASALLE
LOCKBOX OPERATIONS # 536227
PITTSBURGH, PA  15253-5904

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 2828

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,364.95

---

**3.52** | **Nonpriority creditor's name and mailing address**

CITY OF EVERETT
COLLECTORS OFFICE
484 BROADWAY
EVERETT, MA  02149

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$65.03

---

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,725.58 |
|---|---|---|---|

CITY OF FALL RIVER
TAX COLLECTOR
ONE GOVERNMENT CENTER
FALL RIVER, MA  02722

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PRE-PETITION UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $611.32 |
|---|---|---|---|

CITY OF KEENE, NH
PO BOX 544
KEENE, NH  03431-0544

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PRE-PETITION UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $878.00 |
|---|---|---|---|

CITY OF NEWPORT
DEPARTMENT OF UTILITIES
P.O. BOX 1195
PROVIDENCE, RI  02901-1195

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PRE-PETITION UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,909.63 |
|---|---|---|---|

CITY OF ROCHESTER
TAX COLLECTOR
P.O. BOX 981096
BOSTON, MA  02298-1096

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PRE-PETITION UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $188.45 |
|---|---|---|---|

CITY OF WARWICK-PRETREATMENT
SEWER AUTHORITY
PO BOX 2000
WARWICK, RI  02887

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PRE-PETITION UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

(Name)

| **Part 2:** | Additional Page |

|  | Amount of claim |
|---|---|

**3.58** | **Nonpriority creditor's name and mailing address**

CITY OF WARWICK-WATER & SEWER
TAX COLLECTOR'S OFFICE
PO BOX 2000
WARWICK, RI  02887

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,315.48

---

**3.59** | **Nonpriority creditor's name and mailing address**

CITY OF WOBURN
PO BOX 227
WOBURN, MA  01801-0327

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,820.67

---

**3.60** | **Nonpriority creditor's name and mailing address**

COLONIAL SHOPPING CENTER, INC.
85 RIVER ST.
WALTHAM, MA  02154

**Date or dates debt was incurred**

10/29/2018

**Last 4 digits of account number: 2065**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,583.33

---

**3.61** | **Nonpriority creditor's name and mailing address**

COLONY PLACE DEVELOPMENT, LLC
C/O CAMBRIDGE SAVINGS BANK
PO BOX 984001
BOSTON, MA  02298

**Date or dates debt was incurred**

10/29/2018

**Last 4 digits of account number: 8585**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,172.02

---

**3.62** | **Nonpriority creditor's name and mailing address**

COLUMBIA GAS
P.O. BOX 742514
CINCINNATI, OH  45274-2514

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3537**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,577.16

---

Debtor    DELOPS, INC.

(Name)

| **Part 2:** | Additional Page |

| | | Amount of claim |
|---|---|---|

---

**3.63** | **Nonpriority creditor's name and mailing address**
COMCAST
PO BOX 70219
PHILADELPHIA, PA  19176

**Date or dates debt was incurred**
10/15/2018

**Last 4 digits of account number: 2352**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$124.85

---

**3.64** | **Nonpriority creditor's name and mailing address**
COMMERCIAL REFRIGERATION SPECIALISTS
P.O. BOX 296
243 RANGEWAY RD.
N. BILLERICA, MA  01862

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 4047**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,902.13

---

**3.65** | **Nonpriority creditor's name and mailing address**
COMPTON REALTY LLC
ATTN: ALLEN J. MELLO
24 APPLETREE GREEN
NASHUA, NH  03062

**Date or dates debt was incurred**
10/29/2018

**Last 4 digits of account number: 3488**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,461.50

---

**3.66** | **Nonpriority creditor's name and mailing address**
CONCORD,  CITY OF
GENERAL SERVICES DEPT.
311 N STATE ST
CONCORD, NH  03301

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$186.58

---

**3.67** | **Nonpriority creditor's name and mailing address**
CONCORD, CITY OF
CITY HALL
41 GREEN STREET
CONCORD, NH  03301

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 0317**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$196.86

---

(Name)

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.68** | **Nonpriority creditor's name and mailing address**

CONNECTICUT NATURAL GAS CORP   3133
P.O. BOX 9245
CHELSEA, MA  02150-9245

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 1078**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$807.29

---

**3.69** | **Nonpriority creditor's name and mailing address**

CONNECTICUT WATER
PO BOX 981015
BOSTON, MA  02298-1015

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$100.82

---

**3.70** | **Nonpriority creditor's name and mailing address**

CONNECTICUT WATER COMPANY
PO BOX 981015
BOSTON, MA  02298-1015

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5246**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$460.72

---

**3.71** | **Nonpriority creditor's name and mailing address**

CONSTELLATION
PO BOX 5472
CAROL STREAM, IL  60197-4640

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7159**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,502.33

---

**3.72** | **Nonpriority creditor's name and mailing address**

CONSTELLATION NEW ENERGY
PO BOX 4640
CAROL STREAM, IL  60197-4640

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 8907**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,991.49

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $741.69 |
|---|---|---|---|

CONWAY, TOWN OF
TAX COLLECTOR
1634 EAST MAIN STREET
CENTER CONWAY, NH  03813

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

11/1/2018

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number: 9444**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,596.36 |
|---|---|---|---|

COUNTRYWIDE GLASS & DOOR SERVICE INC.
220 NORFOLK STREET, 2ND FL
WALPOLE, MA  02081

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number: 7148**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,600.00 |
|---|---|---|---|

COUTO REALTY CO. INC.
C/O JOSE M. COUTO
100 ELM STREET
NORTH EASTON, MA  02356

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

10/29/2018

**Basis for the claim:**
LEASE OBLIGATIONS

**Last 4 digits of account number: 0158**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $758.76 |
|---|---|---|---|

CREFII SILVER CITY LLC
SILVER CITY GALLERIA, MALL OFFICE
2 GALLERIA MALL DRIVE
TAUNTON, MA  02780

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
LEASE OBLIGATIONS

**Last 4 digits of account number: 6865**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,261.75 |
|---|---|---|---|

D'ANGELO / UPHAM JOINT VENTURE
P.O. BOX 519
W. BRIDGEWATER, MA  02379

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

10/29/2018

**Basis for the claim:**
LEASE OBLIGATIONS

**Last 4 digits of account number: 5746**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

---

| 3.78 | **Nonpriority creditor's name and mailing address**<br><br>D'ANGELO INC.<br>P.O. BOX 519<br>W. BRIDGEWATER, MA 02379<br><br>**Date or dates debt was incurred**<br><br>10/29/2018<br><br>**Last 4 digits of account number: 4661** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>LEASE OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,310.17 |
|---|---|---|---|

---

| 3.79 | **Nonpriority creditor's name and mailing address**<br><br>DEDHAM, TOWN OF<br>P.O. BOX 4103<br>WOBURN, MA 01888-4103<br><br>**Date or dates debt was incurred**<br><br>11/4/2018<br><br>**Last 4 digits of account number: 2966** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $45.20 |

---

| 3.80 | **Nonpriority creditor's name and mailing address**<br><br>DEDHAM-WESTWOOD WATER DISTRICT<br>PO BOX 240<br>READING, MA 01867-0340<br><br>**Date or dates debt was incurred**<br><br>11/4/2018<br><br>**Last 4 digits of account number: 1238** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30.18 |

---

| 3.81 | **Nonpriority creditor's name and mailing address**<br><br>DELUCA, PAUL M.<br>C/O GENERAL FLOORING<br>208 MAIN STREET<br>WEYMOUTH, MA 02188<br><br>**Date or dates debt was incurred**<br><br>10/29/2018<br><br>**Last 4 digits of account number: 2627** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>LEASE OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,743.41 |

---

| 3.82 | **Nonpriority creditor's name and mailing address**<br><br>DJM NNN II, LLC<br>C/O DJM CAPITAL PARTNERS INC.<br>60 SOUTH MARKET ST - STE 1120<br>SAN JOSE, CA 95113<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>LEASE OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,920.82 |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.83 | **Nonpriority creditor's name and mailing address**<br><br>DJM NNN II, LLC<br>C/O DJM CAPITAL PARTNERS INC.<br>60 SOUTH MARKET ST - STE 1120<br>SAN JOSE, CA  95113<br><br>**Date or dates debt was incurred**<br><br>10/29/2018<br><br>**Last 4 digits of account number: 9037** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>LEASE OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,901.41 |
| 3.84 | **Nonpriority creditor's name and mailing address**<br><br>DP1,LLC<br>C/O WINDSOR MANAGEMENT COMPANY<br>MALLARD CROSSING BUSINESS CENTER<br>SOUTH WINDSOR, CT  06074<br><br>**Date or dates debt was incurred**<br><br>10/29/2018<br><br>**Last 4 digits of account number: 9097** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>LEASE OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,418.58 |
| 3.85 | **Nonpriority creditor's name and mailing address**<br><br>E&A NORTHEAST LIMITED PARTNERS<br>DEPARTMENT #2142<br>P.O. BOX 842724<br>BOSTON, MA  02284-2724<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION UTILITIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $73.58 |
| 3.86 | **Nonpriority creditor's name and mailing address**<br><br>E&A NORTHEAST LIMITED PARTNERSHIP<br>DEPARTMENT #2142<br>P.O. BOX 842724<br>BOSTON, MA  02284-2724<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 3876** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>LEASE OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,931.08 |
| 3.87 | **Nonpriority creditor's name and mailing address**<br><br>E&A NORTHEAST LIMITED PARTNERSHIP<br>DEPARTMENT 2142<br>P.O. BOX 842724<br>BOSTON, MA  02284-2724<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>LEASE OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,344.00 |

| **Part 2:** | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.88 | **Nonpriority creditor's name and mailing address**<br>EAST COAST FIRE & VENTILATION<br>21 PATTERSON BROOK RD<br>SUITE G<br>WEST WAREHAM, MA  02576<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: 8643** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,876.21 |
| --- | --- | --- |
| 3.89 | **Nonpriority creditor's name and mailing address**<br>EAST PROVIDENCE,  CITY OF<br>TAX COLLECTOR<br>145 TAUNTON AVENUE<br>EAST PROVIDENCE, RI  02914-4505<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION UTILITIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,033.94 |
| 3.90 | **Nonpriority creditor's name and mailing address**<br>ELGE PLUMBING & HEATING INC<br>PO BOX 1070<br>BURLINGTON, MA  01803<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: 0665** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20,179.32 |
| 3.91 | **Nonpriority creditor's name and mailing address**<br>ENGIE RESOURCES<br>PO BOX 9001025<br>LOUISVILLE, KY  40290-1025<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: 7986** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20,844.75 |
| 3.92 | **Nonpriority creditor's name and mailing address**<br>EQUITY ONE (NORTHEAST PORTFOLIO) LLC<br>EQUITY ONE (NORTHEAST PORTFOLIO) LLC<br>PO BOX 844235<br>BOSTON, MA  02284-4235<br><br>**Date or dates debt was incurred**<br>10/29/2018<br><br>**Last 4 digits of account number: 6601** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>LEASE OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,653.17 |

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.93** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $729.17
Check all that apply.

EVANS, THOMAS R.
271 WEST POND MEADOW ROAD
WESTBROOK, CT  06498

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

10/29/2018

**Basis for the claim:**
LEASE OBLIGATIONS

**Last 4 digits of account number: 7657**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $157.66
Check all that apply.

EVERETT, CITY OF
COLLECTORS OFFICE
484 BROADWAY
EVERETT, MA  02149

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

10/31/2018

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number: 8902**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,268.80
Check all that apply.

EVERSOURCE
P.O. BOX 660753
DALLAS, TX  75266-0753

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number: 2473**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,161.37
Check all that apply.

EVERSOURCE
PO BOX 56002
BOSTON, MA  02205-6002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number: 7617**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,681.71
Check all that apply.

EVERSOURCE
PO BOX 56003
BOSTON, MA  02205-6003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number: 7625**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| 3.98 | **Nonpriority creditor's name and mailing address**<br><br>EVERSOURCE<br>PO BOX 56004<br>BOSTON, MA  02205-6004<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 7609** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,029.73 |
| 3.99 | **Nonpriority creditor's name and mailing address**<br><br>EVERSOURCE ENERGY<br>PO BOX 56002<br>BOSTON, MA  02205-6007<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1552** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,403.87 |
| 3.100 | **Nonpriority creditor's name and mailing address**<br><br>EVERSOURCE ENERGY<br>PO BOX 56007<br>BOSTON, MA  02205-6007<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 4809** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,626.15 |
| 3.101 | **Nonpriority creditor's name and mailing address**<br><br>FALL RIVER, CITY OF<br>TAX COLLECTOR<br>ONE GOVERNMENT CENTER<br>FALL RIVER, MA  02722<br><br>**Date or dates debt was incurred**<br><br>10/23/2018<br><br>**Last 4 digits of account number: 7153** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $676.48 |
| 3.102 | **Nonpriority creditor's name and mailing address**<br><br>FLOYD REALTY CO INC<br>PO BOX 3797<br>BOSTON, MA  02241-3797<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 5662** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>LEASE OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,655.83 |

| **Part 2:** | Additional Page | |
|-------------|-----------------|---|

|  |  | **Amount of claim** |
|---|---|---|

---

**3.103** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,079.83
*Check all that apply.*

FRAMINGHAM, TOWN OF
COLLECTOR WATER DEPARTMENT
MEMORIAL BUILDING
FRAMINGHAM, MA 01701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
PRE-PETITION UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $394.60
*Check all that apply.*

FRESH & FANCY FARMS INC.
669 ELMWOOD AVENUE
PROVIDENCE, RI 02907-3313

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

10/25/2018

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number: 8362**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $167.97
*Check all that apply.*

FRONTIER COMMUNICATIONS
PO BOX 740407
CINCINNATI, OH 45274-0407

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number: 1717**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,562.43
*Check all that apply.*

GALLAGHER ELECTRIC CO.,INC.
C/O BARBARA
16 ARROW STREET
MIDDLETON, MA 01949

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number: 3435**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $447.00
*Check all that apply.*

GASKET GUY OF NEW HAMPSHIRE
17 WASHINGTON STREET
HUDSON, NH 03051

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

10/3/2018

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number: 3541**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | Additional Page | | | |
|---|---|---|---|---|
| | | | | **Amount of claim** |

---

**3.108** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,431.27
Check all that apply.

GRANITE STREET REALTY CORP.
845 WASHINGTON STREET
BRAINTREE, MA  02184

**Date or dates debt was incurred**

10/29/2018

**Last 4 digits of account number:** 4650

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,443.00
Check all that apply.

GREEN ACRE WOODLANDS
ROBERT L. MARCALUS
P.O. BOX 444
ELMWOOD PARK, NJ  07407

**Date or dates debt was incurred**

10/29/2018

**Last 4 digits of account number:** 9045

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,582.91
Check all that apply.

GREEN ELECTRIC INC.
GREEN ELECTRIC
10 DRAPER STREET UNIT 17
WOBURN, MA  01801

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 9360

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $983.46
Check all that apply.

HANLON, JEAN MARIE
C/O LAW OFFICE OF GEORGE G. BURKE
339 HANCOCK STREET
QUINCY, MA  02171

**Date or dates debt was incurred**

10/29/2018

**Last 4 digits of account number:** 8568

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $372.00
Check all that apply.

HARRIS-WARREN COMMERCIAL KITCHENS
583 FOREST ROAD - UNIT F
WEST YARMOUTH, MA  02673

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 3569

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.113 | **Nonpriority creditor's name and mailing address**<br><br>HARTFORD LIFE INS. CO<br>55 FARMINGTON AVE<br>11TH FLOOR<br>HARTFORD, CT  06144-1744<br><br>**Date or dates debt was incurred**<br>6/1/2010<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MEZZANINE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $28,090,780.31 |

| | | |
|---|---|---|
| 3.114 | **Nonpriority creditor's name and mailing address**<br><br>HERCULES REALTY TRUST<br>PO BOX 442<br>2 WASHINGTON STREET<br>FOXBORO, MA  02035<br><br>**Date or dates debt was incurred**<br>10/29/2018<br><br>**Last 4 digits of account number:** 7361 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>LEASE OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $962.50 |

| | | |
|---|---|---|
| 3.115 | **Nonpriority creditor's name and mailing address**<br><br>HERCULES REALTY TRUST<br>PO BOX 442<br>2 WASHINGTON STREET<br>FOXBORO, MA  02035<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>LEASE OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $606.02 |

| | | |
|---|---|---|
| 3.116 | **Nonpriority creditor's name and mailing address**<br><br>HERCULES REALTY TRUST<br>PO BOX 442<br>2 WASHINGTON STREET<br>FOXBORO, MA  02035<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>LEASE OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $590.74 |

| | | |
|---|---|---|
| 3.117 | **Nonpriority creditor's name and mailing address**<br><br>HILTON SERVICE          5721<br>LEONARD W. MALLOCH<br>P.O. BOX 335<br>SOUTH WEYMOUTH, MA  02190<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** 0656 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,635.91 |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,001.46 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

3.118
H-I-M MECHANICAL SYSTEMS, INC.
90 FIRST STREET
BRIDGEWATER, MA 02324

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 4071**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,001.46

---

3.119
HOFFMAN, HARVEY
85 BREWSTER RD.
WEST HARTFORD, CT 06117

**Date or dates debt was incurred**
10/29/2018

**Last 4 digits of account number: 0354**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,083.33

---

3.120
HOME & COMMERCIAL SECURITY INC.
44 BLANDING ROAD
REHOBOTH, MA 02769

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 3801**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$325.00

---

3.121
HTH INC
711 JACKSON AVENUE
WINTER PARK, FL 32789

**Date or dates debt was incurred**
10/12/2018

**Last 4 digits of account number: 5449**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$805.48

---

3.122
HYANNIS WATER SYSTEM
P.O. BOX 731
READING, MA 01867-0405

**Date or dates debt was incurred**
11/4/2018

**Last 4 digits of account number: 7225**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$182.72

| Debtor | DELOPS, INC. | Case 18-12545-MFW    Doc 5    Filed 01/04/19    Page 226 of 284 |
|--------|--------------|---------------------|

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.123 | **Nonpriority creditor's name and mailing address**<br><br>IRELAND, GEORGE E.<br>BANK OF AMERICA<br>ATLANTA BANK BY MAIL<br>ATLANTA, GA  30348<br><br>**Date or dates debt was incurred**<br>10/29/2018<br><br>**Last 4 digits of account number: 8744** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>LEASE OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,067.57 |
| 3.124 | **Nonpriority creditor's name and mailing address**<br><br>IRVING OIL CORP<br>PO BOX 11013<br>LEWISTON, ME  04243<br><br>**Date or dates debt was incurred**<br>10/22/2018<br><br>**Last 4 digits of account number: 7620** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $573.81 |
| 3.125 | **Nonpriority creditor's name and mailing address**<br><br>JIMMY FUND<br>C/O KATIE BROWN<br>10 BROOKLINE PLACE WEST, 6TH FL.<br>BROOKLINE, MA  02445-7226<br><br>**Date or dates debt was incurred**<br>10/1/2018<br><br>**Last 4 digits of account number: 2180** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $76,048.00 |
| 3.126 | **Nonpriority creditor's name and mailing address**<br><br>JOBEL SHOPPERSTOWN<br>C/O JOBEL REALTY INC<br>76 WALNUT ST, P.O. BOX 4207<br>DEDHAM, MA  02027-4207<br><br>**Date or dates debt was incurred**<br>10/29/2018<br><br>**Last 4 digits of account number: 9130** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>LEASE OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,243.34 |
| 3.127 | **Nonpriority creditor's name and mailing address**<br><br>JOE WARREN AND SONS CO, INC<br>50 KERRY PLACE<br>NORWOOD, MA  02062<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: 5921** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,481.75 |

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |
| 3.128 | **Nonpriority creditor's name and mailing address**<br><br>JOHN C. STERGIOU<br>95 N ACRE ROAD<br>MANCHESTER, NH  03104<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION UTILITIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $526.92 |
| 3.129 | **Nonpriority creditor's name and mailing address**<br><br>KAMCO SUPPLY COMPANY<br>P.O. BOX 4110<br>DEPARTMENT 5960<br>WOBURN, MA  01888-4110<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** 1611 | **As of the petition filing date, the claim is:**<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $383.59 |
| 3.130 | **Nonpriority creditor's name and mailing address**<br><br>KAUFMAN ASSOCIATES<br>P.O. BOX 1384<br>PROVIDENCE, RI  02901<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** 7785 | **As of the petition filing date, the claim is:**<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>LEASE OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,997.83 |
| 3.131 | **Nonpriority creditor's name and mailing address**<br><br>KECY FAMILY LIMITED PARTNERSHIP<br>C/O PHYLLIS GERVAIS<br>13 WYNDBROOK LANE<br>TYNGSBORO, MA  01879<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>LEASE OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,770.68 |
| 3.132 | **Nonpriority creditor's name and mailing address**<br><br>KECY FAMILY LIMITED PARTNERSHIP<br>C/O PHYLLIS GERVAIS<br>13 WYNDBROOK LANE<br>TYNGSBORO, MA  01879<br><br>**Date or dates debt was incurred**<br><br>10/29/2018<br><br>**Last 4 digits of account number:** 9657 | **As of the petition filing date, the claim is:**<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>LEASE OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,904.25 |

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|
| | | |

**3.133** | **Nonpriority creditor's name and mailing address**

KECY FAMILY LIMITED PARTNERSHIP
C/O PHYLLIS GERVAIS
13 WYNDBROOK LANE
TYNGSBORO, MA  01879

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,537.08

---

**3.134** | **Nonpriority creditor's name and mailing address**

KOERNER, BARBARA E.
1580 WAMPANOAG TRAIL - APT 305
BARRINGTON, RI  02806

**Date or dates debt was incurred**

10/29/2018

**Last 4 digits of account number:** 5628

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,660.25

---

**3.135** | **Nonpriority creditor's name and mailing address**

KSL, LLC
1405 DOUGLAS AVENUE
NORTH PROVIDENCE, RI  02904

**Date or dates debt was incurred**

10/29/2018

**Last 4 digits of account number:** 9302

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,668.10

---

**3.136** | **Nonpriority creditor's name and mailing address**

LACONIA WATER WORKS
P. O. BOX 6146
LAKEPORT, NH  03246-6146

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$227.94

---

**3.137** | **Nonpriority creditor's name and mailing address**

LACONIA WATER WORKS
P. O. BOX 6146
LAKEPORT, NH  03246-6146

**Date or dates debt was incurred**

10/31/2018

**Last 4 digits of account number:** 9586

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$40.00

---

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

---

**3.138** | **Nonpriority creditor's name and mailing address**

LACONIA, CITY OF
P.O. BOX 489
45 BEACON ST. EAST
LACONIA, NH 03247

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

$857.17

---

**3.139** | **Nonpriority creditor's name and mailing address**

LEVASSEUR, DONALD
81 POORE STREET
MANCHESTER, NH 03102

**Date or dates debt was incurred**
10/29/2018

**Last 4 digits of account number:** 5801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

$970.90

---

**3.140** | **Nonpriority creditor's name and mailing address**

LIBERTY UTILITIES NEW HAMPSHIRE
75 REMITTANCE DRIVE
SUITE 1032
CHICAGO, IL 60675-1032

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 5392

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,719.24

---

**3.141** | **Nonpriority creditor's name and mailing address**

LIBERTY UTILITIES NEW HAMPSHIRE
PO BOX 219501
KANSAS CITY, MO 64121-9501

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 1248

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$510.91

---

**3.142** | **Nonpriority creditor's name and mailing address**

LIBERTY UTILITIES NEW HAMPSHIRE
PO BOX 219599
KANSAS CITY, MO 64121-9599

**Date or dates debt was incurred**
10/22/2018

**Last 4 digits of account number:** 2241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$167.16

---

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.143** | **Nonpriority creditor's name and mailing address**

LINEAR RETAIL MILFORD #1 LLC
C/O CBRE GROSSMAN RETAIL ADVISORS
DEPARTMENT 240
WOBURN, MA  01888-4106

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 8711

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,967.48

---

**3.144** | **Nonpriority creditor's name and mailing address**

MALL AT ROCKINGHAM, LLC
14165 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693

**Date or dates debt was incurred**

10/29/2018

**Last 4 digits of account number:** 1196

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,568.26

---

**3.145** | **Nonpriority creditor's name and mailing address**

MALL AT SOLOMON POND, LLC
14199 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 5337

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,025.97

---

**3.146** | **Nonpriority creditor's name and mailing address**

MANCHESTER EPD
P.O. BOX 9677
MANCHESTER, NH  03108-9677

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$206.50

---

**3.147** | **Nonpriority creditor's name and mailing address**

MANCHESTER WATER WORKS
P.O. BOX 9677
MANCHESTER, NH  03108-9677

**Date or dates debt was incurred**

11/4/2018

**Last 4 digits of account number:** 8136

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$283.34

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.148** | **Nonpriority creditor's name and mailing address**
MANCHESTER, CITY OF
TAX COLLECTOR
PO BOX 9598
MANCHESTER, NH  03108-9598

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,035.02

---

**3.149** | **Nonpriority creditor's name and mailing address**
MAYFLOWER CAPE COD, LLC  4919
SIMON PROPERTIES - CAPE COD MALL
14174 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693

**Date or dates debt was incurred**
10/29/2018

**Last 4 digits of account number:** 4792

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,258.24

---

**3.150** | **Nonpriority creditor's name and mailing address**
MBTA
P.O. BOX 847080
BOSTON, MA  02284-7080

**Date or dates debt was incurred**
10/15/2018

**Last 4 digits of account number:** 4240

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,029.69

---

**3.151** | **Nonpriority creditor's name and mailing address**
MCDONALD'S CORPORATION
ATTN: REFCC #212
P.O. BOX 9256
OAK BROOK, IL  60522-9256

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:** 5809

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

$40,260.15

---

**3.152** | **Nonpriority creditor's name and mailing address**
MCLAUGHLIN, BRIAN
JAMES MCLAUGHLIN & JAY HOWLAND
D'ANGELO INC
WEST BRIDGEWATER, MA  02379

**Date or dates debt was incurred**
10/29/2018

**Last 4 digits of account number:** 7190

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,617.50

---

| **Part 2:** | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.153 | **Nonpriority creditor's name and mailing address**<br>MCLAUGHLIN, BRIAN J.<br>P.O. BOX 337<br>W. BRIDGEWATER, MA 02379<br><br>**Date or dates debt was incurred**<br>10/29/2018<br><br>**Last 4 digits of account number: 7214** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>LEASE OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,615.13 |
| 3.154 | **Nonpriority creditor's name and mailing address**<br>MCLAUGHLIN, JAMES H.<br>P.O. BOX 305<br>W. BRIDGEWATER, MA 02379<br><br>**Date or dates debt was incurred**<br>10/29/2018<br><br>**Last 4 digits of account number: 7248** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>LEASE OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,210.42 |
| 3.155 | **Nonpriority creditor's name and mailing address**<br>MDC<br>PO BOX 990092<br>HARTFORD, CT 06199-0092<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION UTILITIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $195.63 |
| 3.156 | **Nonpriority creditor's name and mailing address**<br>MEDFORD WELLINGTON SERVICE CO.,INC.<br>9 EXECUTIVE PARK DRIVE<br>SUITE 100<br>NORTH BILLERICA, MA 01862<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: 0672** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $90,812.76 |
| 3.157 | **Nonpriority creditor's name and mailing address**<br>MICHAEL W. PANAGAKOS<br>133 FAUNCE CORNER ROAD<br>DARTMOUTH, MA 02747<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION UTILITIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $821.48 |

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,830.87 |
| | MIHOS REALTY, LLC<br>ATTN: ACCOUNTS RECEIVABLE<br>PO BOX 619<br>COTUIT, MA  02635 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | PRE-PETITION UTILITIES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.159 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,834.45 |
| | MIHOS REALTY, LLC<br>ATTN: ACCOUNTS RECEIVABLE<br>PO BOX 619<br>COTUIT, MA  02635 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | LEASE OBLIGATIONS | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.160 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,164.58 |
| | MIHOS REALTY, LLC<br>ATTN: ACCOUNTS RECEIVABLE<br>PO BOX 619<br>COTUIT, MA  02635 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 10/29/2018 | LEASE OBLIGATIONS | |
| | **Last 4 digits of account number:** 3361 | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.161 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $16,935.02 |
| | MILFORD SEWER DEPARTMENT<br>P.O. BOX 644<br>MILFORD, MA  01757 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | PRE-PETITION UTILITIES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.162 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $210.60 |
| | MILFORD WATER<br>P.O. BOX 1343<br>BRATTLEBORO, VT  05302-1343 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 11/4/2018 | TRADE PAYABLE | |
| | **Last 4 digits of account number:** 5458 | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.163 | **Nonpriority creditor's name and mailing address**<br><br>MILFORD WATER<br>P.O. BOX 1343<br>BRATTLEBORO, VT 05302-1343<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION UTILITIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $116.36 |
| 3.164 | **Nonpriority creditor's name and mailing address**<br><br>MOOD MEDIA<br>P.O. BOX 71070<br>CHARLOTTE, NC 28272-1070<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** 5511 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,559.86 |
| 3.165 | **Nonpriority creditor's name and mailing address**<br><br>MURRAY/BARRIEAU OIL CO<br>94 REED AVENUE<br>WEST HARTFORD, CT 06110<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** 8547 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,837.46 |
| 3.166 | **Nonpriority creditor's name and mailing address**<br><br>NATIONAL DEVELOPMENT<br>1481 ATWOOD AVE<br>JOHNSTON, RI 02919<br><br>**Date or dates debt was incurred**<br><br>10/29/2018<br><br>**Last 4 digits of account number:** 5534 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>LEASE OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $968.84 |
| 3.167 | **Nonpriority creditor's name and mailing address**<br><br>NATIONAL GRID<br>PO BOX 11735<br>NEWARK, NJ 07101-4735<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** 0847 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,820.40 |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.168 | **Nonpriority creditor's name and mailing address**<br><br>NATIONAL GRID - GAS RI BRANCH<br>PO BOX 11739<br>NEWARK, NJ  07101-4739<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 7422** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,883.34 |
|---|---|---|
| 3.169 | **Nonpriority creditor's name and mailing address**<br><br>NATIONAL GRID- MASS BRANCH<br>PO BOX 11737<br>NEWARK, NJ  07101-4737<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 5225** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16,253.90 |
| 3.170 | **Nonpriority creditor's name and mailing address**<br><br>NATIONAL GRID- RI BRANCH<br>PO BOX 11739<br>NEWARK, NJ  07101-4739<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 1692** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20,255.08 |
| 3.171 | **Nonpriority creditor's name and mailing address**<br><br>NEEDHAM, TOWN OF<br>TREASURER<br>PO BOX 310<br>MEDFORD, MA  02155-0004<br><br>**Date or dates debt was incurred**<br><br>10/18/2018<br><br>**Last 4 digits of account number: 0536** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $137.78 |
| 3.172 | **Nonpriority creditor's name and mailing address**<br><br>NEW ENGLAND RESTAURANT REPAIRS INC.<br>252 SUMMER STREET<br>REHOBOTH, MA  02769<br><br>**Date or dates debt was incurred**<br><br>9/28/2018<br><br>**Last 4 digits of account number: 9740** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $150.00 |

| **Part 2:** | Additional Page | |
|-------------|-----------------|--|

|  |  | Amount of claim |
|--|--|-----------------|

| 3.173 | **Nonpriority creditor's name and mailing address**<br><br>NEW ENGLAND UPHOLSTERY & DESIGN<br>20 ALEXANDER DRIVE<br>BRIDGEWATER, MA  02324<br><br>**Date or dates debt was incurred**<br><br>10/3/2018<br><br>**Last 4 digits of account number: 5061** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,397.28 |

| 3.174 | **Nonpriority creditor's name and mailing address**<br><br>NEW HAMPSHIRE ELECTRIC COOPERATIVE<br>P.O. BOX 9612<br>MANCHESTER, NH  03108-9612<br><br>**Date or dates debt was incurred**<br><br>10/25/2018<br><br>**Last 4 digits of account number: 2782** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $674.34 |

| 3.175 | **Nonpriority creditor's name and mailing address**<br><br>NEW HAMPSHIRE GAS CORPORATION<br>P.O. BOX 438<br>KEENE, NH  03431<br><br>**Date or dates debt was incurred**<br><br>11/4/2018<br><br>**Last 4 digits of account number: 6708** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $891.90 |

| 3.176 | **Nonpriority creditor's name and mailing address**<br><br>NEW HANOVER GROUND LESSORS LLC<br>C/O CENTICORP RETAIL PROPERTIES<br>600 LORING AVENUE<br>SALEM, MA  01970<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>LEASE OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $23,588.81 |

| 3.177 | **Nonpriority creditor's name and mailing address**<br><br>NEW HANOVER GROUND LESSORS LLC<br>C/O CENTICORP RETAIL PROPERTIES<br>600 LORING AVENUE<br>SALEM, MA  01970<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 8665** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>LEASE OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,156.34 |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.178** | **Nonpriority creditor's name and mailing address**
NIRO COMPANIES LLC
PO BOX 96
BERLIN, CT  06037

**Date or dates debt was incurred**
10/18/2018

**Last 4 digits of account number: 7874**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,977.80

---

**3.179** | **Nonpriority creditor's name and mailing address**
NORTH CONWAY WATER
104 SAWMILL LANE
P.O. BOX 630
NORTH CONWAY, NH  03860-0630

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$154.97

---

**3.180** | **Nonpriority creditor's name and mailing address**
NORTH CONWAY WATER PRECINCT
104 SAWMILL LANE
P.O. BOX 630
NORTH CONWAY, NH  03860-0630

**Date or dates debt was incurred**
11/2/2018

**Last 4 digits of account number: 5561**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$128.40

---

**3.181** | **Nonpriority creditor's name and mailing address**
NUCO2 INC.
P.O. BOX 417902
BOSTON, MA  02241-7902

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 9651**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,967.59

---

**3.182** | **Nonpriority creditor's name and mailing address**
PACIFIC TELEMANAGEMENT SERVICES
2001 CROW CANYON RD
SUITE 201
SAN RAMON, CA  94583

**Date or dates debt was incurred**
10/15/2018

**Last 4 digits of account number: 0820**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$78.00

| Part 2: | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

| 3.183 | **Nonpriority creditor's name and mailing address**<br><br>PANAGAKOS, MICHAEL W<br>133 FAUNCE CORNER ROAD<br>DARTMOUTH, MA 02747<br><br>**Date or dates debt was incurred**<br><br>10/29/2018<br><br>**Last 4 digits of account number: 6521** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>LEASE OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,599.13 |

| 3.184 | **Nonpriority creditor's name and mailing address**<br><br>PANAGAKOS, MICHAEL W<br>133 FAUNCE CORNER ROAD<br>DARTMOUTH, MA 02747<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>LEASE OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $948.82 |

| 3.185 | **Nonpriority creditor's name and mailing address**<br><br>PANAGAKOS, MICHAEL W<br>133 FAUNCE CORNER ROAD<br>DARTMOUTH, MA 02747<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>LEASE OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $606.02 |

| 3.186 | **Nonpriority creditor's name and mailing address**<br><br>PENNICHUCK WATER WORKS<br>25 MANCHESTER STREET<br>P.O.BOX 1947<br>MERRIMACK, NH 03054-1947<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION UTILITIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $56.23 |

| 3.187 | **Nonpriority creditor's name and mailing address**<br><br>PENNICHUCK WATER WORKS, INC.<br>25 MANCHESTER STREET<br>P.O.BOX 1947<br>MERRIMACK, NH 03054-1947<br><br>**Date or dates debt was incurred**<br><br>11/4/2018<br><br>**Last 4 digits of account number: 3917** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $77.91 |

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

| 3.188 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $16,565.63 |

PEPSI-COLA COMPANY
75 REMITTANCE DRIVE
SUITE 1884
CHICAGO, IL 60675-1884

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 0709**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $467.94 |

PHIL PAPPA & SONS COMPLETE
LANDSCAPE SERVICE LLC
69 EDWARD STREET
WETHERSFIELD, CT 06109

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 4985**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,385.00 |

PINE HILL LANDSCAPING
P.O. BOX 764
EAST LONGMEADOW, MA 01028

**Date or dates debt was incurred**
10/31/2018

**Last 4 digits of account number: 9911**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,909.00 |

PINNACLE ROCK MECHANICAL SERVICES
28 JONES ROAD - SUITE 2A
MILFORD, NH 03055

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 5691**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6.38 |

PLAINVILLE SEWER FUND
ONE CENTRAL SQUARE
PLAINVILLE, CT 06062

**Date or dates debt was incurred**
11/1/2018

**Last 4 digits of account number: 1431**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.193** | **Nonpriority creditor's name and mailing address**

PLAZA 28 NOMINEE TRUST
MARCEL R. POYANT TRUSTEE
POST OFFICE SQUARE
CENTERVILLE, MA  02632

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3038**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,760.83

---

**3.194** | **Nonpriority creditor's name and mailing address**

PLAZA 28 NOMINEE TRUST
MARCEL R. POYANT TRUSTEE
POST OFFICE SQUARE
CENTERVILLE, MA  02632

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

$255.36

---

**3.195** | **Nonpriority creditor's name and mailing address**

PLAZA 28 NOMINEE TRUST
MARCEL R. POYANT TRUSTEE
POST OFFICE SQUARE
CENTERVILLE, MA  02632

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

$155.78

---

**3.196** | **Nonpriority creditor's name and mailing address**

PLAZA 28 NOMINEE TRUST
MARCEL R. POYANT TRUSTEE
POST OFFICE SQUARE
20F CAMP OPECHEE ROAD
CENTERVILLE, MA  02632

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,638.40

---

**3.197** | **Nonpriority creditor's name and mailing address**

PLYMOUTH, TOWN OF
TREASURER/COLLECTOR
26 COURT STREET
PLYMOUTH, MA  02360

**Date or dates debt was incurred**

10/19/2018

**Last 4 digits of account number: 6803**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$300.00

| Part 2: | Additional Page | |
|---------|-----------------|---|

|  |  | Amount of claim |
|---|---|---|

### 3.198

**Nonpriority creditor's name and mailing address**

PROPERTIES BY PETE, LLC
188 HORNE RD
BELMONT, NH  03220

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 9804**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$781.00

### 3.199

**Nonpriority creditor's name and mailing address**

PROVIDENCE WATER
PO BOX 1456
PROVIDENCE, RI  02901-1456

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$80.73

### 3.200

**Nonpriority creditor's name and mailing address**

PROVIDENCE WATER SUPPLY BOARD     2618
PO BOX 1456
PROVIDENCE, RI  02901-1456

**Date or dates debt was incurred**

10/19/2018

**Last 4 digits of account number: 6206**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$133.21

### 3.201

**Nonpriority creditor's name and mailing address**

QUAD/GRAPHICS,INC
PO BOX 644840
PITTSBURGH, PA  15264-4840

**Date or dates debt was incurred**

8/23/2018

**Last 4 digits of account number: 8075**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$196.30

### 3.202

**Nonpriority creditor's name and mailing address**

QUIKSTIK - XYGAPHIX
DBA QUIKSTIK - XYGAPHIX
220 BROADWAY
EVERETT, MA  02149

**Date or dates debt was incurred**

10/4/2018

**Last 4 digits of account number: 2135**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$537.59

| **Part 2:** | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.203 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $378.72 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
QUINCY, CITY OF
1305 HANCOCK STREET
QUINCY, MA 02169

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$378.72

---

3.204 **Nonpriority creditor's name and mailing address**
QUINCY, CITY OF     21187
1305 HANCOCK STREET
QUINCY, MA 02169

**Date or dates debt was incurred**
11/2/2018

**Last 4 digits of account number:** 8709

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$915.26

---

3.205 **Nonpriority creditor's name and mailing address**
RANDOLPH, TOWN OF
PO BOX 774
READING, MA 01867-0405

**Date or dates debt was incurred**
11/4/2018

**Last 4 digits of account number:** 7641

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,968.55

---

3.206 **Nonpriority creditor's name and mailing address**
RAYNHAM CENTER WATER DISTRICT
P.O. BOX 160
RAYNHAM, MA 02767

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$110.81

---

3.207 **Nonpriority creditor's name and mailing address**
REPUBLIC SERVICES
DBA REPUBLIC SERVICES NATIONAL ACCOUNTS
PO BOX 99917
CHICAGO, IL 60696-7717

**Date or dates debt was incurred**
10/1/2018

**Last 4 digits of account number:** 2255

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,596.35

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,367.62 |

**Nonpriority creditor's name and mailing address**
RICHMOND CTR LIMITED
75 LAMBERT LIND HIGHWAY
WARWICK, RI  02886

**Date or dates debt was incurred**
10/29/2018

**Last 4 digits of account number: 2621**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $1,367.62

---

3.209 **Nonpriority creditor's name and mailing address**
RIZZO POOL - SEWER
3388 BERLIN TURNPIKE
NEWINGTON, CT  06111

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $1,240.91

---

3.210 **Nonpriority creditor's name and mailing address**
RJ MORELLO INC.
23 GARFIELD AVE
WOBURN, MA  01801

**Date or dates debt was incurred**
10/4/2018

**Last 4 digits of account number: 8575**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $245.00

---

3.211 **Nonpriority creditor's name and mailing address**
RK ASSOCIATES VIII INC.
C/O RK CENTERS
50 CABOT ST - SUITE 200
NEEDHAM, MA  02494

**Date or dates debt was incurred**
10/29/2018

**Last 4 digits of account number: 4552**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $1,089.63

---

3.212 **Nonpriority creditor's name and mailing address**
RM RATTA CORPORATION
81A WESTFORD ROAD
AYER, MA  01432

**Date or dates debt was incurred**
10/4/2018

**Last 4 digits of account number: 5006**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $350.00

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.213 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $533.38 |
|---|---|---|---|
| | ROCHESTER, CITY OF<br>TAX COLLECTOR<br>P.O. BOX 981096<br>BOSTON, MA 02298-1096 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>LEASE OBLIGATIONS | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.214 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $233.70 |
|---|---|---|---|
| | ROCHESTER, CITY OF<br>TAX COLLECTOR<br>P.O. BOX 981096<br>BOSTON, MA 02298-1096 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>11/4/2018 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** 4498 | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.215 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,500.00 |
|---|---|---|---|
| | ROSS REALTY TRUST<br>C/O EASTERN BANK 0406192609<br>397 WASHINGTON STREET<br>STOUGHTON, MA 02072 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>10/29/2018 | **Basis for the claim:**<br>LEASE OBLIGATIONS | |
| | **Last 4 digits of account number:** 9087 | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.216 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,540.00 |
|---|---|---|---|
| | RSM MAINTENANCE<br>461 FROM RD<br>PARAMUS, NJ 07652 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** 4057 | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.217 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $79.76 |
|---|---|---|---|
| | RUDNIK & SON CLEANING<br>D/B/A RUDNIK & SON CLEANING<br>14 BROOK ROAD<br>ENFIELD, CT 06082 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>10/10/2018 | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** 4139 | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.218 | **Nonpriority creditor's name and mailing address**<br><br>RUSTY'S INC.<br>222 MID-TECH DRIVE<br>WEST YARMOUTH, MA 02673<br><br>**Date or dates debt was incurred**<br><br>9/28/2018<br><br>**Last 4 digits of account number: 5628** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $224.17 |

| 3.219 | **Nonpriority creditor's name and mailing address**<br><br>RYAN'S HOME IMPROVEMENT<br>3 VALLEY BROOK ROAD<br>WESTBOROUGH, MA 01581<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 2745** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,120.77 |

| 3.220 | **Nonpriority creditor's name and mailing address**<br><br>SALEM, TOWN OF<br>UTILITY DEPT<br>33 GEREMONTY DR<br>SALEM, NH 03079-3390<br><br>**Date or dates debt was incurred**<br><br>10/26/2018<br><br>**Last 4 digits of account number: 8258** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $87.25 |

| 3.221 | **Nonpriority creditor's name and mailing address**<br><br>SANTANDER<br>C/O KAREN NG<br>28 STATE STREET<br>BOSTON, MA 02109<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION FEES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,167.49 |

| 3.222 | **Nonpriority creditor's name and mailing address**<br><br>SBK ASSOCIATES LLC<br>MANCHESTER OFFICE<br>257 EAST CENTER ST<br>MANCHESTER, CT 06045-0537<br><br>**Date or dates debt was incurred**<br><br>10/29/2018<br><br>**Last 4 digits of account number: 6633** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>LEASE OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,514.63 |

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.223** **Nonpriority creditor's name and mailing address**

SBK ASSOCIATES LLC
MANCHESTER OFFICE
257 EAST CENTER ST
PO BOX 537
MANCHESTER, CT  06045-0537

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

$570.26

---

**3.224** **Nonpriority creditor's name and mailing address**

SCATA FAMILY LIMITED PARTNERSHIP
C/O NICHOLAS SCATA
P.O. BOX 596
FARMINGTON, CT  06034-0596

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

$26,279.45

---

**3.225** **Nonpriority creditor's name and mailing address**

SCATA FAMILY LIMITED PARTNERSHIP
C/O NICHOLAS SCATA
P.O. BOX 596
FARMINGTON, CT  06034-0596

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 8526**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,250.00

---

**3.226** **Nonpriority creditor's name and mailing address**

SCHMICKL FAMILY LIMITED PARTNERSHIP
C/O HOSPITALITY SUITES LLC
665 COCHITUATE ROAD
FRAMINGHAM, MA  01701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION LEASEHOLD IMP

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,572.50

---

**3.227** **Nonpriority creditor's name and mailing address**

SCHMICKL FAMILY LIMITED PARTNERSHIP
C/O HOSPITALITY SUITES LLC
665 COCHITUATE ROAD
FRAMINGHAM, MA  01701

**Date or dates debt was incurred**

10/29/2018

**Last 4 digits of account number: 5704**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,600.25

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.228 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $177.76 |
|  |  | *Check all that apply.* |  |

**3.228**

**Nonpriority creditor's name and mailing address**

SEEKONK WATER DISTRICT
50 WATER LANE
P.O. BOX 97
SEEKONK, MA  02771

**Date or dates debt was incurred**

11/4/2018

**Last 4 digits of account number: 8091**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $177.76

---

**3.229**

**Nonpriority creditor's name and mailing address**

SEEKONK WATER DISTRICT
50 WATER LANE
P.O. BOX 97
SEEKONK, MA  02771

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $56.47

---

**3.230**

**Nonpriority creditor's name and mailing address**

SIGN CENTER
1400 BOSTON-PROVIDENCE TURNPIKE
BUILDING 2 SUITE 2500
NORWOOD, MA  02062-4917

**Date or dates debt was incurred**

10/5/2018

**Last 4 digits of account number: 6992**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $56.15

---

**3.231**

**Nonpriority creditor's name and mailing address**

SIMPLE GREENS LANDSCAPING
DBA SIMPLE GREENS LANDSCAPING
86 KIMBALL STREET
MALDEN, MA  02148

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 3775**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $2,107.50

---

**3.232**

**Nonpriority creditor's name and mailing address**

SINCLAIR REALTY INC.
P. O. BOX 787
PROVIDENCE, RI  02901

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 5675**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $3,715.22

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.233 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $305.32 |
| --- | --- | --- | --- |

SINCLAIR REALTY, INC.
P. O. BOX 787
PROVIDENCE, RI  02901

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $888.53 |
| --- | --- | --- | --- |

SMITH, DONALD F.
SHEILA BANIGAN-SMITH
522 SW PINE TREE LANE
PALM CITY, FL  34990

**Date or dates debt was incurred**

10/29/2018

**Last 4 digits of account number:** 6935

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.235 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,049.30 |
| --- | --- | --- | --- |

SOUTH DENNIS ACQUISITION CORP.
C/O BELL TOWER CORPORATION
PO BOX 307
CENTERVILLE, MA  02632

**Date or dates debt was incurred**

10/29/2018

**Last 4 digits of account number:** 4696

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.236 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,689.43 |
| --- | --- | --- | --- |

SOUTH DENNIS ACQUISITION CORP.
C/O BELL TOWER CORPORATION
PO BOX 307
CENTERVILLE, MA  02632

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $252.44 |
| --- | --- | --- | --- |

SOUTHINGTON BOARD OF WATER
P.O. BOX 111
SOUTHINGTON, CT  06489

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| 3.238 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $157.44 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
SOUTHINGTON BOARD OF WATER COMM.
P.O. BOX 111
SOUTHINGTON, CT  06489

**Date or dates debt was incurred**
11/1/2018

**Last 4 digits of account number: 6794**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.239 | **Nonpriority creditor's name and mailing address** | | $238.90 |
|---|---|---|---|

SOUTHINGTON SEWER DEPARTMENT
SOUTHINGTON SEWER DEPARTMENT
196 N MAIN STREET
SOUTHINGTON, CT  06489-0364

**Date or dates debt was incurred**
11/1/2018

**Last 4 digits of account number: 5543**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | | $9,143.00 |
|---|---|---|---|

SPARE CHANGE LLC
39 DUBLIN STREET
SOMERSET, MA  02726

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.241 | **Nonpriority creditor's name and mailing address** | | $5,140.96 |
|---|---|---|---|

SPARE CHANGE LLC
39 DUBLIN STREET
SOMERSET, MA  02726

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.242 | **Nonpriority creditor's name and mailing address** | | $849.33 |
|---|---|---|---|

SPARE CHANGE LLC
39 DUBLIN STREET
SOMERSET, MA  02726

**Date or dates debt was incurred**
10/29/2018

**Last 4 digits of account number: 9138**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

Name

**Part 2:**    Additional Page

|  | | Amount of claim |
|---|---|---|

| 3.243 | **Nonpriority creditor's name and mailing address**<br>SPARK ENERGY GAS LLC<br>PO BOX 4328,  MSC 350<br>HOUSTON, TX  77210<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: 2518** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,481.64 |

| 3.244 | **Nonpriority creditor's name and mailing address**<br>SPRAGUE OPERATING RESOURCES LLC<br>PO BOX 847887<br>BOSTON, MA  02284-7887<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: 7384** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,799.40 |

| 3.245 | **Nonpriority creditor's name and mailing address**<br>SPRAGUE-72002692<br>P.O.BOX 842985<br>BOSTON, MA  02284-2985<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: 7795** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,340.78 |

| 3.246 | **Nonpriority creditor's name and mailing address**<br>SPRAGUE-72002696<br>P.O.BOX 842985<br>BOSTON, MA  02284-2985<br><br>**Date or dates debt was incurred**<br>11/1/2018<br><br>**Last 4 digits of account number: 7787** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $583.32 |

| 3.247 | **Nonpriority creditor's name and mailing address**<br>SS BAKERS REALTY<br>428 MAIN STREET<br>KEENE, NH  03431<br><br>**Date or dates debt was incurred**<br>10/29/2018<br><br>**Last 4 digits of account number: 3374** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>LEASE OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,904.58 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.248 | **Nonpriority creditor's name and mailing address**<br>STANDARD ELECTRIC SUPPLY COMPANY INC.<br>PO BOX 788666<br>PHILADELPHIA, PA 19178-8500<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: 4011** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,351.10 |

| 3.249 | **Nonpriority creditor's name and mailing address**<br>STATEWIDE PLUMBING & HEATING CO, INC<br>160 NORTH VIEW AVE<br>CRANSTON, RI 02920<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number: 5146** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,035.00 |

| 3.250 | **Nonpriority creditor's name and mailing address**<br>STERGIOU, JOHN C<br>95 N ACRE ROAD<br>MANCHESTER, NH 03104<br><br>**Date or dates debt was incurred**<br>10/29/2018<br><br>**Last 4 digits of account number: 5710** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>LEASE OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $930.24 |

| 3.251 | **Nonpriority creditor's name and mailing address**<br>STERGIOU, JOHN C<br>95 N ACRE ROAD<br>MANCHESTER, NH 03104<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>LEASE OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $788.49 |

| 3.252 | **Nonpriority creditor's name and mailing address**<br>STERGIOU, JOHN C<br>95 N ACRE ROAD<br>MANCHESTER, NH 03104<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>LEASE OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $738.12 |

| **Part 2:** | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

---

**3.253**

**Nonpriority creditor's name and mailing address**

STEVEN A. CIPOLLA - SEWER
C/O NATIONAL CHAIN CO.
55 ACCESS ROAD
WARWICK, RI  02886

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$422.10

---

**3.254**

**Nonpriority creditor's name and mailing address**

SURE OIL & CHEMICAL CORP.
P.O. BOX 446
NORTH GRAFTON, MA  01536

**Date or dates debt was incurred**

10/29/2018

**Last 4 digits of account number: 7161**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,346.61

---

**3.255**

**Nonpriority creditor's name and mailing address**

SWAIN ASSOCIATES INC.
6 LYBERTY WAY SUITE 101
WESTFORD, MA  01886

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 6564**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$93.51

---

**3.256**

**Nonpriority creditor's name and mailing address**

SYSCO BOSTON, LLC
99 SPRING ST.
PLYMPTON, MA  02367

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 7507**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$906,535.61

---

**3.257**

**Nonpriority creditor's name and mailing address**

TAUNTON MUNICIPAL LIGHTING PLAN
55 WEIR ST.
P.O. BOX 870
TAUNTON, MA  02780

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number: 4251**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,356.90

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.258 | **Nonpriority creditor's name and mailing address**<br><br>TAUNTON WATER DEPT.<br>PO BOX 844508<br>BOSTON, MA  02284-4508<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION UTILITIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,119.84 |

| 3.259 | **Nonpriority creditor's name and mailing address**<br><br>TELLIER REALTY TRUST<br>PO BOX 106<br>BELMONT, MA  02178<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>LEASE OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,068.56 |

| 3.260 | **Nonpriority creditor's name and mailing address**<br><br>TELLIER REALTY TRUST<br>PO BOX 106<br>BELMONT, MA  02178<br><br>**Date or dates debt was incurred**<br><br>10/29/2018<br><br>**Last 4 digits of account number:** 9095 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>LEASE OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,848.36 |

| 3.261 | **Nonpriority creditor's name and mailing address**<br><br>THEATRE DISTRICT LLC<br>P.O. BOX 1522<br>BRATTLEBORO, VT  05302-1522<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>LEASE OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,619.00 |

| 3.262 | **Nonpriority creditor's name and mailing address**<br><br>THEATRE DISTRICT LLC<br>P.O. BOX 1522<br>BRATTLEBORO, VT  05302-1522<br><br>**Date or dates debt was incurred**<br><br>10/29/2018<br><br>**Last 4 digits of account number:** 5116 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>LEASE OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,170.54 |

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| | | |
|---|---|---|
| 3.263 | **Nonpriority creditor's name and mailing address** | $1,173.95 |
| | THIN CRUST REALTY LLC | |
| | 600 LORING AVENUE | |
| | SALEM, MA  01970 | |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/29/2018

**Basis for the claim:**
LEASE OBLIGATIONS

**Last 4 digits of account number: 6478**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** | $575.00 |
|---|---|---|
| | TOTAL CONSTRUCTION SERVICES INC. | |
| | PO BOX 72789 | |
| | PROVIDENCE, RI  02907 | |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/16/2018

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number: 5136**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.265 | **Nonpriority creditor's name and mailing address** | $76.82 |
|---|---|---|
| | TOWN OF BURLINGTON | |
| | WATER AND SEWER DIVSION | |
| | P.O. BOX 96 | |
| | BURLINGTON, MA  01803 | |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PRE-PETITION UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | $503.05 |
|---|---|---|
| | TOWN OF CHATHAM WATER DISTRICT | |
| | TOWN TREASURER AND COLLECTOR | |
| | 549 MAIN STREET | |
| | CHATHAM, MA  02633 | |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PRE-PETITION UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.267 | **Nonpriority creditor's name and mailing address** | $213.00 |
|---|---|---|
| | TOWN OF DERRY-SEWER | |
| | PO BOX 9573 | |
| | MANCHESTER, NH  03108-9573 | |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PRE-PETITION UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.268 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $186.99 |
|---|---|---|---|

**3.268**

**Nonpriority creditor's name and mailing address**
TOWN OF NEEDHAM
TREASURER
PO BOX 310
MEDFORD, MA 02155-0004

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$186.99

---

**3.269**

**Nonpriority creditor's name and mailing address**
TOWN OF SALEM
UTILITY DEPT
33 GEREMONTY DR
SALEM, NH 03079-3390

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$145.71

---

**3.270**

**Nonpriority creditor's name and mailing address**
TOWN OF SOUTHINGTON-SEWER
SOUTHINGTON SEWER DEPARTMENT
196 N MAIN STREET
SOUTHINGTON, CT 06489-0364

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$63.09

---

**3.271**

**Nonpriority creditor's name and mailing address**
TOWN OF WEYMOUTH
P.O. BOX 9257
CHELSEA, MA 02150-9257

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$308.47

---

**3.272**

**Nonpriority creditor's name and mailing address**
TRI STATE HOOD & DUCT
26 HAMPSHIRE DRIVE
HUDSON, NH 03051

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 2315**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,174.50

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.273** | **Nonpriority creditor's name and mailing address**
TRI-STATE FIRE PROTECTION LLC
26 HAMPSHIRE DR
HUDSON, NH 03051

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 2562**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,008.43

---

**3.274** | **Nonpriority creditor's name and mailing address**
TRUE MANUFACTURING CO., INC.
DEPARTMENT 547214
P.O. BOX 790100
ST. LOUIS, MO 63179-0100

**Date or dates debt was incurred**
10/4/2018

**Last 4 digits of account number: 8711**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$101.43

---

**3.275** | **Nonpriority creditor's name and mailing address**
UNITED EAST
FOODSERVICE SUPPLY CO.
P.O.BOX 3505-0057
SOUTH ATTLEBORO, MA 02703-0057

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 7125**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,127.15

---

**3.276** | **Nonpriority creditor's name and mailing address**
UNITIL
PO BOX 981077
BOSTON, MA 02298-1077

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number: 2571**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,100.39

---

**3.277** | **Nonpriority creditor's name and mailing address**
VALLEY WATER SYSTEMS - WATER
37 NORTHWEST DRIVE
PLAINVILLE, CT 06062

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PRE-PETITION UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$60.14

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.278 | **Nonpriority creditor's name and mailing address**<br><br>VALLEY WATER SYSTEMS INC.<br>37 NORTHWEST DRIVE<br>PLAINVILLE, CT 06062<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 9306** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $111.50 |
| 3.279 | **Nonpriority creditor's name and mailing address**<br><br>VARIOUS<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION GIFT CARDS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $479,514.00 |
| 3.280 | **Nonpriority creditor's name and mailing address**<br><br>VARIOUS<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION LOYALTY CARDS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $322,232.00 |
| 3.281 | **Nonpriority creditor's name and mailing address**<br><br>VERITAS HANDYMAN SERVICES<br>DBA VERITAS HANDYMAN SERVICES, LLC<br>140 INDIAN FALLS RD<br>NEW BOSTON, NH 03070<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 0708** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $1,190.00 |
| 3.282 | **Nonpriority creditor's name and mailing address**<br><br>VERIZON<br>PO BOX 15124<br>ALBANY, NY 12212-5124<br><br>**Date or dates debt was incurred**<br><br>10/16/2018<br><br>**Last 4 digits of account number: 9253** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $144.99 |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.283** **Nonpriority creditor's name and mailing address**

W.B. MASON
P.O. BOX 981101
BOSTON, MA  02298

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:** 0586

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,927.29

---

**3.284** **Nonpriority creditor's name and mailing address**

WALTHAM SERVICES INC.
P.O. BOX 540538
WALTHAM, MA  02454-0538

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,742.00

---

**3.285** **Nonpriority creditor's name and mailing address**

WALTHAM SERVICES INC.
P.O. BOX 540538
WALTHAM, MA  02454-0538

**Date or dates debt was incurred**

10/5/2018

**Last 4 digits of account number:** 5229

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$378.00

---

**3.286** **Nonpriority creditor's name and mailing address**

WARWICK SEWER AUTHORITY
TAX COLLECTOR'S OFFICE
PO BOX 2000
WARWICK, RI  02887

**Date or dates debt was incurred**

11/1/2018

**Last 4 digits of account number:** 2185

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$300.00

---

**3.287** **Nonpriority creditor's name and mailing address**

WASTE MANAGEMENT
P.O. BOX 13648
PHILADELPHIA, PA  19101

**Date or dates debt was incurred**

10/25/2018

**Last 4 digits of account number:** 3498

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$90.53

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| 3.288 | **Nonpriority creditor's name and mailing address**<br><br>WAYNE'S DRAINS<br>P.O. BOX 298<br>WILMINGTON, MA  01887<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 7648** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $465.00 |

| 3.289 | **Nonpriority creditor's name and mailing address**<br><br>WEST HARTFORD LANDSCAPING INC.<br>705 OAKWOOD AVENUE, STE. 2<br>WEST HARTFORD, CT  06110<br><br>**Date or dates debt was incurred**<br><br>9/30/2018<br><br>**Last 4 digits of account number: 1376** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $246.73 |

| 3.290 | **Nonpriority creditor's name and mailing address**<br><br>WESTFORD PLAZA TRUST<br>175 LITTLETON ROAD<br>WESTFORD, MA  01886<br><br>**Date or dates debt was incurred**<br><br>10/29/2018<br><br>**Last 4 digits of account number: 5953** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>LEASE OBLIGATIONS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,479.71 |

| 3.291 | **Nonpriority creditor's name and mailing address**<br><br>WESTFORD WATER DEPT<br>60 FORGE VILLAGE RD<br>WESTFORD, MA  01886<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PRE-PETITION UTILITIES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $192.27 |

| 3.292 | **Nonpriority creditor's name and mailing address**<br><br>WIND RIVER ENVIRONMENTAL<br>46 LIZOTTE DR - STE 1000<br>MARLBOROUGH, MA  01752<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number: 7796** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,127.20 |

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.293 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,500.00 |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**

WOODROB REALTY TRUST
REMITTANCE PROCESSING
RTL 300
PROVIDENCE, RI  02940-2006

**Date or dates debt was incurred**

10/29/2018

**Last 4 digits of account number: 7883**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $1,500.00

---

| 3.294 | **Nonpriority creditor's name and mailing address** | | $1,260.42 |

**Nonpriority creditor's name and mailing address**

ZARRELLA, GEORGE
BEVERLY Z. FIONDELLA, TRUSTEE
30 PROSPERITY COURT, UNIT 10
SOUTHINGTON, CT  06489

**Date or dates debt was incurred**

10/29/2018

**Last 4 digits of account number: 4188**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LEASE OBLIGATIONS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $1,260.42

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
| --- | --- |

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
| --- | --- | --- | --- |
| 5a. | Total claims from Part 1 | 5a. | $5,269,890.15 |
| 5b. | Total claims from Part 2 | 5b.  + | $42,507,110.35 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $47,777,000.50 |

| Debtor | DELOPS, INC. | Case Number *(if known)* | 18-12545 (MFW) |
|---|---|---|---|
| | Name | | |

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 BROOKSIDE MEZZANINE FUND<br>CHOATE HALL & STEWART LLP<br>ATTN DOUGLAS R GOODING<br>2 INTERNATIONAL PL<br>BOSTON, MA  02110 | Line 3.42<br><br>☐ Not Listed. Explain | |
| 4.2 CAMBRIDGESIDE GALLERIA ASSC.TRUST FKA RIVERSIDE GALLERIA ASSC. TRUST<br>MIRICK, O'CONNELL, DEMALLIE & LOUNGEE, LLP<br>ATTN: KATE P. FOLEY<br>1800 WEST PARK DRIVE, STE 400,<br>WESTBOROUGH, MA  01581 | Line 3.44<br><br>☐ Not Listed. Explain | |
| 4.3 CAMBRIDGESIDE GALLERIA ASSC.TRUST FKA RIVERSIDE GALLERIA ASSC. TRUST<br>MIRICK, O'CONNELL, DEMALLIE & LOUNGEE, LLP<br>ATTN: PAUL W. CAREY<br>100 FRONT STREET<br>WORCESTER, MA  01608 | Line 3.45<br><br>☐ Not Listed. Explain | |
| 4.4 CAPE TOWN PLAZA, LLC<br>GOULSTON & STORRS PC<br>ATTN: DOUGLAS B ROSNER ESQ AND<br>TIMOTHY J CARTER, ESQ<br>400 ATLANTIC AVENUE<br>BOSTON, MA  02110-3333 | Line 3.47<br><br>☐ Not Listed. Explain | |
| 4.5 CAPE TOWN PLAZA, LLC<br>GOULSTON & STORRS PC<br>ATTN: DOUGLAS B ROSNER ESQ AND<br>TIMOTHY J CARTER, ESQ<br>400 ATLANTIC AVENUE<br>BOSTON, MA  02110-3333 | Line 3.48<br><br>☐ Not Listed. Explain | |
| 4.6 D'ANGELO, INC., BRIAN MCLAUGHLIN AND MARIVA, INC.<br>DUANE MORRIS LLP<br>ATTN: JARRET P. HITCHINGS, ESQ.<br>222 DELAWARE AVENUE, SUITE 1600<br>WILMINGTON, DE  19801-1659 | Line 3.152<br><br>☐ Not Listed. Explain | |

| | |
|---|---|
| Debtor | DELOPS, INC. |
| | Name |

Case Number (if known) 18-12545 (MFW)

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.7   D'ANGELO, INC., BRIAN MCLAUGHLIN AND MARIVA, INC.<br>MURPHY & KING P.C.<br>ATTN: MICHAEL K. O'NEIL, ESQ.<br>ONE BEACON STREET, 21ST FLOOR<br>BOSTON, MA  02108 | Line 3.153<br><br>☐ Not Listed. Explain | |
| 4.8   DJM NNN II, LLC<br>FRIEDMAN LAW GROUP, P.C.<br>ATTN: J. BENNETT FRIEDMAN, ESQ<br>1900 AVENUE OF THE STARS, 11TH FL.<br>LOS ANGELES, CA  90067 | Line 3.82<br><br>☐ Not Listed. Explain | |
| 4.9   E & A NORTHEAST LIMITED PARTNERSHIP<br>BERNKOPF GOODMAN LLP<br>ATTN: PETER B. MCGLYNN, ESQ.<br>TWO SEAPORT LANE, 9TH FLOOR<br>BOSTON, MA  02210 | Line 3.87<br><br>☐ Not Listed. Explain | |
| 4.10  E & A NORTHEAST LIMITED PARTNERSHIP<br>BERNKOPF GOODMAN LLP<br>ATTN: PETER B. MCGLYNN, ESQ.<br>TWO SEAPORT LANE, 9TH FLOOR<br>BOSTON, MA  02210 | Line 3.85<br><br>☐ Not Listed. Explain | |
| 4.11  E & A NORTHEAST LIMITED PARTNERSHIP<br>BERNKOPF GOODMAN LLP<br>ATTN: PETER B. MCGLYNN, ESQ.<br>TWO SEAPORT LANE, 9TH FLOOR<br>BOSTON, MA  02210 | Line 3.86<br><br>☐ Not Listed. Explain | |
| 4.12  HARTFORD LIFE INS. CO<br>CHOATE HALL & STEWART LLP<br>ATTN DOUGLAS R GOODING<br>2 INTERNATIONAL PL<br>BOSTON, MA  02110 | Line 3.113<br><br>☐ Not Listed. Explain | |
| 4.13  KAUFMAN ASSOCIATES, INC<br>CHACE RUTTENBERG & FREEDMAN, LLC<br>ATTN: DOUGLAS J. EMANUEL, ESQ<br>ONE PARK ROW, SUITE 300<br>PROVIDNCE, RI  02903 | Line 3.130<br><br>☐ Not Listed. Explain | |

---

| Debtor | DELOPS, INC. | Case Number *(if known)* 18-12545 (MFW) |
|---|---|---|
| | Name | |

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.14 MCDONALD'S CORPORATION<br>ELLIOTT GREENLEAF, P.C.<br>ATTN: RAFAEL X. ZAHRALDDIN-ARAVENA, ESQUIRE<br>ERIC M. SUTTY, ESQUIRE<br>1105 N. MARKET ST., STE. 1700<br>WILMINGTON, DE  19801 | Line 3.151<br><br>☐ Not Listed. Explain | |
| 4.15 SYSCO BOSTON LLC<br>ARNALL GOLDEN GREGORY LLP<br>ATTN: FRANK N. WHITE<br>171 17TH STREET NW, SUITE 2100<br>ATLANTA, GA  30363-1031 | Line 3.256<br><br>☐ Not Listed. Explain | |
| 4.16 SYSCO BOSTON LLP<br>SMITH, KATZENSTEIN & JENKINS LLP<br>ATTN: KATHLEEN M MILLER<br>1000 WEST STREET, SUITE 1501<br>P.O. BOX 410<br>WILMINGTON, DE  19899 | Line 3.256<br><br>☐ Not Listed. Explain | |

**Fill in this information to identify the case:**

Debtor    DELOPS, INC.

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number   18-12545 (MFW)
(if known)

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5236 - HYDE PARK | 1349-1351 HYDE PARK AVENUE LLC 79 WALKER ROAD |
| | **State the term remaining** | 1 YEARS, 10 MONTHS, 26 DAYS | WESTWOOD, MA 02090 |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5139 - PAWTUCKET I | 214 REALTY C/O THOMAS E. HODGE 53 WILTON AVENUE |
| | **State the term remaining** | 4 YEARS, 1 MONTHS, 27 DAYS | PAWTUCKET, RI 02861 |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5219 - SMITHFIELD | 375 PUTNAM PIKE LLC 63 ATLANTIC AVE |
| | **State the term remaining** | 1 YEARS, 6 MONTHS, 28 DAYS | BOSTON, MA 02110 |
| | **List the contract number of any government contract** | | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5034 - WEST WARWICK | 3ZREALTY ,LLC 477 HOPE FURNACE ROAD |
| | **State the term remaining** | 0 YEARS, 1 MONTHS, 27 DAYS | HOPE, RI 02831 |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5046 - HANOVER | 409 COLUMBIA ROAD TRUST CHARLES C. HAJJAR, TRUSTEE 30 ADAMS STREET <br><br> MILTON, MA  02186 |
| | **State the term remaining** | 4 YEARS, 3 MONTHS, 24 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5304 - S. DARTMOUTH | 548 DARTMOUTH STREET REALTY TRUST 636 COUNTY ROAD <br><br> TAUNTON, MA  02780 |
| | **State the term remaining** | 1 YEARS, 1 MONTHS, 27 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5343 - VERNON, CT | ALBERT RIZZO INC. 388 STAMM ROAD <br><br> NEWINGTON, CT  06111 |
| | **State the term remaining** | 4 YEARS, 9 MONTHS, 27 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5191 - LACONIA | BARBARA KOERNER 47 TAYLOR HOME DRIVE <br><br> LACONIA, NH  03246 |
| | **State the term remaining** | 0 YEARS, 8 MONTHS, 27 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5373 - BOSTON CITY HOSP. | BCH VENTURES LTD., PARTNERSHIP 41 WINTER STREET, 6TH FLOOR <br><br> BOSTON, MA  02108 |
| | **State the term remaining** | 1 YEARS, 1 MONTHS, 27 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5035 - BROCKTON III | BELMONT STREET NORTH LLC P.O. BOX 619 <br><br> COTUIT, MA  02635 |
| | **State the term remaining** | 3 YEARS, 3 MONTHS, 24 DAYS | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5376 - CHATHAM | BOTSOLIS FAMILY REALTY TRUST C/O JAMES BOTSOLIS 102 PLAIN STREET |
| | **State the term remaining** | 2 YEARS, 11 MONTHS, 27 DAYS | BRAINTREE, MA  02184 |
| | **List the contract number of any government contract** | | |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5290 - PLAINVILLE | BRI, INC. 2 TAUNTON STREET |
| | **State the term remaining** | 0 YEARS, 0 MONTHS, 26 DAYS | PLAINVILLE, MA  02762 |
| | **List the contract number of any government contract** | | |
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5033 - WESTERLY (SUBLET) | BRIAN J. MCLAUGHLIN, JAY HOWLAND AND JAMES H. MCLAUGLIN C/O D'ANGELO, INC. 323 MANLEY STREET |
| | **State the term remaining** | 2 YEARS, 1 MONTHS, 27 DAYS | WEST BRIDGEWATER, MA  02379 |
| | **List the contract number of any government contract** | | |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5339 - CAMBRIDGE | CAMBRIDGESIDE GALLERIA ASSOCIATES TRUST C/O UBS REALTY INVESTORS LLC 10 STATE HOUSE SQUARE, 15TH FLOOR |
| | **State the term remaining** | 1 YEARS, 2 MONTHS, 27 DAYS | HARTFORD, CT  06103 |
| | **List the contract number of any government contract** | | |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5081 - EAST HARTFORD | CANYON ENTERPRISES, LLC 807 APACHE MOUNTAIN LANE |
| | **State the term remaining** | 0 YEARS, 10 MONTHS, 12 DAYS | GEORGETOWN, TX  78633 |
| | **List the contract number of any government contract** | | |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5055 - HYANNIS | CAPETOWN PLAZA LLC 1330 BOYLSTON STREET, SUITE 212 |
| | **State the term remaining** | 0 YEARS, 3 MONTHS, 24 DAYS | CHESTNUT HILL, MA  02467 |
| | **List the contract number of any government contract** | | |

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5193 - CROMWELL | CC CROMWELL LIMITED PARTNERSHP 10 GLENVILLE STREET, 1ST FLOOR |
| | **State the term remaining** | 0 YEARS, 1 MONTHS, 27 DAYS | GREENWICH, CT  06831 |
| | **List the contract number of any government contract** | | |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5105 - WOBURN | CHARLES S. ROTONDI 6 FRANKLIN PLACE |
| | **State the term remaining** | 12 YEARS, 11 MONTHS, 16 DAYS | STONEHAM, MA  02180 |
| | **List the contract number of any government contract** | | |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5269 - WEST LEBANON | CITIZENS BANK, N.A. OHP 100 4221 PEARL ROAD |
| | **State the term remaining** | 0 YEARS, 0 MONTHS, 26 DAYS | CLEVELAND, OH  44109 |
| | **List the contract number of any government contract** | | |
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5192 - WEYMOUTH | CJ GENERAL REALTY, LLC PAUL DELUCA 208 MAIN STREET |
| | **State the term remaining** | 0 YEARS, 7 MONTHS, 26 DAYS | WEYMOUTH, MA  02188 |
| | **List the contract number of any government contract** | | |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5272 - WALTHAM II | COLONIAL SHOPPING CENTER, INC. 85 RIVER STREET |
| | **State the term remaining** | 1 YEARS, 1 MONTHS, 27 DAYS | WALTHAM, MA  02453 |
| | **List the contract number of any government contract** | | |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5368 - PLYMOUTH | COLONY PLACE VILLAGE LLC C/O SAXON PARTNERS 25 RECREATION PARK DR., SUITE 204 |
| | **State the term remaining** | 3 YEARS, 9 MONTHS, 27 DAYS | HINGHAM, MA  02043 |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5173 - MERRIMACK | COMPTON REALTY LLC ALLEN MELLO 24 APPLETREE GREEN |
| | **State the term remaining** | 0 YEARS, 9 MONTHS, 27 DAYS | NASHUA, NH  03062 |
| | **List the contract number of any government contract** | | |
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5341 - TAUNTON | CREFII SILVER CITY LLC THE MGHERRING PROPERTY GROUP LLC (AGENT FOR CREFII SILVER CITY, LLC) 5710 LBJ FREEWAY, SUITE 450 DALLAS, TX  75240 |
| | **State the term remaining** | 3 YEARS, 2 MONTHS, 27 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5059 - MILFORD I | D'ANGELO, INC. 323 MANLEY STREET |
| | **State the term remaining** | 0 YEARS, 4 MONTHS, 27 DAYS | WEST BRIDGEWATER, MA  02379 |
| | **List the contract number of any government contract** | | |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5067 - SEEKONK | D'ANGELO, INC. 323 MANLEY STREET |
| | **State the term remaining** | 5 YEARS, 4 MONTHS, 27 DAYS | WEST BRIDGEWATER, MA  02379 |
| | **List the contract number of any government contract** | | |
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5070 - RANDOLPH II | D'ANGELO, INC. 323 MANLEY STREET |
| | **State the term remaining** | 5 YEARS, 4 MONTHS, 27 DAYS | WEST BRIDGEWATER, MA  02379 |
| | **List the contract number of any government contract** | | |
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5087 - PORTSMOUTH | D'ANGELO, INC. 323 MANLEY STREET |
| | **State the term remaining** | 7 YEARS, 4 MONTHS, 27 DAYS | WEST BRIDGEWATER, MA  02379 |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5156 - SALEM, NH | D'ANGELO, INC.<br>323 MANLEY STREET<br><br>WEST BRIDGEWATER, MA  02379 |
| | **State the term remaining** | 0 YEARS, 4 MONTHS, 27 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5169 - MARLBORO II | D'ANGELO, INC.<br>323 MANLEY STREET<br><br>WEST BRIDGEWATER, MA  02379 |
| | **State the term remaining** | 2 YEARS, 4 MONTHS, 27 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5044 - BROCKTON III | DJM NNN II, LLC<br>60 SOUTH MARKET STREET, SUITE 1120<br><br>SAN JOSE, CA  95113 |
| | **State the term remaining** | 0 YEARS, 6 MONTHS, 27 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5359 - NORTH CONWAY | DONALD F. SMITH<br>522 SW PINE TREE LANE<br><br>PALM CITY, FL  34990-1422 |
| | **State the term remaining** | 0 YEARS, 8 MONTHS, 27 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5285 - MANCHESTER II | DONALD J. LEVASSEUR AND HELENE F. LEVASSEUR<br>81 POOR STREET<br><br>MANCHESTER, NH  03102 |
| | **State the term remaining** | 1 YEARS, 3 MONTHS, 10 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5100 - AVON, CT | DP1 LLC<br>COMMERCIAL PROPERTY ADVISORS LLC<br>152 SIMSBURY ROAD<br><br>AVON, CT  06001 |
| | **State the term remaining** | 4 YEARS, 9 MONTHS, 27 DAYS | |
| | **List the contract number of any government contract** | | |

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5374 - WEST HARTFORD | E & A NORTHEAST LIMITED PARTNERSHIP 1221 MAIN STREET SUITE 1000<br><br>COLUMBIA, SC  29201 |
| | **State the term remaining** | 2 YEARS, 6 MONTHS, 27 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5151 - ENFIELD | EQUITY ONE (NORTHEAST PORTFOLIO INC.) 1600 NE MIAMI GARDENS DRIVE<br><br>NORTH MIAMI BEACH, FL  33179 |
| | **State the term remaining** | 8 YEARS, 0 MONTHS, 26 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5022 - SOUTHINGTON | ESTATE OF GEORGE ZARRELLA 125 TIMBER RIDGE<br><br>SOUTHINGTON, CT  06489 |
| | **State the term remaining** | 4 YEARS, 5 MONTHS, 10 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5229 - WOONSOCKET | FLOYD REALTY CO., INC. 1385 HANCOCK STREET<br><br>QUINCY, MA  02169 |
| | **State the term remaining** | 1 YEARS, 2 MONTHS, 27 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5133 - ROCHESTER | GEORGE E. IRELAND 241 WEST LEBANON ROAD<br><br>LEBANON, ME  04027 |
| | **State the term remaining** | 1 YEARS, 9 MONTHS, 27 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5216 - BRAINTREE II | GRANITE ST. REALTY TRUST C/O CARTWRIGHT FUNERAL HOME 845 WASHINGTON STREET<br><br>BRAINTREE, MA  02184 |
| | **State the term remaining** | 1 YEARS, 6 MONTHS, 18 DAYS | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5123 - CONCORD II | GREEN ACRE WOODLANDS, INC. P.O. BOX 444, 465 BOULEVARD |
| | **State the term remaining** | 16 YEARS, 6 MONTHS, 27 DAYS | ELMWOOD PARK, NJ 07407 |
| | **List the contract number of any government contract** | | |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5294 - WEST HARTFORD II | HARVEY HOFFMAN 85 BREWSTER ROAD |
| | **State the term remaining** | 1 YEARS, 2 MONTHS, 18 DAYS | WEST HARTFORD, CT 06117 |
| | **List the contract number of any government contract** | | |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5370 - FOXBORO | HERCULES REALTY TRUST 211 NORTH STREET |
| | **State the term remaining** | 3 YEARS, 5 MONTHS, 26 DAYS | FOXBORO, MA 02035 |
| | **List the contract number of any government contract** | | |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5222 - FRAMINGHAM III | HOSPITALITY SUITES, LLC 665 COCHITUATE ROAD |
| | **State the term remaining** | 2 YEARS, 7 MONTHS, 26 DAYS | FRAMINGHAM, MA 01701 |
| | **List the contract number of any government contract** | | |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5168 - BEDFORD | J. G. TELLIER REALTY TRUST P.O. BOX 106 |
| | **State the term remaining** | 0 YEARS, 2 MONTHS, 5 DAYS | BELMONT, MA 02478 |
| | **List the contract number of any government contract** | | |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5299 - QUINCY II | JEAN MARIE HANLON 339 HANCOCK STREET |
| | **State the term remaining** | 2 YEARS, 7 MONTHS, 26 DAYS | N. QUINCY, MA 02171 |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5189 - EAST PROVIDENCE | JOBEL SHOPPERSTOWN ASSOC., LLC 76 WALNUT STREET P.O. BOX 4207 |
| | **State the term remaining** | 0 YEARS, 6 MONTHS, 27 DAYS | DEDHAM, MA 02027-4201 |
| | **List the contract number of any government contract** | | |
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5286 - MANCHESTER III | JOHN C. STERGIOU 95 NO. ACRE ROAD |
| | **State the term remaining** | 2 YEARS, 3 MONTHS, 24 DAYS | MANCHESTER, NH 03104 |
| | **List the contract number of any government contract** | | |
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5055 - HYANNIS (SUBLEASE) | JOSE S. COUTO, TRUSTEE OF SALVI'S REALTY TRUST 60 MAIN STREET |
| | **State the term remaining** | 0 YEARS, 3 MONTHS, 24 DAYS | STONEHAM, MA 02180 |
| | **List the contract number of any government contract** | | |
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5029 - COVENTRY | KAUFMAN ASSOCIATES, INC. P.O. BOX 1384 |
| | **State the term remaining** | 7 YEARS, 11 MONTHS, 27 DAYS | PROVIDENCE, RI 02901 |
| | **List the contract number of any government contract** | | |
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5174 - CHELMSFORD | KECY FAMILY LP C/O PHYLLIS GERVAIS 13 WYNDBROOK LANE |
| | **State the term remaining** | 9 YEARS, 1 MONTHS, 27 DAYS | TYNGSBOROUGH, MA 01879 |
| | **List the contract number of any government contract** | | |
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5361 - MIDDLETOWN | KSL,LLC 1405 DOUGLAS AVENUE |
| | **State the term remaining** | 5 YEARS, 0 MONTHS, 26 DAYS | NORTH PROVIDENCE, RI 02904 |
| | **List the contract number of any government contract** | | |

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5237 - MILFORD II | LINEAR RETAIL MILFORD #1 LLC C/O KEYPOINT PARTERS, LLC ONE BURLINGTON WOODS DRIVE |
| | **State the term remaining** | 1 YEARS, 10 MONTHS, 26 DAYS | BURLINGTON, MA  01803 |
| | **List the contract number of any government contract** | | |
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5340 - ROCKINGHAM | MALL AT ROCKINGHAM, LLC C/O M.S. MANAGEMENT ASSOCIATES INC. 225 WEST WASHINGTON STREET |
| | **State the term remaining** | 6 YEARS, 9 MONTHS, 27 DAYS | INDIANAPOLIS, IN  46204-3438 |
| | **List the contract number of any government contract** | | |
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5355 - MARLBORO (SOLOMON) | MALL AT SOLOMON POND, LLC C/O M.S. MANAGEMENT ASSOCIATES INC. 225 WEST WASHINGTON STREET |
| | **State the term remaining** | 3 YEARS, 3 MONTHS, 24 DAYS | INDIANAPOLIS, IN  46204-3438 |
| | **List the contract number of any government contract** | | |
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5095 - HYANNIS CCM | MAYFLOWER CAPE COD LLC C/O SIMON PROPERTY GROUP LP 225 W. WASHINGTON STREET |
| | **State the term remaining** | 0 YEARS, 2 MONTHS, 27 DAYS | INDIANAPOLIS, IN  46204 |
| | **List the contract number of any government contract** | | |
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5358 - SOUTH STATION | MCDONALD'S CORPORATION 800 COMMERCE DRIVE |
| | **State the term remaining** | 7 YEARS, 7 MONTHS, 26 DAYS | OAK BROOK, IL  60523 |
| | **List the contract number of any government contract** | | |
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5900 - LUDLOW WEST MASS PK | MCDONALD'S CORPORATION 800 COMMERCE DRIVE |
| | **State the term remaining** | 7 YEARS, 1 MONTHS, 27 DAYS | OAK BROOK, IL  60523 |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5048 - CONCORD I | MCLAUGHLIN (D'ANGELO INC.) 323 MANLEY STREET |
| | **State the term remaining** | 7 YEARS, 4 MONTHS, 27 DAYS | WEST BRIDGEWATER, MA  02379 |
| | **List the contract number of any government contract** | | |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5021 - CRANSTON | MCLAUGHLIN, BRIAN J. C/O D'ANGELO INC. P.O. BOX 519 323 MANLEY STREET |
| | **State the term remaining** | 2 YEARS, 4 MONTHS, 27 DAYS | WEST BRIDGEWATER, MA  02379 |
| | **List the contract number of any government contract** | | |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5050 - FALMOUTH | MCLAUGHLIN, BRIAN J. C/O D'ANGELO INC. P.O. BOX 519 323 MANLEY STREET |
| | **State the term remaining** | 5 YEARS, 4 MONTHS, 27 DAYS | WEST BRIDGEWATER, MA  02379 |
| | **List the contract number of any government contract** | | |
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5054 - FALL RIVER III | MCLAUGHLIN, BRIAN J. C/O D'ANGELO INC. P.O. BOX 519 323 MANLEY STREET |
| | **State the term remaining** | 7 YEARS, 6 MONTHS, 27 DAYS | WEST BRIDGEWATER, MA  02379 |
| | **List the contract number of any government contract** | | |
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5056 - FALL RIVER I | MCLAUGHLIN, BRIAN J. C/O D'ANGELO INC. P.O. BOX 519 323 MANLEY STREET |
| | **State the term remaining** | 2 YEARS, 4 MONTHS, 27 DAYS | WEST BRIDGEWATER, MA  02379 |
| | **List the contract number of any government contract** | | |
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5063 - ROCKLAND | MCLAUGHLIN, BRIAN J. C/O D'ANGELO INC. P.O. BOX 519 323 MANLEY STREET |
| | **State the term remaining** | 7 YEARS, 4 MONTHS, 27 DAYS | WEST BRIDGEWATER, MA  02379 |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5075 - WESTBORO | MCLAUGHLIN, BRIAN J. C/O D'ANGELO INC. P.O. BOX 519 323 MANLEY STREET<br><br>WEST BRIDGEWATER, MA  02379 |
| | **State the term remaining** | 5 YEARS, 4 MONTHS, 27 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5088 - NASHUA I | MCLAUGHLIN, BRIAN J. C/O D'ANGELO INC. P.O. BOX 519 323 MANLEY STREET<br><br>WEST BRIDGEWATER, MA  02379 |
| | **State the term remaining** | 0 YEARS, 4 MONTHS, 27 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5090 - WARWICK I | MCLAUGHLIN, BRIAN J. C/O D'ANGELO INC. P.O. BOX 519 323 MANLEY STREET<br><br>WEST BRIDGEWATER, MA  02379 |
| | **State the term remaining** | 7 YEARS, 4 MONTHS, 27 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5177 - TAUNTON II | MCLAUGHLIN, BRIAN J. C/O D'ANGELO INC. P.O. BOX 519 323 MANLEY STREET<br><br>WEST BRIDGEWATER, MA  02379 |
| | **State the term remaining** | 0 YEARS, 4 MONTHS, 27 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5375 - SOUTH YARMOUTH | MCLAUGHLIN, BRIAN J. C/O D'ANGELO INC. P.O. BOX 519 323 MANLEY STREET<br><br>WEST BRIDGEWATER, MA  02379 |
| | **State the term remaining** | 3 YEARS, 4 MONTHS, 27 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5073 - SOUTH WEYMOUTH | MCLAUGHLIN, JAMES H. 323 MANLEY STREET<br><br>WEST BRIDGEWATER, MA  02379 |
| | **State the term remaining** | 0 YEARS, 1 MONTHS, 27 DAYS | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5031 - JOHNSTON | NATIONAL DEVELOPMENT GROUP, INC. 1481 ATWOOD AVENUE |
| | **State the term remaining** | 3 YEARS, 7 MONTHS, 26 DAYS | JOHNSTON, RI 02919 |
| | **List the contract number of any government contract** | | |
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5338 - HANOVER | NEW HANOVER GROUND LESSOR LLC 600 LORING AVE |
| | **State the term remaining** | 1 YEARS, 0 MONTHS, 26 DAYS | SALEM, MA 01970 |
| | **List the contract number of any government contract** | | |
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | FOOD COST AGREEMENT | NUCO2, LLC 2800 SE MARKET PLACE |
| | **State the term remaining** | 4 YEARS, 8 MONTHS, 3 DAYS | STUART, FL 34997 |
| | **List the contract number of any government contract** | | |
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5183 - NEW BEDFORD II | PANAGAKOS DEV. CORP. 914 MT. PLEASANT STREET |
| | **State the term remaining** | 0 YEARS, 8 MONTHS, 1 DAYS | NEW BEDFORD, MA 02745 |
| | **List the contract number of any government contract** | | |
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5278 - AVON, MA | PAUL & PRISCILLA WHITTALL P.O. BOX. 264 |
| | **State the term remaining** | 4 YEARS, 5 MONTHS, 26 DAYS | AVON, MA 02322 |
| | **List the contract number of any government contract** | | |
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5053 - HYANNIS I | PLAZA 28 NOMINEE TRUST C/O MARCEL R. POYAT POST OFFICE SQUARE 20F CAMP OPECHEE ROAD |
| | **State the term remaining** | 4 YEARS, 5 MONTHS, 26 DAYS | CENTERVILLE, MA 02632 |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5360 - NEWBURYPORT | PORT PLAZA REALTY TRUST C/O SBK ASSOCIATES LLC P.O. BOX 537 |
| | **State the term remaining** | 1 YEARS, 0 MONTHS, 26 DAYS | MANCHESTER, CT  06040 |
| | **List the contract number of any government contract** | | |
| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5062 - RAYNHAM | R.K. ASSOCIATES VIII, INC. C/O RK CENTERS 456 PROVIDENCE HIGHWAY P.O. BOX 111 |
| | **State the term remaining** | 2 YEARS, 3 MONTHS, 24 DAYS | DEDHAM, MA  02027-0111 |
| | **List the contract number of any government contract** | | |
| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** | MARKETING AGREEMENT | REPUBLIC SERVICES DBA REPUBLIC SERVICES NATIONAL ACCOUNTS PO BOX 99917 |
| | **State the term remaining** | EVERGREEN | CHICAGO, IL  60696-7717 |
| | **List the contract number of any government contract** | | |
| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5144 - WARWICK III | RICHMOND CENTER LIMITED PARTNERSHIP 75 LAMBERT LIND HIGHWAY |
| | **State the term remaining** | 2 YEARS, 9 MONTHS, 27 DAYS | WARWICK, RI  02886 |
| | **List the contract number of any government contract** | | |
| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5266 - NEEDHAM I | ROSS REALTY TRUST STANLEY ROSS & FRANCES C. ROSS, TRUSTEES 14893 WEDGEFIELD DRIVE #14-201 |
| | **State the term remaining** | 2 YEARS, 1 MONTHS, 19 DAYS | DELRAY, FL  33446-1381 |
| | **List the contract number of any government contract** | | |
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5346 - EVERETT, MA | RTGT INC. P.O. BOX. 446 |
| | **State the term remaining** | 2 YEARS, 9 MONTHS, 27 DAYS | NORTH GRAFTON, MA  01536 |
| | **List the contract number of any government contract** | | |

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5019 - KEENE | S.S. BAKERS REALTY CO<br>428 MAIN STREET<br><br>KEENE, NH  03431 |
| | **State the term remaining** | 4 YEARS, 1 MONTHS, 27 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5125 - NORTH KINGSTOWN | SINCLAIR REALTY INC.<br>P.O. BOX 787<br><br>PROVIDENCE, RI  02901 |
| | **State the term remaining** | 1 YEARS, 3 MONTHS, 10 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5221 - SOUTH DENNIS | SO. DENNIS ACQUISITION CORP<br>1 BUTTERCUP LANE<br><br>SOUTH YARMOUTH, MA  02664 |
| | **State the term remaining** | 5 YEARS, 6 MONTHS, 27 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5052 - FALL RIVER III | SPARE CHANGE LLC<br>39 DUBLIN<br><br>SOMERSET, MA  02726 |
| | **State the term remaining** | 1 YEARS, 8 MONTHS, 21 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5288 - MANCHESTER V | SPIROS ATHANAS<br>2075 SO. WILLOW ST.<br><br>MANCHESTER, NH  03103 |
| | **State the term remaining** | 3 YEARS, 7 MONTHS, 26 DAYS | |
| | **List the contract number of any government contract** | | |
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5280 - WARWICK III | STEVEN CIPPOLLA<br>55 ACCESS ROAD<br><br>WARWICK,, RI  02886 |
| | **State the term remaining** | 3 YEARS, 4 MONTHS, 27 DAYS | |
| | **List the contract number of any government contract** | | |

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5018 - WETHERSFIELD | THE SCATA FAMILY LIMITED PARTNERSHIP P.O BOX 596 |
| | **State the term remaining** | 4 YEARS, 3 MONTHS, 25 DAYS | FARMINGTON, CT  06034-05496 |
| | **List the contract number of any government contract** | | |
| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5303 - BOSTON V | THE THEATRE DISTRICT LLC C/O THE WILDER COMPANIES PRUDENTIAL CENTER 800 BOYLSTON STREET, SUITE 1300 |
| | **State the term remaining** | 0 YEARS, 2 MONTHS, 27 DAYS | BOSTON, MA  02115 |
| | **List the contract number of any government contract** | | |
| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5117 - DERRY | THIN CRUST REALTY LLC C/O CENTERCORP PROPERTIES 600 LORING AVE |
| | **State the term remaining** | 3 YEARS, 3 MONTHS, 24 DAYS | SALEM, MA  01970 |
| | **List the contract number of any government contract** | | |
| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5308 - PLAINVILLE | THOMAS EVANS 200 WINDHAM RD |
| | **State the term remaining** | 1 YEARS, 1 MONTHS, 27 DAYS | MARLBORO, CT  06447 |
| | **List the contract number of any government contract** | | |
| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest** | MARKETING AGREEMENT | VALASSIS DIRECT MAIL INC (VALASSIS COMMUNICATIONS, INC.) 90469 COLLECTION CENTER DRIVE |
| | **State the term remaining** | 0 YEARS, 3 MONTHS, 27 DAYS | CHICAGO, IL  60693 |
| | **List the contract number of any government contract** | | |
| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5230 - WESTFORD | WESTFORD PLAZA TRUST DAVID POPOLIZIO, TRUSTEE 175 LITTLETON ROAD |
| | **State the term remaining** | 2 YEARS, 9 MONTHS, 27 DAYS | WESTFORD, MA  01886 |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** | D'ANGELO'S REAL ESTATE LEASE FOR STORE NO. 5113 - BURLINGTON I | WOODROB REALTY TRUST 15 MILDRED ROAD |
| | **State the term remaining** | 3 YEARS, 0 MONTHS, 26 DAYS | BURLINGTON, MA  01803 |
| | **List the contract number of any government contract** | | |

| Fill in this information to identify the case: |
|---|

| Debtor | DELOPS, INC. |
|---|---|

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

| Case number (if known) | 18-12545 (MFW) |
|---|---|

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1.    Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes.

**2.    In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply |
| 2.1 | D'ANGELO FRANCHISING CORPORATION | 600 PROVIDENCE HIGHWAY DEDHAM, MA 02026 | BROOKSIDE MEZZANINE FUND | ☐ D ☑ E/F ☐ G |
| 2.2 | D'ANGELO FRANCHISING CORPORATION | 600 PROVIDENCE HIGHWAY DEDHAM, MA 02026 | HARTFORD LIFE INSURANCE CO. | ☐ D ☑ E/F ☐ G |
| 2.3 | D'ANGELO FRANCHISING CORPORATION | 600 PROVIDENCE HIGHWAY DEDHAM, MA 02026 | WC FINANCECO A LLC | ☑ D ☐ E/F ☐ G |
| 2.4 | D'ANGELO FRANCHISING CORPORATION | 600 PROVIDENCE HIGHWAY DEDHAM, MA 02026 | WC FINANCECO B LLC | ☑ D ☐ E/F ☐ G |
| 2.5 | D'ANGELO'S SANDWICH SHOPS, INC. | 600 PROVIDENCE HIGHWAY DEDHAM, MA 02026 | BROOKSIDE MEZZANINE FUND | ☐ D ☑ E/F ☐ G |
| 2.6 | D'ANGELO'S SANDWICH SHOPS, INC. | 600 PROVIDENCE HIGHWAY DEDHAM, MA 02026 | HARTFORD LIFE INSURANCE CO. | ☐ D ☑ E/F ☐ G |
| 2.7 | D'ANGELO'S SANDWICH SHOPS, INC. | 600 PROVIDENCE HIGHWAY DEDHAM, MA 02026 | WC FINANCECO A LLC | ☑ D ☐ E/F ☐ G |
| 2.8 | D'ANGELO'S SANDWICH SHOPS, INC. | 600 PROVIDENCE HIGHWAY DEDHAM, MA 02026 | WC FINANCECO B LLC | ☑ D ☐ E/F ☐ G |
| 2.9 | PAPA GINO'S / D'ANGELO CARD SERVICES, INC. | 600 PROVIDENCE HIGHWAY DEDHAM, MA 02026 | BROOKSIDE MEZZANINE FUND | ☐ D ☑ E/F ☐ G |
| 2.10 | PAPA GINO'S / D'ANGELO CARD SERVICES, INC. | 600 PROVIDENCE HIGHWAY DEDHAM, MA 02026 | HARTFORD LIFE INSURANCE CO. | ☐ D ☑ E/F ☐ G |
| 2.11 | PAPA GINO'S / D'ANGELO CARD SERVICES, INC. | 600 PROVIDENCE HIGHWAY DEDHAM, MA 02026 | WC FINANCECO A LLC | ☑ D ☐ E/F ☐ G |

**Additional Page if Debtor Has More Codebtors**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply |
| 2.12 | PAPA GINO'S / D'ANGELO CARD SERVICES, INC. | 600 PROVIDENCE HIGHWAY DEDHAM, MA 02026 | WC FINANCECO B LLC | ☑ D ☐ E/F ☐ G |
| 2.13 | PAPA GINO'S FRANCHISING CORP. | 600 PROVIDENCE HIGHWAY DEDHAM, MA 02026 | BROOKSIDE MEZZANINE FUND | ☐ D ☑ E/F ☐ G |
| 2.14 | PAPA GINO'S FRANCHISING CORP. | 600 PROVIDENCE HIGHWAY DEDHAM, MA 02026 | HARTFORD LIFE INSURANCE CO. | ☐ D ☑ E/F ☐ G |
| 2.15 | PAPA GINO'S FRANCHISING CORP. | 600 PROVIDENCE HIGHWAY DEDHAM, MA 02026 | WC FINANCECO A LLC | ☑ D ☐ E/F ☐ G |
| 2.16 | PAPA GINO'S FRANCHISING CORP. | 600 PROVIDENCE HIGHWAY DEDHAM, MA 02026 | WC FINANCECO B LLC | ☑ D ☐ E/F ☐ G |
| 2.17 | PAPA GINO'S HOLDINGS, INC. | 600 PROVIDENCE HIGHWAY DEDHAM, MA 02026 | BROOKSIDE MEZZANINE FUND | ☐ D ☑ E/F ☐ G |
| 2.18 | PAPA GINO'S HOLDINGS, INC. | 600 PROVIDENCE HIGHWAY DEDHAM, MA 02026 | HARTFORD LIFE INSURANCE CO. | ☐ D ☑ E/F ☐ G |
| 2.19 | PAPA GINO'S HOLDINGS, INC. | 600 PROVIDENCE HIGHWAY DEDHAM, MA 02026 | WC FINANCECO A LLC | ☑ D ☐ E/F ☐ G |
| 2.20 | PAPA GINO'S HOLDINGS, INC. | 600 PROVIDENCE HIGHWAY DEDHAM, MA 02026 | WC FINANCECO B LLC | ☑ D ☐ E/F ☐ G |
| 2.21 | PAPA GINO'S, INC. | 600 PROVIDENCE HIGHWAY DEDHAM, MA 02026 | BROOKSIDE MEZZANINE FUND | ☐ D ☑ E/F ☐ G |
| 2.22 | PAPA GINO'S, INC. | 600 PROVIDENCE HIGHWAY DEDHAM, MA 02026 | HARTFORD LIFE INSURANCE CO. | ☐ D ☑ E/F ☐ G |
| 2.23 | PAPA GINO'S, INC. | 600 PROVIDENCE HIGHWAY DEDHAM, MA 02026 | WC FINANCECO A LLC | ☑ D ☐ E/F ☐ G |
| 2.24 | PAPA GINO'S, INC. | 600 PROVIDENCE HIGHWAY DEDHAM, MA 02026 | WC FINANCECO B LLC | ☑ D ☐ E/F ☐ G |
| 2.25 | PGHC HOLDINGS, INC. | 600 PROVIDENCE HIGHWAY DEDHAM, MA 02026 | BROOKSIDE MEZZANINE FUND | ☐ D ☑ E/F ☐ G |
| 2.26 | PGHC HOLDINGS, INC. | 600 PROVIDENCE HIGHWAY DEDHAM, MA 02026 | HARTFORD LIFE INSURANCE CO. | ☐ D ☑ E/F ☐ G |
| 2.27 | PGHC HOLDINGS, INC. | 600 PROVIDENCE HIGHWAY DEDHAM, MA 02026 | WC FINANCECO A LLC | ☑ D ☐ E/F ☐ G |
| 2.28 | PGHC HOLDINGS, INC. | 600 PROVIDENCE HIGHWAY DEDHAM, MA 02026 | WC FINANCECO B LLC | ☑ D ☐ E/F ☐ G |

■ **Additional Page if Debtor Has More Codebtors**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.29 | PROGRESSIVE FOOD, INC. | 600 PROVIDENCE HIGHWAY DEDHAM, MA 02026 | BROOKSIDE MEZZANINE FUND | ☐ D ☑ E/F ☐ G |
| 2.30 | PROGRESSIVE FOOD, INC. | 600 PROVIDENCE HIGHWAY DEDHAM, MA 02026 | HARTFORD LIFE INSURANCE CO. | ☐ D ☑ E/F ☐ G |
| 2.31 | PROGRESSIVE FOOD, INC. | 600 PROVIDENCE HIGHWAY DEDHAM, MA 02026 | WC FINANCECO A LLC | ☑ D ☐ E/F ☐ G |
| 2.32 | PROGRESSIVE FOOD, INC. | 600 PROVIDENCE HIGHWAY DEDHAM, MA 02026 | WC FINANCECO B LLC | ☑ D ☐ E/F ☐ G |

Fill in this information to identify the case:

Debtor   DELOPS, INC.

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number   18-12545 (MFW)
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   1/4/2019          ✗ /s/ COREY D. WENDLAND
            MM / DD / YYYY            Signature of individual signing on behalf of debtor

                        COREY D. WENDLAND
                        Printed name

                        CHIEF FINANCIAL OFFICER
                        Position or relationship to debtor